IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, et al.,<br><br>    Defendants. | Case No. 25-cv-09757-MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT COURTESY COPY OF COMPLAINT** |

On November 13, 2025, the above-titled action was assigned to the undersigned.

To facilitate the Court's review of the case, plaintiffs are hereby DIRECTED to submit forthwith a courtesy copy of the Complaint, filed November 12, 2025. Additionally, as required by the Court's Standing Orders, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers." See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

**IT IS SO ORDERED.**

Dated: November 13, 2025

                                                  MAXINE M. CHESNEY
                                                United States District Judge