AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br>*Plaintiff(s)*<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,<br>*Defendant(s)* | Civil Action No. 3:25-cv-09757-MMC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    Please see attachment for Defendants' names and addresses.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Steven P. Ragland; Cody S. Harris; Carlos C. Martinez
    KEKER, VAN NEST & PETERS LLP
    633 Battery Street, San Francisco, CA 94111-1809
    Tel.: 415 391 5400; Fax: 415 397 7188; Email: sragland@keker.com; charris@keker.com; cmartinez@keker.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B.Busby*

Date: 11/14/2025

*Signature of Clerk or Deputy Clerk*

Case: *Fernando Gomez Ruiz, et al. v. U.S. Immigration and Customs Enforcement, et al.*

ATTACHMENT TO SUMMONS

Defendants' names and addresses:

U.S. Immigration and Customs Enforcement
Office of the General Counsel
245 Murray Lane SW Mail Stop 0485
Washington, DC 20528-0485

Todd M. Lyons, Acting Director
U.S. Immigration and Customs Enforcement
Office of the General Counsel
245 Murray Lane SW Mail Stop 0485
Washington, DC 20528-0485

Sergio Albarran, Acting Director of San Francisco Field Office
San Francisco Immigration and Customs Enforcement Office
630 Sansome Street
Room 590
San Francisco, CA 94111

U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane SW Mail Stop 0485
Washington, DC 20528-0485

Kristi Noem, Secretary
U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane SW Mail Stop 0485
Washington, DC 20528-0485

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: