UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____, 
      Plaintiff(s),

  v.

_____, 
      Defendant(s).

Case No. _____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: _____.

| | |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court _____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court / Northern District of California

PRISON LAW OFFICE
MARGOT MENDELSON – 268583
mmendelson@prisonlaw.com
TESS BORDEN (MJP No. 805022)
tess@prisonlaw.com
PATRICK BOOTH – 328783
patrick@prisonlaw.com
ALISON HARDY – 135966
ahardy@prisonlaw.com
RANA ANABTAWI – 267073
rana@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FERNANDO GOMEZ RUIZ;
FERNANDO VIERA REYES;
YURI ALEXANDER ROQUE CAMPOS;
JOSE RUIZ CANZALES;
SOKHEAN KEO;
GUSTAVO GUEVARA ALARCON; and
ALEJANDRO MENDIOLA ESCUTIA
on behalf of themselves and all others
similarly situated,

        Plaintiffs,

  v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT;
TODD M. LYONS, Acting Director, U.S.
Immigration and Customs Enforcement;
SERGIO ALBARRAN, Acting Director of
San Francisco Field Office, Enforcement and
Removal Operations, U.S. Immigration and
Customs Enforcement;
U.S. DEPARTMENT OF HOMELAND
SECURITY;
KRISTI NOEM, Secretary, U.S. Department
of Homeland Security,

        Defendants.

Case No. 3:25-cv-09757-MMC

**DECLARATION OF TESS BORDEN IN SUPPORT OF APPLICATION TO APPEAR PRO HAC VICE**

Judge: Hon. Maxine M. Chesney

I, Tess Borden, hereby declare:

1. I am a supervising staff attorney at the Prison Law Office, a member of the Bar of the State of New York (Attorney No. 5346630), and a Registered Legal Aid Attorney in the State of California (Multijurisdictional Practice Attorney No. 805022).

2. Rule 9.45 of the 2025 California Rules of Court permits Registered Legal Aid Attorneys to "engage, under supervision, in all forms of legal practice that are permissible for a licensee of the State Bar of California." Pursuant to Rule 3.362 of the State Bar of California, a Registered Legal Aid Attorney is not "a licensed attorney of the State Bar of California."

3. Northern District of California Civil Local Rule 11-1(b) states that "[t]o be eligible for admission to … the bar of this Court, an attorney must be an active member in good standing of the State Bar of California." Northern District of California Civil Local Rule 11-3(c) states that an applicant applying to appear pro hac vice who either "[r]esides in the State of California" or "[i]s regularly engaged in the practice of law in the State of California" is ineligible for permission to practice pro hac vice "[u]nless authorized ... by an order of the assigned judge."

4. I am registered with the State Bar of California through its Multijurisdictional Practice Program but am not technically admitted to that Bar. *See* Civil L.R. 11-1(b). Additionally, I am both a resident of the State of California and am regularly engaged in the practice of law in California as a Registered Legal Aid Attorney in the Multijurisdictional Practice Program. *See* Civil L.R. 11-3(c). I have not identified an established process by which Registered Legal Aid Attorneys should notice their appearance or apply to appear before this Court. By contrast, for example, the Central District of California has a dedicated application available on its website for this purpose: Form CV-099 (Application of Registered Legal Services Attorney to Practice Before the Court and Proposed Order). In September 2023, I was granted admission to practice as a Registered Legal Services Attorney in the Central District in *Turner v. County of San Bernardino. See* Case No. 5:16-cv-00355-VAP-DTB, Dkt. No. 133.

5. In 2021, a colleague in my office was advised by the Northern District of California Attorney Admissions Office that a Registered Legal Aid Attorney in California who wishes to practice in the Northern District of California should apply to appear pro hac vice and request an order of the

assigned judge, as Civil L.R. 11-3(b) provides. *See Armstrong v. Newsom,* Case No. 4:94-cv-02307-CW, Dkt. No. 3257-1 at 2. Following this same advice, my colleague Daniel M. Greenfield, also a Registered Legal Aid Attorney, and I sought an order of this Court in *Armstrong v. Newsom* and were admitted pro hac vice in that matter earlier this calendar year. *Id.* at Dkt. Nos. 3686 (Greenfield admission), 3708 (Borden admission).

6. On November 10, 2025, before the above-captioned action was filed, I called the Northern District of California Attorney Admissions Office to confirm that I should follow the same process in a new case. That Office was unable to advise me and referred me to the Court's Local Rules. However, the Office noted that I could choose to follow the same process that had resulted in my pro hac vice admission in another matter before this Court. Accordingly, I have attached this declaration, setting forth my status as a Registered Legal Aid Attorney, to my application to appear pro hac vice.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on November 18, 2025, in San Francisco, California.

*/s/ Tess Borden*
TESS BORDEN

DECLARATION OF TESS BORDEN IN SUPPORT OF APPLICATION TO APPEAR PRO HAC VICE
1



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Tess Meiling Borden

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 15, 2015**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on July 15, 2025.

*Robert D. Mayberger*
Clerk of the Court

CertID-00241444



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*[signature: Robert D Mayberger]*

Robert D. Mayberger
Clerk of the Court

Revised January 2022