PRISON LAW OFFICE
MARGOT MENDELSON - #268583
mmendelson@prisonlaw.com
TESS BORDEN - #805022 (*pro hac vice*)
tess@prisonlaw.com
PATRICK BOOTH - #328783
patrick@prisonlaw.com
ALISON HARDY - #135966
ahardy@prisonlaw.com
RANA ANABTAWI - #267073
rana@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
PRIYA ARVIND PATEL - #295602
priya@ccijustice.org
MARIEL VILLARREAL - #317048
mariel@ccijustice.org
1999 Harrison Street #1800
Oakland, California 94612
Tel: (650) 762-8990

KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - #221076
sragland@keker.com
CODY S. HARRIS - #255302
charris@keker.com
CARLOS C. MARTINEZ - #354616
cmartinez@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Tel.: 415 391 5400; Fax: 415 397 7188

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
KYLE VIRGIEN - #278747
kvirgien@aclu.org
FELIPE HERNANDEZ - #338468
npp_fhernandez@aclu.org
MARISOL DOMINGUEZ-RUIZ - #345416
mdominguez-ruiz@aclu.org
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770

CARMEN IGUINA GONZALEZ - #277369
ciguinagonzalez@aclu.org
915 15th Street, NW, 7th Floor
Washington, DC 20005
Tel.: (202) 393-4930

Attorneys for Plaintiffs *Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs | Case No. 3:25-cv-09757-MMC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITS**<br><br>Judge: Hon. Maxine M. Chesney |

1    Enforcement; SERGIO ALBARRAN, Acting
     Director of San Francisco Field Office,
2    Enforcement and Removal Operations, U.S.
     Immigration and Customs Enforcement; U.S.
3    DEPARTMENT OF HOMELAND SECURITY;
     KRISTI NOEM, Secretary, U.S. Department of
4    Homeland Security,

5              Defendants.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITS
3546533

Pursuant to Northern District Civil Local Rule 7-11, Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, and Alejandro Mendiola Escutia, on behalf of themselves and all persons similarly situated (collectively, "Plaintiffs"), respectfully seek permission to file a brief that exceeds the otherwise applicable page limitations set forth in Civ. L.R. 7-2(b). Specifically, Plaintiffs intend to file a Motion for Preliminary Injunction and ask that they be afforded up to 30 pages for the opening memorandum of points and authorities in support of that motion. A Proposed Order is attached to this Administrative Motion.

The extra pages are necessary because of the complexity, importance, and fact-intensive nature of the many issues involved. As set forth in the Amended Complaint (Dkt. No. 15), Plaintiffs intend to ask this Court to grant a class-wide preliminary injunction enjoining Defendants from, *inter alia*, (1) subjecting civil immigration detainees at the California City Detention Facility ("California City") to conditions and practices that amount to punishment, (2) providing constitutionally inadequate medical and mental health care, (3) denying adequate and effective access to legal counsel, and (4) failing to ensure reasonable disability accommodations.

Plaintiffs are consolidating these four issues, which span five claims, into one preliminary injunction motion to decrease the administrative burden on the Court. Plaintiffs are making every effort to be concise, but the extra pages are necessary to present facts regarding the conditions of confinement for individuals held at California City, as well as to fully present the constitutional issues involved. Further excision would hamper Plaintiffs' ability to fully present their arguments and discuss the underlying facts in support of the requested preliminary injunction.

Plaintiffs are unable to stipulate with Defendants regarding this Motion because Plaintiffs cannot contact Defendants. Defendants have not yet entered an appearance or contacted Plaintiffs regarding the lawsuit. *See* Decl. of Carlos C. Martinez ¶¶ 12–13. Defendants have also refused to accept service of Plaintiffs' First Amended Complaint by hand delivery. *Id.* ¶¶ 7–10. Plaintiffs therefore have no ability to contact Defendants' counsel so that the parties might stipulate to an extended page limit. *Id.* ¶ 14. Upon filing this Motion, Plaintiffs will make all efforts to serve this Motion expeditiously upon all Defendants. *Id.* ¶ 15.

PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITS

3546533

1           For the foregoing reasons, Plaintiffs respectfully request this Court issue an order allowing

2   Plaintiffs to file a memorandum of points and authorities in support of their forthcoming Motion

3   for Preliminary Injunction that is 30 pages in length or less.

4

5   Dated: November 21, 2025

6

7   Respectfully submitted,

8   /s/ *Margot Mendelson*                    /s/ *Cody S. Harris*

9   PRISON LAW OFFICE               KEKER, VAN NEST & PETERS LLP
TESS BORDEN                    STEVEN P. RAGLAND

10   MARGOT MENDELSON         CODY S. HARRIS
PATRICK BOOTH                  CARLOS C. MARTINEZ

11   ALISON HARDY
RANA ANABTAWI

12

13   CALIFORNIA COLLABORATIVE FOR    AMERICAN CIVIL LIBERTIES UNION

14   IMMIGRANT JUSTICE             FOUNDATION
PRIYA ARVIND PATEL           KYLE VIRGIEN

15   MARIEL VILLARREAL            FELIPE HERNANDEZ
                                     MARISOL DOMINGUEZ-RUIZ

16                                     CARMEN IGUINA GONZALEZ

17                                       *Attorneys for Plaintiffs*

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMITS
3546533