PRISON LAW OFFICE
MARGOT MENDELSON - #268583
mmendelson@prisonlaw.com
TESS BORDEN - #805022 (*pro hac vice*)
tess@prisonlaw.com
PATRICK BOOTH - #328783
patrick@prisonlaw.com
ALISON HARDY - #135966
ahardy@prisonlaw.com
RANA ANABTAWI - #267073
rana@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
PRIYA ARVIND PATEL - #295602
priya@ccijustice.org
MARIEL VILLARREAL - #317048
mariel@ccijustice.org
1999 Harrison Street #1800
Oakland, California 94612
Tel: (650) 762-8990

KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - #221076
sragland@keker.com
CODY S. HARRIS - #255302
charris@keker.com
CARLOS C. MARTINEZ - #354616
cmartinez@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Tel.: 415 391 5400; Fax: 415 397 7188

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
KYLE VIRGIEN - #278747
kvirgien@aclu.org
FELIPE HERNANDEZ - #338468
npp_fhernandez@aclu.org
MARISOL DOMINGUEZ-RUIZ - #345416
mdominguez-ruiz@aclu.org
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770

CARMEN IGUINA GONZALEZ - #277369
ciguinagonzalez@aclu.org
915 15th Street, NW, 7th Floor
Washington, DC 20005
Tel.: (202) 393-4930

Attorneys for Plaintiffs *Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting | Case No. 3:25-cv-09757-MMC<br><br>**DECLARATION OF CARLOS C. MARTINEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS**<br><br>Judge: Hon. Maxine M. Chesney |

1
DECLARATION OF CARLOS C. MARTINEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS

3562183

Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

Defendants.

DECLARATION OF CARLOS C. MARTINEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS

3562183

I, Carlos C. Martinez, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am associated with Keker, Van Nest & Peters LLP, counsel for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, and Alejandro Mendiola Escutia (collectively, "Plaintiffs") in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness thereto, I could testify competently under oath.

3. On November 12, 2025, Plaintiffs filed a Complaint (ECF No. 1).

4. On November 14, 2025, the clerk of the Court issued the summons for service on Defendants (ECF No. 11).

5. On November 18, 2025, Plaintiffs served Defendants with copies of the Complaint via certified mail as required under Federal Rule of Civil Procedure 4(i).

6. On November 20, 2025, Plaintiffs filed a First Amended Complaint (ECF No. 15) that made one minor correction in the pleading.

7. That same day, Plaintiffs attempted to serve the First Amended Complaint on all named Defendants via hand delivery.

8. At approximately 12:52 pm, Plaintiffs attempted to serve the First Amended Complaint via hand delivery on Defendant Sergio Albarran, Acting Director of San Francisco Field Office, San Francisco Immigration and Customs Enforcement Office, at address 630 Sansome Street, Room 590, San Francisco, CA 94111-2239.

9. Defendant Sergio Albarran refused to accept service. The process server explained to Plaintiffs' counsel: "At my arrival security told me that they will not accept it here and they refused to let me up or give me access to the building. I also asked where could I take it and he didn't even know."

10. Similarly, that same day, the process server explained to Plaintiffs' counsel that all other named Defendants only accept service via mail and were not accepting service by hand.

11. That same day, Plaintiffs also served the First Amended Complaint upon all named Defendants via certified mail as required under Federal Rule of Civil Procedure 4(i).

12. As of November 21, 2025, Defendants have not entered an appearance in this matter.

13. As of November 21, 2025, Plaintiffs' counsel have not received any communications from Defendants regarding this matter.

14. Due to Plaintiffs' inability to contact counsel for Defendants, Plaintiffs were unable to obtain a stipulation regarding the page limit for Plaintiffs' forthcoming Motion for Preliminary Injunction.

15. Plaintiffs will serve this Administrative Motion on Defendants by mail as expeditiously as possible.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I signed this declaration at San Francisco, California on November 21, 2025.

*/s/ Carlos C. Martinez*
Carlos C. Martinez