| Attorney or Party without Attorney: STEVEN P. RAGLAND(SBN: 221076) CODY S. HARRIS(SBN: 255302) CARLOS C. MARTINEZ(SBN: 354616) KEKER, VAN NEST & PETERS LLP 633 Battery Street San Francisco, CA 94111 | | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE No.: (415) 391-5400    FAX No. (Optional): (415) 397-7188    E-MAIL ADDRESS (Optional): | | |
| Attorney for: Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated | Ref No. or File No.: CALCITY | |

Insert name of Court, and Judicial District and Branch Court:
USDC NORTHERN DISTRICT COURT OF CALIFORNIA

Petitioner: FERNANDO GOMEZ RUIZ; et al.

Respondent: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.

| PROOF OF SERVICE BY CERTIFIED MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 3:25-cv-09757-MMC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons; Complaint; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;STANDING ORDERS FOR CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY;STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIACONTENTS OF JOINT CASE MANAGEMENT STATEMENT;BLANK - CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION;

3. By placing a true copy thereof enclosed in a sealed envelope, with Certified Mail postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

   a. Date of Mailing: November 18, 2025
   b. Place of Mailing: Oakland, CA
   c. Addressed as follows: U.S. Immigration and Customs Enforcement (Office of the General Counsel)
      245 Murray Ln SW Stop 485
      Washington, DC 20528-0485
   d. Certified Mail Tracking No. 9589 0710 5270 2157 6319 12

4. I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Oakland, California in the ordinary course of business.

Fee for Service: $ .00
**Nationwide Legal, LLC REG: 12-234648**
**1635 Broadway**
**Oakland, CA 94612**
**(510) 444-4690**
**www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 21, 2025**.

**Signature:** _/s/ Aubreyana Burton_

**Aubreyana Burton**

**PROOF OF SERVICE BY CERTIFIED MAIL**

Order#: SF298539/mailproof

| Attorney or Party without Attorney: STEVEN P. RAGLAND(SBN: 221076) CODY S. HARRIS(SBN: 255302) CARLOS C. MARTINEZ(SBN: 354616) KEKER, VAN NEST & PETERS LLP 633 Battery Street San Francisco, CA 94111 TELEPHONE No.: (415) 391-5400   FAX No. (Optional): (415) 397-7188   E-MAIL ADDRESS (Optional): Attorney for: Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated | Ref No. or File No.: CALCITY | FOR COURT USE ONLY |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
USDC NORTHERN DISTRICT COURT OF CALIFORNIA

Petitioner: FERNANDO GOMEZ RUIZ; et al.
Respondent: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.

| PROOF OF SERVICE BY CERTIFIED MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 3:25-cv-09757-MMC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons; Complaint; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;STANDING ORDERS FOR CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY;STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIACONTENTS OF JOINT CASE MANAGEMENT STATEMENT;BLANK - CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION;

3. By placing a true copy thereof enclosed in a sealed envelope, with Certified Mail postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

   a. Date of Mailing:              November 18, 2025
   b. Place of Mailing:             Oakland, CA
   c. Addressed as follows:         Kristi Noem, Secretary (U.S. Department of Homeland Security), Office of the General Counsel
                                    245 Murray Ln SW Stop 485
                                    Washington, DC 20528-0485
   d. Certified Mail Tracking No.   9589 0710 5270 2157 6319 74

4. I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Oakland, California in the ordinary course of business.

Fee for Service: $ .00
**Nationwide Legal, LLC REG: 12-234648**
**1635 Broadway**
**Oakland, CA 94612**
**(510) 444-4690**
**www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 21, 2025**.

**Signature:** _____
**Aubreyana Burton**

**PROOF OF SERVICE BY CERTIFIED MAIL**

Order#: SF298546/mailproof

| Attorney or Party without Attorney: STEVEN P. RAGLAND(SBN: 221076) CODY S. HARRIS(SBN: 255302) CARLOS C. MARTINEZ(SBN: 354616) KEKER, VAN NEST & PETERS LLP 633 Battery Street San Francisco, CA 94111 | | | FOR COURT USE ONLY |
|---|---|---|---|
| TELEPHONE No.: (415) 391-5400  FAX No. (Optional): (415) 397-7188  E-MAIL ADDRESS (Optional): | | | |
| Attorney for: Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated | Ref No. or File No.: CALCITY | | |
| Insert name of Court, and Judicial District and Branch Court: USDC NORTHERN DISTRICT COURT OF CALIFORNIA | | | |
| Petitioner: FERNANDO GOMEZ RUIZ; et al. | | | |
| Respondent: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al. | | | |
| **PROOF OF SERVICE BY CERTIFIED MAIL** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 3:25-cv-09757-MMC |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION;COMPLAINT CLASS ACTION;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;STANDING ORDERS FOR CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY;STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIACONTENTS OF JOINT CASE MANAGEMENT STATEMENT;BLANK - CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION;

