| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>STEVEN P. RAGLAND(SBN: 221076) CODY S. HARRIS(SBN: 255302)<br>CARLOS C. MARTINEZ(SBN: 354616)<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street San Francisco, CA 94111<br>　TELEPHONE No.: (415) 391-5400　FAX No. (Optional): (415) 397-7188　E-MAIL ADDRESS (Optional):<br>*Attorney for:* Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated | Ref No. or File No.:<br>CALCITY | *FOR COURT USE ONLY* |

*Insert name of Court, and Judicial District and Branch Court:*
USDC NORTHERN DISTRICT COURT OF CALIFORNIA

*Petitioner:* FERNANDO GOMEZ RUIZ; et al.

*Respondent:* U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.

| **PROOF OF SERVICE BY CERTIFIED MAIL** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>3:25-cv-09757-MMC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the FIRST AMENDED COMPLAINT CLASS ACTION

3. By placing a true copy thereof enclosed in a sealed envelope, with Certified Mail postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

   a. Date of Mailing:　　　　　　November 20, 2025
   b. Place of Mailing:　　　　　　Oakland, CA
   c. Addressed as follows:　　　U.S. Immigration and Customs Enforcement
   　　　　　　　　　　　　　　　245 Murray Ln SW Stop 485
   　　　　　　　　　　　　　　　Washington, DC 20528-0485
   d. Certified Mail Tracking No.　9589 0710 5270 2157 6320 18

4. I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Oakland, California in the ordinary course of business.

Fee for Service: **$ .00**
**Nationwide Legal, LLC REG: 12-234648**
**1635 Broadway**
**Oakland, CA 94612**
**(510) 444-4690**
**www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 21, 2025**.

**Signature:** _____
**Aubreyana Burton**

**PROOF OF SERVICE BY CERTIFIED MAIL**

Order#: SF299104/mailproof

| Attorney or Party without Attorney: STEVEN P. RAGLAND(SBN: 221076) CODY S. HARRIS(SBN: 255302) CARLOS C. MARTINEZ(SBN: 354616) KEKER, VAN NEST & PETERS LLP 633 Battery Street San Francisco, CA 94111 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE No.: (415) 391-5400   FAX No. (Optional): (415) 397-7188   E-MAIL ADDRESS (Optional): | |
| Attorney for: Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated | Ref No. or File No.: CALCITY |
| Insert name of Court, and Judicial District and Branch Court: USDC NORTHERN DISTRICT COURT OF CALIFORNIA | |
| Petitioner: FERNANDO GOMEZ RUIZ; et al. | |
| Respondent: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al. | |

| PROOF OF SERVICE BY CERTIFIED MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 3:25-cv-09757-MMC |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the FIRST AMENDED COMPLAINT CLASS ACTION

3. By placing a true copy thereof enclosed in a sealed envelope, with Certified Mail postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:
   a. Date of Mailing:          November 20, 2025
   b. Place of Mailing:         Oakland, CA
   c. Addressed as follows:     Kristi Noem, Secretary
                                ATTENTION: U.S. Department of Homeland Security -
                                245 Murray Ln SW Stop 485
                                Washington, DC 20528-0485
   d. Certified Mail Tracking No.   9589 0710 5270 2157 6319 81

4. I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Oakland, California in the ordinary course of business.

Fee for Service: $ .00
**Nationwide Legal, LLC REG: 12-234648**
**1635 Broadway**
**Oakland, CA 94612**
**(510) 444-4690**
**www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 21, 2025**.

**Signature:** _____
**Aubreyana Burton**

**PROOF OF SERVICE BY CERTIFIED MAIL**

Order#: SF299104C/mailproof

| Attorney or Party without Attorney: STEVEN P. RAGLAND - # 221076 \| CODY S. HARRIS - # 255302 \| CARLOS C. MARTINEZ - # 354616 KEKER, VAN NEST & PETERS LLP 633 Battery Street, San Francisco, CA 94111 | | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE No.: (415) 391-5400    FAX No. (Optional): (415) 397-7188    E-MAIL ADDRESS (Optional): | | |
| Attorney for: Plaintiffs | Ref No. or File No.: CALCITY | |
| Insert name of Court, and Judicial District and Branch Court: USDC NORTHERN DISTRICT OF CALIFORNIA | | |
| Petitioner: FERNANDO GOMEZ RUIZ; et al. | | |
| Respondent: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al. | | |
| **PROOF OF SERVICE BY FEDEX** | HEARING DATE:    TIME:    DEPT.: | CASE NUMBER: 3:25-cv-09757-MMC |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the FIRST AMENDED COMPLAINT CLASS ACTION

3. By placing a true copy thereof enclosed in a sealed envelope, with Certified Mail postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:
   a. Date of Mailing:           November 20, 2025
   b. Place of Mailing:          Oakland, CA
   c. Addressed as follows:      Sergio Albarran, Acting Director of San Francisco Field Office
                                 San Francisco Immigration and Customs Enforcement Office
                                 630 Sansome St Rm 590
                                 San Francisco, CA 94111-2239
   d. FedEx Tracking No.         8862 4877 5299

4. I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Oakland, California in the ordinary course of business.

Fee for Service: $ .00
**Nationwide Legal, LLC REG: 12-234648**
**1635 Broadway**
**Oakland, CA 94612**
**(510) 444-4690**
**www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 21, 2025**.

