PRISON LAW OFFICE
MARGOT MENDELSON - #268583
mmendelson@prisonlaw.com
TESS BORDEN - #805022 (*pro hac vice*)
tess@prisonlaw.com
PATRICK BOOTH - #328783
patrick@prisonlaw.com
ALISON HARDY - #135966
ahardy@prisonlaw.com
RANA ANABTAWI - #267073
rana@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
PRIYA ARVIND PATEL - #295602
priya@ccijustice.org
MARIEL VILLARREAL - #317048
mariel@ccijustice.org
1999 Harrison Street #1800
Oakland, California 94612
Tel: (650) 762-8990

KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - #221076
sragland@keker.com
CODY S. HARRIS - #255302
charris@keker.com
CARLOS C. MARTINEZ - #354616
cmartinez@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Tel.: 415 391 5400; Fax: 415 397 7188

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
KYLE VIRGIEN - #278747
kvirgien@aclu.org
FELIPE HERNANDEZ - #338468
npp_fhernandez@aclu.org
MARISOL DOMINGUEZ-RUIZ - #345416
mdominguez-ruiz@aclu.org
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770

CARMEN IGUINA GONZALEZ - #277369
ciguinagonzalez@aclu.org
915 15th Street, NW, 7th Floor
Washington, DC 20005
Tel.: (202) 393-4930

Attorneys for Plaintiffs *Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs | Case No. 3:25-cv-09757-MMC<br><br>**~~PROPOSED~~ ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS**<br><br>Judge: Hon. Maxine M. Chesney |

1
~~PROPOSED~~ ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS
3563939

| | |
|---|---|
| Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,<br><br>                Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UPON CONSIDERATION of Plaintiffs' motion under Civil Local Rule 7-11 for administrative relief from the 25-page limitation set forth in Civil Local Rule 7-2(b) and the supporting declaration filed concurrently with Plaintiffs' motion,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to Exceed Page Limits is GRANTED. Plaintiffs may file a Motion for Preliminary Injunction, with the supporting memorandum of points and authorities not to exceed 30 pages.

IT IS SO ORDERED.

Dated: December 1, 2025

_____
HONORABLE MAXINE M. CHESNEY