| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>STEVEN P. RAGLAND - # 221076<br>sragland@keker.com<br>CODY S. HARRIS - # 255302<br>charris@keker.com<br>CARLOS C. MARTINEZ - # 354616<br>cmartinez@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188<br><br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>PRIYA ARVIND PATEL - # 295602<br>priya@ccijustice.org<br>MARIEL VILLARREAL - # 317048<br>mariel@ccijustice.org<br>1999 Harrison Street #1800<br>Oakland, California 94612<br>Tel: (650) 762-8990 | PRISON LAW OFFICE<br>MARGOT MENDELSON - # 268583<br>mmendelson@prisonlaw.com<br>TESS BORDEN - MJP # 805022, *pro hac vice*<br>tess@prisonlaw.com<br>PATRICK BOOTH - # 328783<br>patrick@prisonlaw.com<br>ALISON HARDY - # 135966<br>ahardy@prisonlaw.com<br>RANA ANABTAWI - # 267073<br>rana@prisonlaw.com<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Tel.: (510) 280-2621<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>KYLE VIRGIEN - # 278747<br>kvirgien@aclu.org<br>FELIPE HERNANDEZ - # 338468<br>npp_fhernandez@aclu.org<br>MARISOL DOMINGUEZ-RUIZ - # 345416<br>mdominguez-ruiz@aclu.org<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>Tel.: (415) 343-0770<br><br>CARMEN IGUINA GONZALEZ - # 277369<br>ciguinagonzalez@aclu.org<br>915 15th Street, NW, 7th Floor<br>Washington, DC 20005<br>Tel.: (202) 393-4930 |

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS | Case No. 3:25-cv-09757-MMC<br><br>**DECLARATION OF STEVEN P. RAGLAND IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:      January 9, 2026<br>Time:      9:00 a.m.<br>Dept.:     Ctrm 7 – 19th Floor<br>Judge:    Hon. Maxine M. Chesney<br><br>Date Filed:  November 12, 2025 |

| | |
|---|---|
| 1 | ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and |
| 2 | Customs Enforcement; SERGIO ALBARRAN, Acting Director of San |
| 3 | Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and |
| 4 | Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI |
| 5 | NOEM, Secretary, U.S. Department of Homeland Security, |
| 6 | |
| 7 | Defendants. |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF STEVEN P. RAGLAND IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
Case No. 3:25-cv-09757-MMC

I, Steven P. Ragland, declare as follows:

1. I am a partner of the law firm of Keker, Van Nest & Peters LLP. I and my firm represent named Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, and Alejandro Mendiola Escutia in this lawsuit. I am a member of the California State Bar, and I am admitted in the United States District Court for the Northern District of California. I have personal knowledge of the facts stated in this Declaration and, if called to testify, could and would competently testify thereto. I make this declaration in support of Plaintiffs' Motion for Class Certification.

2. My law firm has the necessary experience and resources to adequately represent and protect the interests of the class in this matter. Keker, Van Nest & Peters has extensive experience litigating high-stakes complex litigation. It has been named the top litigation boutique by the *Daily Journal* and litigation boutique of the year by the *American Lawyer*. It was also named as one of the 2024 *Law360* top trial groups of the year.

3. Keker, Van Nest & Peters also has significant experience handling civil rights cases seeking to vindicate the rights of underserved populations. Following are examples of some of this relevant work and experience:

 a. <u>United Farm Workers v. Noem</u>, No. 1:25-CV-00246 JLT CDB (E.D. Cal.): In an ongoing case brought in partnership with the ACLU challenging the government's mass deportations, we successfully obtained a preliminary injunction barring U.S. Border Patrol from using stop-and-arrest practices that violate federal law and the U.S. Constitution. The preliminary injunction prohibits Border Patrol agents from stopping people without reasonable suspicion that they are noncitizens and in the U.S. in violation of federal immigration law and arresting people without a warrant if agents lack probable cause to believe the person is a flight risk.

 b. <u>Jewett, et al., v. Shasta Cty. Sheriff's Dep't et al.</u>, 2:13-cv-00882-MCE-AC (E.D. Cal.): In conjunction with the Disability Rights Legal Center, we successfully represented a certified class of inmates at the Shasta County Jail

in claims related to civil rights and disability law violations, ultimately obtaining injunctive relief requiring comprehensive policy and structural changes at the Shasta County Jail and a multi-year monitoring period.

c. *Wilbur P.G., et al. v. U.S.*, 4:21-cv-04457-KAW (N.D. Cal.): In partnership with the Lawyers' Committee for Civil Rights and the ACLU, we successfully represented immigrant families who had been subjected to the government's family-separation policy—where the government had forcibly separated parents from their children in Customs and Border Protection facilities in Arizona. We settled the case weeks before trial.

