| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>STEVEN P. RAGLAND - # 221076<br>sragland@keker.com<br>CODY S. HARRIS - # 255302<br>charris@keker.com<br>CARLOS C. MARTINEZ - # 354616<br>cmartinez@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188<br><br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>PRIYA ARVIND PATEL - # 295602<br>priya@ccijustice.org<br>MARIEL VILLARREAL - # 317048<br>mariel@ccijustice.org<br>1999 Harrison Street #1800<br>Oakland, California 94612<br>Tel: (650) 762-8990 | PRISON LAW OFFICE<br>MARGOT MENDELSON - # 268583<br>mmendelson@prisonlaw.com<br>TESS BORDEN - MJP # 805022, *pro hac vice*<br>tess@prisonlaw.com<br>PATRICK BOOTH - # 328783<br>patrick@prisonlaw.com<br>ALISON HARDY - # 135966<br>ahardy@prisonlaw.com<br>RANA ANABTAWI - # 267073<br>rana@prisonlaw.com<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Tel.: (510) 280-2621<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>KYLE VIRGIEN - # 278747<br>kvirgien@aclu.org<br>FELIPE HERNANDEZ - # 338468<br>npp_fhernandez@aclu.org<br>MARISOL DOMINGUEZ-RUIZ - # 345416<br>mdominguez-ruiz@aclu.org<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>Tel.: (415) 343-0770<br><br>CARMEN IGUINA GONZALEZ - # 277369<br>ciguinagonzalez@aclu.org<br>915 15th Street, NW, 7th Floor<br>Washington, DC 20005<br>Tel.: (202) 393-4930 |

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>       v.<br><br>U.S. IMMIGRATION AND CUSTOMS | Case No. 3:25-cv-09757-MMC<br><br>**DECLARATION OF MARGOT MENDELSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:      January 9, 2026<br>Time:     9:00 a.m.<br>Dept.:    Ctrm 7 – 19th Floor<br>Judge:    Hon. Maxine M. Chesney<br><br>Date Filed: November 12, 2025 |

| | |
|---|---|
| 1 | ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |

I, Margot Mendelson, hereby declare:

1. I am the Executive Director of the Prison Law Office ("PLO"), a nonprofit based in Berkeley, California, whose mission is to protect the rights of people in locked facilities, including people in prisons, jails, juvenile facilities, and immigration detention centers. I make this declaration to describe my qualifications and those of my colleagues to serve as counsel for the Proposed Class in this case. The following facts are based on my own personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. I am a member of the California bar where I was admitted to practice in 2010. I have been admitted to practice in the U.S. District Courts for the Northern, Central, and Eastern Districts of California and the U.S. Courts of Appeals for Fourth and Ninth Circuits.

3. I received my B.A. from Harvard College and my J.D. from Yale Law School in 2009. I clerked for Judge Diana G. Motz of the U.S. Court of Appeals for the Fourth Circuit and Judge Catherine Blake of the U.S. District Court for the District of Maryland. Before joining the PLO, I worked at Rosen Bien Galvan & Grunfeld LLP, where I practiced complex civil litigation in state and federal courts at the trial and appellate levels, with a focus on civil rights matters.

4. I have worked at PLO since 2016, when I joined the organization as a staff attorney. In 2022, I became the Legal Director of PLO, and in 2023, I became the Executive Director.

5. As the Executive Director of PLO, I oversee and am directly involved in the organization's legal work. PLO has a long history of serving as class counsel on behalf of people related to their conditions in locked facilities. Our office has litigated numerous large-scale class actions over the last 30 years, including *Brown v. Plata*, 563 U.S. 493 (2011) (holding the court-mandated population limit for California prisons was necessary to remedy violations of incarcerated people's constitutional rights to adequate medical and mental health care) and *Pennsylvania Department of Corrections v. Yeskey*, 524 U.S. 206 (1998) (unanimously holding the Americans with Disabilities Act applies to people incarcerated in state prisons). PLO is currently litigating other major class action cases involving the rights of incarcerated people, including *Clark v. California*, 123 F.3d 1267 (9th Cir. 1997) (statewide class action on behalf of incarcerated people with developmental disabilities in California under the Americans with Disabilities Act);

*Armstrong v. Newsom*, 124 F.3d 1019 (9th Cir. 1997) (statewide class action on behalf of incarcerated people with physical and learning disabilities under the Americans with Disabilities Act and the Rehabilitation Act); *Coleman v. Newsom*, 912 F. Supp. 1282 (E.D. Cal. 1995) (statewide class action on the adequacy of mental health care in California prisons); *Plata v. Newsom*, C-O1-1351 TEH (N.D. Cal. 2001) (statewide class action challenging inadequacy of health care in California state prisons); and *Jensen v. Arizona*, 754 F.3d 657 (9th Cir. 2014) (statewide class action to reform medical, mental health, and conditions of solitary confinement in Arizona prisons).

