| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>STEVEN P. RAGLAND - # 221076<br>sragland@keker.com<br>CODY S. HARRIS - # 255302<br>charris@keker.com<br>CARLOS C. MARTINEZ - # 354616<br>cmartinez@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:   415 397 7188<br><br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>PRIYA ARVIND PATEL - # 295602<br>priya@ccijustice.org<br>MARIEL VILLARREAL - # 317048<br>mariel@ccijustice.org<br>1999 Harrison Street #1800<br>Oakland, California 94612<br>Tel: (650) 762-8990 | PRISON LAW OFFICE<br>MARGOT MENDELSON - # 268583<br>mmendelson@prisonlaw.com<br>TESS BORDEN - MJP # 805022, *pro hac vice*<br>tess@prisonlaw.com<br>PATRICK BOOTH - # 328783<br>patrick@prisonlaw.com<br>ALISON HARDY - # 135966<br>ahardy@prisonlaw.com<br>RANA ANABTAWI - # 267073<br>rana@prisonlaw.com<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Tel.: (510) 280-2621<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>KYLE VIRGIEN - # 278747<br>kvirgien@aclu.org<br>FELIPE HERNANDEZ - # 338468<br>npp_fhernandez@aclu.org<br>MARISOL DOMINGUEZ-RUIZ - # 345416<br>mdominguez-ruiz@aclu.org<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>Tel.: (415) 343-0770<br><br>CARMEN IGUINA GONZALEZ - # 277369<br>ciguinagonzalez@aclu.org<br>915 15th Street, NW, 7th Floor<br>Washington, DC 20005<br>Tel.: (202) 393-4930 |

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>U.S. IMMIGRATION AND CUSTOMS | Case No. 3:25-cv-09757-MMC<br><br>**DECLARATION OF KYLE VIRGIEN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:       January 9, 2026<br>Time:      9:00 a.m.<br>Dept.:     Ctrm 7 – 19th Floor<br>Judge:    Hon. Maxine M. Chesney<br><br>Date Filed: November 12, 2025 |

1  ENFORCEMENT; TODD M. LYONS,
   Acting Director, U.S. Immigration and
2  Customs Enforcement; SERGIO
   ALBARRAN, Acting Director of San
3  Francisco Field Office, Enforcement and
   Removal Operations, U.S. Immigration and
4  Customs Enforcement; U.S. DEPARTMENT
   OF HOMELAND SECURITY; KRISTI
5  NOEM, Secretary, U.S. Department of
   Homeland Security,
6
            Defendants.
7

I, Kyle Virgien, hereby declare:

1. I am a Senior Staff Attorney with the National Prison Project ("NPP") of the American Civil Liberties Union Foundation ("ACLU"). I make this declaration to describe my qualifications and those of my colleagues to serve as counsel for the Proposed Class in this case. The following facts are based on my own personal knowledge, and if called as a witness, I could and would testify competently thereto.

**Kyle Virgien**

2. I am a member of the California bar, where I was first admitted to practice in 2011. I have been admitted to practice in the U.S. District Courts for the Northern, Central, and Southern Districts of California and Eastern District of Texas, and the U.S. Courts of Appeals for the Second, Seventh, Ninth, and Federal Circuits.

3. I graduated from Harvard Law School in 2011 and clerked for the Hon. Raymond T. Chen of the U.S. Court of Appeals for the Federal Circuit. I was also a litigation associate at Latham & Watkins LLP and McDermott, Will & Emery LLP.

4. My legal practice focuses on the civil rights of people in immigration detention and other forms of detention, including conditions of confinement in immigration detention, jail, and prison.

5. I have served as lead or co-counsel in certified class actions challenging conditions of confinement on behalf of immigrant detainees, including *Barco Mercado v. Noem*, No. 25-cv-6568 (LAK) (S.D.N.Y.); *Alcantara v. Archambeault*, No. 3:20-cv-00756-DMS-AHG (S.D. Cal.) (provisional certification); and *Hernandez Roman v. Wolf*, No. 5:20-cv-00768-TJH-PVC (C.D. Cal.).

