| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>STEVEN P. RAGLAND - # 221076<br>sragland@keker.com<br>CODY S. HARRIS - # 255302<br>charris@keker.com<br>CARLOS C. MARTINEZ - # 354616<br>cmartinez@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:    415 397 7188<br><br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>PRIYA ARVIND PATEL - # 295602<br>priya@ccijustice.org<br>MARIEL VILLARREAL - # 317048<br>mariel@ccijustice.org<br>1999 Harrison Street #1800<br>Oakland, California 94612<br>Tel: (650) 762-8990 | PRISON LAW OFFICE<br>MARGOT MENDELSON - # 268583<br>mmendelson@prisonlaw.com<br>TESS BORDEN - MJP # 805022, *pro hac vice*<br>tess@prisonlaw.com<br>PATRICK BOOTH - # 328783<br>patrick@prisonlaw.com<br>ALISON HARDY - # 135966<br>ahardy@prisonlaw.com<br>RANA ANABTAWI - # 267073<br>rana@prisonlaw.com<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Tel.: (510) 280-2621<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>KYLE VIRGIEN - # 278747<br>kvirgien@aclu.org<br>FELIPE HERNANDEZ - # 338468<br>npp_fhernandez@aclu.org<br>MARISOL DOMINGUEZ-RUIZ - # 345416<br>mdominguez-ruiz@aclu.org<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>Tel.: (415) 343-0770<br><br>CARMEN IGUINA GONZALEZ - # 277369<br>ciguinagonzalez@aclu.org<br>915 15th Street, NW, 7th Floor<br>Washington, DC 20005<br>Tel.: (202) 393-4930 |

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS | Case No. 3:25-cv-09757-MMC<br><br>**DECLARATION OF MARIEL VILLARREAL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:      January 9, 2026<br>Time:      9:00 a.m.<br>Dept.:     Ctrm 7 – 19th Floor<br>Judge:     Hon. Maxine M. Chesney<br><br>Date Filed:  November 12, 2025 |

ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

           Defendants.

I, Mariel Villarreal, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and I am a Senior Attorney at California Collaborative for Immigrant Justice ("CCIJ"). I make this declaration to describe my qualifications and those of my colleague at CCIJ to serve as counsel for the Proposed Class in this case. I have personal knowledge of the facts set forth herein and, if called to testify as a witness thereto, could do so competently under oath.

**Mariel Villarreal**

2. I am a member of the California State Bar where I was first admitted to practice in December 2017. I have been admitted to practice in the U.S. District Courts for the Northern, Central, and Eastern Districts of California.

3. I graduated from New York University School of Law in 2017. My legal practice has focused on immigration removal defense before the immigration agency; release from immigration detention including bond and habeas corpus; and the civil rights of people in immigration detention, including conditions of confinement in immigration detention.

4. I have served as co-counsel in the litigation matter *Hernandez Gomez v. GEO Group*, No. 1:22-cv-00868 (BAK) (E.D. Cal.), which is a class action. I have served as a third-party representative in an administrative proceeding before the California Occupational Safety and Health Standards Board, on behalf of individuals working in immigration detention. I have served as counsel in four administrative complaints challenging conditions of immigration detention.

5. I also support advocacy and organizing efforts inside and outside of immigration detention, with a specific focus on immigration detention centers in Kern County.

**Priya Arvind Patel**

6. My co-counsel, Priya Arvind Patel, is an attorney admitted to the California bar in January 2014. She has been admitted to practice in the U.S. District Courts for the Northern, Central, and Eastern Districts of California, and the U.S. Court of Appeals for Ninth Circuit. She is a Supervising Attorney at CCIJ.

7. Ms. Patel graduated from Harvard Law School in 2013. Her legal practice has focused on immigration removal defense before the immigration agency and the Ninth Circuit Court of Appeals; release from immigration detention including bond and habeas corpus; and the civil rights of people in immigration detention, including conditions of confinement in immigration detention.

8. Ms. Patel has served as lead counsel in three administrative complaints challenging conditions of immigration detention; as counsel in three additional administrative complaints challenging the same; and as counsel in two litigation matters, *Ahn v. GEO Group*, No. 1:22-cv-00586 (CBD) (E.D. Cal.), and *Hernandez Gomez v. GEO Group*, No. 1:22-cv-00868 (BAK) (E.D. Cal.), the latter of which is a class action.

9. Ms. Patel also supports advocacy and organizing efforts inside and outside of immigration detention, with a specific focus on immigration detention centers in Kern County, and conducts consultations at two immigration detention centers there from which people are typically transferred to California City Detention Facility. Through these efforts, she is in close and frequent communication with people detained at California City.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I signed this declaration at Oakland, California on November 17, 2025.

MARIEL VILLARREAL

2
DECLARATION OF MARIEL VILLARREAL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
Case No. 3:25-cv-09757-MMC