| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>STEVEN P. RAGLAND - # 221076<br>sragland@keker.com<br>CODY S. HARRIS - # 255302<br>charris@keker.com<br>CARLOS C. MARTINEZ - # 354616<br>cmartinez@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188<br><br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>PRIYA ARVIND PATEL - # 295602<br>priya@ccijustice.org<br>MARIEL VILLARREAL - # 317048<br>mariel@ccijustice.org<br>1999 Harrison Street #1800<br>Oakland, California 94612<br>Tel: (650) 762-8990 | PRISON LAW OFFICE<br>MARGOT MENDELSON - # 268583<br>mmendelson@prisonlaw.com<br>TESS BORDEN - MJP # 805022, *pro hac vice*<br>tess@prisonlaw.com<br>PATRICK BOOTH - # 328783<br>patrick@prisonlaw.com<br>ALISON HARDY - # 135966<br>ahardy@prisonlaw.com<br>RANA ANABTAWI - # 267073<br>rana@prisonlaw.com<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Tel.: (510) 280-2621<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>KYLE VIRGIEN - # 278747<br>kvirgien@aclu.org<br>FELIPE HERNANDEZ - # 338468<br>npp_fhernandez@aclu.org<br>MARISOL DOMINGUEZ-RUIZ - # 345416<br>mdominguez-ruiz@aclu.org<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>Tel.: (415) 343-0770<br><br>CARMEN IGUINA GONZALEZ - # 277369<br>ciguinagonzalez@aclu.org<br>915 15th Street, NW, 7th Floor<br>Washington, DC 20005<br>Tel.: (202) 393-4930 |

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br><br>           v. | Case No. 3:25-cv-09757-MMC<br><br>**DECLARATION OF JOSE RUIZ CANIZALES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br>Date:         January 9, 2026<br>Time:        9:00 a.m.<br>Dept.:       Ctrm 7 – 19th Floor<br>Judge:      Hon. Maxine M. Chesney<br><br>Date Filed: November 12, 2025 |

| | |
|---|---|
| 1 | U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, |
| 7 | Defendants. |

**Declaration of Jose Ruiz Canizales, 044549617**

1. I, Jose Ruiz Canizales, am currently detained at the California City Detention Facility. My A-Number is 044549617.

2. I have been detained since September 13, 2024. I arrived to California City Detention Facility on or around August 29, 2025, from Golden State Annex. I am 45 years old.

3. I am living with one other person (my bunkie) in a cell in Unit G-200.

4. I was a legal permanent resident. I am seeking a stay of removal.

**Disability Background**

5. I was born in Mexico. I was born Deaf. I do not speak. My parents do not use any sign language – they speak Spanish – but they use some gestures and home signs. I could understand some of my parents' gestures and home signs, but my two older sisters, who are Deaf, could understand them better than me. I am one of eleven children – six girls and five boys.

6. I didn't go to school before I came to the United States. My parents were scared to send me to school because there were rumors that teachers were abusive and that other students would bully Deaf children. There was a story about a Deaf child who was stabbed in the ears by other students.

7. I didn't learn any Spanish when I was a child. I don't read or write at all in Spanish and I don't know any signs in *lengua de señas mexicana* (Mexican sign language). That makes me feel very American.

8. I came to the United States when I was eight years old. When I first came to the United States, I went to a mainstream school in Selma, California, and learned some American Sign Language. After that, we moved to Fresno and I went to a mainstream school with a Deaf teacher. It was not a Deaf school, but I was in special education. The one Deaf teacher taught us all the classes in elementary school.

9. I went to a mainstream school for middle and high school as well. I had different teachers in middle and high school with interpreters in my classes. I finished high school in 1999.

10. Even though I finished high school, English is difficult for me. I think I read and write at around a third-grade level. I misunderstand English words easily. I often get

paperwork at this facility that I don't understand. I have to ask friends for help to explain things further. I also rely on friends to help me fill out paperwork. None of my friends at this facility speak American Sign Language. We just gesture at each other as best we can with signs we make up.

11. I don't feel comfortable trying to understand other people or express myself with just written English.

12. I don't remember receiving the Detainee Handbook from California City staff. If I did, I would need a sign language interpreter to interpret the language for me so that I could understand. The interpreter could explain concepts that are written in English but that doesn't translate well to American Sign Language.

13. If I need to communicate, I always want to use American Sign Language. Communication is so important, but I don't have any communication at this facility.

