KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
CARLOS C. MARTINEZ - # 354616
cmartinez@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
PRIYA ARVIND PATEL - # 295602
priya@ccijustice.org
MARIEL VILLARREAL - # 317048
mariel@ccijustice.org
1999 Harrison Street #1800
Oakland, California 94612
Tel: (650) 762-8990

PRISON LAW OFFICE
MARGOT MENDELSON - # 268583
mmendelson@prisonlaw.com
TESS BORDEN - MJP # 805022, *pro hac vice*
tess@prisonlaw.com
PATRICK BOOTH - # 328783
patrick@prisonlaw.com
ALISON HARDY - # 135966
ahardy@prisonlaw.com
RANA ANABTAWI - # 267073
rana@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
KYLE VIRGIEN - # 278747
kvirgien@aclu.org
FELIPE HERNANDEZ - # 338468
npp_fhernandez@aclu.org
MARISOL DOMINGUEZ-RUIZ - # 345416
mdominguez-ruiz@aclu.org
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770

CARMEN IGUINA GONZALEZ - # 277369
ciguinagonzalez@aclu.org
915 15th Street, NW, 7th Floor
Washington, DC 20005
Tel.: (202) 393-4930

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v. | Case No. 3:25-cv-09757-MMC<br><br>**DECLARATION OF VISHAL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:     January 9, 2026<br>Time:     9:00 a.m.<br>Dept.:    Ctrm 7 – 19th Floor<br>Judge:    Hon. Maxine M. Chesney<br><br>Date Filed: November 12, 2025 |

| | |
|---|---|
| 1 | U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |

# EXHIBIT A

1  **Priya Arvind Patel (SBN: 295602) (she/her)**
2  California Collaborative for Immigrant Justice
   1999 Harrison St, Ste 1800
3  Oakland, CA 94612
   (650) 762-8990
4  priya@ccijustice.org

5  **Pro Bono Counsel for Petitioner-Plaintiff**

6  **UNITED STATES DISTRICT COURT**

7  **EASTERN DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| VISHAL, | No. _____ |
| *Petitioner-Plaintiff*, | |
| v. | **DECLARATION OF VISHAL** |
| CHRISTOPHER CHESTNUT, in official capacity as Facility Administrator of California City Detention Facility, | |
| SERGIO ALBARRAN, in official capacity as Acting Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations, San Francisco, | |
| TODD LYONS, in official capacity as Acting Director of Immigration and Customs Enforcement; | |
| KRISTI NOEM, in official capacity as Secretary of the Department of Homeland Security; and | |
| PAM BONDI, in official capacity as Attorney General of the United States, | |
| *Respondents-Defendants*. | |

I, VISHAL, hereby declare as follows:

1. The facts contained in this declaration are known personally to me, and if called to testify, I could and would testify competently thereto under oath.

2. My name is Vishal. I do not have a last name. Immigration uses my first name as my last name.

3. I fled India because members of the ruling party there persecuted and tortured me for my work as an organizer in an opposition party. I submitted a declaration explaining more about what happened to the Immigration Judge, which my current lawyer is filing.

4. I entered the U.S. last year by walking across the border and asking for asylum. Immigration detained me, and I have been in detention since.

5. My uncle in the U.S. got me a lawyer, and I went in front of the judge to ask for asylum. I did not get asylum, but I won my case on March 17, 2025. We did not appeal.

6. Before I won my case, I would ask ICE about parole process, and they said that we do not believe you are from India or who you are. They had my ID documents, but still they said that they didn't believe me.

7. After I won my case, I tried to ask them about my release again with ICE, around twenty to twenty-five times, whenever they would come into the detention center.

    a. When I won my case I was at a different detention center called Golden State Annex. I remember ICE came one month after I won my case, around April. When I tried to talk with them about my release, they told me, we will try to find another country to deport you to. They didn't say any specific countries, and did not give me any papers.

    b. After that, there were multiple times I tried to talk to them, and they told me the same thing. While at Golden State, I tried to talk to them whenever they came every Wednesday. If they gave me time, they would say, we will try to find another country for you. Sometimes they would just come in the dorm and call some people and then go out, and wouldn't let us talk to them.

    c. Sometimes I would send requests by tablet asking about my release. I sent them

2
DECLARATION OF VISHAL

1  messages 10-15 times, but they only responded three times. First time they said,
2  we're trying to find another country. Second time, they said, there is an issue at
3  headquarters. Third time, they replied your attorney filed a stay and it is still
4  pending, but I do not believe that my attorney filed anything like that.

