UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, et al.,<br><br>    Defendants. | Case No.25-cv-09757-MMC |

**NOTICE OF REQUEST FOR VIDEO RECORDING**

The parties in this case are hereby notified that a request has been made to video record the following proceeding in this case pursuant to General Order 65, as part of the Cameras in the Courtroom Pilot Project. Further information may be found at cand.uscourts.gov/cameras.

Proceeding: Plaintiffs' Motion for Preliminary Injunction

Date of scheduled proceeding: January 9, 2026

Consent to video recording will be presumed unless a party completes the Objection to Request for Video Recording form available at cand.uscourts.gov/cameras within seven days of the date of this notice.

Dated: 12/8/2025                                                    Mark B. Busby, Clerk of Court

_____
Signature of Clerk or Deputy Clerk