CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, *et al.*, | Case No. 3:25-cv-09757-MMC |
| Plaintiffs, | |
| v. | **STIPULATION TO MODIFY BRIEFING SCHEDULE; [PROPOSED] ORDER** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| Defendants. | |

Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, and Alejandro Mendiola Escutia ("Plaintiffs") and defendants United States Immigration and Customs Enforcement, Todd M. Lyons, Sergio Albarran, United States Department of Homeland Security, and Kristi Noem ("Defendants"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court continue the briefing schedule and hearing on Plaintiffs' motions for preliminary injunction, ECF No. 22, and class certification, ECF No. 21 (collectively, the "motions"), in order to give the parties time to fully brief the issues presented in this case, as follows:

- Defendants' deadline to file their oppositions to the motions will be continued from December 16, 2025 until **January 2, 2026**;

- Plaintiffs' deadline to file their reply briefs in support of the motions will be continued from

1  December 23, 2025 until **January 14, 2026**;

2  - The parties' hearing on the motions will be continued from January 9, 2026 at 9:00 a.m. until **January 23, 2026, at 9:00 a.m.**

The parties respectfully submit that this is the most efficient manner to proceed and will conserve the parties' and Court's resources in this action.

SO STIPULATED.

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

Dated: December 13, 2025   By:   */s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney

Attorney for Defendants

KEKER, VAN NEST & PETERS LLP

Dated: December 13, 2025   By:   **/s/ Cody S. Harris*
CODY S. HARRIS

Attorneys for Plaintiff

** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from this signatory.

///

///

STIPULATION FOR AM. SCHEDULING ORDER; [PROPOSED] ORDER
3:25-cv-09757-MMC                                            2

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the briefing schedule and hearing on Plaintiffs' motions for preliminary injunction, ECF No. 22, and class certification, ECF No. 21, are modified as follows:

- Defendants' deadline to file their oppositions to the motions is **January 2, 2026**;
- Plaintiffs' deadline to file their reply briefs in support of the motions is **January 14, 2026**;
- The parties' hearing on the motions currently set for January 9, 2026 at 9:00 a.m., is continued until **January 23, 2026, at 9:00 a.m.**

Dated: _____, 2025

_____
MAXINE M. CHESNEY
United States District Judge