```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, *et al.*,<br><br>     Plaintiffs,<br><br>   v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>     Defendants. | Case No. 3:25-cv-09757-MMC<br><br>**DECLARATION OF SAVITH IYENGAR** |

I, Savith Iyengar, declare as follows:

1. I am an Assistant United States Attorney and represent defendants United States Immigration and Customs Enforcement, Todd M. Lyons, Sergio Albarran, United States Department of Homeland Security, and Kristi Noem ("Defendants") in the above-captioned matter. I am a member in good standing of the State Bar of California and the bar of this Court. I make this declaration in support of the parties' stipulation and proposed order filed concurrently herewith. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

3. Between December 3 and 13, 2025, I met and conferred by email with counsel for Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, and Alejandro Mendiola Escutia ("Plaintiffs") by email

regarding this matter, including the potential modifications to the briefing schedule contained in the stipulation and proposed order. On December 12, 2025, I sent Plaintiffs' counsel a draft of the stipulation and proposed order, and following additional discussions, Plaintiffs' counsel provided their permission to file it the same day.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 13rd day of December, 2025, in San Francisco, California.

Dated: December 13, 2025        By:     */s/ Savith Iyengar*
                                        SAVITH IYENGAR
                                        Assistant United States Attorney

IYENGAR DECL.
3:25-CV-09757-MMC                               2