1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  SAVITH IYENGAR (CABN 268342)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: 415-436-7200
6       Facsimile: 415-436-6748
        savith.iyengar@usdoj.gov
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | FERNANDO GOMEZ RUIZ, *et al.*,            ) Case No. 3:25-cv-09757-MMC
                                               )
13 |        Plaintiffs,                        )
                                               ) **STIPULATION TO MODIFY BRIEFING**
14 |   v.                                      ) **SCHEDULE; [PROPOSED] ORDER**
                                               )
15 | U.S. IMMIGRATION AND CUSTOMS              )
   | ENFORCEMENT, *et al.*,                    )
16 |                                           )
   |        Defendants.                        )
17 |                                           )

18      Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander

19 Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, and Alejandro Mendiola Escutia ("Plaintiffs")

20 and defendants United States Immigration and Customs Enforcement, Todd M. Lyons, Sergio Albarran,

21 United States Department of Homeland Security, and Kristi Noem ("Defendants"), by and through their

22 undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court continue the

23 briefing schedule and hearing on Plaintiffs' motions for preliminary injunction, ECF No. 22, and class

24 certification, ECF No. 21 (collectively, the "motions"), in order to give the parties time to fully brief the

25 issues presented in this case, as follows:

26   • Defendants' deadline to file their oppositions to the motions will be continued from

27      December 16, 2025 until **January 2, 2026**;

28   • Plaintiffs' deadline to file their reply briefs in support of the motions will be continued from

1       December 23, 2025 until **January 14, 2026**;

2    • The parties' hearing on the motions will be continued from January 9, 2026 at 9:00 a.m. until

3       **January 23, 2026, at 9:00 a.m.**

4 The parties respectfully submit that this is the most efficient manner to proceed and will conserve the

5 parties' and Court's resources in this action.

6       SO STIPULATED.

                                                                    Respectfully submitted,

                                                                    CRAIG H. MISSAKIAN
                                                                    United States Attorney

Dated: December 13, 2025        By:   */s/ Savith Iyengar*
                                                                    SAVITH IYENGAR
                                                                    Assistant United States Attorney

                                                                    Attorney for Defendants

                                                                    KEKER, VAN NEST & PETERS LLP

Dated: December 13, 2025        By:   ***/s/ Cody S. Harris*
                                                                    CODY S. HARRIS

                                                                    Attorneys for Plaintiff

                                                                    ** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from this signatory.

27 ///

28 ///

STIPULATION FOR AM. SCHEDULING ORDER; [PROPOSED] ORDER
3:25-cv-09757-MMC                                              2

1                              **[PROPOSED] ORDER**

2      IT IS HEREBY ORDERED that the briefing schedule and hearing on Plaintiffs' motions for

3 preliminary injunction, ECF No. 22, and class certification, ECF No. 21, are modified as follows:

4   - Defendants' deadline to file their oppositions to the motions is **January 2, 2026**;

5   - Plaintiffs' deadline to file their reply briefs in support of the motions is **January 14, 2026**;

6   - The parties' hearing on the motions currently set for January 9, 2026 at 9:00 a.m., is

7     continued until **January ~~23~~ 30, 2026, at 9:00 a.m.**

10  Dated: __December 15__, 2025        _/s/ Maxine M. Chesney_
                                         MAXINE M. CHESNEY
11                                       United States District Judge

STIPULATION FOR AM. SCHEDULING ORDER; [PROPOSED] ORDER
3:25-cv-09757-MMC                              3