KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
CARLOS C. MARTINEZ - # 354616
cmartinez@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
PRIYA ARVIND PATEL - # 295602
priya@ccijustice.org
MARIEL VILLARREAL - # 317048
mariel@ccijustice.org
1999 Harrison Street #1800
Oakland, California 94612
Tel: (650) 762-8990

PRISON LAW OFFICE
MARGOT MENDELSON - # 268583
mmendelson@prisonlaw.com
TESS BORDEN - MJP # 805022, *pro hac vice*
tess@prisonlaw.com
PATRICK BOOTH - # 328783
patrick@prisonlaw.com
ALISON HARDY - # 135966
ahardy@prisonlaw.com
RANA ANABTAWI - # 267073
rana@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
KYLE VIRGIEN - # 278747
kvirgien@aclu.org
FELIPE HERNANDEZ - # 338468
npp_fhernandez@aclu.org
MARISOL DOMINGUEZ-RUIZ - # 345416
mdominguez-ruiz@aclu.org
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770

CARMEN IGUINA GONZALEZ - # 277369
ciguinagonzalez@aclu.org
915 15th Street, NW, 7th Floor
Washington, DC 20005
Tel.: (202) 393-4930

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS | Case No. 3:25-cv-09757-MMC<br><br>**DECLARATION OF CODY S. HARRIS IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date:     To be set by the Court<br>Time:    To be set by the Court<br>Dept.:    Ctrm 7 – 19th Floor<br>Judge:   Hon. Maxine M. Chesney<br><br>Date Filed: November 12, 2025 |

| | |
|---|---|
| 1 | ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |

I, Cody S. Harris, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am a partner at Keker, Van Nest & Peters LLP, and I represent Named Plaintiffs Yuri Alexander Roque Campos and Fernando Viera Reyes in this action. I submit this declaration in support of Plaintiffs' Motion for Temporary Restraining Order. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto under oath, I could competently do so.

2. I submit this declaration pursuant to Civil L.R. 65-1(a)(5).

3. On December 1, 2025, I filed Plaintiffs' Motion for Preliminary Injunction, which sought, among other relief, a detailed plan to ensure adequate medical care for the Named Plaintiffs and putative class members. Two of those Named Plaintiffs are Yuri Alexander Roque Campos and Fernando Viera Reyes.

4. On December 2, 2025, I and other Plaintiffs' counsel held a telephone call with Assistant U.S. Attorney and Civil Chief Pamela Johann about our just-filed motion. On that call, Plaintiffs' counsel specifically identified Messrs. Roque Campos and Viera Reyes, explaining that these two plaintiffs were in need of urgent medical attention for the reasons set forth in Plaintiffs' preliminary injunction motion.

5. Upon information and belief, in the ensuing weeks, neither Mr. Roque Campos nor Mr. Viera Reyes has seen a specialist or received the urgent medical treatment they require.

6. At 10:55 a.m. on December 15, 2025, I sent an email to counsel for Defendants, Savith Iyengar, alerting him to Messrs. Roque Campos and Viera Reyes' deteriorating medical conditions and lack of specialist medical attention since the filing of the Motion for Preliminary Injunction. I notified Mr. Iyengar that Plaintiffs' counsel planned to file a motion for a temporary restraining order that week, asking the Court to order Defendants to immediately ensure that Messrs. Roque Campos and Viera Reyes see medical specialists and receive appropriate medical treatment and follow-up. I asked Mr. Iyengar to let us know if his clients would provide that relief. I told him to otherwise consider my email a courtesy notification that we would be filing a motion for a temporary restraining order.

7. At 12:46 p.m. that same day, I received an email response from Mr. Iyengar acknowledging receipt of my email and informing me that he had been following up on my requests for Messrs. Roque Campos and Viera Reyes with his clients. He stated he would keep me updated as soon as he receives further information. A true and correct copy of my email and Mr. Iyengar's response is attached hereto as **Exhibit A**.

8. At the time of signing this declaration, I have received no further response from Mr. Iyengar or the U.S. Attorney's Office. Nor have I received information leading me to believe that Defendants have scheduled the necessary medical appointments for Mr. Roque Campos or Mr. Viera Reyes.

9. Upon filing the TRO motion, I will personally send as-filed copies of the motion and all supporting papers to Mr. Iyengar via email.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on December 16, 2025, in San Francisco, California.

/s/*Cody S. Harris*
Cody S. Harris

# Exhibit A

| | |
|---|---|
| **From:** | Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov> |
| **Sent:** | Monday, December 15, 2025 12:46 PM |
| **To:** | Cody S. Harris; Steven Ragland |
| **Cc:** | Carlos C. Martinez; Margot Mendelson; Tess Borden; Kyle Virgien; Laura Lind; Lisa C. Lu |
| **Subject:** | RE: Ruiz, et al. v. ICE, et al., No. 25-cv-9757-MMC |

**[EXTERNAL]**

Thank you Cody. Confirming receipt, and that I've been following up internally on your requests for Mr. Roque Campos and Mr. Viera Reyes. I'll keep you updated as soon as I receive further information.

Thanks, and talk to you soon.

Savith

**From:** Cody S. Harris <CHarris@keker.com>
**Sent:** Monday, December 15, 2025 10:55 AM
**To:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>; Steven Ragland <SRagland@keker.com>
**Cc:** Carlos C. Martinez <CMartinez@keker.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Tess Borden <tess@prisonlaw.com>; Kyle Virgien <kvirgien@aclu.org>; Laura Lind <LLind@keker.com>; Lisa C. Lu <LLu@keker.com>
**Subject:** [EXTERNAL] Ruiz, et al. v. ICE, et al., No. 25-cv-9757-MMC

Savith,

As we explained on the phone to Civil Chief Pamela Johann, and as is recounted in detail in our moving papers, there are several individuals detained in California City who are experiencing acute medical distress and need immediate specialized medical attention. Two of those individuals are named plaintiffs Yuri Alexander Roque Campos (A-No. 240174337) and Fernando Viera Reyes (A-No. 074334561). As set forth in our PI Motion and the accompanying expert declaration filed by Dr. Todd Wilcox, Mr. Roque Campos is at "significant risk of sudden cardiac death." Wilcox Decl. ¶ 89. He must see a cardiologist immediately. Mr. Viera Reyes has been exhibiting symptoms of prostate cancer and "needs aggressive treatment quickly to minimize his risk of having widespread disease and a much higher mortality rate." *Id.* ¶ 116. Both men's medical conditions have only deteriorated since we filed our PI motion and neither man has seen a specialist and begun an appropriate course of treatment.

We plan to move for a TRO this week, asking the Court to order Defendants to immediately ensure that Mr. Roque Campos sees a cardiologist and Mr. Viera Reyes sees a urologist, and that both men receive appropriate medical treatment and follow-up. These are severe, life-threatening diseases. If you can persuade your clients to immediately provide the relief we are about to seek from the Court, please let us know. Otherwise, consider this a courtesy notification that we will be filing a TRO as soon as possible this week.

Regards,

Cody

**Cody S. Harris**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2294 direct | 415 391 5400 main
charris@keker.com | <u>vcard</u> | keker.com

2