| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>STEVEN P. RAGLAND - # 221076<br>sragland@keker.com<br>CODY S. HARRIS - # 255302<br>charris@keker.com<br>CARLOS C. MARTINEZ - # 354616<br>cmartinez@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188<br><br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>PRIYA ARVIND PATEL - # 295602<br>priya@ccijustice.org<br>MARIEL VILLARREAL - # 317048<br>mariel@ccijustice.org<br>1999 Harrison Street #1800<br>Oakland, California 94612<br>Tel: (650) 762-8990 | PRISON LAW OFFICE<br>MARGOT MENDELSON - # 268583<br>mmendelson@prisonlaw.com<br>TESS BORDEN - MJP # 805022, *pro hac vice*<br>tess@prisonlaw.com<br>PATRICK BOOTH - # 328783<br>patrick@prisonlaw.com<br>ALISON HARDY - # 135966<br>ahardy@prisonlaw.com<br>RANA ANABTAWI - # 267073<br>rana@prisonlaw.com<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Tel.: (510) 280-2621<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>KYLE VIRGIEN - # 278747<br>kvirgien@aclu.org<br>FELIPE HERNANDEZ - # 338468<br>npp_fhernandez@aclu.org<br>MARISOL DOMINGUEZ-RUIZ - # 345416<br>mdominguez-ruiz@aclu.org<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>Tel.: (415) 343-0770<br><br>CARMEN IGUINA GONZALEZ - # 277369<br>ciguinagonzalez@aclu.org<br>915 15th Street, NW, 7th Floor<br>Washington, DC 20005<br>Tel.: (202) 393-4930 |

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>U.S. IMMIGRATION AND CUSTOMS | Case No. 3:25-cv-09757-MMC<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>Date:        To be set by the Court<br>Time:       To be set by the Court<br>Dept.:       Ctrm 7 – 19th Floor<br>Judge:      Hon. Maxine M. Chesney<br><br>Date Filed:  November 12, 2025 |

1  ENFORCEMENT; TODD M. LYONS,
   Acting Director, U.S. Immigration and
2  Customs Enforcement; SERGIO
   ALBARRAN, Acting Director of San
3  Francisco Field Office, Enforcement and
   Removal Operations, U.S. Immigration and
4  Customs Enforcement; U.S. DEPARTMENT
   OF HOMELAND SECURITY; KRISTI
5  NOEM, Secretary, U.S. Department of
   Homeland Security,
6
               Defendants.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Upon review of Plaintiffs' Motion for Temporary Restraining Order, and any response filed by Defendants, the application is GRANTED. Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Civil L.R. 65-1, the Court orders as follows:

**TEMPORARY RESTRAINING ORDER**

The Court concludes that Plaintiffs have met their burden of showing that they are likely to prevail on the merits of their claim; that they will suffer irreparable harm if the Court does not issue relief; that the balance of equities tips in their favor; and that the public interest favors granting the application. Accordingly, a temporary restraining order pursuant to Federal Rule of Civil Procedure 65 and the inherent equitable powers of this Court is warranted.

It is hereby ORDERED that Defendants are ENJOINED as follows:

1. Defendants must ensure that Yuri Alexander Roque Campos receives a comprehensive assessment by a cardiologist within 72 hours of the issuance of this Order in order for the cardiologist to develop a comprehensive treatment plan. Defendants must ensure timely compliance with all follow-up orders for treatment and medication directed by the cardiologist.

2. Defendants must ensure that Fernando Viera Reyes receives a comprehensive assessment by a urologist within 72 hours of the issuance of this Order in order for the urologist to perform a biopsy and develop a comprehensive treatment plan. Defendants must ensure timely compliance with all follow-up orders for treatment and medication directed by the urologist, including, if indicated, timely access to an appropriate oncologist and timely compliance with any follow-up orders directed by the oncologist.

3. This Court shall retain jurisdiction to monitor the Defendants' compliance with this Order or amend the Order in the interest of justice.

4. Within seven days of the issuance of this Order, Defendants shall file declarations under penalty of perjury showing, in detail, compliance with this Order. Defendants shall also file under seal a declaration providing the date, time, and treatment provider

scheduled for each future appointment. Thereafter, Defendants shall file weekly reports about the care provided to Messrs. Roque Campos and Viera Reyes.

**IT IS SO ORDERED.**

Dated:

Hon. Maxine M. Chesney<br>
United States District Judge

## ORDER TO SHOW CAUSE

Defendants are ordered to show cause before this Court why a preliminary injunction should not issue requiring Defendants to abide by the injunctions ordered herein. The hearing on the order to show cause will be held on _____ at _____. Defendants shall file responsive papers on _____.

Plaintiffs are ordered to serve this Temporary Restraining Order and Order to Show Cause and all supporting pleadings and papers on Defendants by _____.

Defendants are hereby notified of their right to apply to the Court for modification or dissolution of the Temporary Restraining Order on two (2) days' notice or such shorter notice as the Court may allow. Fed. R. Civ. P. 65(b).

**IT IS SO ORDERED.**

Dated:

Hon. Maxine M. Chesney<br>
United States District Judge