**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**AMENDED CIVIL MINUTES**

**Date:** December 17, 2025         **Time:** 10:30 – 11:08         **Judge:** MAXINE M. CHESNEY
                                          = 38 minutes

**Case No.**: 25-cv-09757-MMC         **Case Name:**  Fernandeo Gomez Ruiz et al v. U.S. Immigration & Customs Enforcement et al

**Attorney for Plaintiff:** Cody Harris
**Attorney for Defendant:** Savith Iyengar

**Deputy Clerk:** Tracy Geiger                              **Court Reporter:** Zoom Recording

**PROCEEDINGS**

Scheduling Conference Re: Motion for TRO - held via Zoom Webinar.

Deadline for parties to file joint proposed disposition, or defendant's opposition to motion for temporary restraining order due by December 22, 2025, no later than 4:00 p.m.

**Case continued to: December 23, 2025, at 10:00 a.m. for hearing on Plaintiff's Motion for Temporary Restraining Order**