1 | KEKER, VAN NEST & PETERS LLP
2 | STEVEN P. RAGLAND - # 221076
  | sragland@keker.com
3 | CODY S. HARRIS - # 255302
  | charris@keker.com
4 | CARLOS C. MARTINEZ - # 354616
  | cmartinez@keker.com
5 | 633 Battery Street
  | San Francisco, CA 94111-1809
6 | Telephone:    415 391 5400
  | Facsimile:    415 397 7188
7 |
8 | AMERICAN CIVIL LIBERTIES UNION
  | FOUNDATION
9 | KYLE VIRGIEN - # 278747
  | kvirgien@aclu.org
10 | FELIPE HERNANDEZ - # 338468
  | npp_fhernandez@aclu.org
11 | MARISOL DOMINGUEZ-RUIZ - # 345416
  | mdominguez-ruiz@aclu.org
12 | 425 California Street, 7th Floor
  | San Francisco, CA 94104
13 | Tel.: (415) 343-0770

CARMEN IGUINA GONZALEZ - # 277369
ciguinagonzalez@aclu.org
915 15th Street, NW, 7th Floor
Washington, DC 20005
Tel.: (202) 393-4930

PRISON LAW OFFICE
MARGOT MENDELSON - # 268583
mmendelson@prisonlaw.com
TESS BORDEN - MJP # 805022, *pro hac vice*
tess@prisonlaw.com
PATRICK BOOTH - # 328783
patrick@prisonlaw.com
ALISON HARDY - # 135966
ahardy@prisonlaw.com
RANA ANABTAWI - # 267073
rana@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
PRIYA ARVIND PATEL - # 295602
priya@ccijustice.org
MARIEL VILLARREAL - # 317048
mariel@ccijustice.org
1999 Harrison Street #1800
Oakland, California 94612
Tel: (650) 762-8990

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO | Case No. 3:25-cv-09757-MMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RESOLVING MOTION FOR TEMPORARY RESTRAINING ORDER (ECF NO. 27) AND MODIFYING BRIEFING SCHEDULE AND EXCEEDING PAGE LIMITS ON DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PLAINTIFFS' REPLY** <br><br> Judge:    Hon. Maxine M. Chesney |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

          Defendants.

Date Filed:  November 12, 2025

## JOINT STIPULATION TO RESOLVE MOTION FOR TEMPORARY RESTRAINING ORDER AND MODIFY BRIEFING SCHEDULE AND EXCEED PAGE LIMITS

Pursuant to Civil Local Rules 6-2, 7-11, and 7-12, the parties in the above-captioned action hereby stipulate and agree as follows:

### STIPULATION TO RESOLVE MOTION FOR TEMPORARY RESTRAINING ORDER

1. On December 16, 2025, Plaintiffs filed a Motion for Temporary Restraining Order (ECF No. 27);

2. On December 17, 2025, the Court held a scheduling conference regarding Plaintiffs' Motion for Temporary Restraining Order and ordered that either the parties file a joint proposed disposition or Defendants file an opposition to Plaintiffs' Motion for Temporary Restraining Order no later than 4:00 p.m. on December 22, 2025 (ECF No. 30);

3. On December 19, 2025, Defendants communicated to Plaintiffs' counsel that they had scheduled appointments with a cardiologist and urologist for Plaintiffs Yuri Alexander Roque Campos and Fernando Viera Reyes, respectively, to occur within approximately the next one and three weeks and have communicated the exact dates, as Attorneys-Eyes-Only information, to Plaintiffs' counsel;

4. The parties met and conferred and agreed to the following:

    a. Defendants will ensure that Yuri Alexander Roque Campos receives a comprehensive assessment by a cardiologist on the agreed-upon date (barring scheduling issues outside of Defendants' control) in order for the cardiologist to develop a comprehensive treatment plan. In the event that the assessment is rescheduled, Defendants will file a declaration within twenty-four (24) hours explaining the length of the delay, the reason for the rescheduling, and why it was outside of Defendants' control;

    b. Defendants will ensure timely compliance with all follow-up orders for treatment and medication directed by the cardiologist;

**Error! Unknown document property name.**

c.  Defendants will ensure that Fernando Viera Reyes receives a comprehensive assessment by a urologist on the agreed-upon date (barring scheduling issues outside of Defendants' control) in order for the urologist to perform a biopsy, if the urologist determines it to be necessary, and to develop a comprehensive treatment plan. In the event that the assessment is rescheduled, Defendants will file a declaration within twenty-four (24) hours explaining the length of the delay, the reason for the rescheduling, and why it was outside of Defendants' control;

d.  Defendants will ensure timely compliance with all follow-up orders for treatment and medication directed by the urologist, including, if indicated, timely access to an appropriate oncologist and timely compliance with any follow-up orders directed by the oncologist.

