UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FERNANDO GOMEZ RUIZ, et al., | ) | CASE NO. 3:25-cv-09757-MMC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **DECLARATION OF ACTING** |
| v. | ) | **SUPERVISORY DETENTION AND** |
| | ) | **DEPORTATION OFFICER DAVID** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | ) | **LANDIN** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

I, David Landin, make the following statements pursuant to the authority of 28 U.S.C. § 1746, hereby declare that, to the best of my knowledge, information, and belief, and under the penalty of perjury, the following is true and correct:

1. I am an Acting Supervisory Detention and Deportation Officer ("(A)SDDO") with the U.S. Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"). I have been employed with DHS since July 2017.

2. Since October 2023, I have been assigned to the ICE ERO Compliance Unit ("Compliance Unit') in the Bakersfield, California sub-office.

3. As (A)SDDO within the Compliance Unit, my responsibilities include overseeing and managing the daily operation of compliance related duties by assigned Deportation Officers ("DO") within the ICE facilities in my area of responsibility. This includes implementation of

the National Detention Standards ("NDS") and Peformance-Based National Detention Standards ("PBNDS").

4.  The NDS (as revised in 2025) applies to the California City Detention Facility ("CCDF") located at 22844 Virgina Boulevard, California City, California, 93505, which is located in Kern County, California.

5.  The NDS establishes consistent confinement conditions, program operations, and management expectations within ICE's detention system.

6.  I am familiar with ICE policy and procedures governing the detention and removal of aliens who lack lawful immigration status in the United States. This declaration is based on my personal knowledge, consultation with other DHS and ICE personnel, and review of official documents and records maintained by the agency and DHS during the regular course of my duties. I provide this declaration based on the best of my knowledge, information, belief, and reasonable inquiry.

### Location of the California City Detention Facility

7.  The ICE ERO San Francisco field office is located at 630 Sansome Street, San Francisco, CA 94111, which is in San Francisco County, California.

8.  However, I am assigned to the Bakersfield sub-office in Kern County, California which is located at 800 Truxtun Avenue, Bakersfield, California.

9.  The Bakersfield sub-office is approximately 1.5 hours (or about 76 miles) away from CCDF. The ERO San Francisco Field Office is approximately 5.5 hours (or about 350 miles) away from CCDF.

### ICE Oversight of CoreCivic's Operation of the California City Detention Facility

10. The Bakersfield sub-office has approximately 70 employees on its roster all of which are federal employees. Approximately 40 of these employees are assigned to the Detained Unit and intersect with CCDF in some way as CCDF falls within my area of responsibility.

11. I am not a custodian of the detainees at CCDF and instead serve as the ERO representative.

12. CCDF currently houses federal immigration detainees pursuant to a contract with CoreCivic Inc. ("CoreCivic"). The Warden of CCDF is Christopher Chestnut who is employed by CoreCivic.

13. ICE ERO's role with respect to CCDF is to provide oversight of CoreCivic to ensure (i) that it operates the facility in accordance with the NDS, (ii) that it complies with the underlying contract giving it the authority to operate CCDF, (iii) that detainee rights are upheld, and (iv) that detainee medical care is properly given.

14. ICE ERO conducts weekly inspections of CCDF as part of this oversight process. If an issue arises, ICE will consult with CoreCivic, Inc. to investigate the issue, ensure CoreCivic, Inc.'s actions are in accordance with the NDS, and opine as to what measures could be taken to prevent the issue in the future. This oversight is to ensure that detainee treatment and medical care meet the standards outlined in the NDS.

15. Moreover, my responsibilities related to CCDF include overseeing and managing the daily operation of compliance related duties by assigning DOs to perform the following functions:

   a. Assist those detained within CCDF with document services such as physical delivery of mandatory notices;

   b. Investigate various components related to the NDS and PBNDS with detainee grievances, and

   c. Oversee the performance of visual inspections of facilities for cleanliness and safety, for example, of the segregation unit to ensure that detainees are properly tracked for placement, removal, and reasons for segregation.

### CoreCivic's Operation of the California City Detention Facility

16.   CoreCivic maintains about 70 employees who staff CCDF and who perform the following duties:

    a. Ensure that detention facilities are operated within the NDS or PBNDS;

    b. Oversee the provision of personnel escorts to accommodate physical inspections of and official visits to CCDF;

    c. Ensure that on-site personnel assist those detained within CCDF with document services such as physical delivery of mandatory notices;

    d. Investigate detainee grievances under the NDS and PBNDS;

    e. Manage and provide oversight of the physical delivery of meals, recreation activities, and medical care to detainees;

    f. Oversee detainee placement in medical isolation when necessary and ensure that there is proper documentation for the reason for such isolation;

    g. Physically ensure safety of detainees by providing on-site security and resolution of detainee misconduct or detainee altercations;

    h. Conduct on-site meetings with personnel to ensure PREA training, staff alertness, and general staff availability;

    i. Oversee the supervision of medical staff and ensure availability of adequate medical staffing;

    j. Ensure that the on-site law library is readily available to detainees with functional equipment and access to legal documents;

    k. Ensure detainees appear for immigration court proceedings virtually;

    l. Inspect the recreational areas for safety, security, and availability in accordance with the NDS; and

    m. Inspect property and equipment coming into the facility including for cleanliness and ensuring that it is functional and operable so that it can be used at CCDF

17. I do not perform any of my job duties at the ERO San Francisco Field Office 350 miles away from CCDF. I am unaware of any of the 40 or so ERO staff members in the Bakersfield sub-office and who intersect with CCDF performing any of their physical job duties at the ERO San Francisco Field Office.

18. Moreover, I am unaware of any of the 70 or so CoreCivic employees who staff CCDF performing any of their job duties at the ERO San Francisco Field Office.

### Burden Coordinating Detainees and Staff to Participate in Litigation 350 Miles Away from the California City Detention Facility

19. I am familiar with the litigation that has been filed in the above captioned matter and the allegations. I understand that the Plaintiffs seek to have a class certified which can include many—if not most—of the detainees in CCDF.

20. If this matter proceeds in San Francisco, I will be in the position of determining how to accommodate the absence of a significant number of resources (40 of the 70 or so ERO staff members who intersect with CCDF) if they are called as witnesses.

I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge and belief.

Dated: January 2, 2026

David Landin
Acting Supervisory Detention and Deportation Officer
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security