CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-09757-MMC <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE** |

    Pursuant to 28 U.S.C. § 1404(a), for the convenience of the parties and witnesses and in the interests of justice, Defendants' motion to transfer this case to the United States District Court for the Eastern District of California is **GRANTED**. All pending motions shall be **HELD IN ABEYANCE** and ruled on by the Court to whom this case is transferred.

    **IT IS SO ORDERED.**

Dated: _____, 2026      _____
                                                            HON. MAXINE M. CHESNEY
                                                            United States District Judge