## DECLARATION OF DWAN MORRIS

I, Dwan Morris, state the following based upon my personal knowledge.

1.      I am over the age of 18 and am competent to testify to the matters set forth in this Declaration.

2.      I make this Declaration based upon my own personal knowledge and review of relevant documents maintained by Trinity Services Group, Inc. ("Trinity") in the normal course of business, and if called as a witness, could competently testify to these facts.

3.      All documents attached hereto are true and correct copies of documents generated and/or maintained in the normal course of Trinity's business operations and documents with which I am familiar.

4.      I am employed by Trinity as the Food Service Director at the California City Correctional Facility ("Cal City").

5.      I am certified as a ServSafe Food Protection Manager through the National Restaurant Association.

6.      In my role as Food Service Director, I oversee daily food service operations at Cal City, including preparation, serving, and clean-up; hire, train, and manage staff; ensure food safety and sanitation; maintain inventory; and manage operational budgeting.

7.      I make this Declaration in response to Plaintiffs' Motion for Preliminary Injunction and supporting exhibits in the matter of *Fernando Gomez Ruiz, et al. v. U.S. Immigration and Customs Enforcement, et al.*, Case No. 3:25-cv-09757-MMC, in the Northern District of California.

8.      I am familiar with the allegations in Plaintiffs' Motion and supporting detainee Declarations, which contain a number of inaccurate statements.

9.      Cal City detainees are provided three hot meals per day.

10.      When Cal City first reopened in August 2025, all meals were plated in the facility kitchen and delivered on carts for service in the housing units. As the population continues to increase, we have opened the dining hall, where detainees pass through the

serving line and are served their meals by kitchen workers. Detainees in restrictive housing and medical housing continue to have their meals delivered directly to their living areas.

11.    The temperature of the food items served on the line at the dining hall is measured for compliance with applicable food safety regulations.

12.    The food service trays delivered to the housing units are covered with plastic wrap and transported to the units on insulated carts to maintain safe food temperatures.

13.    We follow the approved menu cycles created and approved by a Trinity registered dietician when preparing all meals at Cal City.

14.    Each menu specifies the items to be served and the quantities of each to be provided.

15.    Portion sizes are carefully measured and monitored for compliance with the approved menus. To facilitate this, kitchen workers are provided measuring spoons and cups that correlate to the amounts specified on the menus.

16.    For example, if a menu specifies a one-cup serving of rice, the kitchen worker serving that item is provided a one-cup measuring scoop, rather than a traditional serving spoon, to ensure consistent portions.

17.    I personally inspect the portions provided on the food service line in the dining hall and on the trays delivered to the housing units for compliance with the portions specified on the approved menus each day.

18.    I eat the same meals as the detainees on my shifts.

19.    In addition to the regular menu, we provide medical diets to detainees when ordered by a healthcare provider and religious diets when requested by the detainee and approved by the facility Chaplain.

20.    Detainees who are approved for medical and religious diets receive a diet card that they must present at the dining hall to receive a special meal.

21.    Medical and religious diets are also delivered to approved detainees in restrictive housing and medical housing.

22. We also prepare sack meals that can be provided to detainees in the intake area before they are taken to their housing units.

23. Contrary to the allegations in the Declarations, the portion sizes are adequate and consistent with the dietician-approved menus. We continue to serve the specified portion sizes as the facility population increases.

24. Detainees who are housed in the medical unit receive either the regular menu or a special diet, if approved.

25. The regular and special diet menus include both fruit and vegetables. Fresh fruit is not typically served in a correctional or detention setting because it can be used to make alcohol. The fruit served at Cal City includes canned peaches and pears and applesauce. Vegetables include green beans, carrots, peas, corn, peppers, onions, broccoli, cabbage, coleslaw, mixed vegetable medley, and salad.

26. Contrary to the allegations in one of the Declarations, we do not serve potatoes every day.

27. Meal times occur on a regular schedule.

28. The dining hall is cleaned after each meal.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on December 22, 2025.