CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, *et al.*, | Case No. 3:25-cv-09757-MMC |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| Defendants. | |

    Having considered the parties' briefing and argument on Plaintiffs' motion for a preliminary injunction, the Court finds (i) that Plaintiffs have not shown that they are likely to either succeed on the merits of their claims or suffer irreparable harm absent preliminary relief, and (ii) that the balance of equities and public interest favor Defendants.  Plaintiffs' motion is therefore **DENIED**.

    **IT IS SO ORDERED.**

Dated: _____, 2026      _____
                                                      HON. MAXINE M. CHESNEY
                                                      United States District Judge