CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, *et al.*, | Case No. 3:25-cv-09757-MMC |
| Plaintiffs, | |
| v. | **DECLARATION OF SAVITH IYENGAR** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| Defendants. | |

I, Savith Iyengar, declare as follows:

1. I am an Assistant United States Attorney and represent defendants United States Immigration and Customs Enforcement ("ICE"), Todd M. Lyons, Sergio Albarran, United States Department of Homeland Security, and Kristi Noem ("Defendants") in the above-captioned matter. I am a member in good standing of the State Bar of California and the bar of this Court. I make this declaration in support of Defendants' administrative motion under Civil Local Rules 7-11 and 79-5 to file under seal, filed herewith. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

2. Given the late hour at which I determined that this motion would be necessary, I was unable to contact Plaintiffs' counsel to determine whether a stipulation could be obtained.

///

1 | I declare under penalty of perjury under the laws of the United States of America that the above
2 | is true and correct. Executed this 2nd day of January, 2026, in San Francisco, California.

4 | Dated: January 2, 2026            By:      */s/ Savith Iyengar*
                                               SAVITH IYENGAR
5 |                                             Assistant United States Attorney

DECLARATION OF SAVITH IYENGAR
3:25-cv-09757-MMC                                          2