CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7200
Facsimile: 415-436-6748
savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-09757-MMC <br><br> **[PROPOSED] ORDER** |

Defendants' administrative motion under Civil Local Rules 7-11 and 79-5 to file under seal is **GRANTED**.

The documents that Defendants have filed on the public document with redactions — *see* ECF Nos. 37, 38, 38-1, 38-2, 39 — will continue to include those redactions on the public docket.

**IT IS SO ORDERED.**

Dated: _____, 2026   _____
HON. MAXINE M. CHESNEY
United States District Judge