KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
CARLOS C. MARTINEZ - # 354616
cmartinez@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
KYLE VIRGIEN - # 278747
kvirgien@aclu.org
FELIPE HERNANDEZ - # 338468
npp_fhernandez@aclu.org
MARISOL DOMINGUEZ-RUIZ - # 345416
mdominguez-ruiz@aclu.org
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770

CARMEN IGUINA GONZALEZ - # 277369
ciguinagonzalez@aclu.org
915 15th Street, NW, 7th Floor
Washington, DC 20005
Tel.: (202) 393-4930

PRISON LAW OFFICE
MARGOT MENDELSON - # 268583
mmendelson@prisonlaw.com
TESS BORDEN - MJP # 805022, *pro hac vice*
tess@prisonlaw.com
PATRICK BOOTH - # 328783
patrick@prisonlaw.com
ALISON HARDY - # 135966
ahardy@prisonlaw.com
RANA ANABTAWI - # 267073
rana@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
PRIYA ARVIND PATEL - # 295602
priya@ccijustice.org
MARIEL VILLARREAL - # 317048
mariel@ccijustice.org
1999 Harrison Street #1800
Oakland, California 94612
Tel: (650) 762-8990

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO | Case No. 3:25-cv-09757-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE**<br><br>Judge:     Hon. Maxine M. Chesney<br><br>Date Filed: November 12, 2025 |

| | |
|---|---|
| 1 | ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULES**

Pursuant to Civil Local Rules 6-2, 7-11, and 7-12, the parties in the above-captioned action hereby stipulate and agree as follows:

**STIPULATION ON BRIEFING AND HEARING SCHEDULES**

1. On December 1, 2025, Plaintiffs filed a Motion for Class Certification (ECF No. 21) and Motion for Preliminary Injunction (ECF No. 22).

2. On December 15, 2025, the Court entered an Order granting the parties' stipulation, as modified (ECF No. 26), which:

   a. continued Defendants' deadline to file their oppositions to the Motion for Preliminary Injunction and Motion for Class Certification until January 2, 2026;

   b. continued Plaintiffs' deadline to file their reply briefs in support of the Motion for Preliminary Injunction and Motion for Class Certification until January 14, 2026; and

   c. continued the parties' hearing on the Motion for Preliminary Injunction and Motion for Class Certification until January 30, 2026.

3. On December 22, 2025, the Court entered an Order granting the parties' stipulation, as modified (ECF No. 36), which:

   a. continued Plaintiffs' deadline to file their reply brief in support of the Motion for Preliminary Injunction until January 16, 2026; and

   b. continued the parties' hearing on the Motion for Preliminary Injunction until February 6, 2026.

4. On January 2, 2026, Defendants filed a Motion to Transfer Venue (ECF No. 37). Pursuant to Civil Local Rule 7-3, Plaintiffs' deadline to file their opposition is January 16, 2026. The hearing on the Motion to Transfer Venue is scheduled for February 6, 2026.

5. In order to align the hearing schedule for the three pending motions (ECF Nos. 21, 22, 37), the parties respectfully request that the Court continue the hearing date on the Motion for

Class Certification from January 30, 2026 until February 6, 2026, the same hearing date as the Motion for Preliminary Injunction (ECF No. 22) and Motion to Transfer Venue (ECF No. 37).

6. The parties also respectfully request the following modifications to the briefing schedule on the Motion for Class Certification (ECF No. 21) and Motion to Transfer Venue (ECF No. 37), contingent upon the Court's ability to retain the hearing date for all three motions on February 6, 2026 despite these changes:

    a. Plaintiffs' deadline to submit their reply brief in support of the Motion for Class Certification will be continued from January 14 to January 16, 2026; and

    b. Defendants' deadline to submit their reply brief in support of the Motion to Transfer will be continued from January 23 to January 26, 2026.

If the Court is unable to continue these two reply brief deadlines while retaining the hearing date on February 6, 2026, the parties respectfully request that the Court keep these two briefing deadlines as currently scheduled.

**IT IS SO STIPULATED.**

Dated: January 7, 2026

/s/ *Cody S. Harris*
KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND
CODY S. HARRIS
CARLOS C. MARTINEZ

PRISON LAW OFFICE
TESS BORDEN
MARGOT MENDELSON
PATRICK BOOTH
ALISON HARDY
RANA ANABTAWI

CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE
PRIYA ARVIND PATEL
MARIEL VILLARREAL

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
KYLE VIRGIEN
FELIPE HERNANDEZ
MARISOL DOMINGUEZ-RUIZ
CARMEN IGUINA GONZALEZ

*Attorneys for Plaintiffs*

Dated: January 7, 2026

/s/ Savith Iyengar
SAVITH IYENGAR
Assistant United States Attorney

*Attorneys for Defendants*

## CIVIL LOCAL RULE 5.1 ATTESTATION

Pursuant to Local Rule 5–1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories to this stipulation.

Dated: January 7, 2026

/s/ Cody S. Harris
Cody S. Harris

## [PROPOSED] ORDER RE: STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULES

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

Hon. Maxine M. Chesney
United States District Court