| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>STEVEN P. RAGLAND - # 221076<br>sragland@keker.com<br>CODY S. HARRIS - # 255302<br>charris@keker.com<br>CARLOS C. MARTINEZ - # 354616<br>cmartinez@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:  415 397 7188 | PRISON LAW OFFICE<br>MARGOT MENDELSON - # 268583<br>mmendelson@prisonlaw.com<br>TESS BORDEN - MJP # 805022, *pro hac vice*<br>tess@prisonlaw.com<br>PATRICK BOOTH - # 328783<br>patrick@prisonlaw.com<br>ALISON HARDY - # 135966<br>ahardy@prisonlaw.com<br>RANA ANABTAWI - # 267073<br>rana@prisonlaw.com<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Tel.: (510) 280-2621 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>KYLE VIRGIEN - # 278747<br>kvirgien@aclu.org<br>FELIPE HERNANDEZ - # 338468<br>npp_fhernandez@aclu.org<br>MARISOL DOMINGUEZ-RUIZ - # 345416<br>mdominguez-ruiz@aclu.org<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>Tel.: (415) 343-0770 | CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>PRIYA ARVIND PATEL - # 295602<br>priya@ccijustice.org<br>MARIEL VILLARREAL - # 317048<br>mariel@ccijustice.org<br>1999 Harrison Street #1800<br>Oakland, California 94612<br>Tel: (650) 762-8990 |
| CARMEN IGUINA GONZALEZ - # 277369<br>ciguinagonzalez@aclu.org<br>915 15th Street, NW, 7th Floor<br>Washington, DC 20005<br>Tel.: (202) 393-4930 | |

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO | Case No. 3:25-cv-09757-MMC<br><br>**DECLARATION OF CODY HARRIS IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE**<br><br>Judge:  Hon. Maxine M. Chesney<br><br>Date Filed:  November 12, 2025 |

1  ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and
2  Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT
3  OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of
4  Homeland Security,
5      Defendants.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Cody Harris, declare as follows:

1. I am an attorney and partner at the law firm of Keker, Van Nest and Peters and represent Plaintiffs in the above captioned action. I am admitted to practice before the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. On December 18, 2025, counsel for Plaintiffs, Marisol Dominquez-Ruiz, contacted counsel for Defendants via email and proposed extending Plaintiffs' deadline to file a reply brief in support of their motion for class certification by two days, to January 16, 2026. She also asked if Defendants would agree to extend the hearing date for the class certification motion to February 6, 2026. Both requests aimed to align the class certification briefing and hearing dates with the other pending motions.

3. That same day, counsel for Defendants, Savith Iyengar, replied and agreed to the requested extensions. He also requested that Plaintiffs consent to Defendants filing a reply to Plaintiffs' opposition to Defendants' Motion to Transfer by one business day, to January 26, 2026. Plaintiffs' counsel agreed to that request on the condition that the extension would not further extend the hearing date beyond February 6, 2026.

4. The Court previously modified the time to respond to the Motion for Preliminary Injunction as set forth in ECF Nos. 26 and 36.

5. The parties' requested modification will affect the existing schedule as set forth below:

   i) The hearing on Plaintiffs' Motion for Class Certification will be continued from January 30, 2026 to **February 6, 2026**, to align with the other related pending motions.

   ii) Plaintiffs' deadline to file their reply brief in support of the Motion for Class Certification will be continued from January 14, 2026 until **January 16, 2026,** to align with the briefing schedule on the other related pending motions.

   iii) Defendants' deadline to submit their reply brief in support of the Motion to Transfer will be continued from January 23, 2026 to **January 26, 2026.**

1

DECL. OF CODY HARRIS ISO STIP TO MODIFY BRIEFING SCHEDULE AND HEARING SCHEDULE
Case No. 3:25-cv-09757-MMC

3961571

1  I declare under penalty of perjury under the laws of the United States the foregoing is true
2  and correct. Executed on January 7, 2026, in San Francisco, CA.

                                        /s/ Cody S. Harris
                                        CODY S. HARRIS