1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  SAVITH IYENGAR (CABN 268342)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: 415-436-7200
6      Facsimile: 415-436-6748
       savith.iyengar@usdoj.gov
7
8  Attorneys for Defendants

                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 | FERNANDO GOMEZ RUIZ, *et al.*,           ) Case No. 3:25-cv-09757-MMC
                                              )
13 |        Plaintiffs,                       )
                                              ) **DEFENDANTS' NOTICE OF FILING OF**
14 |   v.                                     ) **CORRECTED DECLARATION**
                                              )
15 | U.S. IMMIGRATION AND CUSTOMS             )
   | ENFORCEMENT, *et al.*,                   )
16 |                                          )
   |        Defendants.                       )
17 |                                          )

18         Defendants United States Immigration and Customs Enforcement ("ICE"); Todd M. Lyons,

19 Acting Director, ICE; Sergio Albarran, San Francisco Field Office Director, ICE; United States

20 Department of Homeland Security; and Kristi Noem, United States Secretary of Homeland Security

21 (collectively, "Defendants") respectfully notify the Court and plaintiffs Fernando Gomez Ruiz,

22 Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo

23 Guevara Alarcon, and Alejandro Mendiola Escutia (collectively, "Plaintiffs") of the filing of a corrected

24 declaration by Acting Supervisory Detention and Deportation Officer ("(A)SDDO") David Landin,

25 submitted herewith as **Exhibit 1**, which corrects (A)SDDO Landin's prior declaration submitted in this

26 case on January 2, 2026, ECF No. 37-1.

27         (A)SDDO Landin's prior declaration stated, in paragraphs 16 and 18, that approximately "70"

28 CoreCivic employees staff the California City Detention Facility ("CCDF" or the "facility"). *See* ECF

No. 37-1 ¶¶ 16, 18.  The correct number of CoreCivic employees who staff CCDF is approximately *334* as of December 30, 2025.  *See* Ex. 1 ¶ 21.  The prior figure was based on the date CCDF began operations as a detention facility, and not current staffing levels.  *Id.*

Accordingly, (A)SDDO Landin's corrected declaration submitted herewith contains the following modifications to paragraphs 16 and 18 (emphasis added):

| ¶ | Prior Declaration | Corrected Declaration |
|---|---|---|
| 16 | "CoreCivic maintains about 70 employees who staff CCDF and who perform the following duties: . . . ." | "CoreCivic maintains about ***334*** employees who staff CCDF and who perform the following duties: . . . ." |
| 18 | "Moreover, I am unaware of any of the 70 or so CoreCivic employees who staff CCDF performing any of their job duties at the ERO San Francisco Field Office." | "Moreover, I am unaware of any of the ***334*** or so CoreCivic employees who staff CCDF performing any of their job duties at the ERO San Francisco Field Office." |

*Id.* ¶¶ 16, 18.

(A)SDDO Landin's corrected declaration also adds a final paragraph explaining this change, and attaches a declaration by CoreCivic's Human Resources Manager at CCDF, Marrisa Ruiz, who states that "[a]s of December 30, 2025, CoreCivic had 334 staff employed at the facility, . . . not includ[ing] food service personnel employed by Trinity, other contractors, or Licensed Independent Providers."  *Id.* ¶ 21 & Attach. A.  (A)SDDO Landin's corrected declaration contains no other changes.

The following portions of Defendants' motion to transfer venue (ECF No. 37 ["Transfer Mot."]) and opposition to Plaintiffs' motion for preliminary injunction (ECF No. 38 ["PI Opp'n"]) cite the now-corrected paragraphs of (A)SDDO Landin's prior declaration (emphasis added):

| Brief | Relevant Portion |
|---|---|
| Transfer Mot. 14:10–11; PI Opp'n 2:13–14, 15:3–4 | "CoreCivic maintains approximately *70 employees* who staff CCDF . . . ." |
| Transfer Mot. 15:10–12; PI Opp'n 3:12–14 | "(A)SDDO Landin, Warden Chestnut, the approximately 40 ICE ERO staff members whose duties relate to the facility, and the approximately *70 CoreCivic employees* who staff CCDF, are all based in Kern County[.]" |

| Brief | Relevant Portion |
|---|---|
| Transfer Mot. 20:11–15 | "Here, if this case proceeds in the Northern District, it would significantly impede the operation and oversight of the facility and inconvenience all witnesses by requiring them to coordinate schedules, meetings, and travel — including the approximately 40 ICE ERO staff members (out of a total of 70) who are assigned to the Bakersfield sub-office, the approximately **70 CoreCivic employees** who staff the facility, and outside healthcare providers in Kern County." |

As noted above and reflected in (A)SDDO Landin's corrected declaration and the declaration of Marrisa Ruiz, there are actually approximately ***334 CoreCivic employees*** who staff the facility. Ex. 1 ¶ 21 & Attach. A.

  This correction does not otherwise affect the substance of Defendants' motion to transfer venue or opposition to Plaintiffs' motion for preliminary injunction.

                Respectfully submitted,

                CRAIG H. MISSAKIAN
                United States Attorney

Dated: January 8, 2026    By:  */s/ Savith Iyengar*
                SAVITH IYENGAR
                Assistant United States Attorney