| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>STEVEN P. RAGLAND - # 221076<br>sragland@keker.com<br>CODY S. HARRIS - # 255302<br>charris@keker.com<br>CARLOS C. MARTINEZ - # 354616<br>cmartinez@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:    415 397 7188<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>KYLE VIRGIEN - # 278747<br>kvirgien@aclu.org<br>FELIPE HERNANDEZ - # 338468<br>npp_fhernandez@aclu.org<br>MARISOL DOMINGUEZ-RUIZ - # 345416<br>mdominguez-ruiz@aclu.org<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>Tel.: (415) 343-0770<br><br>CARMEN IGUINA GONZALEZ - # 277369<br>ciguinagonzalez@aclu.org<br>915 15th Street, NW, 7th Floor<br>Washington, DC 20005<br>Tel.: (202) 393-4930 | PRISON LAW OFFICE<br>MARGOT MENDELSON - # 268583<br>mmendelson@prisonlaw.com<br>TESS BORDEN - MJP # 805022, *pro hac vice*<br>tess@prisonlaw.com<br>PATRICK BOOTH - # 328783<br>patrick@prisonlaw.com<br>ALISON HARDY - # 135966<br>ahardy@prisonlaw.com<br>RANA ANABTAWI - # 267073<br>rana@prisonlaw.com<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Tel.: (510) 280-2621<br><br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>PRIYA ARVIND PATEL - # 295602<br>priya@ccijustice.org<br>MARIEL VILLARREAL - # 317048<br>mariel@ccijustice.org<br>1999 Harrison Street #1800<br>Oakland, California 94612<br>Tel: (650) 762-8990 |

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO | Case No. 3:25-cv-09757-MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING SCHEDULE**<br><br>Judge:    Hon. Maxine M. Chesney<br><br>Date Filed:  November 12, 2025 |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,<br><br>            Defendants. |

**JOINT STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULES**

Pursuant to Civil Local Rules 6-2, 7-11, and 7-12, the parties in the above-captioned action hereby stipulate and agree as follows:

**STIPULATION ON BRIEFING AND HEARING SCHEDULES**

1. On December 1, 2025, Plaintiffs filed a Motion for Class Certification (ECF No. 21) and Motion for Preliminary Injunction (ECF No. 22).

2. On December 15, 2025, the Court entered an Order granting the parties' stipulation, as modified (ECF No. 26), which:

    a. continued Defendants' deadline to file their oppositions to the Motion for Preliminary Injunction and Motion for Class Certification until January 2, 2026;

    b. continued Plaintiffs' deadline to file their reply briefs in support of the Motion for Preliminary Injunction and Motion for Class Certification until January 14, 2026; and

    c. continued the parties' hearing on the Motion for Preliminary Injunction and Motion for Class Certification until January 30, 2026.

3. On December 22, 2025, the Court entered an Order granting the parties' stipulation, as modified (ECF No. 36), which:

    a. continued Plaintiffs' deadline to file their reply brief in support of the Motion for Preliminary Injunction until January 16, 2026; and

    b. continued the parties' hearing on the Motion for Preliminary Injunction until February 6, 2026.

4. On January 2, 2026, Defendants filed a Motion to Transfer Venue (ECF No. 37). Pursuant to Civil Local Rule 7-3, Plaintiffs' deadline to file their opposition is January 16, 2026. The hearing on the Motion to Transfer Venue is scheduled for February 6, 2026.

5. In order to align the hearing schedule for the three pending motions (ECF Nos. 21, 22, 37), the parties respectfully request that the Court continue the hearing date on the Motion for

1  Class Certification from January 30, 2026 until February 6, 2026, the same hearing date as the
2  Motion for Preliminary Injunction (ECF No. 22) and Motion to Transfer Venue (ECF No. 37).
3          6.     The parties also respectfully request the following modifications to the briefing
4  schedule on the Motion for Class Certification (ECF No. 21) and Motion to Transfer Venue (ECF
5  No. 37), contingent upon the Court's ability to retain the hearing date for all three motions on
6  February 6, 2026 despite these changes:
7          a.  Plaintiffs' deadline to submit their reply brief in support of the Motion for Class
8              Certification will be continued from January 14 to January 16, 2026; and
9          b.  Defendants' deadline to submit their reply brief in support of the Motion to
10             Transfer will be continued from January 23 to January 26, 2026.
11         If the Court is unable to continue these two reply brief deadlines while retaining the
12         hearing date on February 6, 2026, the parties respectfully request that the Court keep
13         these two briefing deadlines as currently scheduled.
14         **IT IS SO STIPULATED.**

15 Dated: January 7, 2026                             */s/ Cody S. Harris*
                                                     KEKER, VAN NEST & PETERS LLP
16                                                   STEVEN P. RAGLAND
                                                     CODY S. HARRIS
17                                                   CARLOS C. MARTINEZ

18                                                   PRISON LAW OFFICE
                                                     TESS BORDEN
19                                                   MARGOT MENDELSON
                                                     PATRICK BOOTH
20                                                   ALISON HARDY
                                                     RANA ANABTAWI
21
                                                     CALIFORNIA COLLABORATIVE FOR
22                                                   IMMIGRANT JUSTICE
                                                     PRIYA ARVIND PATEL
23                                                   MARIEL VILLARREAL

24                                                   AMERICAN CIVIL LIBERTIES UNION
                                                     FOUNDATION
25                                                   KYLE VIRGIEN
                                                     FELIPE HERNANDEZ
26                                                   MARISOL DOMINGUEZ-RUIZ
                                                     CARMEN IGUINA GONZALEZ
27
                                                     *Attorneys for Plaintiffs*
28

Dated: January 7, 2026            /s/ Savith Iyengar
                                  SAVITH IYENGAR
                                  Assistant United States Attorney

                                  *Attorneys for Defendants*

## CIVIL LOCAL RULE 5.1 ATTESTATION

Pursuant to Local Rule 5–1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories to this stipulation.

Dated: January 7, 2026            /s/ Cody S. Harris
                                  Cody S. Harris

## [PROPOSED] ORDER RE: STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULES

PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that plaintiffs shall file their reply brief in support of the Motion for Class Certification on January 16, 2026, no later than 3:00 p.m., and defendants shall file their reply brief in support of the Motion to Transfer on January 26, 2026, no later than 3:00 p.m.

Dated: January 12, 2026

                                  Hon. Maxine M. Chesney
                                  United States District Court