CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7200
Facsimile: 415-436-6748
savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-09757-MMC <br><br> **DEFENDANTS' NOTICE OF FILING OF CORRECTED DECLARATION** |

Defendants United States Immigration and Customs Enforcement ("ICE"); Todd M. Lyons, Acting Director, ICE; Sergio Albarran, San Francisco Field Office Director, ICE; United States Department of Homeland Security; and Kristi Noem, United States Secretary of Homeland Security (collectively, "Defendants") respectfully notify the Court and plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, and Alejandro Mendiola Escutia (collectively, "Plaintiffs") of the filing of a corrected declaration by California City Detention Facility ("CCDF") Warden Christopher Chestnut, submitted herewith as **Exhibit 1**, which corrects Warden Chestnut's prior declaration submitted in this case on January 2, 2026, ECF No. 38-1.

Warden Chestnut's prior declaration included, in paragraphs 195 and 197–200, the numbers of emails received by CCDF's calcityattorneyschedule@corecivic.com email address from various senders

between August 27, 2025 and December 10, 2025.  *See* ECF No. 38-1 ¶¶ 195, 197–200.  These figures were based on data provided by CoreCivic's Senior Manager of eDiscovery Programs that included both parent emails and attachments.  *See* Ex. 1 ¶ 221.  Warden Chestnut's corrected declaration corrects these references, as well as several sender names and associations and the end date of the time period when these emails were sent (between August 27 and December 8, 2025, not "December 10, 2025").  *Id.*

Accordingly, Warden Chestnut's corrected declaration submitted herewith contains the following modifications to paragraphs 195 and 197–200 (emphasis added):

| ¶ | Prior Declaration | Corrected Declaration |
|---|---|---|
| 195 | Between August 27, 2025, when the first detainees arrived, and December 10, 2025, the calcityattorneyschedule@corecivic.com email address received 5,965 emails. | Between August 27, 2025, when the first detainees arrived, and December ***8***, 2025, the calcityattorneyschedule@corecivic.com email address received ***5,014*** emails***, with 3,467 attachments***. |
| 197 | During the above time period, Mr. Fabian and Ms. Felder-Heim sent 74 emails to calcityattorneyschedule@corecivic.com. | During the above time period, Mr. Fabian and Ms. Felder-Heim ***and individuals affiliated with the Asian Law Caucus transmitted*** 74 ***files, consisting of both parent emails and attachments,*** to calcityattorneyschedule@corecivic.com. |
| 198 | Attorney Hannah Kazim alleges in her Declaration that she represents one client at Cal City, while her colleague, attorney Kyle Hudson, alleges that he represents three detainees.  Ms. Kazim, Mr. Hudson, and their organization, Immigrant Legal Defense, sent 122 emails to calcityattorneyschedule@corecivic.com during the relevant time. | Attorney Hannah Kazim alleges in her Declaration that she represents one client at Cal City, while her colleague, attorney ***Hudson Kyle***, alleges that he represents three detainees.  Ms. Kazim, Mr. ***Kyle***, and their organization***s***, ***Immigrant Defenders Law Center and*** Immigrant Legal Defense, ***transmitted*** 122 ***files, consisting of both parent emails and attachments,*** to calcityattorneyschedule@corecivic.com during the relevant time. |
| 199 | Ms. Quintero and her office sent 134 emails to calcityattorneyschedule@corecivic.com during the relevant time. | Ms. Quintero and her office ***transmitted*** 134 ***files, consisting of both parent emails and attachments,*** to calcityattorneyschedule@corecivic.com during the relevant time. |
| 200 | For example, the Prison Law Office sent 221 emails to calcityattorneyschedule@corecivic.com. | For example, the Prison Law Office***, ACLU, and California Coalition for Immigrant Justice*** sent ***188*** emails to calcityattorneyschedule@corecivic.com ***through December 8, 2025***. |

*Id.* ¶¶ 195, 197–200.

Warden Chestnut's corrected declaration also adds a final paragraph explaining these changes. *Id.* ¶ 221. Warden Chestnut's corrected declaration contains no other changes.

The following portions of Defendants' motion to transfer venue (ECF No. 37 ["Transfer Mot."]) and opposition to Plaintiffs' motion for preliminary injunction (ECF No. 38 ["PI Opp'n"]) cite the now-corrected paragraphs of Warden Chestnut's prior declaration (emphasis added):

| Brief | Relevant Portion |
|---|---|
| Transfer Mot. 11:7–11; PI Opp'n 8:27–9:3 | "Legal representatives can and do schedule VAVs, legal calls, and in-person legal visits by calling or emailing the facility. *Id.* ¶¶ 194–220 (detailing the numerous emails sent by Plaintiffs' declarants; . . . )." |
| PI Opp'n 20:17–21 | "CCSF staff manage attorney access requests through an email inbox and are in the process of implementing an online self-scheduling portal. *Id.* ¶¶ 194–220 (detailing the numerous emails received; . . . )." |

The changes in Warden Chestnut's corrected declaration do not affect the substance of Defendants' motion to transfer venue or opposition to Plaintiffs' motion for preliminary injunction.

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

Dated: January 15, 2026     By:     */s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney