| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>STEVEN P. RAGLAND - # 221076<br>sragland@keker.com<br>CODY S. HARRIS - # 255302<br>charris@keker.com<br>CARLOS C. MARTINEZ - # 354616<br>cmartinez@keker.com<br>LISA C. LU - # 364259<br>llu@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:    415 397 7188<br><br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>PRIYA ARVIND PATEL - # 295602<br>priya@ccijustice.org<br>MARIEL VILLARREAL - # 317048<br>mariel@ccijustice.org<br>1999 Harrison Street #1800<br>Oakland, California 94612<br>Tel: (650) 762-8990 | PRISON LAW OFFICE<br>MARGOT MENDELSON - # 268583<br>mmendelson@prisonlaw.com<br>TESS BORDEN - MJP # 805022, *pro hac vice*<br>tess@prisonlaw.com<br>PATRICK BOOTH - # 328783<br>patrick@prisonlaw.com<br>ALISON HARDY - # 135966<br>ahardy@prisonlaw.com<br>RANA ANABTAWI - # 267073<br>rana@prisonlaw.com<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Tel.: (510) 280-2621<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>KYLE VIRGIEN - # 278747<br>kvirgien@aclu.org<br>FELIPE HERNANDEZ - # 338468<br>npp_fhernandez@aclu.org<br>MARISOL DOMINGUEZ-RUIZ - # 345416<br>mdominguez-ruiz@aclu.org<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>Tel.: (415) 343-0770<br><br>CARMEN IGUINA GONZALEZ - # 277369<br>ciguinagonzalez@aclu.org<br>915 15th Street, NW, 7th Floor<br>Washington, DC 20005<br>Tel.: (202) 393-4930 |

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS | Case No. 3:25-cv-09757-MMC<br><br>**DECLARATION OF TESS BORDEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:    Hon. Maxine M. Chesney<br><br>Date Filed: November 12, 2025<br>PUBLIC--REDACTS MATERIALS FROM CONDITIONALLY SEALED RECORD |

ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

          Defendants.

I, Tess Borden, declare:

1. I am a supervising staff attorney at the Prison Law Office, co-counsel of record for Plaintiffs in this matter. I am admitted to the New York Bar, am registered by the State Bar of California as a Registered Legal Aid Attorney through the Multijurisdictional Practice Program, and appear *pro hac vice* in this matter. I submit this declaration in support of Plaintiffs' Reply in Support of Motion for Preliminary Injunction. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto under oath, I could competently do so.

2. Due to the limited period for reply briefing and the difficulty of visiting detained people at California City Detention Facility, Plaintiffs' counsel were unable to collect wet signatures on the declarations of Anbhav Mann and ▮▮▮▮▮▮▮▮▮▮ ("Patient A").[1] Instead, I conducted calls with both individuals, during which time the declarations were read to them. Each individual confirmed, under penalty of perjury, that the contents were true and correct and gave me permission to affix their electronic signatures to the declarations and file them in this matter.

3. On January 14, 2025, I conducted a call with Anbhav Mann. During that call, I read the contents of Ms. Mann's declaration to her, and she confirmed, under penalty of perjury, that the content was true and correct and gave me permission to affix her electronic signature to the declaration and file. Her declaration is filed as Declaration of Anbhav Mann in Support of Plaintiffs' Motion for Preliminary Injunction.

4. On January 15, 2025, I conducted a call with Patient A. My colleague, Gabriela Pelsinger, who is a native Spanish speaker, joined the call to translate between English and Spanish. During that call, Ms. Pelsinger read and translated the contents of Patient A's declaration to Patient A, and Patient A confirmed, under penalty of perjury, that the content was true and correct and gave me permission to affix Patient A's electronic signature to the declaration and file. Patient A's declaration is filed as Declaration of "Patient A" in Support of Reply to Motion for Preliminary Injunction.

---

[1] An Administrative Motion to File Under Seal is forthcoming.

1
DECLARATION OF TESS BORDEN
IN SUPPORT OF REPLY TO MOTION FOR PRELIMINARY INJUNCTION
Case No. 3:25-Cv-09757-MMC

Executed on January 16, 2026, in San Francisco, California.  I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

_____
TESS BORDEN