| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>STEVEN P. RAGLAND - # 221076<br>sragland@keker.com<br>CODY S. HARRIS - # 255302<br>charris@keker.com<br>CARLOS C. MARTINEZ - # 354616<br>cmartinez@keker.com<br>LISA C. LU - # 364259<br>llu@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:  415 397 7188<br><br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>PRIYA ARVIND PATEL - # 295602<br>priya@ccijustice.org<br>MARIEL VILLARREAL - # 317048<br>mariel@ccijustice.org<br>1999 Harrison Street #1800<br>Oakland, California 94612<br>Tel: (650) 762-8990 | PRISON LAW OFFICE<br>MARGOT MENDELSON - # 268583<br>mmendelson@prisonlaw.com<br>TESS BORDEN - MJP # 805022, *pro hac vice*<br>tess@prisonlaw.com<br>PATRICK BOOTH - # 328783<br>patrick@prisonlaw.com<br>ALISON HARDY - # 135966<br>ahardy@prisonlaw.com<br>RANA ANABTAWI - # 267073<br>rana@prisonlaw.com<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Tel.: (510) 280-2621<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>KYLE VIRGIEN - # 278747<br>kvirgien@aclu.org<br>FELIPE HERNANDEZ - # 338468<br>npp_fhernandez@aclu.org<br>MARISOL DOMINGUEZ-RUIZ - # 345416<br>mdominguez-ruiz@aclu.org<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>Tel.: (415) 343-0770<br><br>CARMEN IGUINA GONZALEZ - # 277369<br>ciguinagonzalez@aclu.org<br>915 15th Street, NW, 7th Floor<br>Washington, DC 20005<br>Tel.: (202) 393-4930 |

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS | Case No. 3:25-cv-09757-MMC<br><br>**DECLARATION OF "PATIENT A" IN SUPPORT OF REPLY TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  February 6, 2026<br>Time:  9:00 a.m.<br>Dept:  Ctrm. 9 – 17th Floor<br>Judge:  Hon. Maxine M. Chesney<br><br>Date Filed: November 12, 2025<br><br>**PUBLIC--REDACTS MATERIALS FROM CONDITIONALLY SEALED RECORD** |

| | |
|---|---|
| 1 | ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |

**Declaration of "Patient A,"** ███████████

1. I, ███████████, am currently detained at the California City Detention Facility ("California City").

2. I am 42 years old. I have lived in the United States since March 2023.

3. I was detained by ICE the morning of December 24, 2025, during a routine check-in with ICE at the field office in San Jose, California. I arrived to California City late that night.

4. I do not have a criminal history.

5. About twenty years ago, I was diagnosed with HIV. I take Dovato daily to manage my condition. My condition is well managed with medication but I know if I don't take it, it's a big problem. When I was detained, I let the ICE officers know that I needed my HIV medication, which was in my car. I had approximately a month's supply of medication in my car. The medication was in the original bottle, with my name and the name of the medication, Dovato, written on the bottle. The ICE officers retrieved the medication from my car and brought it with me to California City.

6. I told the nurse at intake that I needed to take Dovato daily for HIV. The nurse said that I would need to file a sick call request to see a doctor in order to get my medication.

7. Even though the intake nurse told me that I had to see a doctor to get my medication, staff provided me with some doses of my medication but not every day, which is what I need. I only received Dovato on December 25, 2025 and December 28, 2025 even though I came to the facility with approximately a month's supply of Dovato pills and told them I needed to take them daily.

8. I began filing sick call requests every day asking to see the doctor because of my medications. I filed the requests using the paper forms, which I then gave to the officers for them to turn in to medical. After several days of filing paper requests, a staff member told me I should make the request using the tablet, which I did.

9. During this time, I regularly spoke with the nurse who comes to administer medications to people in my housing unit to see if my medication was available. I tried to find someone to help translate my conversation with the nurse since I do not speak English. The

nurses told me that I had to wait to speak to a doctor about my medication. I explained that I needed to take this medication every day, and that I had brought a 30-day supply of my medication when I was detained, but the nurses would only tell me that I had to talk to a doctor. I did not see a doctor regarding my medications or my HIV during my first three weeks at the facility.

10. In January, I started getting a new medication, which was a red pill. I noticed that this red pill was not Dovato because Dovato is a white pill, so I refused the medication the first time that medical staff gave it to me because I did not know what it was. Since I have been in the United States, I have only ever taken Dovato for HIV. The next time that the nurse offered me this red pill, I asked the nurse to tell me the name of the medication. She showed me the medication name on her tablet: Biktarvy. She did not give me any information about what Biktarvy was. I decided to take the medication because I was worried about my health since I had not received Dovato for many days. Then I called my psychologist in San Jose, from before I was detained, and asked if he knew what the medication Biktarvy was for. The psychologist told me it was an HIV medication but that it was not as good as Dovato. I was distressed when my medication was changed without a doctor speaking to me about it. However, I continued to take it because I knew I needed HIV medication. I was very diligent about going to pill call every day to get the medication.

11. During the first three days that I received Biktarvy, I experienced side effects from the medication. I felt very nauseous and experienced headaches. I would have to lie down after taking the medication because of the nausea.

12. Due to the lapses in receiving my medications, I started to feel very sick in early January. I have experienced headaches, fever, bone pain, and on the morning of January 9, I was coughing up blood. I am still feeling poorly, and experiencing headaches, loss of appetite, and am coughing very much. It is very cold in our cells and in the housing unit, and I feel very cold at night. It is so cold that I have difficulty sleeping.

13. I take my health very seriously. Before I was detained, I was very diligent about taking Dovato every single day, at approximately the same time each day. Now that I am

detained, I am not in control of when or whether I take my medication. Doctors have previously told me that it is critical that I take my HIV medication daily as prescribed, and I know it is incredibly dangerous for me to miss any doses.

14. In addition to sick call slips, I filed a grievance about my need to see the doctor about my medication issues, on or around January 10, 2026. I have not received a written response to that grievance.

15. On January 15, I finally saw a doctor to discuss my medication. The doctor said that he would put me back on Dovato but it would take two weeks and I needed to take Biktarvy until then.

16. These problems with my medications have been very stressful. I am afraid that without getting the medication that I need, I could relapse and get sick, and even have to be hospitalized. I have had friends who have died from HIV and I am very scared that this could happen to me if I cannot get the medication that I need. It is also very stressful to be locked up here. I like to take care of myself and my health, making sure to take my medication daily and exercise, which I have not been able to do in this detention facility. It has been very psychologically difficult to be here.

17. I am submitting this declaration because I want the court to know what's happening and I don't want other people to suffer the same problems that I have gone through and to get hurt.

18. I have asked the lawyers not to tell the public my name because my family does not know I have HIV and I don't want them to find out this way. I am also scared of people's reaction. My medical condition and HIV diagnosis is very private, and I am afraid that I could be discriminated against at this facility, in my community, and in my career if my medical condition was public knowledge.

I, ▮▮▮▮▮▮▮▮, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at California City, California this 15th day of January 2026.

▮▮▮▮▮▮▮▮

ATTESTATION OF TRANSLATOR

I am a native Spanish speaker. On January 15, 2026, I reviewed the above declaration with ▮▮▮▮▮▮▮▮ in Spanish, which ▮▮▮▮▮▮▮▮ represented to me was his preferred and/or native language.

_____  1/16/2026
Gabriela Pelsinger, Investigator          Date
PRISON LAW OFFICE