KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
CARLOS C. MARTINEZ - # 354616
cmartinez@keker.com
LISA C. LU - # 364259
llu@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
PRIYA ARVIND PATEL - # 295602
priya@ccijustice.org
MARIEL VILLARREAL - # 317048
mariel@ccijustice.org
1999 Harrison Street #1800
Oakland, California 94612
Tel: (650) 762-8990

PRISON LAW OFFICE
MARGOT MENDELSON - # 268583
mmendelson@prisonlaw.com
TESS BORDEN - MJP # 805022, *pro hac vice*
tess@prisonlaw.com
PATRICK BOOTH - # 328783
patrick@prisonlaw.com
ALISON HARDY - # 135966
ahardy@prisonlaw.com
RANA ANABTAWI - # 267073
rana@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
KYLE VIRGIEN - # 278747
kvirgien@aclu.org
FELIPE HERNANDEZ - # 338468
npp_fhernandez@aclu.org
MARISOL DOMINGUEZ-RUIZ - # 345416
mdominguez-ruiz@aclu.org
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770

CARMEN IGUINA GONZALEZ - # 277369
ciguinagonzalez@aclu.org
915 15th Street, NW, 7th Floor
Washington, DC 20005
Tel.: (202) 393-4930

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS | Case No. 3:25-cv-09757-MMC<br><br>**SUPPLEMENTAL DECLARATION OF HANNAH KAZIM IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:    Hon. Maxine M. Chesney<br><br>Date Filed: November 12, 2025 |

1  ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

    Defendants.

**Supplemental Declaration of Hannah Kazim**

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. I submitted a declaration in this case on November 13, 2025.

3. I have reviewed the Declaration of Christopher Chestnut, Doc 38-1, in this case.

4. As I indicated in my previous declaration, I am an immigration attorney with the Immigrant Defenders Law Center. Warden Chestnut's declaration incorrectly states that I work for Immigrant Legal Defense.

5. Between August 27, 2025 and December 10, 2025, I sent a total of 11 emails to calcityattorneyschedule@corecivic.com.

6. When scheduling virtual attorney visits (VAVs) with my immigration client detained at California City Detention Facility, I have offered multiple potential times for a call, including up to 7-10 days in the future. I find that if I offer multiple options over a longer time frame that I am more likely to be able to successfully schedule an appointment, avoiding back-and-forth with the facility if all of the sooner times I suggest are already booked. In particular, I understand from my own experience and from the experiences of the immigration bar attorneys who practice in California that California City is generally unwilling to schedule times within a week of a request email, so in recognition of this reality I usually ask for times up to 7-10 days in the future even when this delay would be a hardship to my client and my case preparation.

7. In my experience scheduling appointments with my client who was detained at the California City Detention Facility, the facility consistently picked the date furthest in the future of the options I offered. For example, I emailed calcityattorneyschedule@corecivic.com on October 23, 2025 requesting a VAV and offering October 24, October 29, October 30, and October 31 as potential times for a call. Having not heard back, I sent a follow-up email on October 27, 2025 which stated, "It is crucial that I speak to him as soon as possible. I am available any time today other than 2-3pm and any time tomorrow afternoon, in addition to Wednesday 10/29 before 11 or after 1 and any time Thursday 10/30 or Friday 10/31." I received an email response on October 27, 2025 scheduling my appointment for October 31, 2025.

1

SUPPLEMENTAL DECLARATION OF HANNAH KAZIM
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
Case No. 3:25-cv-09757-MMC

8. In another example, even when I did not initially suggest sooner times for an appointment, the facility informed me that no appointments earlier than 10 days past when I submitted my request were available. On November 12, 2025, I emailed calcityattorneyschedule@corecivic.com and requested a virtual attorney visit (VAV) with my client. I offered November 20, 2025 or November 21, 2025 as potential times for this call. Having not received a response, I sent a follow-up email on Friday, November 14, 2025 to ask again if there was any availability the following week for a call. On Monday, November 17, 2025, I received the following reply from calcityattorneyschedule@corecivic.com: "While we understand the urgent need, due to limited slots and availability, we unfortunately do not have any availability until 11/21/25, unless we have any cancellations." I had initially offered November 21, 2025 as one of the potential times for a call but, even if I had not, was told that that was the earliest availability for the call.

I, Hannah Kazim, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Los Angeles, CA this January 15, 2026.

_____                                    01/15/2026
Hannah Kazim                                                          Date
_____

2
SUPPLEMENTAL DECLARATION OF HANNAH KAZIM
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
Case No. 3:25-cv-09757-MMC