CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, *et al.*, | Case No. 3:25-cv-09757-MMC |
| Plaintiffs, | |
| v. | **DECLARATION OF SAVITH IYENGAR** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| Defendants. | |

I, Savith Iyengar, declare as follows:

1.     I am an Assistant United States Attorney and represent defendants United States Immigration and Customs Enforcement, Todd M. Lyons, Sergio Albarran, United States Department of Homeland Security, and Kristi Noem ("Defendants") in the above-captioned matter. I am a member in good standing of the State Bar of California and the bar of this Court. I make this declaration in support of Defendants' administrative motion under Civil Local Rules 6-3 and 7-11 to continue the parties' initial case management conference ("CMC"), filed concurrently herewith. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

2.     On January 20, 2026 at 4:22 p.m., I emailed counsel for plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo

1  Guevara Alarcon, and Alejandro Mendiola Escutia ("Plaintiffs") to ask if Plaintiffs would stipulate to
2  continue the parties' initial CMC and related deadlines by one week.  On January 21, 2026 at 1:14 p.m.,
3  Plaintiffs' counsel declined Defendants' request.  The same day, at 4:12 p.m., I notified Plaintiffs'
4  counsel by email that Defendants would be filing an administrative motion and that, should the Court
5  deny the motion, Defendants would be available to hold the Rule 26(f) conference within 3 days of the
6  Court's order.  Attached hereto as **Exhibit 1** is a true and correct copy of the email thread reflecting this
7  discussion.
8        I declare under penalty of perjury under the laws of the United States of America that the above
9  is true and correct.  Executed this 21st day of January, 2026, in San Francisco, California.

Dated: January 21, 2026        By:    */s/ Savith Iyengar*
                                       SAVITH IYENGAR
                                       Assistant United States Attorney

# Exhibit 1

# Iyengar, Savith (USACAN)

| | |
|---|---|
| **From:** | Iyengar, Savith (USACAN) |
| **Sent:** | Wednesday, January 21, 2026 4:12 PM |
| **To:** | 'Steven Ragland' |
| **Cc:** | CALCITY-KVP; Tess Borden; Margot Mendelson; Patrick Booth; Kyle Virgien; Carmen Iguina Gonzalez |
| **Subject:** | RE: Rule 26(f) conference |

Hi Steven,

Thank you for your response.  Defendants will be filing an administrative motion under Civil Local Rules 6-3 and 7-11 to continue the initial CMC and related deadlines.  Should the Court deny Defendants' administrative motion, Defendants will be available to hold the Rule 26(f) conference within 3 days of the Court's order.  So as to avoid delay, we'd ask that Plaintiffs please file their response to the administrative motion today as well.

Thank you,
Savith

Savith Iyengar | Assistant U.S. Attorney
450 Golden Gate Avenue, Ninth Floor
San Francisco, CA 94102
savith.iyengar@usdoj.gov
(415) 436-7018 (office)
(415) 912-6455 (cell)

---

**From:** Steven Ragland <SRagland@keker.com>
**Sent:** Wednesday, January 21, 2026 1:14 PM
**To:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Cc:** CALCITY-KVP <CALCITYKVP@keker.com>; Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Kyle Virgien <kvirgien@aclu.org>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>
**Subject:** [EXTERNAL] RE: Rule 26(f) conference

We cannot agree to continue the CMC and thereby further delay this case and further delay urgent relief for our clients and the putative class.

When can you be available tomorrow or Friday for the Rule 26(f) conference?

Thanks,
--Steven

---

**From:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Sent:** Tuesday, January 20, 2026 4:22 PM

1

**To:** Steven Ragland <SRagland@keker.com>
**Cc:** CALCITY-KVP <CALCITYKVP@keker.com>; Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Kyle Virgien <kvirgien@aclu.org>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>
**Subject:** RE: Rule 26(f) conference

**[EXTERNAL]**

Hi Steven,

Would plaintiffs be willing to stipulate to continue the CMC by one week, from 2/13 until 2/20, so that our CMS would be due on 2/13 instead of 2/6 — which is the same date as our hearing — and our Rule 26(f) conference would occur by the end of next week?

I think this is what the Court envisioned when it set the initial CMC for 2/13. At that time, the hearing was scheduled for 1/30, so the Court was setting the CMC to occur two weeks later. *See* ECF No. 33. The Court was also setting a CMS deadline of one week after the hearing (on 2/6), giving us the benefit of the Court's guidance at the hearing before drafting the CMS.

Since the hearing was pushed by one week, it would be consistent with the Court's prior scheduling order to stipulate to push the CMC by one week, too, so we can have the benefit of the hearing before putting together our CMS. It'll also be helpful to conduct the Rule 26(f) conference next week, after our briefing on the motions is complete.

Please let me know.

Thanks,
Savith

Savith Iyengar | Assistant U.S. Attorney
450 Golden Gate Avenue, Ninth Floor
San Francisco, CA 94102
savith.iyengar@usdoj.gov
(415) 436-7018 (office)
(415) 912-6455 (cell)

**From:** Steven Ragland <SRagland@keker.com>
**Sent:** Tuesday, January 20, 2026 10:38 AM
**To:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Cc:** CALCITY-KVP <CALCITYKVP@keker.com>; Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Kyle Virgien <kvirgien@aclu.org>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>
**Subject:** [EXTERNAL] Rule 26(f) conference

Savith-

We need to hold our Rule 26(f) conference this week. Can you be available on Thursday for that? If so, what times work on your end? Please let us know and we will coordinate on our end and send out a meeting invite.

Thanks,
--Steven

---

**Steven P. Ragland**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1890
+14157736604 direct | 415 391 5400 main
sragland@keker.com | [vcard](#) | keker.com