CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-09757-MMC<br><br>**[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

    Upon review of the administrative motion under Civil Local Rules 6-3 and 7-11 to continue the parties' initial case management conference ("CMC") and related deadlines filed by defendants United States Immigration and Customs Enforcement, Todd M. Lyons, Sergio Albarran, United States Department of Homeland Security, and Kristi Noem ("Defendants"), and the opposition filed by plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, and Alejandro Mendiola Escutia ("Plaintiffs"), and good cause having been shown by Defendants, Defendants' motion is **GRANTED**.

///

///

The parties' initial CMC and related deadlines are continued as follows:

| Case Management Event | Deadline |
|---|---|
| Deadline to file ADR Certification | ~~1/23/2026~~ **2/13/2026** |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | ~~1/23/2026~~ **2/13/2026** |
| Deadline to make initial disclosures | ~~2/6/2026~~ **2/27/2026** |
| Deadline to file Joint Case Management Statement | ~~2/6/2026~~ **2/27/2026** |
| Initial Case Management Conference (to be held by Zoom webinar) | ~~2/13/2026~~ **3/6/2026,** at 10:30 a.m. |

**IT IS SO ORDERED.**

Dated: _____, 2026      _____
                                                      HON. MAXINE M. CHESNEY
                                                      United States District Judge