| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>STEVEN P. RAGLAND - # 221076<br>sragland@keker.com<br>CODY S. HARRIS - # 255302<br>charris@keker.com<br>CARLOS C. MARTINEZ - # 354616<br>cmartinez@keker.com<br>LISA C. LU - # 364259<br>llu@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:    415 397 7188<br><br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>PRIYA ARVIND PATEL - # 295602<br>priya@ccijustice.org<br>MARIEL VILLARREAL - # 317048<br>mariel@ccijustice.org<br>1999 Harrison Street #1800<br>Oakland, California 94612<br>Tel: (650) 762-8990 | PRISON LAW OFFICE<br>MARGOT MENDELSON - # 268583<br>mmendelson@prisonlaw.com<br>TESS BORDEN - MJP # 805022, *pro hac vice*<br>tess@prisonlaw.com<br>PATRICK BOOTH - # 328783<br>patrick@prisonlaw.com<br>ALISON HARDY - # 135966<br>ahardy@prisonlaw.com<br>RANA ANABTAWI - # 267073<br>rana@prisonlaw.com<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Tel.: (510) 280-2621<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>KYLE VIRGIEN - # 278747<br>kvirgien@aclu.org<br>FELIPE HERNANDEZ - # 338468<br>npp_fhernandez@aclu.org<br>MARISOL DOMINGUEZ-RUIZ - # 345416<br>mdominguez-ruiz@aclu.org<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>Tel.: (415) 343-0770<br><br>CARMEN IGUINA GONZALEZ - # 277369<br>ciguinagonzalez@aclu.org<br>915 15th Street, NW, 7th Floor<br>Washington, DC 20005<br>Tel.: (202) 393-4930 |

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v. | Case No. 3:25-cv-09757-MMC<br><br>**DECLARATION OF STEVEN P. RAGLAND IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION UNDER CIVIL LOCAL RULES 6-3 AND 7-11 TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Judge:    Hon. Maxine M. Chesney |

|   |   |   |
|---|---|---|
| 1 | U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, | Date Filed: November 12, 2025 |
| 7 | Defendants. | |

I, Steven P. Ragland, declare:

1. I am a partner of the law firm of Keker, Van Nest & Peters LLP, counsel to named Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, and Alejandro Mendiola Escutia in this matter. I am a member of the California State Bar and admitted in the United States District Court for the Northern District of California. I have personal knowledge of the facts stated in this Declaration and, if called to testify, could and would competently testify thereto. I make this declaration in support of Plaintiffs' Opposition to Defendants' Administrative Motion to Continue Initial Case Management Conference and Related Deadlines.

2. On Tuesday, January 20, 2026, at 10:38 a.m., I emailed counsel for Defendants, Savith Iyengar, to schedule the required Rule 26(f) conference pursuant to the Federal Rules of Civil Procedure and this Court's initial case management schedule deadline of January 23, 2026 for the Rule 26(f) conference. I asked if Mr. Iyengar would be available on Thursday, January 22, to hold the conference. At 4:22 p.m. that same day, Mr. Iyengar asked if Plaintiffs would "be willing to stipulate to continue the CMC [case management conference] by one week, from 2/13 until 2/20," with the case management statement being due on February 13 and the Rule 26(f) conference occurring by January 30.

3. I responded to Mr. Iyengar on January 21, explaining that "[w]e cannot agree to continue the CMC and thereby further delay this case and further delay urgent relief for our clients and the putative class." I reiterated that Plaintiffs were available for the required conference on Thursday or Friday. Mr. Iyengar informed me at 4:12 p.m. that he would be filing an administrative motion to continue the initial case management conference and related deadlines. He ended the message by asking that Plaintiffs "file their response to the administrative motion today [Thursday] as well." According to the ECF system, Mr. Iyengar filed the administrative motion on Thursday, January 21, at 4:21 p.m.

4. On January 21, 2026, at 6:20 p.m., I told Mr. Iyengar that counsel for Plaintiffs planned to respond to Defendants' administrative motion promptly, and sooner than the four days provided by the Local Civil Rules, but not on the same day it was filed without any prior notice. I

1

DECLARATION OF STEVEN P. RAGLAND IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION
Case No. 3:25-cv-09757-MMC

4072614

also told Mr. Iyengar that Plaintiffs "can be available almost anytime on Friday to hold [the Rule 26(f)] conference in compliance with the rules," as the Court was unlikely to rule on the last-minute administrative motion prior to the deadline lapsing. Mr. Iyengar declined the offer to meet and responded that Defendants would "be available for the conference within three days of the Court's order if it denies the motion, and on the schedule set by the Court if it grants it."

5. Attached hereto as **Exhibit A** is a true and correct copy of the email chain between me and Mr. Iyengar concerning the Rule 26(f) conference scheduling.

Executed this 23rd day of January, 2026, at San Francisco, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                     */s/ Steven P. Ragland*  
                                     STEVEN P. RAGLAND

# Exhibit A

| | |
|---|---|
| **From:** | Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov> |
| **Sent:** | Thursday, January 22, 2026 12:23 PM |
| **To:** | Steven Ragland |
| **Cc:** | CALCITY-KVP; Tess Borden; Margot Mendelson; Patrick Booth; Kyle Virgien; Carmen Iguina Gonzalez |
| **Subject:** | RE: Rule 26(f) conference |

**[EXTERNAL]**

Hi Steven,

As explained in Defendants' administrative motion and as I noted in my prior email, we'll be available for the conference within three days of the Court's order if it denies the motion, and on the schedule set by the Court if it grants it.

