1 | CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
2 | PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
3 | SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

4

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7200
6 | Facsimile: 415-436-6748
savith.iyengar@usdoj.gov

7

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, *et al.*, | Case No. 3:25-cv-09757-MMC |
| Plaintiffs, | |
| v. | [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| Defendants. | |

Upon review of the administrative motion under Civil Local Rules 6-3 and 7-11 to continue the parties' initial case management conference ("CMC") and related deadlines filed by defendants United States Immigration and Customs Enforcement, Todd M. Lyons, Sergio Albarran, United States Department of Homeland Security, and Kristi Noem ("Defendants"), and the opposition filed by plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, and Alejandro Mendiola Escutia ("Plaintiffs"), and good cause having been shown by Defendants, Defendants' motion is **GRANTED**.

///

///

The parties' initial CMC and related deadlines are continued as follows:

| Case Management Event | Deadline |
|---|---|
| Deadline to file ADR Certification | ~~1/23/2026~~ **2/13/2026** |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | ~~1/23/2026~~ **2/13/2026** |
| Deadline to make initial disclosures | ~~2/6/2026~~ **2/27/2026** |
| Deadline to file Joint Case Management Statement | ~~2/6/2026~~ **2/27/2026** |
| Initial Case Management Conference (to be held by Zoom webinar) | ~~2/13/2026~~ **3/6/2026,** at 10:30 a.m. |

**IT IS SO ORDERED.**

Dated: _____January 27_____, 2026

*[Signature]*

HON. MAXINE M. CHESNEY
United States District Judge