1 | CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
2 | PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
3 | SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney
4
5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7200
6 | Facsimile: 415-436-6748
savith.iyengar@usdoj.gov
7
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-09757-MMC<br><br>**DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) and Civil Local Rule 7-11, defendants United States Immigration and Customs Enforcement ("ICE"); Todd M. Lyons, Acting Director, ICE; Sergio Albarran, San Francisco Field Office Director, ICE; United States Department of Homeland Security; and Kristi Noem, United States Secretary of Homeland Security respectfully move this Court for leave to file a response to Plaintiffs' operative first amended complaint ("FAC") despite the deadline having passed.

Due to a clerical error, Defendants' deadline to file their responsive pleading was not correctly calendared as January 20, 2026 — 60 days from the date Plaintiffs served this action on the United States Attorney's Office — but rather February 2, 2026, which is 60 days from the date Plaintiffs served their motions for class certification and preliminary injunction on the United States Attorney's Office. The parties have met and conferred and Plaintiffs do not oppose Defendants' request for leave to file

their responsive pleading on or before **February 20, 2026**.

   Defendants state the following in support of this request:

   1. Plaintiffs filed this action on November 12, 2025.  ECF No. 1.  On or about November 20, 2025, Plaintiffs filed the FAC, ECF No. 15, and served the United States Attorney's Office.  On December 1, 2025, Plaintiffs filed their motions for class certification and preliminary injunction, ECF Nos. 21–22, and served these motions on the United States Attorney's Office on December 2, 2025.

   2. On December 3, 2025, the undersigned counsel for Defendants was assigned this case, at which time counsel had understood that all documents, including the complaint, had been served on the United States Attorney's Office on December 2, 2025.  Accordingly, the undersigned counsel calendared Defendants' responsive pleading deadline for February 2, 2026.

   3. On January 27, 2026, the undersigned counsel emailed Plaintiffs' counsel to inquire "whether plaintiffs would consent to extending defendants' responsive pleading deadline in light of the pending motions (either by stipulation or not opposing an administrative motion)."  At that time, the undersigned counsel had understood that Defendants' responsive pleading deadline was February 2, 2026.  Later that day, Plaintiffs' counsel responded that Defendants deadline had "elapsed on January 20, 2026."  Defendants' counsel followed up internally and confirmed the clerical error in denoting December 2, 2025 as the date of service of this action and February 2, 2026 as the deadline for Defendants' responsive pleading.

   4. Following additional meet and confer efforts on January 27 and 28, 2026, Plaintiffs confirmed that they would not to oppose an administrative motion for leave to file Defendants' responsive pleading on February 20, 2026, which is two weeks from the date of the parties' hearings on Plaintiffs' motions for class certification and preliminary injunction and Defendants' motion to transfer this action to the Eastern District.

   Accordingly, Defendants respectfully submit this unopposed administrative motion for leave to file their responsive pleading on **February 20, 2026**, and respectfully request that, pursuant to this motion and the accompanying Declaration of Savith Iyengar, the Court grant their request.

///

///

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | CRAIG H. MISSAKIAN<br>United States Attorney |
| Dated: January 28, 2026    By: | */s/ Savith Iyengar*<br>SAVITH IYENGAR<br>Assistant United States Attorney |

DEFS.' <u>UNOPPOSED</u> ADMIN. MOT. FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT
3:25-cv-09757-MMC                                                             3