CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, *et al.*, | Case No. 3:25-cv-09757-MMC |
| Plaintiffs, | |
| v. | **DECLARATION OF SAVITH IYENGAR** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| Defendants. | |

I, Savith Iyengar, declare as follows:

1. I am an Assistant United States Attorney and represent defendants United States Immigration and Customs Enforcement, Todd M. Lyons, Sergio Albarran, United States Department of Homeland Security, and Kristi Noem in the above-captioned matter.  I am a member in good standing of the State Bar of California and the bar of this Court.  I make this declaration in support of Defendants' unopposed administrative motion under Federal Rule of Civil Procedure 6(b)(1)(B) and Civil Local Rule 7-11 for leave to file their response to Plaintiffs' operative first amended complaint, filed concurrently herewith.  The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

2. On December 3, 2025, I was assigned this case, at which time I understood that all documents, including the complaint, had been served on December 2, 2025.  Accordingly, I calendared

1  Defendants' responsive pleading deadline for February 2, 2026.

2      3.    On January 27, 2026, I emailed Plaintiffs' counsel to inquire "whether plaintiffs would consent to extending defendants' responsive pleading deadline in light of the pending motions (either by stipulation or not opposing an administrative motion)." At that time, I had understood that Defendants' responsive pleading deadline was February 2, 2026. Later that day, Plaintiffs' counsel responded that Defendants deadline had "elapsed on January 20, 2026." I followed up internally and confirmed the clerical errors in denoting December 2, 2025 as the date of service of this action and February 2, 2026 as the deadline for Defendants' responsive pleading.

    4.    Following additional meet and confer efforts on January 27 and 28, 2026, Plaintiffs confirmed that they would not oppose an administrative motion for leave to file Defendants' responsive pleading on February 20, 2026, which is two weeks from the date of the parties' hearings on Plaintiffs' motions for class certification and preliminary injunction and Defendants' motion to transfer this action to the Eastern District.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 28th day of January, 2026, in San Francisco, California.

Dated: January 28, 2026    By:    */s/ Savith Iyengar*
    SAVITH IYENGAR
    Assistant United States Attorney