CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7200
Facsimile: 415-436-6748
savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, *et al.*, | Case No. 3:25-cv-09757-MMC |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| Defendants. | |

Upon review of the unopposed administrative motion under Federal Rule of Civil Procedure 6(b)(1)(B) and Civil Local Rule 7-11 for leave to file a response to Plaintiffs' first amended complaint filed by defendants United States Immigration and Customs Enforcement, Todd M. Lyons, Sergio Albarran, United States Department of Homeland Security, and Kristi Noem, and good cause having been shown, Defendants' motion is **GRANTED**.

Defendants' deadline to answer or otherwise respond to Plaintiffs' first amended complaint is set for **February 20, 2026**.

**IT IS SO ORDERED.**

Dated: _____, 2026      _____
                                                                    HON. MAXINE M. CHESNEY
                                                                    United States District Judge

[PROPOSED] ORDER
3:25-cv-09757-MMC                                                   1