| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>STEVEN P. RAGLAND - # 221076<br>sragland@keker.com<br>CODY S. HARRIS - # 255302<br>charris@keker.com<br>CARLOS C. MARTINEZ - # 354616<br>cmartinez@keker.com<br>LISA C. LU - # 364259<br>llu@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:  415 397 7188<br><br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>PRIYA ARVIND PATEL - # 295602<br>priya@ccijustice.org<br>MARIEL VILLARREAL - # 317048<br>mariel@ccijustice.org<br>1999 Harrison Street #1800<br>Oakland, California 94612<br>Tel: (650) 762-8990 | PRISON LAW OFFICE<br>MARGOT MENDELSON - # 268583<br>mmendelson@prisonlaw.com<br>TESS BORDEN - MJP # 805022, *pro hac vice*<br>tess@prisonlaw.com<br>PATRICK BOOTH - # 328783<br>patrick@prisonlaw.com<br>ALISON HARDY - # 135966<br>ahardy@prisonlaw.com<br>RANA ANABTAWI - # 267073<br>rana@prisonlaw.com<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Tel.: (510) 280-2621<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>KYLE VIRGIEN - # 278747<br>kvirgien@aclu.org<br>FELIPE HERNANDEZ - # 338468<br>npp_fhernandez@aclu.org<br>MARISOL DOMINGUEZ-RUIZ - # 345416<br>mdominguez-ruiz@aclu.org<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>Tel.: (415) 343-0770<br><br>CARMEN IGUINA GONZALEZ - # 277369<br>ciguinagonzalez@aclu.org<br>915 15th Street, NW, 7th Floor<br>Washington, DC 20005<br>Tel.: (202) 393-4930 |

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>U.S. IMMIGRATION AND CUSTOMS | Case No. 3:25-cv-09757-MMC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>Dept.:      Ctrm 7 – 19th Floor<br>Judge:     Hon. Maxine M. Chesney<br><br>Date Filed: November 12, 2025 |

ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

Defendants.

# [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION

# TO FILE UNDER SEAL

Pursuant to Civil Local Rules 7-11 and 79-5 and having reviewed Plaintiffs' consented-to Administrative Motion to File Under Seal and the attached declarations, the Court finds that Plaintiffs have demonstrated compelling reasons for sealing portions of the following documents filed in support of Reply to Motion for Preliminary Injunction, as laid out below:

| Document | Portion to be sealed |
|---|---|
| Appendix B to the Reply Expert Declaration of Dr. Todd Wilcox | Line 2: patient name |
| Declaration of Patient A | Page 1, Line 1: patient name and number |
| | Page 1, Line 2: patient name |
| | Page 4, Line 1: patient name |
| | Page 4, Line 5: patient name |
| | Page 4, Line 6: patient name |
| | Page 4, Line 10: patient name |
| Declaration of Tess Borden | Page 1, Line 10: patient name |

Accordingly, the Court HEREBY ORDERS:

1) Plaintiffs' Administrative Motion to File Under Seal is GRANTED.

2) The documents that Plaintiffs have filed on the public docket with redactions will continue to include those redactions on the public docket.

IT IS SO ORDERED.

Dated: __February 5__, 2026    _____
Hon. Maxine M. Chesney
United States District Court Judge