| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>STEVEN P. RAGLAND - # 221076<br>sragland@keker.com<br>CODY S. HARRIS - # 255302<br>charris@keker.com<br>CARLOS C. MARTINEZ - # 354616<br>cmartinez@keker.com<br>LISA C. LU - # 364259<br>llu@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:   415 397 7188<br><br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>PRIYA ARVIND PATEL - # 295602<br>priya@ccijustice.org<br>MARIEL VILLARREAL - # 317048<br>mariel@ccijustice.org<br>1999 Harrison Street #1800<br>Oakland, California 94612<br>Tel: (650) 762-8990 | PRISON LAW OFFICE<br>MARGOT MENDELSON - # 268583<br>mmendelson@prisonlaw.com<br>TESS BORDEN - MJP # 805022, *pro hac vice*<br>tess@prisonlaw.com<br>PATRICK BOOTH - # 328783<br>patrick@prisonlaw.com<br>ALISON HARDY - # 135966<br>ahardy@prisonlaw.com<br>RANA ANABTAWI - # 267073<br>rana@prisonlaw.com<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Tel.: (510) 280-2621<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>KYLE VIRGIEN - # 278747<br>kvirgien@aclu.org<br>FELIPE HERNANDEZ - # 338468<br>npp_fhernandez@aclu.org<br>MARISOL DOMINGUEZ-RUIZ - # 345416<br>mdominguez-ruiz@aclu.org<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>Tel.: (415) 343-0770<br><br>CARMEN IGUINA GONZALEZ - # 277369<br>ciguinagonzalez@aclu.org<br>915 15th Street, NW, 7th Floor<br>Washington, DC 20005<br>Tel.: (202) 393-4930 |

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS | Case No. 3:25-cv-09757-MMC<br><br>**DECLARATION OF CODY S. HARRIS IN SUPPORT OF NOTICE OF NONCOMPLIANCE WITH COURT ORDER**<br><br>Judge:     Hon. Maxine M. Chesney<br><br>Date Filed: November 12, 2025<br><br>**REDACTED** |

| | |
|---|---|
| 1 | ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

I, Cody S. Harris, declare as follows:

1.  I am a partner of the law firm of Keker, Van Nest & Peters LLP, counsel to named Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, and Alejandro Mendiola Escutia in this matter. I am a member of the California State Bar and admitted in the United States District Court for the Northern District of California. I have personal knowledge of the facts stated in this Declaration and, if called to testify, could and would competently testify thereto. I make this declaration in support of Plaintiffs' Notice of Noncompliance with Court Order.

2.  On Tuesday, February 3, 2026, at 6:39 p.m., I emailed counsel for Defendants, Savith Iyengar, about my concerns regarding Defendants' compliance with the joint stipulation and order resolving Plaintiffs' motion for a temporary restraining order with respect to Named Plaintiff Fernando Viera Reyes. I reminded Mr. Iyengar that, under paragraph 4(d) of the entered stipulated order, Defendants must "ensure timely compliance with all follow-up orders for treatment and medication directed by the urologist, including, if indicated, timely access to an appropriate oncologist and timely compliance with any follow-up orders directed by the oncologist." *See* ECF No. 36. I explained that while the discharge paperwork from Mr. Viera Reyes' January 7, 2026 urology appointment "states that Mr. Viera Reyes had a scheduled follow-up appointment for February 2, 2026 at 11:30 a.m. with the same urologist," Mr. Viera Reyes "was not transported to Kern Medical Center for his follow-up urology appointment yesterday," i.e., February 2, 2026.

3.  I emphasized to Mr. Iyengar that "Mr. Viera Reyes's health has drastically deteriorated over the last month." Specifically, "[h]is medical records reflect he has lost 25 pounds since he arrived at California City, including 11 pounds since mid-December. He reported excruciating pain to Dr. Hooper, including extreme bladder/prostate pain. He reports that his catheter site is causing significant pain and his urine color is concerning; he needs to have his catheter changed and urine checked but was told to wait until he goes back to the urologist, the date of which is unknown. He also reported difficulty passing a bowel movement and requested

1

DECL. OF CODY S. HARRIS IN SUPPORT OF NOTICE OF NONCOMPLIANCE WITH COURT ORDER
Case No. 3:25-cv-09757-MMC
4109058

stool softener and pain medication this weekend. As of this morning, he has nothing prescribed to manage his pain, not even Tylenol."

