```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    savith.iyengar@usdoj.gov
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, *et al.*, | Case No. 3:25-cv-09757-MMC |
| Plaintiffs, | |
| v. | [PROPOSED] ORDER |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| Defendants. | |

Defendants' administrative motion under Civil Local Rules 7-11 and 79-5 to file under seal is **GRANTED**.

The documents that Defendants have filed on the public document with redactions — *see* ECF Nos. 37, 38, 38-1, 38-2, 39 — will continue to include those redactions on the public docket.

**IT IS SO ORDERED.**

Dated: _____February 9_____, 2026          /s/ Maxine M. Chesney
                                           HON. MAXINE M. CHESNEY
                                           United States District Judge