1  KEKER, VAN NEST & PETERS LLP
   STEVEN P. RAGLAND - # 221076
2  sragland@keker.com
   CODY S. HARRIS - # 255302
3  charris@keker.com
   CARLOS C. MARTINEZ - # 354616
4  cmartinez@keker.com
   LISA C. LU - # 364259
5  llu@keker.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
7  Facsimile:    415 397 7188

8  CALIFORNIA COLLABORATIVE FOR
   IMMIGRANT JUSTICE
9  PRIYA ARVIND PATEL - # 295602
   priya@ccijustice.org
10 MARIEL VILLARREAL - # 317048
   mariel@ccijustice.org
11 1999 Harrison Street #1800
   Oakland, California 94612
12 Tel: (650) 762-8990

PRISON LAW OFFICE
MARGOT MENDELSON - # 268583
mmendelson@prisonlaw.com
TESS BORDEN - MJP # 805022, *pro hac vice*
tess@prisonlaw.com
PATRICK BOOTH - # 328783
patrick@prisonlaw.com
ALISON HARDY - # 135966
ahardy@prisonlaw.com
RANA ANABTAWI - # 267073
rana@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
KYLE VIRGIEN - # 278747
kvirgien@aclu.org
FELIPE HERNANDEZ - # 338468
npp_fhernandez@aclu.org
MARISOL DOMINGUEZ-RUIZ - # 345416
mdominguez-ruiz@aclu.org
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770

CARMEN IGUINA GONZALEZ - # 277369
ciguinagonzalez@aclu.org
915 15th Street, NW, 7th Floor
Washington, DC 20005
Tel.: (202) 393-4930

18 *Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Case No. 3:25-cv-09757-MMC

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Judge:    Hon. Maxine M. Chesney

Date Filed:  November 12, 2025

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED
Case No. 3:25-cv-09757-MMC

4109157

1 U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT; TODD M. LYONS,
2 Acting Director, U.S. Immigration and
Customs Enforcement; SERGIO
3 ALBARRAN, Acting Director of San
Francisco Field Office, Enforcement and
4 Removal Operations, U.S. Immigration and
Customs Enforcement; U.S. DEPARTMENT
5 OF HOMELAND SECURITY; KRISTI
NOEM, Secretary, U.S. Department of
6 Homeland Security,

7                         Defendants.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED
Case No. 3:25-cv-09757-MMC

4109157

1    On February 5, 2026, Plaintiffs filed an Administrative Motion to Consider Whether

2  Another Party's Material Should Be Sealed in connection with Exhibit A to the Declaration of

3  Cody S. Harris in support of Plaintiffs' Notice of Noncompliance.

4    The Court hereby finds as follows:

5

| Document | Portions of Document to Be Sealed | Party Claiming Confidentiality | Court's Ruling |
|---|---|---|---|
| Exhibit A to Declaration of Cody S. Harris in support of Plaintiffs' Notice of Noncompliance | Yellow highlighted text at Page 2 | Defendant U.S. Immigration and Customs Enforcement | **GRANTED** |

**IT IS SO ORDERED.**

Dated: February 9, 2026

_____
Hon. Maxine M. Chesney
United States District Judge

1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED
Case No. 3:25-cv-09757-MMC

4109157