```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-09757-MMC <br><br> **DEFENDANTS' NOTICE REGARDING TWO PORTIONS OF PLAINTIFFS' PROPOSED ORDER (ECF NO. 66) THAT DEFENDANTS' COUNSEL DOES NOT APPROVE AS TO FORM** |

Defendants respectfully submit this notice regarding two portions of Plaintiffs' Proposed Order Granting in Part Plaintiffs' Motions for Preliminary Injunction and Class Certification, ECF No. 66, which Defendants' counsel does **not** approve as to form because they are not consistent with the modifications that the Court ordered during the parties' hearings on February 6, 2026.

First, Defendants' counsel does not approve as to form the penultimate paragraph of Plaintiffs' proposed order, located on page 3 at lines 7–8, which states as follows:

> All relief sought by Plaintiffs but not addressed in this Order is held in abeyance pending further Court order.

Defendants respectfully submit that the Court did not state at any time during the hearings that this paragraph was appropriate or should be included in the proposed order that Plaintiffs were to file with the Court. Accordingly, it should be struck from any proposed order entered by the Court.

DEFS.' NOTICE REGARDING PLAINTIFFS' PROPOSED ORDER
3:25-cv-09757-MMC                                      1

1  Second, Defendants' counsel does not approve as to form the second sentence of the final paragraph of Plaintiffs' proposed order, located on page 3 at lines 9–11, the relevant portion of which is emphasized in bold below:

> The March 6, 2026 Case Management Conference is vacated and taken off calendar. **The parties shall proceed with their Rule 26(f) conference** and file the ADR Certification **by February 13, 2026.** The February 27, 2026 deadline to exchange initial disclosures and file a joint case management statement is vacated.

Defendants' counsel agrees that the Court vacated the parties' March 6, 2026 case management conference ("CMC") and their deadlines to exchange initial disclosures and file a joint CMC statement. However, Plaintiffs' proposed language stating that the parties "shall proceed with their Rule 26(f) conference" expressly *contradicts* the Court's order during the hearing. Near the conclusion of the hearing, the Court heard argument about vacating the parties' initial CMC and related deadlines. The Court specifically rejected Plaintiffs' counsel's argument that the parties should conduct a Rule 26(f) conference despite this case's impending transfer, and instead vacated the CMC and *all* related deadlines — including the parties' Rule 26(f) conference and other discovery-related deadlines. Accordingly, Defendants respectfully submit that in any proposed order entered by the Court, this sentence should be replaced with the following sentence, to be consistent with the Court's modification during the hearing:

> The parties' February 13, 2026 deadline to conduct a Rule 26(f) conference is vacated.

Defendants have attached as **Exhibit 1** the version of the proposed order that Plaintiffs filed today, with tracked changes to these two paragraphs reflecting Defendants' understanding of the Court's modifications during the February 6, 2026 hearings.

To the extent that the Court agrees that Defendants' version more accurately reflects the Court's modifications, Defendants have also attached as **Exhibit 2** a clean version of the same document.

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

Dated: February 9, 2026        By:    */s/ Savith Iyengar*
                                      SAVITH IYENGAR
                                      Assistant United States Attorney