CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: 415-436-7200
  Facsimile: 415-436-6748
  savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, *et al.*, | Case No. 3:25-cv-09757-MMC |
| Plaintiffs, | |
| v. | **DECLARATION OF SAVITH IYENGAR** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| Defendants. | |

I, Savith Iyengar, declare as follows:

1.    I am an Assistant United States Attorney and represent Defendants in the above-captioned matter.  I am a member in good standing of the State Bar of California and the bar of this Court.  I make this declaration in support of Defendants' administrative motion under Civil Local Rules 6-3 and 7-11 to continue Defendants' responsive pleading deadline, filed concurrently herewith.  The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

2.    On February 12, 2026, I emailed Plaintiffs' counsel to inquire whether Plaintiffs would either stipulate to or not oppose an administrative motion to continue Defendants' responsive pleading deadline until two weeks from the date that this action is transferred, so as to allow the pleadings to be settled in the transferee district.  On February 13, 2026, following additional discussions by email,

Plaintiffs' counsel confirmed that Plaintiffs take no position with regard to Defendants' request.

3.      Following transfer to the Eastern District, this case will be re-assigned to new counsel who will be responsible for litigating this action on behalf of Defendants, including evaluating the case, determining appropriate defenses, and settling the pleadings, as appropriate, before proceeding with the remainder of this litigation.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed this 13th day of February, 2026, in San Francisco, California.

Dated: February 13, 2026          By:    */s/ Savith Iyengar*
                                         SAVITH IYENGAR
                                         Assistant United States Attorney