CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-09757-MMC <br><br> **[PROPOSED] ORDER CONTINUING DEFENDANTS' RESPONSIVE PLEADING DEADLINE** |

    Upon review of the administrative motion under Civil Local Rules 6-3 and 7-11 to continue Defendants' responsive pleading deadline, and good cause having been shown by Defendants, Defendants' motion is **GRANTED**.

    Defendants' deadline to answer or otherwise respond to Plaintiffs' first amended complaint is continued until two weeks from the date this action is transferred to the Eastern District of California.

    **IT IS SO ORDERED.**

Dated: _____, 2026

    _____
    HON. MAXINE M. CHESNEY
    United States District Judge