# Exhibit 1

## DAVID L. THOMAS, MD, JD, EDD

**EDUCATION:**

UNIVERSITY OF MIAMI, Miami, FL  (A.B. 1966)

UNIVERSITY OF MIAMI SCHOOL OF MEDICINE, Miami, FL  (M.D.  1970)

Following graduation with a medical degree, several years of post-graduate residency work in General Surgery at the University of Miami was accomplished, and then I completed a full residency post graduate program in Ophthalmology  at the University of South Florida.

UNIVERSITY OF SOUTH FLORIDA COLLEGE OF MEDICINE
- From 1976 to 2000 I was a Clinical Instructor, Clinical Assistant, and then Associate Professor of Ophthalmology (part-time)
- University of South Florida Residency in Ophthalmology (1973-1976)
- Board Certified in Ophthalmology (continuously since December 11, 1977)
- Fellow - American Academy of Ophthalmology and Otolaryngology

STETSON UNIVERSITY COLLEGE OF LAW, St. Petersburg, FL  (J.D. Dec. 1995)

NOVA SOUTHEASTERN UNIVERSITY, Ft Lauderdale, FL  (Ed.D. Dec. 2013)

**EMPLOYMENT:**

Currently: Private practice of medicine and law via consultation only

**PROFESSOR & CHAIRMAN- DIVISION OF CORRECTIONAL MEDICINE (2004-present)**
This position is a part-time appointment. The Division of Correctional Medicine was created to highlight the field of correctional medicine as a recognized subspecialty of medical practice, research into the unique aspects of correctional healthcare and introduce students and physicians-in-training to the healthcare as practiced for incarcerated persons. Collaboration with Federal Programs, including the Health Resources Financing Administration (HRSA) and the Centers for Disease Control (CDC) is essential. Several grants have come to the University because of this position (2000-present). A Fellowship in Correctional Medicine and a Correctional based Psychiatry Residency are a part of this division.

**PROFESSOR OF PUBLIC HEALTH (2004-present)**
This is a joint appointment with the aforementioned position and has responsibilities for teaching, service, and research with and through the Public Health Division of the College of Osteopathic Medicine.

**PROFESSOR & CHAIRMAN- DEPARTMENT OF SURGERY NOVA SOUTHEASTERN COLLEGE OF OSTEOPATHIC MEDICINE (2003-February 1, 2019)**
This is a full time faculty position at the medical college of the eighth largest private non-profit University in the country. This position is responsible as one of the major Departments in a medical school. The Department of Surgery and its faculty are involved in all areas of the training of an osteopathic physician and attempt to create a stimulating environment which advances superb teaching, excellent research and outstanding patient care. The Department highlights the education of students in both the pre- clinical and clinical years. Students, during their clinical years, participate in a mandatory two month clerkship in surgery integrated through and overseen by the Department of Surgery. The Department of Surgery is also responsible for approved postgraduate programs at college affiliated sites.

**SECRETARY FOR HEALTH SERVICES AND DIRECTOR OF HEALTH SERVICES, FLORIDA DEPARTMENT OF CORRECTIONS (1998-2003)**
This is a statutorily named appointment with the responsibility for all of Health Services to the inmates in Florida's prison system. (At the time I held the position it was titled Assistant Secretary, but later became known as Deputy Secretary.) It includes all clinical services and administrative functions. This includes all 4600 personnel consisting of physical health, mental health, nursing, pharmacy, medical records, administrative functions, quality management, oversight, budgetary processes, legislative interaction, hospital and managed care operations within the system and the clinical oversight of the ten institutions which have for profit providers as well as the fifty institutions which have employee providers. There are approximately 550 doctorate level people and a budget of $268 million for which I have direct responsibility. I also have a direct in-patient care responsibility, although not a direct part of my duties, I feel all physicians in administrative positions should maintain their clinical skills. This included all patients with special emphasis on difficult to diagnose and treat HIV patients and their complications, TB patients and their complications, and Hepatitis patients and their complications. (1998-2003)

**ASSISTANT SECRETARY FOR HEALTH SERVICES AND CHIEF OF HEALTH SERVICES-CLINICAL, FLORIDA DEPARTMENT OF CORRECTIONS (1995-1998)**
Total responsibility for all clinical inmate services including physical health care, mental health care, nursing operations, pharmacy operations, and medical records with Division Directors representing each of those areas reporting to me. (At the time I held the position it was known as Deputy Assistant Secretary for Health Services- Clinical.) This represents a 70,000 inmate population in 55 major institutions with a significant medical presence in each, a prison hospital of which I serve as the Chairman of the Board, a budget exceeding 200,000 million dollars per year and interfacing with a variety of private contractors providing some services as well as overseeing the state employees delivering health care services. (Approx. 500 doctorate level personnel) I also have a direct in-patient care responsibility, although not a direct part of my duties, I feel all physicians in administrative positions should maintain their clinical skills. This included all patients with special emphasis on difficult to diagnose and treat HIV patients and their complications, TB patients and their complications, and Hepatitis patients and their complications.

