# Exhibit 2



# JANE LEONARDSON

## MD

## EDUCATION

**MEDICAL RESIDENCY**
Northwestern University
Department of Medicine | 1991

**DOCTOR OF MEDICINE**
Northwestern University-Feinberg
School of Medicine | 1998

**BACHELOR OF ARTS, PRE-MED STUDIES**
Magna Cum Laude
Augustana College, Rock Island,
Illinois | 1984

## WORK EXPERIENCE

**DIRECTOR, CLINICAL INFORMATICS**
University of Texas Medical Branch—Correctional Managed Care | 2022-Present

- Director of EHR design and modification.
- Supervisor over clinical IT projects to align with organizational needs
- Liaison between IT group and leadership.
- Medico-legal advisor for development of IT assets.
- Director of process revision and design, using the support of the EHR and other IT assets.

**CHIEF MEDICAL INFORMATION OFFICER**
University of Texas Medical Branch—Correctional Managed Care | 2014-2021

**REGION III INTERIM MEDICAL DIRECTOR**
University of Texas Medical Branch—Correctional Managed Care | 2013-2014

**REGION III MEDICAL DIRECTOR**
University of Texas Medical Branch—Correctional Managed Care | 2011-2013

**HOUSTON DISTRICT MEDICAL DIRECTOR**
University of Texas Medical Branch—Correctional Managed Care | 2010-2011

**MEDICAL DIRECTOR**
Pam Lyncher State Jail | Joe Kegans State Jail | 2013-2018

**ATTENDING PHYSICIAN**
Pam Lyncher State Jail | Joe Kegans State Jail | 2013-2018

**INTERIM MEDICAL DIRECTOR – EL PASO COUNTY JAIL**
University of Texas Medical Branch—Correctional Managed Care | 2015-2016

**LEAD PHYSICIAN U.S. ANTARCTICA PROGRAM**
University of Texas Medical Branch—Polar Medicine | 2015-2016
McMurdo Station, Antarctica | 2014

## CONTACT INFORMATION

2410 Prentice Road
Conroe, TX  77384

281-543-5263
leonardsoncorrectionalhealth@gmail.com



# JANE LEONARDSON

## MD

## LICENSES & CERTIFICATIONS

**AMERICAN BOARD OF PREVENTATIVE MEDICINE/DIPLOMATE**
Sub-Specialty in Clinical Informatics
Maintenance of Certification Program
2016-Present

**AMERICAN BOARD OF INTERNAL MEDICINE/DIPLOMATE**
Maintenance of Certification Program
1991-Present

**LEAN SIX SIGMA BLACK BELT**
Villanova University
2023

**LEAN SIX SIGMA GREEN BELT**
Villanova University
2012

**NATIONAL COMMISSION ON CORRECTIONAL MEDICINE**
Provider Certification
2000-Present

## PUBLICATION

Baillargeon J, Pulvino JS, Leonardson JE, Linthicum LC, Williams B, Penn J, Williams RS, Baillargeon G, Murray OJ. The changing epidemiology of HIV in the criminal justice system. International Journal of STDs & AIDS. [published online: April 27, 2017]

## WORK EXPERIENCE CONTINUED

**ATTENDING PHYSICIAN, DIVISION OF ADULT MEDICINE**
Carle Clinic, Bloomington, Illinois | 1993-1994

**ATTENDING PHYSICIAN**
Cook County Department of Corrections, Illinois | 1991-1993

## CONSULTING EXPERIENCE

**LEONARDSON CORRECTIONAL HEALTH, LLC, OWNER**
Conroe, Texas | 2022-Present

- Provide legal consultation to the Illinois Department of Corrections –Lippert v. Jeffreys, United States District Court, Northern District of Illinois, Eastern Division, No. 10-cv-4603
- Medico-legal consultant in correctional healthcare, clinical informatics, electronic health record implementation, policy creation, and quality programs.

**CORRECTIONAL HEALTHCARE MANAGEMENT, ASSOCIATE**
Conroe, Texas | 2022-Present

- **State of Arizona**
  Participated in conducting a feasibility assessment for several large county jails looking at the creation of a shared consolidated centralized mental health facility.

- **San Diego County Sheriff's Department**
  Working with the San Diego County Sheriff's Department and their outside counsel in defense of a class-action lawsuit, *Dunsmore v. San Diego County Sheriff's Department*, related to medical, dental, and mental health services delivered by their contracted healthcare provider.

**MEDICO-LEGAL EXPERT WITNESS**
Conroe, Texas | 2011-Present

- View charts involved in litigation, provide expert opinions and testimony as to the quality and constitutionality of healthcare in the correctional environment, conduct audits (onsite and through chart inspection) of Correctional Institutions to determine the level of compliance to standards and benchmarks