# Exhibit 4

# Randall R. Stoltz, MD, CPI, CCHP

839 Greengate Ct, Evansville, IN, 47715, USA

Tel: 812-449-3888

Email: RRSTOLTZMD@yahoo.com; Randall.StoltzIRB@gmail.com

## Employment/Work History

**Advarra IRB, Non-affiliated, Scientific, Board Member** – 2018 – Present
- Reviews protocols and scientific information submitted for IRB approval

**Vanderburgh County Detention Center, Evansville, IN, USA** - 1998 – Present
**Medical Director** - 1998 - Present
- Develops and implements health care plans for inmates in the county detention center and works closely with local public agencies to develop ongoing care plans upon inmate release.

**Warrick County Detention Center, Boonville, IN** - 2017- Present
**Medical Director** – 2017 - Present
- Develops and implements health care plans for inmates in the county detention center and works closely with local public agencies to develop ongoing care plans upon inmate release.

**Expert Witness Legal Consulting** - 2017- Present
- Work with various Legal firms in regards to provider malpractice and civil rights claims

**NCCHC (National Commission on Correctional Health Care) Surveyor**- 2014- Present
- Survey with team in U.S. Jails and Prisons for initial and re-accreditation by NCCHC, evaluating medical, dental, and mental health care against NCCHC Standards

**Covance Clinical Development Services, Evansville, IN, USA** - 2005 – 2017
**Medical Director, Medical and Pharmacy Staff** - 2005 - 2017
- Provided supervision and direction to the physicians of the Covance Clinical Research Unit and served as an investigator on numerous clinical trials
- Provided medical consultation for clients on study design and safety for early clinical phases of drug development.

**West Pharmaceutical Services – GFI Research Center, Evansville, IN, USA** - 1999 – 2005
**Medical Director, Medical Staff** - 1999 - 2005
- Was responsible for providing support, guidance and supervision to the medical staff.
- Reviewed protocols for feasibility, ensuring safety and welfare of volunteers; served as investigator and worked closely with study sponsors to ensure proper trial execution.

**Indiana University School of Medicine, Indianapolis, IN, USA** - 1990 – Present
**Volunteer Faculty Member** - 1990 - Present
- Serves as a preceptor to medical students, teaching Introduction to Clinical Pharmacology, Family Medicine, and Correctional Health Care

**Private Practice – Family Medicine, Evansville, IN, USA** - 1987 – 2005
**Physician** - 1987 - 2005
- Practiced family medicine, providing primary care for patients of all ages from infants to elderly.

**GFI Pharmaceutical Services, Evansville, IN, USA** - 1988 – 1999
**Medical Director, Medical Staff** - 1989 - 1999
- Was responsible for providing support, guidance and supervision to the medical staff.
- Reviewed protocols for feasibility, ensuring safety and welfare of volunteers; served as investigator and worked closely with study sponsors to ensure proper trial execution.

**Medical Associate** - 1988 - 1989
- Served as Investigator for clinical trials including all the responsibilities defined for that role.

**University of Evansville, Evansville, IN, USA** - 1986 – 2012
**Medical Director, Student Athletic Training Program** – 2001 – 2012
- Developed training courses to educate students in medical areas needed to meet accreditation standards.

**Medical Director, Student Health and Wellness Center** - 1986 - 2012
- Oversaw medical care for students attending the University of Evansville.
- Assisted in development of policies and procedures for admission and ongoing healthcare.

**St. Mary's Medical Center (now St. Vincent's Hospital), Evansville, IN, USA** - 1985 – Present
**Physician Staff Member, Department of Family Practice** - 1985 - Present
- Responsible for complying with the hospital guidelines when caring for patients in the hospital.
- Works with hospital departments to develop ongoing process improvement.

**Chairman, Department of Family Practice** - 1994 - 2002
- Reviewed physician's credentials and applications to evaluate qualification for staff privileges.
- Handled hospital complaints regarduing physicians in the department.
- Developed policies, procedures and Quality Assurance functions within the department.

