# Exhibit 5

# David M Mathis MD CCHP-CP FAAFP
## Correctional Medicine Expert

4107 Casper Way, Napa, CA 94558    Cell 703-431-7586    david@prisonMDexpert.com

## SUMMARY

- Certified Correctional Health Professional-Physician
- Broad clinical experience including emergency, acute, and hospice
- Board Certified in Family Practice with added credentials in Hospice and Palliative Medicine
- Former Associate Clinical Professor at the George Washington University School of Medicine
- Experienced expert witness in Correctional Medicine in Federal courts in cases involving civil rights, 1983, and deliberate indifference

## PROFESSIONAL EXPERIENCE

**Medical Consultant**    June 2021-June 2022
*Office of Legal Affairs*
*California Correctional Healthcare Services*
*Sacramento, CA*
Analyze data pertaining to medical cases, prepare written reports, and present findings to committees and executives as indicated. Prepare responses to court inquiries, lawsuits filed by patients, inquiries by patient advocates, medical board inquiries, and other matters involving claims regarding the medical condition of patients. Review litigation and/or appeals for health care services, patient injury, or medical conditions and claims related to and/or against custody or other non-medical CDCR and CCHCS staff. Perform detailed review of medical records, write summaries and opinions regarding patient care, identified by attorneys as relevant to litigation, including patient administrative appeals. Review CCHCS/CDCR activities and incidents in accordance with Departmental rules, regulations, policies, and procedures. Provides expert witness testimony under oath by way of declaration, deposition testimony, or testimony in courts located anywhere within the State of California.

**Physician & Surgeon**    Nov 2010-Nov 2020
*California Medical Facility*
*California Department of Corrections and Rehabilitation*
*Vacaville, CA*
Administered acute, chronic, and emergency medical care in a 2,500 inmate facility. Inpatient Utilization Management Coordinator. Medical consultant to the Mental Health Crisis Unit. Medical Subject Matter Expert (SME) Cerner software roll-out. Former Chief of Medical Staff.

**Hospice Physician** — Jan 2012-Nov 2020
*California Medical Facility*
*California Department of Corrections and Rehabilitation*
*(CDCR) Vacaville, CA*
Primary Hospice Physician for the CDCR system, which consists of 33 prisons and 125,000 prisoners. Determined hospice eligibility. Provided end-of-life medical care. Spearheaded compassionate release campaigns.

Coordinated the team of providers, including nurses, dietitians, pastor, and social worker.

**Medical Director** — Dec 2006-Nov 2010
*Eastern Correctional Institution*
*Westover, MD*
Administered acute and chronic medical care in a 3,500 inmate facility. Oversaw HIV and Hepatitis C programs.

**Physician & Surgeon** — Jan 2006-Dec 2006
*California State Prison Sacramento*
*California Training Facility*
*California Department of Corrections and Rehabilitation*
Administered acute and chronic medical care in 2,400 and 3,000 inmate facilities.

**Emergency Medicine Physician /Hospitalist** — July 2005-Jan 2006
*Warren Memorial/Culpeper Regional Hospitals, VA.*

**Emergency Medicine Physician** — July 2005-Sept 2005
*Memorial Hospital of Cumberland, MD*

**Family Physician** — Sept 1981-July 2005
Provided primary care for acute and chronic disease; performed ambulatory procedures; and counseled in a 3,000-patient solo Family Practice. Provided obstetrical and gynecological care, including the delivery of babies.

**PROFESSIONAL EXPERIENCE PART-TIME POSITIONS**

**Physician** — Jan 2010-Nov 2010
Somerset County Detention Center
Westover, MD

**Physician** — Oct 1980-Oct 1991
Virginia Department of Corrections
Aldie, VA

**Emergency Medicine Physician** — Oct 1980-Oct 1983
Fairfax Hospital
Falls Church and Reston, VA

## LICENSURE

| | |
|---|---|
| California | 2006-2024 |
| Delaware | 2010-2011 |
| Maryland | 2006-2011 |
| Virginia | 1976-2006 |

## CERTIFICATIONS

| | |
|---|---|
| Certified Correctional Health Professional- Clinical Provider | 2016-2023 |
| Certified Correctional Health Professional | 2008-2023 |
| American Board of Family Practice | 1979-2023 |
| Certificate of Added Qualifications in Hospice & Palliative Medicine | 2012-2022 |
| Advanced Cardiac Life Support | 1977-2021 |

## FACULTY APPOINTMENTS

**Associate Clinical Professor** — 1989-2010
George Washington University School of Medicine
Washington, DC

**Adjunct Clinical Instructor** — 1999-2000
Shenandoah University
Winchester, VA

**Clinical Assistant Professor of Medicine** — 1992-1997
University of Virginia
Charlottesville, VA

## SPECIALTY AFFILIATIONS

American Correctional Association (ACA)
American Academy of Family Physicians (AAFB)
National Commission on Correctional Healthcare (NCCH)
American College of Corretional Positions (ACCP)

## MEDICAL STAFF APPOINTMENTS

California Medical Facility — 2010-2015
Chief of Staff — 2014-2015
Vacaville, CA

Peninsula Regional Medical Center — 2007-2010
Salisbury, MD

Western Maryland Health System — 2005
Cumberland, MD

Loudoun Hospital Center — 1977-2008
Leesburg, VA

*NOT RETAINED*

### TRAINING

**Family Medicine Residency** 1977-1979
Medical College of Virginia
Vienna, VA

**Internship** 1976-1977
Fairfax Hospital
Falls Church, VA

### EDUCATION

Wayne State University School of Medicine 1972-1976
Degree: MD
Detroit, MI

Michigan State University 1968-1972
Degree: BS
East Lansing, MI

### PUBLICATION

"Point-of-care INR Determination, Coumadin Dosage Changes, and Use of a Historical, Self-updating Database in a Prison." J Correct Health Care 2010 Apr 16(2):139-46.

