CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, *et al.*, | Case No. 3:25-cv-09757-MMC |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER APPOINTING DEFENDANTS' PROPOSED EXTERNAL MONITOR** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| Defendants. | |

Upon review of the parties' separate proposals regarding the selection of an External Monitor

pursuant to the Court's Order Granting in Part Plaintiffs' Motions for Preliminary Injunction and Class

Certification ("Order"), ECF No. 72, and good cause having been shown by Defendants, the Court

appoints the following individual proposed by Defendants as External Monitor:

☐  Dr. David L. Thomas, MD, JD, EdD

☐  Dr. Jane Leonardson, MD, CCHP

☐  Dr. Carl Keldie, MD, CCHP

☐  Dr. Randall Stoltz, MD, CPI, CCHP

☐  Dr. David Mathis, MD, CCHP-P, FAAFP

///

///

As set forth in the Order, Defendants will provide access to the External Monitor for a period of 120 days, subject to renewal by court order, to ensure compliance with Paragraph (1) of the Order and the provision of constitutionally adequate health care; the External Monitor will ensure compliance with the Order and will monitor its implementation, including through review of medical records and on-site inspection and interviews with patients and staff; and Defendants will pay the External Monitor's reasonable rate. *Id.* ¶ 2.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. MAXINE M. CHESNEY
United States District Judge