CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, *et al.*, | Case No. 3:25-cv-09757-MMC |
| Plaintiffs, | |
| v. | **DEFENDANTS' CORRECTED EXHIBIT 6 (ECF NO. 76-6)** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| Defendants. | |

    Defendants respectfully submit this **corrected** version of **Exhibit 6** to Defendants' Proposal Regarding Selection of External Monitor, ECF No. 76-6, which is an email thread reflecting the parties' meet-and-confer discussions. This corrected version includes one additional email message that had been inadvertently omitted from Defendants' prior filing.

                                      Respectfully submitted,

                                      CRAIG H. MISSAKIAN
                                      United States Attorney

Dated: February 25, 2026      By:   */s/ Savith Iyengar*
                                      SAVITH IYENGAR
                                      Assistant United States Attorney

# Exhibit 6
## (Corrected)

**Iyengar, Savith (USACAN)**

| | |
|---|---|
| **From:** | Cody S. Harris <CHarris@keker.com> |
| **Sent:** | Tuesday, February 24, 2026 3:54 PM |
| **To:** | Iyengar, Savith (USACAN) |
| **Cc:** | Steven Ragland; Margot Mendelson; Patrick Booth; Lisa C. Lu; Carlos C. Martinez; Carmen Iguina Gonzalez; Priya Patel; Tess Borden; Laura Lind |
| **Subject:** | RE: [EXTERNAL] RE: Ruiz v. ICE - appointment of monitor |

Thanks for the prompt reply. 5:30 works for us.

Regards,

Cody

---

**Cody S. Harris**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2294 direct | 415 391 5400 main
charris@keker.com | vcard | keker.com

---

**From:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Sent:** Tuesday, February 24, 2026 3:53 PM
**To:** Cody S. Harris <CHarris@keker.com>
**Cc:** Steven Ragland <SRagland@keker.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>; Priya Patel <priya@ccijustice.org>; Tess Borden <tess@prisonlaw.com>; Laura Lind <LLind@keker.com>
**Subject:** RE: [EXTERNAL] RE: Ruiz v. ICE - appointment of monitor

[EXTERNAL]

Hi Cody,

I'm handling our filing, and have to leave the office as close as possible to 5:00 p.m. for a prior engagement.  I could push things out so we could complete the filings by 5:30 p.m.  Please let me know if that works.

Thanks,
Savith

Savith Iyengar | Assistant U.S. Attorney
450 Golden Gate Avenue, Ninth Floor
San Francisco, CA 94102
savith.iyengar@usdoj.gov
(415) 436-7018 (office)

1

(415) 912-6455 (cell)

---

**From:** Cody S. Harris <CHarris@keker.com>
**Sent:** Tuesday, February 24, 2026 3:49 PM
**To:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Cc:** Steven Ragland <SRagland@keker.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>; Priya Patel <priya@ccijustice.org>; Tess Borden <tess@prisonlaw.com>; Laura Lind <LLind@keker.com>
**Subject:** RE: [EXTERNAL] RE: Ruiz v. ICE - appointment of monitor

Savith,

We would like to move the filing time to 6:00 PM. Is that agreeable to Defendants?

Thanks,
Cody

---

**Cody S. Harris**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2294 direct | 415 391 5400 main
charris@keker.com | vcard | keker.com

# Iyengar, Savith (USACAN)

| | |
|---|---|
| **From:** | Tess Borden <tess@prisonlaw.com> |
| **Sent:** | Tuesday, February 24, 2026 2:10 PM |
| **To:** | Iyengar, Savith (USACAN) |
| **Cc:** | Cody S. Harris; Steven Ragland; Margot Mendelson; Patrick Booth; Lisa C. Lu; Carlos C. Martinez; Carmen Iguina Gonzalez; Priya Patel; Laura Lind |
| **Subject:** | RE: [EXTERNAL] RE: Ruiz v. ICE - appointment of monitor |
| **Attachments:** | Stern CV.pdf; Kariko CV.pdf |

Hi Savith,

Thank you for providing the explanations in your email yesterday evening. We're following up now on your request for information about our objections to your candidates. We have also been guided by the Court's direction and have sought candidates who can act as a "qualified, independent, third-party[.]" We object to your five candidates because they appear to have served almost exclusively as experts retained by corrections entities/defendants.