3. By placing a true copy thereof enclosed in a sealed envelope, with Certified Mail postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

   a. Date of Mailing:              November 18, 2025
   b. Place of Mailing:             Oakland, CA
   c. Addressed as follows:         U.S. Attorney General (Pamela Bondi, Attorney General), U.S. Department of Justice
                                    950 Pennsylvania Ave NW
                                    Washington, DC 20530-0001
   d. Certified Mail Tracking No.   9589 0710 5270 2157 6139 50

4. I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Oakland, California in the ordinary course of business.

Fee for Service: $ .00
   **Nationwide Legal, LLC REG: 12-234648**
   **1635 Broadway**
   **Oakland, CA 94612**
   **(510) 444-4690**
   **www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 21, 2025**.

**Signature:** _____

**Aubreyana Burton**

**PROOF OF SERVICE BY CERTIFIED MAIL**

Order#: SF298548/mailproof

| Attorney or Party without Attorney | | | FOR COURT USE ONLY |
|---|---|---|---|
| STEVEN P. RAGLAND(SBN: 221076) CODY S. HARRIS(SBN: 255302) CARLOS C. MARTINEZ(SBN: 354616) KEKER, VAN NEST & PETERS LLP 633 Battery Street San Francisco, CA 94111 | | | |
| TELEPHONE No.: (415) 391-5400 | FAX No. (Optional): (415) 397-7188 | E-MAIL ADDRESS (Optional): | |
| Attorney for: Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated | | Ref No. or File No.: CALCITY | |

Insert name of Court, and Judicial District and Branch Court:
USDC NORTHERN DISTRICT COURT OF CALIFORNIA

Petitioner: FERNANDO GOMEZ RUIZ; et al.

Respondent: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 3:25-cv-09757-MMC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons; Complaint; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;STANDING ORDERS FOR CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY;STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIACONTENTS OF JOINT CASE MANAGEMENT STATEMENT;BLANK - CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

  a. Date of Mailing:           November 18, 2025
  b. Place of Mailing:          Oakland, CA
  c. Addressed as follows:      Sergio Albarran, Acting Director of San Francisco Field Office (San Francisco
                                Immigration and Customs Enforcement Office)
                                630 Sansome St Rm 590
                                San Francisco, CA 94111-2239

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Oakland, California in the ordinary course of business.

Fee for Service: $ .00
  Nationwide Legal, LLC REG: 12-234648
  1635 Broadway
  Oakland, CA 94612
  (510) 444-4690
  www.nationwideasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 21, 2025**.

Signature:_____

**Aubreyana Burton**

**PROOF OF SERVICE BY MAIL**

Order#: SF298544/mailproof

| Attorney or Party without Attorney: STEVEN P. RAGLAND(SBN: 221076) CODY S. HARRIS(SBN: 255302) CARLOS C. MARTINEZ(SBN: 354616) KEKER, VAN NEST & PETERS LLP 633 Battery Street San Francisco, CA 94111 | | | FOR COURT USE ONLY |
|---|---|---|---|
| TELEPHONE No.: (415) 391-5400 | FAX No. (Optional): (415) 397-7188 | E-MAIL ADDRESS (Optional): | |
| Attorney for: Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated | | Ref No. or File No.: CALCITY | |
| Insert name of Court, and Judicial District and Branch Court: USDC NORTHERN DISTRICT COURT OF CALIFORNIA | | | |
| Petitioner: FERNANDO GOMEZ RUIZ; et al. | | | |
| Respondent: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al. | | | |
| PROOF OF SERVICE BY CERTIFIED MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 3:25-cv-09757-MMC |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons; Complaint; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;STANDING ORDERS FOR CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY;STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIACONTENTS OF JOINT CASE MANAGEMENT STATEMENT;BLANK - CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION;

3. By placing a true copy thereof enclosed in a sealed envelope, with Certified Mail postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

   a. Date of Mailing: November 18, 2025
   b. Place of Mailing: Oakland, CA
   c. Addressed as follows: Todd M. Lyons, Acting Director (U.S. Immigration and Customs Enforcement), Office of the General Counsel
   245 Murray Ln SW Stop 485
   Washington, DC 20528-0485
   d. Certified Mail Tracking No. 9589 0710 5270 2157 6319 29

4. I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Oakland, California in the ordinary course of business.

Fee for Service: $ .00
Nationwide Legal, LLC REG: 12-234648
1635 Broadway
Oakland, CA 94612
(510) 444-4690
www.nationwideasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 21, 2025**.

Signature: _____

**Aubreyana Burton**

**PROOF OF SERVICE BY CERTIFIED MAIL**

Order#: SF298543/mailproof