**Signature:** _[signature]_
**Karel Rubin**

**PROOF OF SERVICE BY FEDEX**

Order#: SF299114/mailproof

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| STEVEN P. RAGLAND - # 221076 \| CODY S. HARRIS - # 255302 \| CARLOS C. MARTINEZ - # 354616<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street, San Francisco, CA 94111 | | |
| TELEPHONE No.: (415) 391-5400    FAX No. (Optional): (415) 397-7188<br>E-MAIL ADDRESS (Optional):<br>Attorney for: Plaintiffs | | |
| USDC NORTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 450 GOLDEN GATE<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102<br>BRANCH NAME: SAN FRANCISCO | | |
| PLAINTIFF/PETITIONER: FERNANDO GOMEZ RUIZ; et al.<br>DEFENDANT/RESPONDENT: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al. | | CASE NUMBER:<br>3:25-cv-09757-MMC |
| **DECLARATION OF DILIGENCE** | | Ref. No. or File No.:<br>CALCITY |

I, Oscar Preciado , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: Sergio Albarran, Acting Director of San Francisco Field Office as follows:
Documents:

**FIRST AMENDED COMPLAINT CLASS ACTION**

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 11/20/2025 | 12:52 PM | Business | At my arrival security told me that they will not accept it here and they refused to let me up or give me access to the building. I also asked where could I take it and he didn't even know.<br>630 Sansome St Rm 590, San Francisco, CA 941112239 |

Fee for Service: $ .00
County: **Alameda**
Registration No.: **1591**
**Nationwide Legal, LLC**
**1635 Broadway**
**Oakland, CA 94612**
**(510) 444-4690**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 21, 2025.

Signature: _____

**Oscar Preciado**

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: SF299114

| Attorney or Party without Attorney: STEVEN P. RAGLAND(SBN: 221076) CODY S. HARRIS(SBN: 255302) CARLOS C. MARTINEZ(SBN: 354616) KEKER, VAN NEST & PETERS LLP 633 Battery Street San Francisco, CA 94111 TELEPHONE No.: (415) 391-5400    FAX No. (Optional): (415) 397-7188    E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|
| Attorney for: Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated    Ref No. or File No.: CALCITY | |
| Insert name of Court, and Judicial District and Branch Court: USDC NORTHERN DISTRICT COURT OF CALIFORNIA | |
| Petitioner: FERNANDO GOMEZ RUIZ; et al. | |
| Respondent: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al. | |

| PROOF OF SERVICE BY CERTIFIED MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 3:25-cv-09757-MMC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the FIRST AMENDED COMPLAINT CLASS ACTION

3. By placing a true copy thereof enclosed in a sealed envelope, with Certified Mail postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:
   a. Date of Mailing:            November 20, 2025
   b. Place of Mailing:           Oakland, CA
   c. Addressed as follows:       Todd M. Lyons, Acting Director
                                  245 Murray Ln SW Stop 485
                                  Washington, DC 20528-0485
   d. Certified Mail Tracking No. 9589 0710 5270 2157 6320 01

4. I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Oakland, California in the ordinary course of business.

Fee for Service: $ .00
 Nationwide Legal, LLC REG: 12-234648
 1635 Broadway
 Oakland, CA 94612
 (510) 444-4690
 www.nationwideasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 21, 2025**.

Signature: _____

**Aubreyana Burton**

**PROOF OF SERVICE BY CERTIFIED MAIL**

Order#: SF299104A/mailproof

| Attorney or Party without Attorney: STEVEN P. RAGLAND(SBN: 221076) CODY S. HARRIS(SBN: 255302) CARLOS C. MARTINEZ(SBN: 354616) KEKER, VAN NEST & PETERS LLP 633 Battery Street San Francisco, CA 94111 TELEPHONE No.: (415) 391-5400    FAX No. (Optional): (415) 397-7188    E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|
| Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated    Ref No. or File No.: CALCITY | |
| Insert name of Court, and Judicial District and Branch Court: USDC NORTHERN DISTRICT COURT OF CALIFORNIA | |
| Petitioner: FERNANDO GOMEZ RUIZ; et al. Respondent: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; et al. | |
| PROOF OF SERVICE BY CERTIFIED MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 3:25-cv-09757-MMC |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the FIRST AMENDED COMPLAINT CLASS ACTION

3. By placing a true copy thereof enclosed in a sealed envelope, with Certified Mail postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:
   a. Date of Mailing:    November 20, 2025
   b. Place of Mailing:    Oakland, CA
   c. Addressed as follows:    U.S. Department of Homeland Security
       245 Murray Ln SW Stop 485
       Washington, DC 20528-0485
   d. Certified Mail Tracking No.    9589 0710 5270 2157 6319 98

4. I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Oakland, California in the ordinary course of business.

Fee for Service: **$ .00**
**Nationwide Legal, LLC REG: 12-234648**
**1635 Broadway**
**Oakland, CA 94612**
**(510) 444-4690**
**www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 21, 2025**.

**Signature:** _/s/_
**Aubreyana Burton**

**PROOF OF SERVICE BY CERTIFIED MAIL**

Order#: SF299104B/mailproof