d. *Al-Mowafak, et al. v. Trump, et al.*, 3:17-cv-00557-WHO (N.D. Cal.): With the ACLU Foundation of Northern California, we represented individuals who were injured by the government's unlawful entry ban. The case was stayed when another district court entered a nationwide injunction.

e. *Preap v. Johnson*, 303 F.R.D. 566 (N.D. Cal. 2014), *aff'd*, 831 F.3d 1193 (9th Cir. 2016): We represented a class of undocumented immigrants who brought a case against the Secretary of Department of Homeland Security challenging their mandatory detention without bond under the Immigration and Nationality Act.

4. Attorneys at my firm have experience trying and litigating class actions, including RICO, antitrust, consumer, employment, false advertising, copyright, unfair business practices, and securities cases, and cases involving detained individual's rights and constitutional and Rehabilitation Act claims. The firm has served as both plaintiff and defense counsel in numerous class actions, including *Jewett, et al. v. Shasta Cty., et al.*, in which I led the successful representation of a class of detained individuals at the Shasta County Jail.

5. In partnership with co-counsel, my firm has conducted extensive identification and investigation of potential class claims in this case. My firm has the capacity to thoroughly and vigorously prosecute the claims in this case and properly represent the class. We have undertaken

this case on a pro bono basis and have committed, and will continue to commit, the resources necessary to litigate it.

6. Moreover, Keker, Van Nest & Peters has no conflict with the proposed class members that would compromise its ability to represent the class.

7. I have been a member of the State Bar of California since 2002 and am currently in my twenty-third year of practicing complex civil litigation and criminal defense. I have represented a wide range of clients, ranging from Fortune 100 companies to detained individuals, and am experienced in all phases of litigation from pre-litigation advice through trial and appeal. Throughout my twenty-one years at Keker, Van Nest & Peters, I have maintained an active pro bono practice and represented prisoners with claims of innocence, exonerated individuals pursuing civil rights actions for wrongful incarceration, defendants challenging unlawful charging decisions, and a class of prisoners challenging unlawful conditions of confinement.  I have argued extensively in dozens of hearings in multiple state and federal district courts, and in the Ninth Circuit Court of Appeal.

8. I have been listed in Best Lawyers in America since 2018, named among the Leading Litigators in America by Lawdragon for multiple years, recognized as a Northern California Super Lawyer every year since 2013 in multiple practice areas, named a Benchmark Litigation Star, and received a California Lawyer of the Year Award in 2017.  I have lectured extensively on federal court practice and have been an invited speaker at several national legal conferences. I have devoted substantial time to disability rights issues, including serving on the Board of Directors of Families of Spinal Muscular Atrophy/Cure SMA and the Board of Directors of Disability Rights Advocates.  I have also devoted substantial legal time and resources to cases involving disability rights and in 2024 accepted the Pro Bono Award from the Disability Rights Legal Center for my and my firm's work vindicating the rights of people living with disabilities.

9. My partner, Cody S. Harris, is working with me on this matter. Cody is experienced in all phases of litigation and has litigated numerous high-stakes civil matters. He also has litigated multiple class action lawsuits, including several securities fraud class actions,

consumer class actions, and a civil antitrust class action that would have been the largest class ever certified by a federal court. Since joining the firm in 2008, he has maintained a robust pro bono practice. For example, he successfully obtained a nationwide injunction against a January 2017 executive order that attempted to deprive state and local governments of federal funds unless they helped enforce federal immigration directives. He has also represented individuals held in both state and federal custody, including individuals detained in Guantanamo Bay as part of the U.S. Government's Global War on Terror. He has argued in several state and federal district courts and in the Ninth Circuit.

10. Cody is a member of the bar of the State of California and admitted in the United States District Court for the Northern District of California. He served as a judicial law clerk for Judge David S. Tatel of the U.S. Court of Appeals for the D.C. Circuit from 2007 to 2008 and graduated from Stanford Law School in 2007. He taught constitutional law through Stanford's Continuing Studies Program for more than a decade and frequently lectures on constitutional law and the Supreme Court. The Daily Journal named Cody a Top 40 Lawyer Under 40 and California Lawyer of the Year in 2018. He has been recognized as a Super Lawyer Rising Star and a Super Lawyer in multiple practice areas.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I signed this declaration at San Francisco, California on November 26, 2025.

*/s/ Steven P. Ragland*
Steven P. Ragland