6. Other class action and impact litigation cases brought by PLO involving the rights of incarcerated people include *Gates v. Deukmejian*, 987 F.2d 1392 (9th Cir. 1993) (prison-wide class action to reform the conditions, psychiatric and medical care, and HIV discrimination at California Medical Facility); *Madrid v. Gomez*, 889 F. Supp. 1146 (N.D. Cal. 1995) (prison-wide class action to reform the conditions, medical and mental health care, guard brutality, due process, personal safety, access to law libraries at Pelican Bay State Prison); *Valdivia v. Davis*, 206 F. Supp. 2d 1068 (E.D. Cal. 2002) (statewide class action challenging the lack of due process in California Board of Prison Terms parole revocation proceedings); *Perez v. Tilton*, 3:05-cv-05241-JSW (N.D. Cal. 2005) (statewide class action challenging inadequacy of California prisoner dental care); and *Farrell v. Tilton*, Case No. 3079344 (Alameda County Sup. Ct. 2003) (taxpayer action to reform the conditions of confinement for wards under the jurisdiction of the Division of Juvenile Justice [formerly California Youth Authority]).

7. PLO also has active consent decrees regarding jail conditions in numerous California counties, including Sacramento County (*Mays v. County of Sacramento*, No. 2:18-cv-02081-TLN-CSK (E.D. Cal. 2018)), Santa Clara County (*Chavez et al. v. County of Santa Clara*, No. 1:15-cv-05277-RMI (N.D. Cal. 2015)), Contra Costa County (*Young et al v. County of Contra Costa*, No. 5:20-cv-06848 (N.D. Cal. 2020)), Fresno County (*Hall et al. v. County of Fresno*, No. 1:11-cv-02047-LJO-BAM (E.D. Cal. 2011)); and Riverside County (*Gray et al. v. County of Riverside*, No. 5:13-cv-00444 (E.D. Cal. 2013)). PLO previously had a consent decree in San

Bernardino County (*Turner v. Cty. of San Bernardino*, No. 5:16-cv-00355-VAP-DTB (C.D. Cal. 2016).

8. I have served as lead or co-counsel in certified class actions challenging conditions of confinement on behalf of people in prison or jail, including *Mays v. County of Sacramento*, No. 2:18-cv-02081-TLN-CSK (E.D. Cal. 2018); *Turner v. Cty. of San Bernardino*, No. 5:16-cv-00355-VAP-DTB (C.D. Cal. 2016); *Chavez et al. v. County of Santa Clara*, No. 1:15-cv-05277-RMI (N.D. Cal. 2015); *Gray et al. v. County of Riverside*, No, 5:13-cv-00444 (E.D. Cal. 2013); *Armstrong v. Newsom*, 124 F.3d 1019 (9th Cir. 1997); and *Coleman v. Newsom*, 912 F. Supp. 1282 (E.D. Cal. 1995). I have also served as lead or co-counsel in a case involving conditions of confinement in immigration detention, *Teneng v. Trump*, 5:18-cv-01609 (E.D. Cal. 2018).

9. My colleague, Tess Borden, began working at PLO in 2022 and is now a Supervising Staff Attorney. Ms. Borden received her B.A. from Yale College and her J.D. cum laude from Harvard Law School in 2014. She clerked for the Honorable George A. O'Toole, Jr. of the U.S. District Court for the District of Massachusetts. She is admitted to the New York Bar and is registered by the State Bar of California as a Registered Legal Aid Attorney through the Multijurisdictional Practice (MJP) Program. Before joining PLO, Ms. Borden was a staff attorney at the ACLU of New Jersey, where she litigated conditions of confinement and criminal legal system reform in federal and state courts and testified before the legislature on solitary confinement, prison oversight, and officer-perpetrated abuse. She was appointed by New Jersey Governor Phil Murphy to serve on the Advisory Board to the New Jersey Office of Corrections Ombudsperson and on the Inter-Agency Working Group on Body Worn Cameras. While at the ACLU of New Jersey, Ms. Borden served as lead or co-counsel in numerous state and federal cases involving prisons, jails and immigration detention, including as class counsel in the certified class action *Adam X. v. New Jersey Dep't of Corr.*, No. 3:17-cv-00188-FLW-LHG, 2022 WL 621089 (D.N.J. Mar. 3, 2022) (granting final approval of class settlement agreement and awarding attorneys' fees in case involving the Individuals with Disabilities Education Act, Rehabilitation Act, and Americans with Disabilities Act). At PLO, Ms. Borden has served as lead or co-counsel in certified class actions challenging conditions of confinement on behalf of people in prison or jail, including