6. I have also served as lead or co-counsel in numerous additional cases involving conditions of confinement in immigration detention, including *M.A. v. Guthrie*, No. 2:25-cv-00765

1
DECLARATION OF KYLE VIRGIEN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
Case No. 3:25-cv-09757-MMC

(M.D. Fla.); *C.M. v. Noem*, No. 2:25-cv-00747 (M.D. Fla.); *Americans for Immigrant Justice v. DHS*, No. 1:22-cv-03118-CKK (D.D.C.); *Espinoza Escalona v. Noem*, No 1:25-cv-00604 (D.D.C.); *Las Americas Immigrant Advocacy Center v. Noem*, No. 1-25-cv-00418 (D.D.C.); *Luna Gutierrez v. Noem*, No. 1:25-cv-1766 (D.D.C.); and *Jimenez v. ICE*, No. 1:23-cv-06343-RMI (N.D. Cal.), and lead or co-counsel in numerous Freedom of Information Act cases involving immigration detention.

7. I have also served as lead or co-counsel in certified class actions on behalf of people in criminal pre-trial detention, including *Hernandez v. County of Monterey*, 5:13-cv-02354-BLF; *Ahlman v. Barnes*, No. 8:20-cv-00835-JGB-SHK (C.D. Cal.); *Romero-Lorenzo v. Koehn*, No. 2:20-cv-00901-DJH-ESW (D. Ariz.); and *Fenty v. Penzone*, No. 2:20-cv-01192-SPL-JZB (D. Ariz.).

**Carmen Iguina Gonzalez**

8. My colleague, Carmen Iguina González is Deputy Director for Immigration Detention of the ACLU National Prison Project, where she plans, manages, and helps direct litigation efforts and strategy on issues related to immigration detention.

9. Her experience includes litigation of groundbreaking civil rights matters across a broad range of issues, including immigrants' rights, criminal justice, reproductive freedom, and the rights of incarcerated people.

10. Ms. Iguina González graduated magna cum laude from Harvard University and New York University School of Law. She clerked for U.S. Supreme Court Justice Sonia Sotomayor, Judge Stephen Reinhardt of the U.S. Court of Appeals for the Ninth Circuit and Judge Kiyo Matsumoto of the U.S. District Court for the Eastern District of New York.

11. Ms. Iguina González was a staff attorney at the ACLU of Southern California where she served as class counsel in the first case to establish a right to appointed legal representation for any group of immigrants facing deportation. *See Franco-Gonzalez v. Holder*, No. CV 10-02211

DMG DTBX, 2013 WL 3674492, (C.D. Cal. Apr. 23, 2013). She also served as counsel in other complex immigration and criminal justice related class actions. *See J.E.F.M. v. Holder*, 107 F. Supp. 3d 1119 (W.D. Wa. 2015), 837 F. 3d 1026 (9th Cir. 2016) (nationwide class action seeking government-appointed representation for children in their deportation hearings); *Alfaro Garcia v. Holder*, No. 14-cv-01775-YGR (N.D. Cal.) (nationwide class action on behalf of asylum seekers who faced months of detention while awaiting reasonable fear determinations); *Youth Justice Coalition v. City of Los Angeles*, No. 16-cv-7932 (C.D. Cal) (class action concerning use of gang injunctions in Los Angeles).

12. Ms. Iguina González was also a Senior Staff Attorney at the ACLU Immigrant Rights Project, where she also litigated immigrants' rights cases in federal court, with a focus on class action litigation on behalf of detained immigrants. *See, e.g.*, *Garland v. Aleman Gonzalez*, No. 20-322 (U.S.) (class action concerning right to bond hearing for detained immigrants); *Miranda v. Garland*, No. 20-1828 (4th Cir.) (class action challenge concerning procedural requirements applicable in immigration bond hearings); *Robes v. U.S. Dep't Homeland Sec.*, No. 21-cv-13117 (D.N.J.) (class action challenge concerning transfer of immigration detainees); *see also Ayom v. Garland*, No. 20-2274 (8th Cir.) (individual habeas petition concerning prolonged immigration detention); *Mayorkas v. Innovation Law Lab*, No. 19-1212 (U.S.) (challenge to Migrant Protection Protocols).