**Intake and Orientation**

14. I was at Golden State Annex before I came to this facility. I don't know why I came here. No one explained to me why I was transferred.

15. I came here on a bus. When I was on the bus, I had to wear restraints. I wore handcuffs attached to a chain around my waist and restraints around my ankles. My hands were restrained very close to my waist. I think it took around 90 minutes to get to this facility from Golden State Annex.

16. Staff searched me when I got here. None of the staff wrote notes to me or explained what was going on.

17. I saw that staff were asking questions to some of the hearing people. I saw that they took some people away – it looked like they might be taking them to medical. I was waiting for them to ask me questions so that I could tell them about my medical conditions. I have asthma and I use an inhaler. I'm also allergic to peanuts.

18. No one asked me questions. I saw the staff see that I was gesturing with my friend. My friend told the staff that I'm Deaf and that I can't hear. The staff looked at me and they walked away without asking me any questions.

19. No one explained the rules to me when I got here. Like I said, it's hard for me to understand information written in English, but I didn't get any information at all, even if it was in writing and hard to understand. A friend ended up showing me

something about the facility rules, including disability-related rules. I didn't understand it or know what it was on my own, but my friend broke it down in simpler notes to say what it meant and give me examples. The rules said that the facility won't discriminate against people with disabilities. That doesn't seem to be true.

20. I also didn't get information about sexual abuse. I don't know what PREA is.

21. I came with property that was approved at Golden State Annex. The staff held it and brought it to the facility. My property included shampoo, toothpaste, mail and other paperwork, pants, a hooded sweatshirt, another sweatshirt, and a few books.

22. I didn't get my property when I first got to the facility. I needed my medication (like my inhaler), my clothes, and my books. I told staff that I needed my property. Around a week or two weeks later, staff and the unit manager came to the building and went through my property in front of me to say if I could keep certain items. They didn't write notes to me. If I could keep it, they gave it to me. If I couldn't have it, they shook their finger at me and threw it away. I don't know why they threw away that property. My friend was in the room and looked frustrated. He told me later why staff threw away some of my things. For example, they threw away my toothpaste and shampoo because it was open, even though I bought it at Golden State Annex on the morning of the transfer.

23. There was some property the staff didn't show me. I don't know what they did with that property.

24. Staff also took my pants, hooded sweatshirt, and another sweatshirt. Staff only allowed me to keep two or three books. I had five or six books in very simple English when I was at Golden State Annex. Staff didn't throw out the books in front of me – I don't know where they went. I told my friend in the housing unit that some of my things were missing. He said that everyone in the housing unit was missing something.

25. After I got here, I was moved from Unit H-300, which is medium security, to Unit G-200, which is high security. I know what the security levels are because my friend explained that high security detainees wear brown, medium security detainees wear blue, and low security detainees wear yellow. I don't know why I was moved.

26. I've only met the doctor one time. When I met the doctor, the doctor had video remote interpreting. That was the only time I've seen an interpreter here. I asked the doctor to tell the unit manager that I need an interpreter, and the doctor said they would tell the warden.

27. However, I haven't had an interpreter since then.

28. I have only used video remote interpreting once, when I was seeing the doctor. I have asked the staff in my housing unit to call an interpreter, but they just shrug. Why can't I have an interpreter for all of my appointments?

**Communication with Staff**

29. In my building, there is a unit manager and a few staff who rotate. There are some staff who I recognize.

30. Most of the time when I need to talk to staff, I write a note to my friend, who speaks to the officers for me. There have been times that I need something and want to ask my friend, but I don't because I don't want him to get frustrated with me because I'm always asking for help.

31. I don't feel comfortable writing notes to most of the staff. Sometimes I give them a note, and they read it, and look flustered like they don't know what it means. Then I see them call for another detainee who knows how to fingerspell. Fingerspelling isn't full communication, because fingerspelling is in English that I don't understand, so I don't know what they're saying. Some of them also use prison sign language, which isn't the same as spelling in American Sign Language. It's like they're using a different alphabet. I'm trying to learn but I still can't follow all the time.

32. I don't believe I have ever told staff that written notes is an effective way for me to communicate with them or for them to communicate with me. It is not. Just because I write notes to staff sometimes doesn't mean that writing notes is a workable solution for me. I try to use written notes with staff when I really need to, because I know I have no other choice. But the communication isn't clear for me that way. I need to be able to speak in American Sign Language in order to communicate, because that is my language.