5  d. Since June 2024, I have been detained at a different detention center called
6  California City. Last month when ICE came, I tried to talk to them but they
7  ignored me and said, send us a request on the tablet we don't have time to talk
8  with you. I sent a request on the tablet, but they replied that they were trying to
9  find another country. They did not say which country.

10 e. Of all the times that ICE officers spoke to me, they only ever named one other
11  country but I think he was confused about who I am. This was when I was at
12  Golden State, around four months after I won my case. When I asked him about
13  my case, the officer told me, I am waiting for your travel documents from
14  Bangladesh, and I said, I'm not from Bangladesh, and he said, I don't know but
15  the system says Bangladesh. After that, they would say, we are trying to find
16  another country, but never said a country.

17 f. They also have never given me any papers or asked me to sign anything.

18 g. Here at California City, ICE doesn't come very often just to talk, it's mainly just
19  to take people out of the dorm to deport them. I sent them a message on the tablet
20  on September 26. I said, it's been five and a half months and my case has been
21  granted. I told them that also my family and I are suffering. My mom is
22  depressed, and I myself am also experiencing mental health conditions. Around
23  October 3 or 4, they replied and said, there is an issue at headquarters and we
24  are working on moving you to a third country, and they asked me whether I had
25  family in any other countries. I do not have family, let alone residency status, in
26  any third countries.

27 h. Around two weeks later, an ICE officer named Mr. Munoz came into the
28  detention center. Mr. Munoz said that I could only be released on bond if I got

3
DECLARATION OF VISHAL

a court order. Mr. Munoz said that they are also trying to see if there is any third country that will accept me. He did not name any country. I also asked how long it takes to find a third country, and Mr. Munoz said that this process does not have a minimum or maximum time, and that it can take a long time.

8. I have been suffering a lot in detention. They put me in isolation last month for around five days because I was protesting not getting medical care; I have problems with my back and spine. I went on hunger strike. They told me that they would give me medical care if I broke my strike—that they would give me physical therapy and take me to a doctor outside. And so I broke my strike on September 26. But they never gave me any of that. They have just been giving me ibuprofen.

9. I'm not the only person suffering here, everyone is, and seeing that makes me feel worse. Someone in my dorm hanged themselves recently. He was a good person. He had greeted me that day in a normal way, and then one hour later we found him hanging from the top of his cell. I felt really bad. The conditions here are so bad that people are killing themselves. It's not just the medical care, the people who work here are very rude to us and threaten us. The day the person hung themselves a maintenance worker was threatening to hurt us with his drill.

10. I have no criminal record in the U.S., India, or anywhere else, and I have never been involved with drugs, firearms, or terrorism.

11. It is also my understanding that my uncle, a U.S. citizen and California resident, continues to want to sponsor me and would support me if I am released. If I am released, I will go live with my uncle.

12. I understand the importance of following the law in the United States. My goal is to remain in safety with the permission of the United States. I understand that if I am ordered finally removed to another country—after having the opportunity to assert a fear-based claim, if I have one—I must cooperate with the U.S. government. I would cooperate.

13. If released, I promise to attend any ICE check-ins and comply with their orders and any other conditions of supervision.

I declare under penalty of perjury under the laws of the State of California that the foregoing

1  is true and correct to the best of my knowledge, memory, and understanding.

2  Dated: October 24, 2025        /s/ Vishal

3                                 Vishal
4                                 (original signature retained by attorney Priya Patel)

## CERTIFICATE OF INTERPRETATION

I, Priya Arvind Patel, certify that prior to its filing, this declaration was read in its entirety to Vishal, and that Vishal agreed to and understood its contents, by Mohammad Zaid, #83996368 of WorldWide Interpreters in the Hindi language via telephone.

Date: October 24, 2025        /s/ Priya Arvind Patel

Priya Arvind Patel