5.  In light of the agreement set forth in paragraph 4 and the Court's Order approving the stipulation set forth herein, Plaintiffs hereby consider their Motion for Temporary Restraining Order (ECF No. 27) resolved and withdraw it, and the parties respectfully request that the Court vacate the hearing on the Motion for Temporary Restraining Order currently scheduled for December 23, 2025 at 10:00 a.m. (ECF No. 30);

**STIPULATION ON BRIEFING SCHEDULE AND PAGE LIMITS**

6.  On December 1, 2025, Plaintiffs filed a Motion for Preliminary Injunction (ECF No. 22).

7.  On December 15, 2025, the Court entered a stipulation (ECF No. 26) which:

a.  continued Defendants' deadline to file their opposition to the Motion for Preliminary Injunction until January 2, 2026;

b.  continued Plaintiffs' deadline to file their reply brief in support of the Motion for Preliminary Injunction until January 14, 2026; and

c.  continued the parties' hearing on the Motion for Preliminary Injunction until January 30, 2026.

8.  Due to the continued hearing date and in order to give the parties time to fully brief the

2

STIPULATION AND [PROPOSED] ORDER
Case No. 3:25-cv-09757-MMC
Error! Unknown document property name.

1   issues presented in this case, the parties have agreed to the following:

2       a.  Plaintiffs' deadline to file their reply brief in support of the Motion for

3           Preliminary Injunction will be continued from January 14, 2026 until **January**

4           **16, 2026**;

5       b.  Defendants will file an opposition to the Motion for Preliminary Injunction not

6           to exceed 30 pages in length; and

7       c.  Plaintiffs will file a reply brief not to exceed 20 pages in length.

8   **IT IS SO STIPULATED.**

9

10  Dated:                                  */s/ Cody S. Harris*
                                            KEKER, VAN NEST & PETERS LLP
11                                          STEVEN P. RAGLAND
                                            CODY S. HARRIS
12                                          CARLOS C. MARTINEZ

13                                          PRISON LAW OFFICE
                                            TESS BORDEN
14                                          MARGOT MENDELSON
                                            PATRICK BOOTH
15                                          ALISON HARDY
                                            RANA ANABTAWI
16
                                            CALIFORNIA COLLABORATIVE FOR
17                                          IMMIGRANT JUSTICE
                                            PRIYA ARVIND PATEL
18                                          MARIEL VILLARREAL

19                                          AMERICAN CIVIL LIBERTIES UNION
                                            FOUNDATION
20                                          KYLE VIRGIEN
                                            FELIPE HERNANDEZ
21                                          MARISOL DOMINGUEZ-RUIZ
                                            CARMEN IGUINA GONZALEZ
22
23                                          *Attorneys for Plaintiffs*

24

25  Dated:                                  */s/ Savith Iyengar*
                                            SAVITH IYENGAR
26                                          Assistant United States Attorney

27                                          *Attorneys for Defendants*

28

Error! Unknown document property name.

1

## <u>CIVIL LOCAL RULE 5.1 ATTESTATION</u>

2        Pursuant to Local Rule 5–1(i)(3), I attest under penalty of perjury that concurrence in the

3 filing of this document has been obtained from the other signatories to this stipulation.

4

5  Dated: December 22, 2025            */s/ Savith Iyengar*

6                                   SAVITH IYENGAR

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
Case No. 3:25-cv-09757-MMC
**Error! Unknown document property name.**

1

## **[PROPOSED] ORDER RE: STIPULATION TO RESOLVE MOTION FOR TEMPORARY RESTRAINING ORDER AND TO MODIFY BRIEFING SCHEDULE AND PAGE LIMITS**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Hon. Maxine M. Chesney
United States District Court

STIPULATION AND [PROPOSED] ORDER
Case No. 3:25-cv-09757-MMC
**Error! Unknown document property name.**