Thanks,
Savith

Savith Iyengar | Assistant U.S. Attorney
450 Golden Gate Avenue, Ninth Floor
San Francisco, CA 94102
savith.iyengar@usdoj.gov
(415) 436-7018 (office)
(415) 912-6455 (cell)

---

**From:** Steven Ragland <SRagland@keker.com>
**Sent:** Wednesday, January 21, 2026 6:54 PM
**To:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Cc:** CALCITY-KVP <CALCITYKVP@keker.com>; Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Kyle Virgien <kvirgien@aclu.org>; Carmen Iguina Gonzalez <CIguinaGonzalez@aclu.org>
**Subject:** [EXTERNAL] Re: Rule 26(f) conference

I recognize my error re reply brief, which is not contemplated in the relevant ND Cal rule, but the rest holds and let us know by noon tomorrow if you will participate in a Rule 26(f) conference on Friday or not.

> On Jan 21, 2026, at 6:20 PM, Steven Ragland <SRagland@keker.com> wrote:
>
> Savith-
>
> We will respond to your administrative motion promptly, but that doesn't mean we'll be able to do so today.  As you know, we have four days to respond per L.R. 7-11(b).  We expect we won't need that whole time, but it is absurd for you to ask us to respond to a
> you really wanted to avoid delay, you would have made yourself available for a half hour

1

call about Rule 26 topics rather than taking far longer than that to prepare and submit a multi-page motion. You also, of course, could have sought this relief earlier this week, or even last week. Are you going to waive reply? Or are you going to prepare a reply, thereby extending briefing further out--and spending even more time briefing rather than meeting and conferring and/or preparing your portions of a simple cmc statement?

Now that you have waited so long to bring your administrative motion, the Court almost certainly will not act on it before the deadline to hold the Rule 26(f) conference passes. We can be available almost anytime on Friday to hold that conference in compliance with the rules. Please let us know by noon tomorrow if you will comply with the rules and existing schedule by participating in a Rule 26(f) conference on Friday or not.

Regards,
--Steven

**From:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Sent:** Wednesday, January 21, 2026 4:12 PM
**To:** Steven Ragland <SRagland@keker.com>
**Cc:** CALCITY-KVP <CALCITYKVP@keker.com>; Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Kyle Virgien <kvirgien@aclu.org>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>
**Subject:** RE: Rule 26(f) conference

[EXTERNAL]

Hi Steven,

Thank you for your response. Defendants will be filing an administrative motion under Civil Local Rules 6-3 and 7-11 to continue the initial CMC and related deadlines. Should the Court deny Defendants' administrative motion, Defendants will be available to hold the Rule 26(f) conference within 3 days of the Court's order. So as to avoid delay, we'd ask that Plaintiffs please file their response to the administrative motion today as well.

Thank you,
Savith

Savith Iyengar | Assistant U.S. Attorney
450 Golden Gate Avenue, Ninth Floor
San Francisco, CA 94102
savith.iyengar@usdoj.gov
(415) 436-7018 (office)
(415) 912-6455 (cell)


**From:** Steven Ragland <SRagland@keker.com>
**Sent:** Wednesday, January 21, 2026 1:14 PM
**To:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>

2

**Cc:** CALCITY-KVP <CALCITYKVP@keker.com>; Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Kyle Virgien <kvirgien@aclu.org>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>
**Subject:** [EXTERNAL] RE: Rule 26(f) conference

We cannot agree to continue the CMC and thereby further delay this case and further delay urgent relief for our clients and the putative class.

When can you be available tomorrow or Friday for the Rule 26(f) conference?

Thanks,
--Steven

**From:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Sent:** Tuesday, January 20, 2026 4:22 PM
**To:** Steven Ragland <SRagland@keker.com>
**Cc:** CALCITY-KVP <CALCITYKVP@keker.com>; Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Kyle Virgien <kvirgien@aclu.org>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>
**Subject:** RE: Rule 26(f) conference

**[EXTERNAL]**

Hi Steven,

Would plaintiffs be willing to stipulate to continue the CMC by one week, from 2/13 until 2/20, so that our CMS would be due on 2/13 instead of 2/6 — which is the same date as our hearing — and our Rule 26(f) conference would occur by the end of next week?

I think this is what the Court envisioned when it set the initial CMC for 2/13. At that time, the hearing was scheduled for 1/30, so the Court was setting the CMC to occur two weeks later. *See* ECF No. 33. The Court was also setting a CMS deadline of one week after the hearing (on 2/6), giving us the benefit of the Court's guidance at the hearing before drafting the CMS.

Since the hearing was pushed by one week, it would be consistent with the Court's prior scheduling order to stipulate to push the CMC by one week, too, so we can have the benefit of the hearing before putting together our CMS. It'll also be helpful to conduct the Rule 26(f) conference next week, after our briefing on the motions is complete.

Please let me know.

Thanks,
Savith

Savith Iyengar | Assistant U.S. Attorney

450 Golden Gate Avenue, Ninth Floor
San Francisco, CA 94102

savith.iyengar@usdoj.gov
(415) 436-7018 (office)
(415) 912-6455 (cell)

**From:** Steven Ragland <SRagland@keker.com>
**Sent:** Tuesday, January 20, 2026 10:38 AM
**To:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Cc:** CALCITY-KVP <CALCITYKVP@keker.com>; Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Kyle Virgien <kvirgien@aclu.org>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>
**Subject:** [EXTERNAL] Rule 26(f) conference

Savith-

We need to hold our Rule 26(f) conference this week. Can you be available on Thursday for that? If so, what times work on your end? Please let us know and we will coordinate on our end and send out a meeting invite.

Thanks,
--Steven

**Steven P. Ragland**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1890
+14157736604 direct | 415 391 5400 main
sragland@keker.com | vcard | keker.com

4