4. I also told Mr. Iyengar that Plaintiffs' counsel believes that Kern Medical Center has the biopsy results but that California City does not. As I recounted to Mr. Iyengar, Mr. Viera Reyes reports asking California City's medical staff for his results, including most recently at an encounter with Dr. Hooper last weekend. Dr. Hooper confirmed the facility had not yet received the results.

5. In light of the Court's order, I asked Mr. Iyengar to inform us of (1) the results of Mr. Viera Reyes' biopsy; (2) why Mr. Viera Reyes did not go to his scheduled urology appointment; and (3) when Mr. Viera Reyes will see the urologist for follow-up care. I requested that he provide an update "by COB tomorrow," i.e., Wednesday, February 4, 2026.

6. On Wednesday, February 4, 2026, at 9:44 a.m., Mr. Iyengar confirmed receipt of my email and said he would "respond as soon as [he] ha[d] more information."

7. On Thursday, February 5, 2026, at 9:39 a.m., Mr. Iyengar provided information for "attorneys' eyes only" due to his message containing "protected health information" and for "security reasons." Mr. Iyengar explained that "Mr. Viera Reyes was scheduled for a follow-up appointment with his urologist at Kern Medical Center on February 2, 2026, but this visit did not occur due to an internal scheduling error. The appointment was rescheduled for [future date], and efforts are underway to secure an earlier date if possible. The medical records department has also requested a copy of Mr. Viera Reyes's biopsy results."

8. Less than five minutes later, my colleague, Steven Ragland, asked Mr. Iyengar to explain the "internal scheduling error." Two minutes after Mr. Ragland's question, I asked Mr. Iyengar to inform us when the staff requested Mr. Viera Reyes' biopsy results.

9. About forty-five minutes later, Mr. Iyengar confirmed receipt of our two questions and said he would respond once he had information.

10. Attached hereto as **Exhibit A** is a true and correct copy of the email chain between me and Mr. Iyengar concerning Defendants' compliance with the court order directing Defendants to ensure proper medical care is provided to Mr. Viera Reyes.

1  I declare under penalty of perjury under the laws of the United States the foregoing is true
2  and correct. Executed this 5th day of February, 2026, in San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　 */s/ Cody S. Harris*
　　　　　　　　　　　　　　　　　　　　　　 CODY S. HARRIS

EXHIBIT A

**From:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Sent:** Thursday, February 5, 2026 10:33 AM
**To:** Cody S. Harris <CHarris@keker.com>; Steven Ragland <SRagland@keker.com>
**Cc:** Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Carmen Iguina Gonzalez <CIguinaGonzalez@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Laura Lind <LLind@keker.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>
**Subject:** RE: Ruiz v. U.S. Immigration & Customs Enforcement - Fernando Viera Reyes

**[EXTERNAL]**

Hi Cody,

Confirming receipt of both questions, and that I'll respond as soon as I have information.

Thanks,
Savith

Savith Iyengar | Assistant U.S. Attorney
450 Golden Gate Avenue, Ninth Floor
San Francisco, CA 94102
savith.iyengar@usdoj.gov
(415) 436-7018 (office)
(415) 912-6455 (cell)

**From:** Cody S. Harris <CHarris@keker.com>
**Sent:** Thursday, February 5, 2026 9:45 AM
**To:** Steven Ragland <SRagland@keker.com>; Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Cc:** Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Carmen Iguina Gonzalez <CIguinaGonzalez@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Laura Lind <LLind@keker.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>
**Subject:** [EXTERNAL] RE: Ruiz v. U.S. Immigration & Customs Enforcement - Fernando Viera Reyes

Savith,

In addition to Steven's question, please also let us know *when* the staff requested Mr. Viera Reyes's biopsy results.

Cody

**Cody S. Harris**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2294 direct | 415 391 5400 main
charris@keker.com | vcard | keker.com

**From:** Steven Ragland <SRagland@keker.com>
**Sent:** Thursday, February 5, 2026 9:43 AM
**To:** Savith Iyengar <Savith.Iyengar@usdoj.gov>
**Cc:** Cody S. Harris <CHarris@keker.com>; Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Carmen Iguina Gonzalez <CIguinaGonzalez@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Laura Lind <LLind@keker.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>
**Subject:** Re: Ruiz v. U.S. Immigration & Customs Enforcement - Fernando Viera Reyes

Savith-

What was the "internal scheduling error"? What does that mean? I assume that refers to an error at CCDF.