**REGIONAL HEALTH SERVICES DIRECTOR, FLORIDA DEPARTMENT OF CORRECTIONS (1995)**
Total responsibility for the healthcare delivery in one of the five regions (Region IV) of the Florida Department of Corrections. There were approximately eighty doctorate level providers who reported to me and a combined budget of approximately 50 million dollars. There were both private and public providers in this region as well as some of the most medically challenged inmates including dialysis patients, females, a prison hospice, death row, and other challenges. I also have a direct in-patient care responsibility, although not a direct part of my duties, I feel all physicians in administrative positions should maintain their clinical skills. This included all patients with special emphasis on difficult to diagnose and treat HIV patients and their complications, TB patients and their complications, and Hepatitis patients and their complications.

**MEDICAL EXECUTIVE DIRECTOR, FLORIDA DEPARTMENT OF CORRECTIONS (1994-1995)**
Currently based at Zephyrhills Correctional Institution - Full time practice of medicine combined with the administrative and clinical responsibility for a 208 bed inpatient facility, supervising thirteen other physicians and doctoral level people, plus over two hundred total employees, and am responsible for a budget that exceeds 7 million dollars, as well as responsibilities on the statewide level for Quality Management and AIDS treatment.

**DAVID L. THOMAS, MD PA - Venice, FL. (1976-1994)**
Full time private practice of medicine specializing in Ophthalmology, diseases and surgery of the eye.

**FLORIDA HOUSE OF REPRESENTATIVES (1984-1994)**
Member of the Florida House for a decade beginning in 1984. Have held the Leadership position of Republican Whip for over six years and have served on Rules and Calendar, Appropriations, Health Care, and the Judiciary Committees as well as a variety of others. Left the Florida House of Representatives in November, 1994.

Former Chairman of the Committee on Accreditation in Corrections of the American Correctional Association - designed to accredit correctional and detention facilities at minimum standards to improve the quality of corrections as a whole.

**OTHER ACADEMIC:**

Completed a Straight Surgical Internship at the University of Miami Affiliated Hospitals in Miami, Florida from June 1970 until June 1971.

Began a Residency in General Surgery at the University of Miami Affiliated Hospitals immediately following Internship until drafted by the U.S. Army.

Upon completion of Military service (1971-1973) continued a General Surgery Residency Program at the University of Miami Affiliated Hospitals in Miami, Florida until beginning an Ophthalmology Residency at the University of South Florida College of Medicine.

University of South Florida College of Medicine Department of Ophthalmology, residency in ophthalmology from November 1973, until October 1976. This included a Basic Sciences Program at Stanford University at Palo Alto, California with their Department of Ophthalmology. Board Certified in Ophthalmology continuously since 1977.

Subsequently I was a faculty member at the World Congress of Ophthalmology in San Francisco. I have taken multiple and varied courses to maintain a high level of competence in Medicine.

Clinical Instructor of Ophthalmology, Clinical Assistant Professor of Ophthalmology, then Clinical Associate Professor of Ophthalmology, University of South Florida College of Medicine, 1976 until 2003.

Clinical Professor and Chairman, Division of Correctional Medicine in the Department of Rural Medicine Nova Southeastern College of Osteopathic Medicine