**Vice-Chairman, Department of Family Practice** - 1993 - 1994
- Assisted the chairman with reviewing physician credentials and applications to evaluate qualification for membership.
- Assisted the chairman with hospital complaints against physicians within the department.

**Deaconess Hospital, Evansville, IN, USA** - 1987 – Present

**Physician Staff Member** - 1987 - Present
- Abides by hospital regulations for admission and care of patients at the hospital.

**Evansville Protestant Home, Evansville, IN, USA** - 1987 – 2019
**Medical Director**
- Oversaw medical care of nursing home residents

## Therapeutic Experience
- General medicine
- Correctional medicine

## Language Capabilities
- English

## Education
- Residency in Family Practice, St. Mary's Medical Center. Evansville, IN, USA
- MD Degree, Indiana University School of Medicine, Indianapolis, IN, USA
- B.S. Degree in Biology, University of Southern Indiana, Evansville, IN, USA

## Memberships
- American Board of Family Medicine
- Indiana State Medical Association
- Vanderburgh County Medical Society (past President and Board member)
- National Commission on Correctional Health Care (Surveyor)
- ACRP (Association of Clinical Research Professionals)--CPI Exam Committee
- ACPU (Association of Clinical Pharmacology Units)-- past Board Member
- ACCP (American College of Correctional Physicians)-- member
- ACHP (Academy of Correctional Health Professionals)-- member

## Other
Licensure
- Physician License, State of IN, License No.01033825A
- DEA, License No. BS6966076

Certifications
- Board Certification in Family Medicine
- CPI (Certified Principal Investigator) through ACRP
- CCHP (Certified Correctional Health Professional) through NCCHC (National Commission on Correctional Healthcare)

- CITI training course in Human Subject Research Protection and GCP (Good Clinical Practice)

A list of publications, manuscripts, abstracts, and presentations is available upon request.