We previously shared CVs with you for four doctors. Dr. Stern and Dr. Kariko have subsequently provided slightly updated resumes. We wanted you to have those updates and are attaching here the versions we intend to file at 5pm. Please let us know if you'd like to discuss anything further.
Tess

**Tess Borden**
Supervising Staff Attorney*
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710
(510) 280-2623
tess@prisonlaw.com
*Pronouns: she/her*
*Registered Legal Aid Attorney; MJP No. 805022

---

**From:** Cody S. Harris <CHarris@keker.com>
**Sent:** Tuesday, February 24, 2026 11:31 AM
**To:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Cc:** Steven Ragland <SRagland@keker.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>; Priya Patel <priya@ccijustice.org>; Tess Borden <tess@prisonlaw.com>; Laura Lind <LLind@keker.com>
**Subject:** RE: [EXTERNAL] RE: Ruiz v. ICE - appointment of monitor

Savith,

A 5:00 PM filing is fine with us.

Regards,
Cody

1

**Cody S. Harris**

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2294 direct | 415 391 5400 main
charris@keker.com | vcard | keker.com

---

**From:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Sent:** Tuesday, February 24, 2026 9:33 AM
**To:** Cody S. Harris <CHarris@keker.com>
**Cc:** Steven Ragland <SRagland@keker.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>; Priya Patel <priya@ccijustice.org>; Tess Borden <tess@prisonlaw.com>; Laura Lind <LLind@keker.com>
**Subject:** RE: [EXTERNAL] RE: Ruiz v. ICE - appointment of monitor

**[EXTERNAL]**

Cody and Team:

Confirming that filing our proposals at the same time today works for Defendants, although the parties would need to do so one hour later than you proposed, at 5:00 p.m. PT.  Please let me know if that works for you.

Thanks,
Savith

Savith Iyengar | Assistant U.S. Attorney
450 Golden Gate Avenue, Ninth Floor
San Francisco, CA 94102
savith.iyengar@usdoj.gov
(415) 436-7018 (office)
(415) 912-6455 (cell)

---

**From:** Iyengar, Savith (USACAN)
**Sent:** Monday, February 23, 2026 6:38 PM
**To:** 'Cody S. Harris' <CHarris@keker.com>
**Cc:** Steven Ragland <SRagland@keker.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>; Priya Patel <priya@ccijustice.org>; Tess Borden <tess@prisonlaw.com>; Laura Lind <LLind@keker.com>
**Subject:** RE: [EXTERNAL] RE: Ruiz v. ICE - appointment of monitor

Hi Cody,

2

Defendants have been meeting and conferring in good faith about the candidates, and proposed their five candidates as alternatives to the one candidate Plaintiffs proposed with the understanding that Plaintiffs would let us know if there's any further information we can provide to help us reach a consensus. To that end, we promptly responded with contact information for one of our candidates when Plaintiffs requested it.

With respect to each candidate, we've been guided by the Court's direction in the order requiring a "qualified, independent, third-party monitor." For that reason, Defendants have concerns about Dr. Stern having been retained by plaintiffs or adverse to government defendants in most of the cases in which he's served as an expert. Of significance, in one of those cases, a district court discounted Dr. Stern's methodology as both based on a limited sample size and not based on accepted national detention standards. *See Dockery v. Hall*, 443 F. Supp. 3d 726, 738–39 (S.D. Miss. 2019). With respect to Plaintiffs' additional three candidates, Defendants have been working in good faith to evaluate them, but Plaintiffs only proposed them over the weekend. Defendants share similar concerns, though, as Dr. Anandkumar appears to have limited experience, which is also primarily plaintiff-side or adverse to government defendants, and Dr. Sadacharan and Dr. Kariko appear to have little or no experience serving as monitors. Dr. Sadacharan also appears to have limited experience as a medical expert, and was also cited as being retained to contribute to a recent report alleging "Preventable Deaths in U.S. Immigration Detention." For these reasons, Defendants have not been able to agree that these candidates are consistent with the Court's order for a "qualified, independent, third-party monitor."