*Armstrong v. Newsom*, 124 F.3d 1019 (9th Cir. 1997) and *Turner v. Cty. of San Bernardino*, No. 5:16-cv-00355-VAP-DTB (C.D. Cal. 2016).

10. My colleague, Patrick Booth, began working at PLO in 2019 and is now a Supervising Staff Attorney. Mr. Booth received his B.A. from University of California, Berkeley in 2013 and his J.D. from Berkeley Law in 2019. He was admitted to the California State Bar in 2019 and has been in good standing with the California State Bar since admission. He is also admitted to practice before the Central, Northern, and Eastern Districts of California, and the U.S. Courts of Appeal for the Ninth Circuit. Mr. Booth has served as lead or co-counsel in certified class actions challenging conditions of confinement on behalf of people in prison or jail, including *Armstrong v. Newsom*, 124 F.3d 1019 (9th Cir. 1997); *Clark v. California*, 123 F.3d 1267 (9th Cir. 1997); *Mays v. County of Sacramento*, No. 2:18-cv-02081-TLN-CSK (E.D. Cal. 2018); *Gray et al. v. County of Riverside*, No. 5:13-cv-00444 (E.D. Cal. 2013); *Wilson et al. v. Ponce*, No. 2:20-cv-04451 (C.D. Cal 2020); and *Torres et al. v. Milusnic et al.*, No. 2:20-cv-04450-CBM-PVCx (C.D. Cal. 2020).

11. My colleague, Alison Hardy, began working at PLO in 1988 and is now a Supervising Staff Attorney. After working at PLO for nine years, during which time she advocated for incarcerated people with health care issues including HIV/AIDS and mental illness, Ms. Hardy moved to Oregon and created a project at the Oregon Law Center focused on improving conditions of confinement for incarcerated people. Ms. Hardy returned to PLO in 2003 and has worked as class counsel in numerous cases involving conditions in prisons and jails. She earned her undergraduate degree from Stanford University, and her J.D. from the University of California, Los Angeles. Ms. Hardy was admitted to the California State Bar in December 1988 and has been in good standing since her admission. She is also admitted to practice before the Central, Northern, and Eastern Districts of California, and the U.S. Courts of Appeal for the Ninth Circuit. Ms. Hardy has served as lead or co-counsel in certified class actions challenging conditions of confinement on behalf of people in prison or jail, including *Plata v. Newsom*, C-O1-1351 TEH (N.D. Cal. 2001); *Armstrong v. Newsom*, 124 F.3d 1019 (9th Cir. 1997); *Jensen v. Arizona*, 754 F.3d 657 (9th Cir.

2014); *Perez v. Tilton*, 3:05-cv-05241-JSW (N.D. Cal. 2005); and *Hall et al. v. County of Fresno*, No. 1:11-cv-02047-LJO-BAM (E.D. Cal. 2011).

12. My colleague, Rana Anabtawi, began working at PLO in 2009 and is now a Senior Staff Attorney. Ms. Anabtawi received her B.A. from University of California, Berkeley in 2005 and her J.D. from Berkeley Law in 2009. She was admitted to the California State Bar in 2009 and has been in good standing with the California State Bar since admission. She is also admitted to practice before the Northern District of California. Ms. Anabtawi has served as lead or co-counsel in certified class actions challenging conditions of confinement on behalf of people in prison or jail, including *Plata v. Newsom*, C-O1-1351 TEH (N.D. Cal. 2001); and *Clark v. California*, 123 F.3d 1267 (9th Cir. 1997).

13. PLO has dedicated many hours and significant financial resources to the investigation and research of Plaintiffs' claims—including interviewing Plaintiffs and other members of the Proposed Class to develop the factual record and legal issues underlying this case, interviewing potential expert witnesses, performing legal research about potential claims and relief available to the Proposed Class, and drafting a lengthy and detailed complaint.

14. PLO has dedicated and will continue to dedicate resources to the representation of the Proposed Class.

15. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2025, in Berkeley, California

By:   /s/ *Margot Mendelson*
     MARGOT MENDELSON