13. Ms. Iguina González was also an Associate at the Issues and Appeals practice of Jones Day, a Counsel at Hecker Fink LLP, the Director and Adjunct Professor for the Howard University School of Law Civil Rights Clinic, and an Adjunct Professor for the University of Minnesota Law School Civil Rights Appellate Clinic.

**Marisol Dominguez-Ruiz**

14. My colleague, Marisol Dominguez-Ruiz, is a Staff Attorney at the ACLU's National Prison Project. She graduated from Loyola Law School in 2022 and joined the ACLU's National Prison Project as a Justice Catalyst Fellow. As a fellow, Ms. Dominguez-Ruiz focused on applying underused disability laws to challenge the use of solitary confinement. In 2024, she joined the ACLU's National Prison Project as a staff attorney.

15. Ms. Dominguez-Ruiz was first admitted to practice in California in 2022, and she has been admitted to practice in the U.S. District Courts for the Northern and Central Districts of California, and the U.S. Court of Appeals for the Third, Fourth, and Fifth Circuits.

16. Her entire legal practice since graduating from law school has focused on representing the constitutional and human rights of adults and children who are under the legal custody and control of the government, both correctional and child welfare agencies, and people in immigration detention.

17. Ms. Dominguez-Ruiz has served as co-counsel in class actions challenging conditions of confinement on behalf of people in custody, including: *Rutherford v. Luna*, No. 2:75-cv-04111 (C.D. Cal.) and *Rosas v. Luna*, No. 2:12-cv-00428 (C.D. Cal.) (cases about conditions of confinement and use of force in the Los Angeles County jail system, the largest in the United States); *Alex A. v. Edwards*, No. 3:22-cv-00573 (M.D. La., 5th Cir.) (challenge to the practice of incarcerating children adjudicated delinquent in the former Death Row building at Louisiana State Penitentiary-Angola); *Vail v. Dunleavy*, No. 3:25-cv-00086 (D. Alaska) (challenge to the Alaska Department of Corrections regarding the provision of medical, mental health, and dental care); and *C.M. v. Noem*, No. 2:25-cv-00747 (M.D. Fla.) (challenge the inadequate access to counsel in an ICE detention facility).

**Felipe De Jesús Hernández**

18. My colleague, Felipe De Jesús Hernández, is an attorney admitted to practice before the courts of the State of California. He is a Staff Attorney at the National Prison Project ("NPP") of the American Civil Liberties Union Foundation ("ACLU").

19. Mr. Hernández received his J.D. in 2020 from Harvard Law School and was admitted to the California State Bar in August 2021. He has been in good standing with the California State Bar since admission. He is also admitted to practice before the Central, Northern, and Eastern Districts of California, and the U.S. Courts of Appeal for the First, Fourth, Sixth, and Ninth Circuits. In 2023, he was appointed to serve on the Criminal Justice Act ("CJA") Appellate Panel for the U.S. Court of Appeals for the Fourth Circuit and, in 2024, he was appointed to serve on the CJA panel for the Sixth Circuit.

20. Prior to joining NPP in October of 2025, Mr. Hernández clerked for Judge Roger L. Gregory on the U.S. Court of Appeals, Fourth Circuit and Judge Raymond A. Jackson on the U.S. District Court, Eastern District of Virginia. Then, Mr. Hernández was a Harvard Law Review Fellow in the MacArthur Justice Center's Appellate and Supreme Court Program, where he brought constitutional appeals and cert petitions to end solitary confinement.

21. Following his fellowship, Mr. Hernández was an associate at Munger, Tolles, and Olson where he worked some of the most high-profile matters related to civil rights violations in California prisons, advocating for the end of the death penalty in California, accountability for maintaining inadequate juvenile detention centers and police accountability reform. Mr. Hernández was lead counsel *Ahn v. GEO Group, Inc.*, No. 1:22-cv-00586-CDB (E.D. Cal. 2025), which was a wrongful death lawsuit related to the use of solitary confinement in an immigration detention center.

22. I declare under penalty of perjury that the foregoing is true and correct.

1 | Executed on November 26, 2025, in Berkeley, California.

By: _____
KYLE VIRGIEN