33. Writing notes to staff also doesn't work. When I first got to this facility, I had no clean clothes. I wrote notes to the staff myself to ask for clothes, but nothing happened – I didn't get what I needed. When I asked my friend to speak with them with his voice, however, I got new clothes the next day. I don't know why we were treated differently, but I felt hurt. It felt unfair. The staff didn't listen to me. They needed to hear it from someone who could hear to validate what I'm asking for.

34. Because my only option is to write notes, I need an instrument to write with. At first, I was only allowed to have a short pencil. Recently, I got a short pen, which I think is

three to four inches in length. But I don't have any paper to write on. I use the back of mail and legal filings when I need to write, but I'm short on paper. I asked the staff in my building for paper on the first day I arrived. They just held their hands out to me and raised their eyebrows, like they were saying, "Oh well."

35. There was a lockdown in late October and everyone had to go to a different housing unit while staff were investigating. Staff took my pen away when we were moved. I told them I needed it to communicate, and they said pens weren't allowed. They didn't give my pen back when I got back to my regular housing.

36. At Golden State Annex, I was given a whiteboard so that I could communicate with friends and staff. I don't have that at this facility.

37. Staff here have never talked to me about accommodations that could help me communicate, like a whiteboard. Other things would also help, like ways that staff could communicate announcements to me. Instead, I miss announcements because I cannot hear them.

38. Some of the staff know I'm Deaf, but some don't. Some of the staff try to talk to me, and my friend needs to tell them that I'm Deaf and can't hear them. When my friend isn't there, I point to my ears and try to say I can't hear. The staff seem to get flustered when that happens and often give up and walk away.

39. Even the staff who know that I'm Deaf still try to talk to me with their voices. I've seen them ask me if I can read lips. That's a misconception. Not all Deaf people read lips. I do not read lips. I need American Sign Language to communicate.

40. I sometimes see the warden, a supervisor, and other staff come to the unit to meet with detainees as a group. I want to participate but I can't follow along.

41. I don't know what happens at those meetings. I'd like to know. I don't feel like I have the same information as the hearing people, and I have problems I'd like to share.

42. When I say that I don't feel like I have the same information as hearing people, I mean about programs too. I want to go to yard, and there is yard time at this facility. But I have only been outside two times since I got here, because no one tells me that yard is happening. If there are announcements, I have missed all of the announcements for outside time at yard.

43. I want to go outside. I need the fresh air. I want to walk and get some exercise. I feel so stressed and confined at this facility. If I can go outside, it helps me feel like I can breathe.

44. Because no one tells me, I have to stay alert and look at people's behavior to try to understand what is happening. I move when they move. I try to follow along. But it is exhausting.

45. One time, I saw people running, and I just went along. Someone made the "go, go" motion. I had no idea what was going on.

46. I haven't been able to sleep more than two or three hours at a time since I got here. Part of the reason for that is because I keep myself awake because I worry I'll miss something.

47. No videophone, no communication: I get angry. I feel bad. They shrug their shoulders, as if to say "sorry, nothing we can do." One time, they sent me back to my cell.

## Conditions

48. I have asthma. I've had asthma since I was a child. Before I was detained, I had an inhaler. I use the inhaler as-needed, like when I exercise and I have a hard time breathing. Sometimes when I'm sleeping, I feel like I'm choking or having anxiety, so I have to use the inhaler. I use Ibuprofen and nasal strips to help me sleep and to help me breathe when I'm asleep.

49. Now, I have anxiety all the time.

50. I'm stuck in a cell. It's confining and claustrophobic, and that makes me have racing thoughts that make it very hard to sleep. I worry about things like whether people think that I'm snitching when I write notes to the staff. That scares me because I've seen what happens to people here who talk to the staff about other detainees.

51. I only get two hours of sleep now because I'm so anxious and claustrophobic. I toss and turn. Maybe seeing a counselor or psychiatrist or getting sleeping pills would help. But I haven't seen a mental health clinician since getting here. It would be good to see one.

52. I think I need to see a mental health clinician quite badly since my mental health has gotten worse since coming to California City.

53. The cell I live in is confining. It has a metal door. There are bunk beds and a small toilet. There's a small, cramped desk for writing. The walls are made of cinderblock. When I try to drink out of the faucet, I see white residue in the water, which makes me worried. It's very cold in the cell. I share that small space with a bunkie.