> On Feb 5, 2026, at 9:39 AM, Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov> wrote:
>
> **[EXTERNAL]**
>
> Hi Cody,
>
> Please see the following information, which contains protected health information and is therefore being provided for <u>attorneys' eyes only</u>. The response also contains details about Mr. Viera Reyes's upcoming appointment that cannot be shared with him for security reasons.
>
> 
>
> Thanks,
> Savith
>
> Savith Iyengar | Assistant U.S. Attorney
>
> 450 Golden Gate Avenue, Ninth Floor
> San Francisco, CA 94102
> savith.iyengar@usdoj.gov
> (415) 436-7018 (office)
> (415) 912-6455 (cell)

**From:** Iyengar, Savith (USACAN)
**Sent:** Wednesday, February 4, 2026 9:44 AM
**To:** 'Cody S. Harris' <CHarris@keker.com>
**Cc:** Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Steven Ragland <SRagland@keker.com>; Patrick Booth <patrick@prisonlaw.com>; Carmen Iguina Gonzalez <CIguinaGonzalez@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Laura Lind <LLind@keker.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>
**Subject:** RE: Ruiz v. U.S. Immigration & Customs Enforcement - Fernando Viera Reyes

Cody, confirming receipt, and that I'll respond as soon as I have more information.

Thanks,
Savith

Savith Iyengar | Assistant U.S. Attorney
450 Golden Gate Avenue, Ninth Floor
San Francisco, CA 94102
savith.iyengar@usdoj.gov
(415) 436-7018 (office)
(415) 912-6455 (cell)

**From:** Cody S. Harris <CHarris@keker.com>
**Sent:** Tuesday, February 3, 2026 6:39 PM
**To:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Cc:** Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Steven Ragland <SRagland@keker.com>; Patrick Booth <patrick@prisonlaw.com>; Carmen Iguina Gonzalez <CIguinaGonzalez@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Laura Lind <LLind@keker.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>
**Subject:** [EXTERNAL] Ruiz v. U.S. Immigration & Customs Enforcement - Fernando Viera Reyes

Savith,

I'm writing with concerns regarding your client's compliance with the TRO stipulation and order with respect to Fernando Viera Reyes. As you know, paragraph 4(d) of the order requires that Defendants "ensure timely compliance with all follow-up orders for treatment and medication directed by the urologist, including, if indicated, timely access to an appropriate oncologist and timely compliance with any follow-up orders directed by the oncologist."

On January 7, 2026, Mr. Viera Reyes finally received the biopsy required by paragraph 4(c) of the order at Kern Medical Center's urology practice. The discharge paperwork from that urology appointment states that Mr. Viera Reyes had a scheduled follow-up appointment for February 2, 2026 at 11:30am with the same urologist.

Mr. Viera Reyes was not transported to Kern Medical Center for his follow-up urology appointment yesterday.

We believe that Kern Medical Center has the biopsy results but that California City does

not. Mr. Viera Reyes reports having asked California City's medical staff for his results, including most recently at an encounter with Dr. Hooper last weekend. Dr. Hooper confirmed the facility had not yet received the results.

Mr. Viera Reyes's health has drastically deteriorated over the last month. His medical records reflect he has lost 25 pounds since he arrived at California City, including 11 pounds since mid-December. He reported excruciating pain to Dr. Hooper, including extreme bladder/prostate pain. He reports that his catheter site is causing significant pain and his urine color is concerning; he needs to have his catheter changed and urine checked but was told to wait until he goes back to the urologist, the date of which is unknown. He also reported difficulty passing a bowel movement and requested stool softener and pain medication this weekend. As of this morning, he has nothing prescribed to manage his pain, not even Tylenol.

We ask that you look into this immediately and let us know: (1) the results of his biopsy; (2) why Mr. Viera Reyes did not go to his scheduled urology appointment; and (3) when Mr. Viera Reyes will see the urologist for follow-up care.

Please confirm receipt of this email, and please provide an update by COB tomorrow.

Thank you for your attention to this urgent matter.

Regards,

Cody

**Cody S. Harris**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2294 direct | 415 391 5400 main
charris@keker.com | vcard | keker.com