**Selected PUBLICATIONS from a more extensive listing, including co-authored publications:**

- Cardiac Emergencies - 1971 with Professor Abelardo Vargas at the University of Miami
- Ocular Dirofilaria - 1979 with Professors Jay Older & E. Torczynski
- Intra-ocular Lens Implants with Dr. Joseph Giovinco
- Advanced Directives in the Correctional Setting - 1999 with J. Morrissa Watson
- Accreditation and You - Why Correctional Systems Need Independent Accrediting Bodies to Evaluate Their Services - 2001 with Jacqueline A. Thomas
- HIPPA - Do Correctional Facilities Need to Address Health Insurance Portability and Accountability Act? 2003 with Jacqueline A. Thomas
- Legal Aspects of Correctional Medical Care - 2001 with Mary Scylla
- Update on Legal Aspects of Correctional Medical Care - 2002
- Managing Tough Problems in HIV in a Correctional Setting - 2001
- Sending Students to Prison - Placing Medical Students in Correctional Settings - The Student's Perspective, the School's Perspective and the Correctional Department's Perspective - The Journal of Correctional Health Care, Vol. 10, Issue 4 Winter, 2004
- Assessment – Management Tool of the Future- Corrections Today, December 2004, pp 114 et. seq.
- Spotlight – HCV - To Treat or Not to Treat, June 2004, IDCR (Infectious Diseases in Corrections Reporter)
- The Future of Correctional Health Care - Correctional Health Care Reporter, July/August 2004, pp 58-63.
- Research in Corrections - Infectious Disease in Corrections Report- September 2005- Vol. 8 Issue 9
- Letter to the Editor- IBID
- Chronic Illness Clinics in Corrections, Chapter 8 - Managing Special Populations in Prisons and Jails Vol. II Civic Research Institute ed. Stojkovic 2010
- Hospice in Prisons, Chapter 9 - Managing Special Populations in Prisons and Jails, Vol. II ed. Stojkovic 2010
- Prisoner Research- Looking Back or Looking Forward - Bioethics Vol. 24 Issue 1

January 2010
- Bioethics in Corrections, Correctional Health Today - Vol. 1 Issue 1 Winter 2009
- The Use and Abuse of Restraints, Correctional Health Care Report Vol. 8 Issue 5 July/August 2007
- A Call for Ethics Committees - Journal of Correctional Health Care Vol. 13 Issue 4 October 2007
- The Graying of Corrections: The Management of Older Inmates Managing Special Populations in Jails and Prisons vol. I Civic Research Institute ed Stojkovic 2005
- Developing a Correctional Medicine Rotation for Medical Students - Journal of Correctional Health Care Vol. 10 Issue 4 2004
- The Corrections Perspective of Medical Students in Prisons - Journal of Correctional Health Care Vol. 10 Issue 4 2004
- Outcome Based Health Care Accreditation - Corrections Today Vol. 66 Issue 7 December 2004
- The Future of Correctional Health Care - Correctional Health Care Report - July/August 2004
- HVC: To Treat or Not to Treat- That is the Question - IDCR June 2004
- HIPAA and You - American Jails - March/April 2003
- An Experiment in Bioethics in the Florida Department of Corrections - Corrections Today October 2003
- HIV in Corrections - HIV/AIDS Primary Care Guide Section 4 Fl/Caribbean AETC, University of Florida 2003
- Direct Observed Therapy vs. Self Administered Therapy in the treatment of HIV Disease 2001 with Margaret Fischl, et al.
- Impact of Directly Observed Therapy on the Long term treatment of HIV Disease in Clinical Trials - in press-JAMA with Margaret Fischl- et al.
- Clinical Trials in Correctional Settings: Right or Retrogression? with Anne DeGroot et. al.
- Combination Therapy in Correctional Sites for the Treatment of HIV - Inappropriate Treatment Regimens - 2002 with Abe Macher-
- Combination Therapy in Correctional Sites for the treatment of HIV- More Inappropriate Combinations- 2002 with Abe Macher
- The Use of Fusion Inhibitors in Correctional Settings - 2003 with Abe Macher
- Chapter in HIV Treatment published by Florida AETC on HIV/AIDS in Corrections- 2000 Revised for the 2004 edition of this same book.
- Chapter in Book: Correctional Management- The Graying of Corrections- Managing Older Inmates In Galley Proofs now
- Co-authored article on Advanced Directives in the Prison System Psychology, Public Policy and the Law, 1998, vol. 4 no. 3, pp. 878-900 with Dr. J. Morrissa Watson
- Co-author - Direct Observed Therapy in the Treatment of HIV Disease (In press- JAMA) with Margaret Fischl and others
- Sole author of two chapters in Management of Special Populations in Corrections, Vol. 2, published 2008 - one on Chronic Illnesses and the effective approach to monitoring the patients and the other is on Hospice in prisons.
- Currently in preparation a Law Review article with Professor Manny Ramos on Medical Malpractice.