_____

Randall R. Stoltz, MD, CPI, CCHP

Updated 6/14/2023

# Appendix 1

## Publications

- M. Hoch, B. Darpo, T. Remenova, **R. Stoltz**, M. Zhou, P. Kaufmann, S. Bruderer, J. Dingemanse Drug Design, Development and Therapy, "A thorough QT study in the context of an up titration regimen with selexipag, a selective oral prostacyclin receptor agonist" (Dec 2014)
- **Stoltz, R.R.**, Stockman, N., Hussey, E.K., Dobbins, R.L., O'Connor-Semmes, R., Kapur, A., Murray, S., Layko, D., and Nunez, D. (2008) Multiple-dose pharmacokinetics and pharmacodynamics of sergliflozin etabonate, a novel inhibitor of glucose reabsorption, in healthy overweight and obese subjects: a randomized double-blind study. J. of Clinical Pharmacology
- **Stoltz, R.R.**, Stockman, N., Hussey, E.K., Dobbins, R.L., O'Connor-Semmes, R., Kapur, A., Murray, S.,and Nunez, D. (2007) A Double-Blinded Randomized Repeat Dose Study to Assess the Safety, Tolerability, Pharmacokinetics and Pharmacodynamics of Three Times Daily Dosing of Serglifozin, a Novel Inhibitor of Renal Glucose Reabsorption, in Healthy Overweight and Obese Subjects. ADA 2007 Abstract
- Abstract #96.026 "Low Incidence of Endometrial Hyperplasia and Bleeding in Women on 2 Years of Unopposed 0.3 mg Esterified Estrogens (Estratab©)
- Renagel®, A Nonabsorbed, Calcium and Aluminum-free Phosphate Binder, Lowers Serum Phosphorus and Parathyroid Hormone
- Reduction of Serum Lactate by Sodium Dichloroacetate, and Human Pharmacokinetic-Pharmacodynamic Relationships. *Journal of Pharmacology and Experimental Therapeutics* 279. 686-293, 1996
- Efficacy and Safety of Low, Standard and High Dosages of an Estradiol Transdermal System (Esclim®) Compared with Placebo on Vasomotor Symptoms in Highly Symptomatic Menopausal Patients. *Publication C TS 17 930*, February 4, 1998
- Ineffectiveness of Neurokinin-1 Antagonist in Acute Migraine: A Crossover Study
- Safety, Tolerability, and Efficacy of the 0.8 mg Dose of Cerivastatin, a New HMG-CoA Reductase Inhibitor
- Short-Term Efficacy and Safety of Pravastatin in Hypercholesterolemic Women
- Lack of Effect of Multiple Dose Gatifloxacin (GAT) on Oral Glucose Tolerance (OGTT), Glucose and Insulin Homeostasis, and Glyburide Pharmacokinetics (PK) in Patients with Type II Non-Insulin Dependent Diabetes Mellitus (NIDDM)
- Effect of Multiple-Dose Gatifloxacin (GAT) or Ciprofloxacin (CIP) on Glucose Homoeostasis and Insulin Production In-Patients with Non-Insulin Diabetes Mellitus (NIDDM) Maintained with Diet and Exercise
- Valsartan, a New Angiotensin II Antagonist for the Treatment of Essential Hypertension
- Gastric Emptying, Pulmonary Function, Gas Exchange, and Respiratory Quotient After Feeding a Moderate Versus High Fat Enteral Formula Meal in Chronic Obstructive Pulmonary Disease Patients. *Nutrition* Vol. 12, No.4, 1996
- Safety, Tolerability, and Pharmacokinetics of an Extended-Release Formulation of Fluvastatin Administered Once Daily to Patients with Primary Hypercholesterolemia. *Journal of Cardiovascular Pharmacology* Vol. 37, No. 5, 2001
- Pharmacokinetics and Pharmacodynamics of Peldesine (BCX-34), a Purine Nucleoside Phosphorylase Inhibitor, following Single and Multiple Oral Doses in Healthy Volunteers. *Journal of Clinical Pharmacology*, 2000; 40:410-420
- **Stoltz, R.R.**, Sansone-Parsons, A., Krishna, G., Simon, J., Soni, P., Kantesaria, B., Herron, J., "Effects of Age, Gender, and Race/Ethnicity on the Pharmacokinetics of Posaconazole in Healthy Volunteers,"*Antimicrobial Agents and Chemotherapy* Vol. 51, No.2, p. 495-502, Feb. 2007
- Mathews Adera[a], Pol Boudes[a], Alexander Bragat[a], Sheela Sitaraman[a], Richard Lazauskas[a], Ken Valenzano[a], George Lankas[a], **Randall Stoltz**[b], Jane Royalty[b], Douglas Greene[a], "Pharmacokinetics and muscle distribution of AT2220, a pharmacological chaperone of acid-glucosidase, in healthy volunteers", [a]Amicus Therapeutics, Cranbury, NJ, USA, [b]Covance Inc., Princeton, NJ, USA; Molecular Genetics and Metabolism 102 (2011) S3-S47

- Daniel Spyker[1], James Cassella[1], **Randall Stoltz**[2], Paul Yeung[3], "Inhaled loxapine and intramuscular lorazepam in healthy volunteers: a randomized placebo-controlled drug-drug interaction study", Teva Pharmaceutical Industries Ltd., *Pharmacology Research & Perspectives*, 2015/Vol. 3/ Iss. 6/e00194
- B Darpo[1],... RR Stoltz[15], "Results From the IQ-CSRC Prospective Study Support Replacement of the Thorough QT Study by QT Assessment in the Early Clinical Phase", [15] Covance Clinical Research Unit, Evansville, IN, USA, Vol. 97 Number 4, April 2015, www.wileyonlinelibrary/cpt
- 'Safety, Pharmacokinetics, and Pharmacodynamics of Trazpiroben (TAK-906), a Novel Selective D2/D3 Receptor Antagonist: A Phase 1 Randomized Placebo-Controlled Single and Multiple Dose-Escalation Study in Healthy Participants' has been published online in *Clinical Pharmacology in Drug Discovery*. (Manuscript ID - CPD-20-0114.R1)