With respect to Defendants' proposed order, which has not yet been finalized, we expect that — barring agreement on a candidate — it will list Defendants' candidates and mirror the terms of the Court's order defining the scope of the external monitor (i.e., that Defendants will provide access to the External Monitor for a period of 120 days, subject to renewal by court order, to ensure compliance with Paragraph (1) of the Order and the provision of constitutionally adequate health care; the External Monitor will ensure compliance with the Order and will monitor its implementation, including through review of medical records and on-site inspection and interviews with patients and staff; and Defendants will pay the External Monitor's reasonable rate).

With respect to our meet-and-confer process, we disagree with your continued characterization of the Court's directions at the February 6 hearing, but in any event, the Court's order resolves all doubt as to that issue. *See* ECF No. 72 at 3:9–12. We also disagree that our request for a written meet-and-confer process is driven by an isolated incident, and believe that a written record will help the parties avoid multiple disputes here and in the future. Indeed, there are often challenges where only one counsel attends for one side, and multiple counsel attend for the other. Even counsel acting in good faith can have "different memories and recollections" of the same discussions. For example, Plaintiffs' counsel here submitted a declaration conveying an impression of the parties' last telephonic discussion that Defendants' counsel expressly disputes (i.e., whether Defendants' counsel ever mentioned a potential motion to transfer on that call). As another example, Plaintiffs' counsel emailed Plaintiffs' proposed order to the Court without mentioning that Defendants' counsel had <u>not</u> approved it as to form, apparently based on Plaintiffs' misimpression that the Court had orally permitted Plaintiffs to "not make a representation about your agreement as to the form of the proposed order because we did not know the extent of any outstanding disagreement," as stated in your separate email to me. In fact, the Court required Plaintiffs to "make sure" Defendants' counsel approved the proposed order as to form "before you submit it to me," which meant — at the very least — to state that it had <u>not</u> been approved as to form at the time of submission. *See* Tr. 171:14–18 ("That requires you to submit to me a revised form of order,

3

show it to Mr. Iyengar before you submit it to me to make sure — and this is only for his approval as to form, not as to content, but as to form, that it matches what I said I was going to do.").

All that said, we're happy to continue meeting and conferring here if it would be helpful in reaching a consensus about one of our proposed candidates, and also welcome any information you can provide about your objections to our candidates. And finally, with respect to filing our proposals at the same time tomorrow — 4:00 p.m. PT — I think it's generally fine for the parties to file at the same time, but I'll need to confirm that the specific time you proposed works for Defendants, and not a later one.

Thanks,
Savith

Savith Iyengar | Assistant U.S. Attorney
450 Golden Gate Avenue, Ninth Floor
San Francisco, CA 94102
savith.iyengar@usdoj.gov
(415) 436-7018 (office)
(415) 912-6455 (cell)

---

**From:** Cody S. Harris <CHarris@keker.com>
**Sent:** Monday, February 23, 2026 1:16 PM
**To:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Cc:** Steven Ragland <SRagland@keker.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>; Priya Patel <priya@ccijustice.org>; Tess Borden <tess@prisonlaw.com>; Laura Lind <LLind@keker.com>
**Subject:** RE: [EXTERNAL] RE: Ruiz v. ICE - appointment of monitor

Savith:

I write to follow up on your candidates and discuss next steps.

First, Plaintiffs do not consent to the five individuals you identified in your February 20 email. Although we would ordinarily propose a call to discuss our reasons, you have refused to hold telephonic meet-and-confer calls with us, and your written correspondence provided no reasons whatsoever for Defendants' rejection of Dr. Marc Stern. In light of Defendants' refusal to consent to Dr. Stern's appointment, we provided three additional candidates for Defendants' consideration on February 21. As Tess Borden wrote, we ask that you provide a response on those three additional candidates by tomorrow at 9:00 AM.

Second, you stated that you will not be "submitting a proposed order jointly with plaintiffs." Please confirm whether Defendants will be submitting their own proposed order. If you will be, we request that Defendants share that proposed order with us by COB today. As you know, in accordance with the Court's understanding that the parties would meet and confer in good faith, *see* Hr'g Tr. at 52:21-53:3, 62:17-25 (Feb. 6, 2026), Plaintiffs provided you with a draft proposed order on February 19. We request the same courtesy.