54. The cells are locked for most of the day. I'm locked in the cell from 10 pm until 5 am, then again from 7 am until 8 am, from 11 am until 12 pm or 1 pm (depending on the day), from 3 pm until 4 pm or 5 pm (depending on the day), and from 7 pm to 8 pm or 9 pm (depending on the day).

55. There isn't very much to do outside of the cell. The staff took some of my books when I got here. Most of the time during dayroom time, I watch television. There are four televisions in the dayroom, and one has closed captions. The three other televisions don't have closed captioning.

56. It's also loud here. I'm Deaf and I can't understand when people are speaking, but I can hear loud sounds in the environment. I usually wear hearing aids to try to understand those sounds, but I don't at this facility because it's so loud here that the hearing aid just picks up all the loud background sounds. I gestured to the nurse that I was not using my hearing aids because it's too loud and she just laughed. No one ever asked me if I needed a different kind of hearing aid or other accommodations.

57. Being Deaf and not being able to understand when people are speaking makes me feel stressed and trapped.

58. I've noticed my thought process has slowed down a lot since coming here, because I'm not having any conversations. I'm all alone.

59. When I got here, I couldn't sleep at all. I was restless and anxious. For three days, I barely rested.

60. Two or three days after I got here, I stopped being able to breathe. I told my bunkie that I couldn't breathe. The staff brought a wheelchair for me and took me to the infirmary.

61. Once I got to the infirmary, I tried to talk with a nurse but there was no sign language interpretation. We wrote notes to each other on pen and paper because there was no interpreter. I was trying my best to write, but I couldn't breathe and I was panicking. I told the nurse I was feeling anxiety. The nurse sent me to the emergency room. I think it was the emergency room in Lancaster. I think I got there at around 5:30 am.

62. At the emergency room, I finally had a video remote interpreter. I talked with a doctor. The doctor told me that I was having a panic attack and gave me a shot to relax. That helped. At around 2 pm, I came back to the facility.

63. As bad as I felt, I felt a great sense of relief to have an appointment with an interpreter. I told the interpreter that it's just what I needed. I felt like I had someone who understood me, and who I could also understand. That was totally different from trying to understand written notes. I think I had a panic attack because I was so stressed out about not being able to communicate.

64. Because I had an interpreter at the hospital, I could explain that I felt panic and paranoia in the cell, and that I couldn't sleep well because my mind was racing. I told the interpreter that I needed something to help me sleep. It seemed like the doctor actually understood. He seemed concerned and surprised. That was different from the facial expressions from the nurses at California City, who don't seem as engaged when I write notes.

65. When I got back to the facility, I saw a nurse again. We wrote notes. I was trying to explain again that I have anxiety. During the appointment, another nurse came in and wrote to me that I could see a psychiatrist, and that the psychiatrist was in the next room. She said I could see the psychiatrist and that the psychiatrist could prescribe medication. She said that I would be seen the next day.

66. I talked with the nurse on or around August 31. I thought I would see a psychiatrist the next day, but I still haven't. I'm still waiting.

67. Around a week later, the nurse asked me if I was doing fine. I was okay at that time because I had gone to the hospital. But around a week after that, I started to have the same anxiety and racing thoughts. I told the nurse in notes, but I still haven't seen a psychiatrist.

68. I want to see a psychiatrist. I'd like to talk to someone about getting a prescription for medication to help me sleep and for my anxiety. I am struggling here with feeling so confined and with having so little to do. I am still having trouble sleeping. This is my first time living in a small cell.

69. I don't think I can communicate well about medical issues through written notes. Sometimes when I look at written notes from the nurse, I don't understand what they say. But when I meet with a nurse, gestures are usually a better way to communicate than notes.

70. I have asked the nurse to call an interpreter. She says no – there's no interpreter. I see that there is a computer at the clinic, but I don't know if it can call an interpreter remotely by video.

**Phone Access**

71. I wish I could talk to my family. Family is important to me. Talking to my family might help me feel more normal and less stressed.

72. I love my children. I have twelve children. They were all born in the United States and are United States citizens. I have ten children with my current wife. My wife is Deaf and is also a United States citizen. My oldest living child with my wife is my 25-year-old son, and my youngest living child is my three-year-old daughter. Two of our children passed away. One, my daughter, would be 15 if she were still alive. The other passed away around 18 months ago and would be two years old. My other two children live with their mother, who I met before my current wife.