➢ Co-Principal Investigator with Margaret Fischl on CDC/HRSA/PHS grant concerning the follow-up care of inmates released from prison. (Five year grant 5.5 million grant PHS 99099- begun in 2000)

**RECENT CASES:**

1. *Lewis, et al. v. Cain*, *et al.*, USDC Middle District of Louisiana, Case No. 3:15-cv-00318 (Class Action) Opinion, deposition, trial testimony;
2. *Conmed v. County of Pierce*, Washington State Court case. Opinion and trial testimony;
3. *Porter v. Southern Health Partners*, Georgia State Court case. Deposition and trial testimony;
4. *Ashworth v. State of Arizona, et al.*, USDC Arizona, Case No. 2:19-cv-02761. Opinion only;
5. *Corbett v. Perry, et.al.*, USDC Western District of North Carolina, Case No. 3:18-cv-00103. Opinion only;
6. *Dunlap v. Correct Care Solutions, et.al.*, USDC South Carolina, Case No. 9:18-cv-00365. Opinion only;
7. *Fleishman v. Berkeley County Sheriff*, South Carolina State Court case. Opinion only;
8. *Mance v. Lee, et.al.*, USDC District of South Carolina State, Case No. 4:17-cv-02179. Opinion only;
9. *Martin v. Bentley, et al.*, USDC Northern District of Georgia, Case No. 1:20-cv-00019. Opinion only;
10. *Martinez v. Irwin and Stewart Detention Centers*, USDC Georgia. Reviewed documents and advised attorney. Case dismissed by Summary Judgment;
11. *Morris v Wellpath, et.al.*, South Carolina State Court case;
12. *Woods v. MHM Health Professionals, LLC, et al.*, USDC Northern District of Mississippi, Case No. 3:19-cv-00234;
13. *Sabata, et.al. v Nebraska Department of Correctional Services*, USDC District of Nevada, Case No. 4:17-cv-03107;
14. *Colardo-Keen v. Rockdale County*, USDC Northern District of Georgia, Case No. 1:14-cv-00489. Opinion, deposition, trial testimony.

**NON-ACADEMIC AND VOCATIONAL:**

Graduated in 1983 from the Florida Police Academy Training Program at Sarasota Vocational Technical Institute and am a Fully Certified Florida Law Enforcement Officer.

Certified as a Police Instructor

Served as a part-time and auxiliary police officer with the Florida Marine Patrol. During that service I had worked as a patrol officer, then a Sergeant (Investigator), a Lieutenant in charge of a shift, a Captain responsible for a Division, and as a Major responsible for a Region. I have worked misdemeanor, felony and major felony cases, and have worked in uniform as well as in plain clothes.
I have had advanced training through the Marine Patrol in a variety of areas and was a Certified Instructor. I also served as a pilot with that agency. I had several major felony cases including the

undercover purchase of illegal materials under the direct authority of Major W. Harry Harper and one under the direct supervision of Lt. Col. Cliff Kidd. I rose to the rank of Major.
Currently: Licensed Private Investigator

During my first year of Medical School I served as a Research Assistant in a clinical laboratory and a phlebotomist at the V.A. Hospital which I continued through my second year of Medical School. I did odd jobs my third and fourth years of medical school.

Private Practice of Ophthalmic Surgery in Venice, Fl and voluntary faculty responsibilities with the Department of Ophthalmology at the University of South Florida College of Medicine from 1976 until present.

**PUBLIC SERVICE:**

Chairman of the Sarasota- Charlotte Bi-County Committee,
1983 Member, Florida House of Representatives, 1984 until
1994 Whip - 1988 until 1994
Chairman, Charlotte County Legislative Delegation 1986-
1992 Chairman, Sarasota County Legislative Delegation
1988-1994
Chairman, Florida's Task Force on Indigent Health Care Funding, 1987-88
Chairman, Florida's Manatee Technical Advisory Council 1985- present. (Member since the inception of this group to protect and preserve Florida's endangered Manatee in 1981)
In the decade that I served in the Florida House of Representatives I handled a wide variety of legislation and served on a wide variety of committees. I served on a variety of House Joint Conference Committees and am one of the major authors of the 1988 Tort Reform and Malpractice Act. I have served on Appropriations, Rules and Calendar, Health Care, Natural Resources, Community Affairs, Commerce, Judiciary, Agriculture and a variety of others.