Third, I want to make clear that your refusal to meet and confer by telephone is counterproductive and, we believe, contrary to the Court's expectations. The parties have previously conducted productive meet-and-confer calls over the phone. Your email's reference to "different memories and recollections" quotes an email that I sent on February 9 about the parties' different recollections of the Court's ruling regarding when the parties should hold a Rule 26(f) conference. The parties could not discuss those recollections because you refused to telephonically meet-and-confer with us about that proposed order. Having differing recollections of a single point in a 4.5-hour hearing, without the benefit of a transcript, is hardly grounds to refuse to speak to opposing counsel from that point forward. And it bears noting that Plaintiffs' recollection of that hearing was correct. *See* Hr'g Tr. at 174:16-176:10.

Finally, for the convenience of the Court, **we propose that the parties file their respective proposals tomorrow at 4:00 PM Pacific**. The Court has appreciated earlier filings, and it would give the parties time to provide the Court with courtesy printed copies as well. Please let us know if you are amenable to that schedule.

Regards,

Cody

---

**Cody S. Harris**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2294 direct | 415 391 5400 main
charris@keker.com | vcard | keker.com

---

**From:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Sent:** Monday, February 23, 2026 7:00 AM
**To:** Tess Borden <tess@prisonlaw.com>
**Cc:** Steven Ragland <SRagland@keker.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Cody S. Harris <CHarris@keker.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>; Priya Patel <priya@ccijustice.org>
**Subject:** Re: [EXTERNAL] RE: Ruiz v. ICE - appointment of monitor

**[EXTERNAL]**

Thank you Tess. Here's Dr. Thomas's contact information:

> **DAVID L. THOMAS, MD, JD, EDD**
> 5938 Tidewood Avenue
> Sarasota. FL. 34231
> Telephone: 954-732-0294
> Facsimile: 954-262-2250
> Email: DThomasmdjdedd@gmail.com

Thanks,
Savith

**From:** Tess Borden <tess@prisonlaw.com>
**Sent:** Saturday, February 21, 2026 7:00:26 PM
**To:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Cc:** Steven Ragland <SRagland@keker.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Cody S. Harris <CHarris@keker.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>; Priya Patel <priya@ccijustice.org>
**Subject:** RE: [EXTERNAL] RE: Ruiz v. ICE - appointment of monitor

Savith,

In addition to Dr. Stern, we have three proposed monitors for your consideration:
- Dr. Sara Kariko, MD, MPH
- Dr. Muthusamy Anandkumar, MD, MBA, CHCQM, FABQAURP, CCHP
- Dr. Radha Sadacharan, MD, MPH, FAAFP

Please find their CVs attached.

We will provide you our final position on your proposed candidates by Monday morning. Given the time sensitivity, we are providing you these additional candidate names now. We ask that you let us know by Tuesday at 9am if you will consent to any of these three. We remain available to discuss our proposals Monday or this weekend.

Best,
Tess

**Tess Borden**
Supervising Staff Attorney*
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710
(510) 280-2623
tess@prisonlaw.com
*Pronouns: she/her*
*Registered Legal Aid Attorney; MJP No. 805022

---

**From:** Tess Borden <tess@prisonlaw.com>
**Sent:** Friday, February 20, 2026 3:50 PM
**To:** 'Iyengar, Savith (USACAN)' <Savith.Iyengar@usdoj.gov>
**Cc:** 'Steven Ragland' <SRagland@keker.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; 'Cody S. Harris' <CHarris@keker.com>; 'Lisa C. Lu' <LLu@keker.com>; 'Carlos C. Martinez' <CMartinez@keker.com>; 'Carmen Iguina Gonzalez' <ciguinagonzalez@aclu.org>; 'Priya Patel' <priya@ccijustice.org>
**Subject:** RE: [EXTERNAL] RE: Ruiz v. ICE - appointment of monitor

Savith,

I'm confirming receipt of your email.

The CV for Dr. Thomas does not contain contact information. Would you please send that as soon as possible?