73. Because I use sign language, I need a videophone to make phone calls. A videophone uses video to connect directly to another person who signs. I can also use a videophone to connect to a person who doesn't sign through a relay interpreter (also called video relay service, or VRS). The relay interpreter calls the non-signing person I want to talk with. I used a videophone before I was detained.

74. Most of my children use sign language. My wife is also Deaf. That means I can call them directly on the videophone, without using the video relay service.

75. I use the video relay service to call some of my children. Before I was detained, using the video relay service was free for me as a Deaf person.

76. I haven't seen a videophone at this facility. To make a phone call, I need to use a tablet. The tablet has the Purple VRS application. Purple is one VRS provider. Another provider is called Sorenson.

77. When I first got here, the tablet didn't have any VRS application. There was no way for me to try to make calls for two to three weeks. I told the unit manager many times that I needed an application to make videophone calls, like the one I had at Golden State Annex.

78. Around four weeks ago, the VRS application was finally installed on the tablet. The unit manager came to show me. But I still can't make phone calls, for two reasons. First, I can't log into the Purple application on my own. Only the unit manager can

log in. That's not what I see hearing people have to do. To me, it looks like hearing people can make phone calls without the unit manager logging them in.

79. The unit manager only comes on Sunday and Monday, so I can't even try to make calls on the other days. I need to be very attentive on those days to look for when they come into the unit. That makes me feel stressed. That's not true for hearing people. Even when hearing people don't have a tablet, they can make phone calls using the phones on the wall. They can do that any time they're in the dayroom.

80. The second problem is that the application just doesn't work. When I try to make a call, I get an error message. The unit manager has seen the error message.

81. I tried to show the problem to the warden. When I saw the warden come to the unit to talk to hearing people, I wrote a note to my friend to ask my friend to talk to the warden about the problems with the videophone. My friend spoke to the warden for me. I saw the warden and the unit manager try to use the application, but it didn't work.

82. No one has come to fix the tablet application or talk to me about it since then.

83. Even if the application on the tablet did work, I'm not sure I could contact my wife. My wife doesn't use Purple. She uses Sorenson, another VRS provider. Sometimes people who use Purple can't call people who use Sorenson. I told the unit manager that the two services can't always merge and asked the unit manager for a Sorenson application.

84. I still can't make videophone calls on any VRS application (Purple or Sorenson).

85. Not being able to make phone calls, when I can see hearing people making calls all the time, makes me feel like I'm less than.

86. I have not had an immigration lawyer, so my family has also been helping me with my case. My son tried to submit an asylum application earlier this year but he texted me on the tablet to say that the court didn't accept it. Texting doesn't give me very much information. I want to be able to call him on the phone to understand what happened.

87. The unit manager offered to let me use Zoom because the VRS application isn't working. That wouldn't work for me either. First, my family doesn't have Zoom. And second, my parents and siblings don't all sign, so I need an interpreter to talk with them. I also need an interpreter who speaks Spanish. Zoom doesn't come with

interpreters. I could get that through Sorenson VRS (Purple VRS doesn't offer American Sign Language to Spanish), but I can't get it just on Zoom.

88. I share the tablet with other people in my unit. There are 24 tablets for almost 100 people in the unit. I can only use the tablet in the dayroom, because we aren't allowed to use them in our cells.

**Religious Practice**

89. I was baptized in the Apostolic church in 2019. Before I was detained, I went to church twice a week, on Wednesday and Sunday. In my faith, we believe in one God. We don't believe in the holy trinity. Going to services with other people was very important to me. I had witnessed hearing people speaking in tongues, and I wanted to be able to receive the Holy Spirit in the same way. The church had an interpreter.

90. Before I was detained, church helped me manage my stress. I want to learn the Word, and I want to improve myself. I want to be able to receive the Holy Spirit.

91. There are church services at this facility, but the services are non-denominational Christian services. I think they preach the holy trinity.

92. I don't go to church because it isn't my faith, and because there is no interpreter.

93. Being detained here means that I cannot practice my faith. At home, I would engage in daily Bible study and attend sermons online. I would watch videos of a man who reads the Scripture in American Sign Language and preaches. It was very important to me to watch these every day, usually for about one hour.