**AWARDS:**
- Bronze Star plus several other military medals and recognition's from my service in Vietnam.  American Business Woman's Boss of the Year Award - 1982-1983
- Florida Life Care Associations Better Life Award - 1985- (for Providing Indigent Medical Care) Florida League of Conservation Voter's Environmental Honors List 1985-1986)
- Manatee Community College Friend of the Year Award - 1986 Manasota 88 Environmental Legislator of the Year Award- 1988
- Florida Society of Ophthalmology Clausen Award for Outstanding Service to the Profession and the Community - 1992
- Drug Enforcement Administration Award for Public Service and contribution to the DEA – 1991
- Armond Start Award- The highest Honor presented by the American College of Correctional Physicians- October 2015

A variety of other awards and recognition from various service and community and state groups.

**Current with or through Nova Southeastern University College of Osteopathic:**

1. Former Chairman of Faculty Council - an elected position by peers for the purpose of representing the faculty among other faculty bodies and to the administration of the College and the University (Member since 2003; Chairman since 2005- to 2010)
2. Former Chairman of Nova Southeastern University Institutional Review Board – Voting Member- protect patients enrolled in clinical trials and help assure appropriateness and safety of research studies by University Faculty or affiliates.
3. Curriculum Committee - Academic committee assigned the responsibility to review and modify the current curriculum of the College, to make considered recommendations for modification to the Chief Academic Officer (Dean), and to make recommendations to the faculty council for those items of the curriculum which requires the input of the faculty as a whole. Currently NSU-COM is addressing the entire curriculum and possibly seeking other venues for curricular enhancement. Member 2003-present; Vice Chair- 2004- present)
    a. Sub-committee on Curricular Reform- this body was created by the curriculum committee with the advice and consent of the Dean to evaluate comprehensively the college curriculum, assess other medical school curriculums, and advise to the Curriculum Committee changes and improvements to our current curriculum. (Member 2004- present)
4. Administrative Council (formerly the Council of Chairs)- This is the body that assists the Chief Administrative Officer (Dean) of the College in determining academic and administrative policy and then once the direction is determined to implement those decisions. This body serves to improve both intra- and inter-departmental communications and to develop ideas and actions to improve and enhance the education of our students and post-graduates. Member 2003- present; Vice-Chair 2004- present)
5. Continuing Education and Faculty Development Committee- This is the body that is charged with determining the direction of the growth of the College in the area of continuing medical education for physicians who are both affiliated and not affiliated
with the COM. The other charge of this committee is to determine what needs and areas faculty, both full time and adjunct, require for the improvement in their professional life. (Member 2003- present)
6. Chairman Faculty Promotions and Credentials Committee- This body is responsible for reviewing and assuring the accuracy of the credentials of current faculty and prospective faculty to recommend to the Dean the initial faculty rank and promotion in faculty rank. (Member 2005- present)
7. Patient Safety Committee- To advise the Chief Academic/Administrative Officer (Dean) of the College on the national and state policies concerning patient safety; to examine current curriculum and offer changes to improve our student and post-graduates education in the area of patient safety and the practice of safe medical care delivery. This committee is also responsible for evaluation of the safety of the patients of the University and to make recommendations concerning improvement of care. (Co-Chair- 2004- present)

8. Student Progress Committee- Evaluate Student Progress and Remediation or Dismissal on an individual basis with recommendations to the Dean
9. Faculty Advisory Committee- This is a University wide Committee which enhances communication among all of the college and programs of the University, interacts with central University administration and review issues, questions, and concerns concerning the plans and initiatives of the Faculty in the overall direction and initiatives of the University and to serve as the Faculty voice to the University central administration. (Member- 2005- present- consistent with Chairmanship of Faculty Council)
10. Dean's Committee for the West Palm Beach Veteran's Administration Hospital- This committee interacts with the West Palm Beach VA and the VA system to enhance our educational opportunities and research opportunities at the VA and to share our resources and opportunities with the VA and VA system. (Member 2005- present)
11. Faculty position in the Center for Bioterrorism and Weapons of Mass Destruction Preparedness with responsibilities of direct teaching and assisting Drs. Levy and Howell in implementing state and federal grants concerning Bioterrorism and Weapons of Mass Destruction Preparedness (2004- present) As a part of this effort made various presentations around Florida including the International Emergency Management- 26th Annual International Disaster Management Meeting in Orlando, Florida (February 2005)