Tess

**From:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Sent:** Friday, February 20, 2026 3:02 PM
**To:** Tess Borden <tess@prisonlaw.com>
**Cc:** Steven Ragland <SRagland@keker.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Cody S. Harris <CHarris@keker.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>; Priya Patel <priya@ccijustice.org>
**Subject:** RE: [EXTERNAL] RE: Ruiz v. ICE - appointment of monitor

Hi Tess,

Thank you for your message, and thanks to you and Steven for participating in this meet and confer process regarding the selection of the external monitor.

Defendants do not agree with Dr. Stern's selection, and instead propose the following five individuals for discussion:

    Dr. David L. Thomas, MD, JD, EdD
    Dr. Jane Leonardson, MD, CCHP
    Dr. Carl Keldie, MD, CCHP
    Dr. Randall Stoltz, MD, CPI, CCHP
    Dr. David Mathis, MD, CCHP-P, FAAFP

Their CVs are attached. Please let me know by Monday at noon whether plaintiffs consent to any of these individuals instead of Dr. Stern.

Thereafter, the parties can separately present their proposal(s) to the Court on Tuesday, including attaching the CV(s) of their proposed candidate(s) and submitting an appropriate proposed order with their candidate(s). Defendants will not be submitting a proposed order jointly with plaintiffs. And as before, given the importance of having a clear record of what the parties' respective positions are (and prior history of "different memories and recollections" of oral discussions), we require that meet and confers occur in writing (to the extent necessary beyond determining whether plaintiffs agree to any of defendants' five proposed candidates).

Thanks,
Savith

Savith Iyengar | Assistant U.S. Attorney
450 Golden Gate Avenue, Ninth Floor
San Francisco, CA 94102
savith.iyengar@usdoj.gov
(415) 436-7018 (office)
(415) 912-6455 (cell)

**From:** Tess Borden <tess@prisonlaw.com>
**Sent:** Thursday, February 19, 2026 7:27 PM
**To:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>

**Cc:** Steven Ragland <SRagland@keker.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Cody S. Harris <CHarris@keker.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>; Priya Patel <priya@ccijustice.org>
**Subject:** [EXTERNAL] RE: Ruiz v. ICE - appointment of monitor

Savith,

As Steven noted, we have prepared a proposed order of appointment for the external monitor, which I attach here.

Would you please confirm receipt of this email and let us know if you will provide your position as to Dr. Stern by COB tomorrow and your comments on the proposed order by noon Monday, as Steven requested below? So we can arrange our schedules, please let us know when you are available Monday to conduct the meet and confer required by the Court's February 10 order.

Thank you,
Tess

**Tess Borden**
Supervising Staff Attorney*
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710
(510) 280-2623
tess@prisonlaw.com
*Pronouns: she/her*
*Registered Legal Aid Attorney; MJP No. 805022

---

**From:** Steven Ragland <SRagland@keker.com>
**Sent:** Wednesday, February 18, 2026 5:19 PM
**To:** Iyengar, Savith (USACAN) <savith.iyengar@usdoj.gov>
**Cc:** Margot Mendelson <mmendelson@prisonlaw.com>; tess@prisonlaw.com; Patrick Booth <patrick@prisonlaw.com>; Cody S. Harris <CHarris@keker.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>; Priya Patel <priya@ccijustice.org>
**Subject:** Ruiz v. ICE - appointment of monitor

Savith:
As you know, we need to present our proposal regarding selection of the external monitor to the Court by Tuesday of next week. To that end, we propose that Dr. Marc Stern be appointed as the monitor in this matter. His c.v. is attached. Please let us know no later than close of business this Friday, February 20, if you consent to Dr. Stern. If not, by COB Friday, please tell us why, whether you plan to propose any other candidates for the role, and, if so, who that will be.
We are preparing a proposed order of appointment for the external monitor to accompany the recommendation of the particular individual to serve. We will provide that to you by this Friday morning and ask that you provide us any comments by noon on Monday, February 23 and that we schedule a meet and confer call for that afternoon so we can discuss and try to work through any issues. We suggest 3 pm or thereafter but can also be available that morning if you can provide us comments before noon.
Thank you for your attention to this matter.

Regards,
--Steven

**Steven P. Ragland**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1890
+14157736604 direct | 415 391 5400 main
sragland@keker.com | vcard | keker.com