94. I have a Bible here but it is hard for me to read because I am not comfortable reading English. I recognize some words like "Jesus Christ" and that brings me comfort because it makes me think of Jesus. But I am not really reading the Scripture. At home, I could read the Scripture through the online videos, which were like an ASL Bible for me.

95. Here at California City, I do not have access to videos of the Scripture or other sermons in American Sign Language. I have no way to do Bible study, attend services, or engage in group worship, which is important to me, because there are no interpreters available.

96. I know there is a Chaplain here. I see him go see other people. He has never come to see me. No one has asked me what I need in order to practice my religion. I do not

know how to ask for what I need to practice my religion because no one has ever explained the rules at this facility or the Detainee Handbook to me in American Sign Language.

97. Instead, I just do my best to pray in my head. I pray every morning. I pray over meals. I pray when I wake up and before I go to sleep. But I would love to have access to religious services, such as the video sermons in American Sign Language, so that I could feel like I can really practice my religion. Without that, I do not feel like I can.

98. Without my faith, it is hard to manage how I feel at this facility. God and my faith help me in a way that is miraculous. I've seen God intervene in my life since I was baptized in my church.

99. I have talked to the staff about what I need, like a videophone, but that doesn't seem to work. I don't know what else I can do. Is there a form I can fill out that will work better? Is there someone in charge of disability issues? I don't think there is, but I don't know, and I don't know where to get that information.

100. Being at this facility, so many things don't feel fair. I have nothing to do. I see hearing people walk around, go outside, and laugh with other people, but I can't do that. I don't know when yard is, so I miss it. There is no one who speaks my language or understands my culture – no other Deaf people – in my unit, so I can't make use of social time in the dayroom the way hearing people can. I also can't connect with my family, loved ones, or other Deaf people because there is no phone for me to use. I need to see a psychiatrist because of the panic I am having from being in a tight, cold cell, but I don't know how to get a psychiatrist, and I don't know if I could actually communicate with the psychiatrist even if I saw them. I feel very isolated.

101. I feel a lot of things. Isolated. Oppressed. Ignored. Angry. Sad. Most of all, I feel very alone and lonely.

I, Jose Ruiz Canizales, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at California City, California this __30__ day of October 2025.

*Jose Hilan Ruiz Canizales* (signature)

# DECLARATION OF BRENDA ROBERTS

I, Brenda Roberts, declare:

1. I am over 18 years of age and have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I am a certified sign language interpreter and fluent in American Sign Language.

3. On October 20, 2025, I provided sign language interpretation services for Jose Ruiz Canizales, who communicates using American Sign Language, when he met with Skye Lovett, an Investigator with Prison Law Office. Another sign language interpreter assisted me.

4. On October 30, 2025, I provided sign language interpretation services for Mr. Ruiz Canizales, when he met with Mackenzie Halter, an attorney with Prison Law Office. Another sign language interpreter assisted me.

5. On October 20 and 30, 2025, I and another sign language interpreter communicated the contents of Mr. Ruiz Canizales's declaration to Mr. Ruiz Canizales by translating the declaration, as read by Skye Lovett and Mackenzie Halter, from English into American Sign Language.

6. I affirm that I interpreted the declaration, as read by Skye Lovett and Mackenzie Halter, accurately, completely, and impartially, using my best skill and judgment.

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed the 30th day of October, 2025, at California City, California.

_____
Brenda Roberts

1

# DECLARATION OF CONNIE SCHULTZ

I, Connie Schultz, declare:

1. I am over 18 years of age and have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I am a certified sign language interpreter and fluent in American Sign Language.

3. On October 20, 2025, I provided sign language interpretation services for Jose Ruiz Canizales, who communicates using American Sign Language, when he met with Skye Lovett, an Investigator with Prison Law Office. Another sign language interpreter assisted me.

4. On October 30, 2025, I provided sign language interpretation services for Mr. Ruiz Canizales, when he met with Mackenzie Halter, an attorney with Prison Law Office. Another sign language interpreter assisted me.

5. On October 20 and 30, 2025, I and another sign language interpreter communicated the contents of Mr. Ruiz Canizales's declaration to Mr. Ruiz Canizales by translating the declaration, as read by Skye Lovett and Mackenzie Halter, from English into American Sign Language.

6. I affirm that I interpreted the declaration, as read by Skye Lovett and Mackenzie Halter, accurately, completely, and impartially, using my best skill and judgment.

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed the 30th day of October, 2025, at California City, California.

_____
Connie Schultz

1