**OTHER ACADEMIC ACTIVITIES**

1. Co-Chief Editor of a peer reviewed medical journal in Infectious Diseases in Corrections (Infectious Diseases in Corrections Report (formerly HEPP) (Editorial staff 1995- present; Co-Chief Editor- 2005- 2010)
2. Program Developer of a Fellowship Training Program in Correctional Medicine established at NSU-COM for the training of physicians involved in correctional health care enable the Fellows to become certified by a Board of Correctional Medicine and receive a Master's in Public Health degree. (2005- present)
3. Program Director and Content Expert for a yearly program entitled "Mini-Fellowship in HIV in Corrections" in combination with NSU-COM, the Florida Department of Corrections, and the Florida/ Caribbean Aids Education Teaching Centers (FlAETC) for the training of correctional physicians in the care and treatment of incarcerated persons with HIV (2003 to present- intermittently on demand)
4. Program Director and Content Expert in a yearly program in updates for the clinical care of incarcerated persons put on in collaboration with the Florida Chapter of the American Correctional Health Services Association (FlACHSA) and the Florida/ Caribbean AIDS Education Training Center (FlAETC)
5. Member (former Chairman 2002-2004) since 1998 of the Commission on Accreditation in Corrections, a body designed to improve the conditions of incarceration by a system of accreditation. This is part of a public health initiative.
6. Presentation to the Institutes of Medicine of the National Academy of Sciences in March 2005 concerning the ethics of clinical trials for their consideration and

6.    recommendation to the Secretary of Health and Human Services for revision of 45CFR46, the Federal statute concerning human subjects in research.
7. Adjunct Faculty for the Master of Health Law Program- a combined College of Osteopathic Medicine/College of Law program leading to a Master's degree in Health Law for non-lawyers.
8. Bioethics Council of Southwest Florida - a combined initiative of Nova Southeastern University's College of Medicine and College of Law and the University of Miami designed to serve as a forum for the exploration of ethical issues in law and medicine and to implement ethical approaches and structures in individual patient situations and patient care systems.
9. Consultant to the Florida Department of Juvenile Justice for evaluation, assessment and recommendations concerning their delivery of health care to their students, detainees and inmates.
10. Consultant to various State and County Attorney General Offices (New Jersey, North Carolina, Maricopa County, Arizona, etc.) in correctional health care in various issues concerning their delivery of health care to the incarcerated persons within their state.
11. Consultant to several private correctional health care delivery companies to evaluate and assist them in the delivery of health care to the incarcerated population for which they are responsible.
12. Consultant to the Department of Justice for evaluation, advocacy, interpretation and direction of correctional health care and how it is practiced throughout the nation

    and specifically the Bureau of Justice Statistics in evaluating the impact of certain specific disease entities and other conditions as they impact corrections and how to evaluate and measure that impact. More specifically was a medical measure of the impact of the recently enacted Prison Rape Elimination Act.
13. Special Monitor to the Court in the matter of *Southern Poverty Law Center v. U.S. Department of Homeland Security, et al.,* Case No. CV18-0760 (CKK)
14. Faculty member for international mission trips and national and state mission trips to areas of the world, nation or state underserved in medical care- (Peru- March 2005; Clewiston and Belle Glade, Florida- February 2005-2010 continuously; Jamaica including two prisons 2007, 2008, 2009)
15. Faculty Development Program leading to Master Teacher in Health Education (Master of Science in Health Education) (2003-2005) - Degree Awarded MS
16. Vice Chair of the NSU Institutional Review Board
17. Faculty Development Program leading to a Doctorate in Education in the Health Science-in progress

**MILITARY:**

U.S. ARMY 1971-73 Served in Vietnam as Commanding Officer of 30-bed hospital unit where responsibilities included medical and surgical patient care plus supervising three other physicians and a support staff of 50. Awarded the BRONZE STAR, 1972. Rank: Permanent Captain /Temporary Major.

**OTHER HIGHLIGHTS:**

Part time and Voluntary Police Officer with the Florida Marine Patrol. Eventually achieved the rank of Major and supervised thirty officers. (1981-1992).

Had the opportunity to work a variety of serious felony cases as well as resource violations.

Hold a Commercial Pilot's License as well as Ocean Operator's License (Master) for vessels to 100 gross tons and have some facility with aviation and marine laws and regulations.

Chairman of Florida Manatee Technical Advisory Committee - helped craft administrative rules to protect endangered species.

Wrote two published novels on drug smuggling in Florida, 1980 and 1981. Published by Norton Press. <u>Gulf Coast Run</u> and <u>Gulf Coast Goods</u>.