| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>STEVEN P. RAGLAND - # 221076<br>sragland@keker.com<br>CODY S. HARRIS - # 255302<br>charris@keker.com<br>CARLOS C. MARTINEZ - # 354616<br>cmartinez@keker.com<br>LISA C. LU - # 364259<br>llu@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188<br><br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>PRIYA ARVIND PATEL - # 295602<br>priya@ccijustice.org<br>MARIEL VILLARREAL - # 317048<br>mariel@ccijustice.org<br>1999 Harrison Street #1800<br>Oakland, California 94612<br>Tel: (650) 762-8990 | PRISON LAW OFFICE<br>MARGOT MENDELSON - # 268583<br>mmendelson@prisonlaw.com<br>TESS BORDEN - MJP # 805022, *pro hac vice*<br>tess@prisonlaw.com<br>PATRICK BOOTH - # 328783<br>patrick@prisonlaw.com<br>ALISON HARDY - # 135966<br>ahardy@prisonlaw.com<br>RANA ANABTAWI - # 267073<br>rana@prisonlaw.com<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Tel.: (510) 280-2621<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>KYLE VIRGIEN - # 278747<br>kvirgien@aclu.org<br>FELIPE HERNANDEZ - # 338468<br>npp_fhernandez@aclu.org<br>MARISOL DOMINGUEZ-RUIZ - # 345416<br>mdominguez-ruiz@aclu.org<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>Tel.: (415) 343-0770<br><br>CARMEN IGUINA GONZALEZ - # 277369<br>ciguinagonzalez@aclu.org<br>915 15th Street, NW, 7th Floor<br>Washington, DC 20005<br>Tel.: (202) 393-4930 |

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS | Case No. 3:25-cv-09757-MMC<br><br>**DECLARATION OF TESS BORDEN IN SUPPORT OF SECOND NOTICE OF NONCOMPLIANCE WITH COURT'S DECEMBER 22, 2025 ORDER RESOLVING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Judge:     Hon. Maxine M. Chesney<br><br>Date Filed:  November 12, 2025 |

| | |
|---|---|
| 1 | ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, |
| | Defendants. |

I, Tess Borden, declare:

1. I am a supervising staff attorney at the Prison Law Office, co-counsel of record for Plaintiffs in this matter. I am admitted to the New York Bar, am registered by the State Bar of California as a Registered Legal Aid Attorney through the Multijurisdictional Practice Program, and appear *pro hac vice* in this matter. I submit this declaration in support of the Second Notice of Noncompliance with Court's December 22, 2025 Order Resolving Plaintiffs' Motion for Temporary Restraining Order. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto under oath, I could competently do so.

2. Due to the urgency of this notice, Plaintiffs' counsel were unable to collect a wet signature on the declaration of Fernando Viera Reyes. Instead, on February 26, 2026, I conducted a call with Fernando Viera Reyes. During that call, Mr. Viera Reyes's declaration was completed and read to him. He confirmed, under penalty of perjury, that the contents were true and correct and gave me permission to affix his electronic signature to the declaration and file it in this matter. His declaration is filed as Declaration of Fernando Viera Reyes in Support of Second Notice of Noncompliance with Court's December 22, 2025 Order Resolving Plaintiffs' Motion for Temporary Restraining Order.

3. On February 26, 2026, at 12:49 p.m., I emailed counsel for Defendants, Savith Iyengar, about Plaintiffs' concerns regarding Defendants' noncompliance with the joint stipulation and order resolving Plaintiffs' motion for a temporary restraining order with respect to Named Plaintiff Fernando Viera Reyes. I reminded Mr. Iyengar that under paragraphs 4(c) and 4(d) of the stipulated order, Defendants were required to ensure Mr. Viera Reyes saw a urologist to obtain a biopsy and ensure timely compliance with all follow-up orders from the urologist and, if indicated, timely access to an appropriate oncologist. I reminded him that we had previously brought Defendants' noncompliance with these provisions of the order to his and the Court's attention, *see* ECF No. 62, and laid out the ways in which Defendants had continued to be noncompliant. I concluded: "We remain extraordinarily concerned that Mr. Viera Reyes' diagnosis could prove fatal unless urgent and time-sensitive treatment is immediately provided. Please let us know by close of business today whether and on what dates a PSMA PET scan and

oncology appointment are scheduled for Mr. Viera Reyes and when he will actually begin treatment for his cancer." At 1:18 p.m., Mr. Iyengar confirmed receipt and wrote "I've followed up internally.  I'll get back to you as soon as possible." At 7:20 p.m., Mr. Iyengar responded further that "the agency has been actively looking into these issues and should be able to respond tomorrow," but provided no substantive details on why Mr. Viera Reyes has not yet received the PSMA PET scan or oncology appointment or when any treatment of his cancer might begin. Attached hereto as Exhibit A is a true and correct copy of this email correspondence.

4. As described in Plaintiffs' first Notice of Noncompliance, ECF No. 62, Mr. Viera Reyes received a biopsy on January 7, 2026 and had a follow-up urology appointment ordered for February 2, 2026. Defendants failed to transport Mr. Viera Reyes to that appointment. After Plaintiffs brought this to Defendants' attention, on February 5, Mr. Iyengar informed us that the appointment had been rescheduled for March 3. *Id.* On February 6, 2026, Mr. Iyengar wrote to Plaintiffs' counsel that "Mr. Viera Reyes's appointment was missed because CCDF did not properly enter the follow up appointment into ICE's internal system.  Without that entry, the transport process for Mr. Viera Reyes was not triggered.  Once the issue was identified, corrective steps were taken to reduce the possibility of similar errors in the future." Ex. A. After Plaintiffs' Counsel – and the Court at the February 6, 2026 hearing, Hr'g Tr. 9:3-5 (Feb. 6, 2026) – informed Mr. Iyengar that March 3 was too late, Mr. Viera Reyes was rescheduled for a urology appointment on February 12, 2026. Ex. A.

5. On February 13, 2026, the California City medical records clerk sent my colleague, Rana Anabtawi, records for Mr. Viera Reyes, responsive to her request. I have personally reviewed the pages of those records containing the biopsy results. The Surgical Pathology Report, which describes the results of the January 7, 2026 prostate biopsy samples, is electronically signed by the Chair of the Kern Medical Center's Department of Pathology with a signature date of January 9, 2026. I understand this means that his results were available just two days after the biopsy was completed.

6. The records I reviewed show the biopsy results of "adenocarcinoma" and Gleason scores of 8 and 9. On February 12, 2026, Mr. Viera Reyes called my office after returning from

2

1  the urology appointment and I spoke with him directly. He told me that this was the first time he
2  had received his biopsy results and that he understood he definitely had cancer.
3       7.    I have also reviewed the pages of Mr. Viera Reyes's records sent to Ms. Anabtawi
4  on February 13, 2026 that say the urologist recommended he receive a PSMA PET scan. My
5  understanding as a lay person is that PET scans are generally performed to determine whether
6  cancer has metastasized and, if so, to what extent.
7       8.    On February 23, 2026, the California City medical records clerk sent me additional
8  updated records for Mr. Viera Reyes. Ms. Anabtawi personally reviewed all of those records
9  dated after February 12, 2026 and informed me that there is no indication of a PET scan having
10 been discussed or ordered by medical staff at California City. I have personally reviewed pages of
11 those records that show a referral to oncology with a "hold for"/"requested for" date of today,
12 February 26, 2026, with a status of "need information – financial authorization."
13      9.    I also spoke to Mr. Viera Reyes today, February 26, 2026, at approximately 2 p.m.
14 to complete his concurrently filed declaration. He told me that he has not yet received a PET scan
15 or seen an oncologist.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 26th day of February, 2026, at San Francisco, California.

_____
TESS BORDEN

# Exhibit A

|         |                                                                                                                                                     |
|---------|-----------------------------------------------------------------------------------------------------------------------------------------------------|
| **From:**    | Iyengar, Savith (USACAN)                                                                                                                        |
| **To:**      | Tess Borden; Steven Ragland; Cody S. Harris                                                                                                     |
| **Cc:**      | Margot Mendelson; Patrick Booth; Carmen Iguina Gonzalez; Lisa C. Lu; Carlos C. Martinez; Priya Patel                                           |
| **Subject:** | RE: [EXTERNAL] RE: Ruiz v. U.S. Immigration & Customs Enforcement - Fernando Viera Reyes                                                        |
| **Date:**    | Thursday, February 26, 2026 7:20:17 PM                                                                                                          |

**[EXTERNAL]**



Tess and team: I wanted to reiterate that the agency has been actively looking into these issues and should be able to respond tomorrow. I'll make sure to provide further information as soon as I have it.

Thank you,
Savith

Savith Iyengar | Assistant U.S. Attorney

450 Golden Gate Avenue, Ninth Floor

San Francisco, CA 94102

savith.iyengar@usdoj.gov

(415) 436-7018 (office)

(415) 912-6455 (cell)

**From:** Iyengar, Savith (USACAN)
**Sent:** Thursday, February 26, 2026 1:18 PM
**To:** 'Tess Borden' <tess@prisonlaw.com>; Steven Ragland <SRagland@keker.com>; Cody S. Harris <CHarris@keker.com>
**Cc:** Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Carmen Iguina Gonzalez <CIguinaGonzalez@aclu.org>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>; Priya Patel <priya@ccijustice.org>
**Subject:** RE: [EXTERNAL] RE: Ruiz v. U.S. Immigration & Customs Enforcement - Fernando Viera Reyes

Tess — confirming receipt and that I've followed up internally. I'll get back to you as soon as possible.

Thanks,
Savith

Savith Iyengar | Assistant U.S. Attorney

450 Golden Gate Avenue, Ninth Floor
San Francisco, CA 94102
savith.iyengar@usdoj.gov
(415) 436-7018 (office)
(415) 912-6455 (cell)

---

**From:** Tess Borden <tess@prisonlaw.com>
**Sent:** Thursday, February 26, 2026 12:49 PM
**To:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>; Steven Ragland <SRagland@keker.com>; Cody S. Harris <CHarris@keker.com>
**Cc:** Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Carmen Iguina Gonzalez <CIguinaGonzalez@aclu.org>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>; Priya Patel <priya@ccijustice.org>
**Subject:** [EXTERNAL] RE: Ruiz v. U.S. Immigration & Customs Enforcement - Fernando Viera Reyes

Savith,

I'm writing yet again about delays in care for our two clients who are the subject of the Court's TRO.

**Fernando Viera Reyes**

As you know, on December 22, 2025, the Court ordered Defendants to (1) ensure that Fernando Viera Reyes saw a urologist to obtain a biopsy, and (2) ensure timely compliance with all follow-up orders from the urologist and, if indicated, timely access to an appropriate oncologist. ECF 36 ¶ 4(c)-(d). Defendants failed to ensure the biopsy was performed in a timely manner and only scheduled it for January 7, 2026 after we wrote to you about the noncompliance.

Mr. Viera Reyes finally received a biopsy on January 7. However, for unexplained reasons, he and California City did not timely receive copies of the biopsy results, so that Mr. Viera Reyes was left for over a month with the knowledge that someone knew if he had prostate cancer but he did not.

The urologist ordered Mr. Viera Reyes to return for follow-up care on February 2, but Defendants failed to transport Mr. Viera Reyes to that appointment. Instead, when we brought this further noncompliance to your and the Court's attention, Defendants acknowledged their noncompliance and scheduled Mr. Viera Reyes for a follow-up on March 3. As the Court expressed at the February 6 hearing, this was too late. Finally, Defendants rescheduled Mr. Viera Reyes for an appointment on February 12, but did not obtain his biopsy results before then.

Mr. Viera Reyes was seen by the urologist on February 12 and was told the devastating results of his biopsy: he has a very aggressive and high-risk cancer, with Gleason scores of 8 and 9. Unfortunately, it appears that the February 12 urology notes are not in California City's possession as of earlier this week. Instead, non-comprehensive discharge notes were returned to the facility with Mr. Viera

Reyes. These notes show that the urologist recommended that a PSMA PET scan be completed. As you likely know, a PET scan is necessary to determine whether and to what extent cancer has metastasized and spread. As noted by Dr. Todd Wilcox in his expert declarations, a November 2025 CT scan of Mr. Viera Reyes's spine during an ER visit raised concerns about metastatic cancer to the bone.

Mr. Viera Reyes has not received any follow-up care for his now-diagnosed prostate cancer since February 12. In fact, as of February 23, his records contain no mention or order for a PSMA PET scan, and show a referral to oncology that was flagged with a "hold for" date of today "pending financial authorization." Dr. Wilcox has explained in his declarations that these notes do not in fact indicate that the appointment has been scheduled. Indeed, we spoke with our client today and he has not been sent for an oncology appointment or for a PSMA PET scan, nor has any medical staff told him that those appointments have been scheduled.

In sum, seven weeks after the biopsy and two weeks after Mr. Viera Reyes' rescheduled urology appointment, no action appears to have been taken to ensure he receives the ordered radiology scan or the indicated oncology visit, both of which are required by Court order. Instead, Mr. Viera Reyes continues to use a catheter and to be unable to urinate on his own, to experience excruciating pain, and to be very weak and fatigued. He told us this morning that his stool is hard and yellow, the same color as urine. He reports that he continues to lose weight, which we raised for you on February 3 in the email thread below, and that he has now lost another four pounds despite eating, which brings his total weight loss to 29 pounds since he arrived at California City.

**We remain extraordinarily concerned that Mr. Viera Reyes' diagnosis could prove fatal unless urgent and time-sensitive treatment is immediately provided. Please let us know by close of business today whether and on what dates a PSMA PET scan and oncology appointment are scheduled for Mr. Viera Reyes and when he will actually begin treatment for his cancer.**

**Yuri Roque Campos**

As you know, Yuri Roque Campos was also the subject of the Court's TRO based on his serious heart condition. Mr. Roque Campos decided to agree to self-deportation to try to get the medical treatment he needed in his home country. He was removed from California City this past Saturday. He was taken to a facility in Arizona and then on Monday to the Pine Prairie ICE Processing Center in Louisiana, where he remains awaiting removal to Guatemala.

Mr. Roque has a number of heart medications that were ordered by the cardiologist, which he takes daily. Yesterday afternoon, he told us that he had received none of the cardiologist-ordered medications since leaving California City.

As you know, the TRO also requires Defendants to ensure timely compliance for all follow-up orders for treatment and medication directed by the cardiologist. The TRO does not limit this provision of care to California City, and Mr. Roque Campos remains in Defendants' custody at Pine Prairie.

**Please ensure that Mr. Roque Campos receives his cardiologist-ordered medication daily so long**

**as he remains in Defendants' custody. Please provide us a substantive update by close of business today.** Our understanding is also that ICE detainees are supposed to be released with enough medication to ensure continuity of care. Please ensure that when Mr. Roque Campos is finally taken to Guatemala, he is released with enough medication.

Thank you,
Tess

---

**From:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Sent:** Wednesday, February 11, 2026 6:23 PM
**To:** Steven Ragland <SRagland@keker.com>; Cody S. Harris <CHarris@keker.com>
**Cc:** Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Carmen Iguina Gonzalez <CIguinaGonzalez@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Laura Lind <LLind@keker.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>
**Subject:** RE: Ruiz v. U.S. Immigration & Customs Enforcement - Fernando Viera Reyes

Hi Steven,

I've received the following information, which for security reasons is being provided for <u>attorneys' eyes only</u> and cannot be shared with Mr. Viera Reyes: Mr. Viera Reyes has been scheduled for a follow-up urology appointment with Kern Medical Center tomorrow morning.

Thank you,
Savith

Savith Iyengar | Assistant U.S. Attorney
450 Golden Gate Avenue, Ninth Floor
San Francisco, CA 94102
savith.iyengar@usdoj.gov
(415) 436-7018 (office)
(415) 912-6455 (cell)

---

**From:** Iyengar, Savith (USACAN)
**Sent:** Tuesday, February 10, 2026 3:21 PM
**To:** 'Steven Ragland' <SRagland@keker.com>; Cody S. Harris <CHarris@keker.com>
**Cc:** Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Carmen Iguina Gonzalez <CIguinaGonzalez@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Laura Lind <LLind@keker.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>

**Subject:** RE: Ruiz v. U.S. Immigration & Customs Enforcement - Fernando Viera Reyes

Hi Steven,

Confirming receipt, and that I'll respond as soon as I have information.

Thanks,
Savith

Savith Iyengar | Assistant U.S. Attorney
450 Golden Gate Avenue, Ninth Floor
San Francisco, CA 94102
savith.iyengar@usdoj.gov
(415) 436-7018 (office)
(415) 912-6455 (cell)

---

**From:** Steven Ragland <SRagland@keker.com>
**Sent:** Tuesday, February 10, 2026 3:10 PM
**To:** Cody S. Harris <CHarris@keker.com>; Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Cc:** Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Carmen Iguina Gonzalez <CIguinaGonzalez@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Laura Lind <LLind@keker.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>
**Subject:** [EXTERNAL] RE: Ruiz v. U.S. Immigration & Customs Enforcement - Fernando Viera Reyes

Savith,
 I'm writing to follow up on the specialty care required by Court order for Fernando Viera Reyes, as discussed further on Friday at the hearing. Please provide us an update *no later than Thursday, February 12,* on the efforts Defendants have made since last week to obtain the biopsy results and a follow-up urology appointment before March 3 (which, as you acknowledged at the hearing, is an unacceptably long time away).
 At this time, we ask that Defendants ensure the following:

1. Confirm that Mr. Viera Reyes is scheduled for a follow-up urology appointment at Kern Medical Center to occur by Friday, February 13, even if that appointment must be done via phone or video rather than in-person, **or**

1. If Defendants cannot schedule an appointment to occur by February 13, (a) provide evidence of the efforts Defendants took since February 2 to schedule the appointment and the reasons it was not possible, (b) by February 13, ensure that the biopsy results

are provided to Mr. Viera Reyes and he has an opportunity to discuss them with a doctor at California City by this date and any referrals for an oncologist, if needed, are initiated, and (c) ensure that he is scheduled for follow-up urology no later than February 20.

We understand that the particular urologist who saw Mr. Viera Reyes last may be away until later this month. If it is not possible to schedule with that provider, we ask that Mr. Viera Reyes be scheduled with another urologist in the same practice at Kern Medical Center, which appears to have at least seven urology doctors on staff. Regarding obtaining the biopsy results, our experience is that Kern Medical Center does indeed answer the phone and has an email address for records requests. Additionally, we expect that pathology reports will be made available in person if made by the appropriate requestor.

We remain available to discuss if you have any questions.

Regards,

--Steven

---

**From:** Cody S. Harris <CHarris@keker.com>
**Sent:** Friday, February 6, 2026 8:17 AM
**To:** Savith Iyengar <Savith.Iyengar@usdoj.gov>
**Cc:** Steven Ragland <SRagland@keker.com>; Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Carmen Iguina Gonzalez <CIguinaGonzalez@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Laura Lind <LLind@keker.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>
**Subject:** Re: Ruiz v. U.S. Immigration & Customs Enforcement - Fernando Viera Reyes

Savith,

There is nothing in the below that is confidential, much less AEO, and we have no obligation to maintain it as such.

Regards,

Cody

> On Feb 6, 2026, at 7:51 AM, Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov> wrote:
>
> **[EXTERNAL]**
>
> Hi Cody and Steven,
>
> Please see the following responses to your questions, which contain protected

health information and are therefore being provided for <u>attorneys' eyes only</u>.

Mr. Viera Reyes's appointment scheduled for February 2, 2026 was missed because CCDF did not properly enter the follow up appointment into ICE's internal system. Without that entry, the transport process for Mr. Viera Reyes was not triggered. Once the issue was identified, corrective steps were taken to reduce the possibility of similar errors in the future.

The medical records clerk began requesting the biopsy results by phone at the beginning of last week, on approximately January 26, 2026. Three requests have been made.

Thanks,
Savith

Savith Iyengar | Assistant U.S. Attorney
450 Golden Gate Avenue, Ninth Floor
San Francisco, CA 94102
savith.iyengar@usdoj.gov
(415) 436-7018 (office)
(415) 912-6455 (cell)

---

**From:** Iyengar, Savith (USACAN)
**Sent:** Thursday, February 5, 2026 10:33 AM
**To:** 'Cody S. Harris' <CHarris@keker.com>; Steven Ragland <SRagland@keker.com>
**Cc:** Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Carmen Iguina Gonzalez <CIguinaGonzalez@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Laura Lind <LLind@keker.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>
**Subject:** RE: Ruiz v. U.S. Immigration & Customs Enforcement - Fernando Viera Reyes

Hi Cody,

Confirming receipt of both questions, and that I'll respond as soon as I have information.

Thanks,

Savith

Savith Iyengar | Assistant U.S. Attorney

450 Golden Gate Avenue, Ninth Floor

San Francisco, CA 94102

savith.iyengar@usdoj.gov

(415) 436-7018 (office)

(415) 912-6455 (cell)

---

**From:** Cody S. Harris <CHarris@keker.com>
**Sent:** Thursday, February 5, 2026 9:45 AM
**To:** Steven Ragland <SRagland@keker.com>; Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Cc:** Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Carmen Iguina Gonzalez <CIguinaGonzalez@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Laura Lind <LLind@keker.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>
**Subject:** [EXTERNAL] RE: Ruiz v. U.S. Immigration & Customs Enforcement - Fernando Viera Reyes

Savith,

In addition to Steven's question, please also let us know *when* the staff requested Mr. Viera Reyes's biopsy results.

Cody

**Cody S. Harris**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2294 direct | 415 391 5400 main
charris@keker.com | vcard | keker.com

---

**From:** Steven Ragland <SRagland@keker.com>
**Sent:** Thursday, February 5, 2026 9:43 AM
**To:** Savith Iyengar <Savith.Iyengar@usdoj.gov>
**Cc:** Cody S. Harris <CHarris@keker.com>; Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>;

Carmen Iguina Gonzalez <CIguinaGonzalez@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Laura Lind <LLind@keker.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>
**Subject:** Re: Ruiz v. U.S. Immigration & Customs Enforcement - Fernando Viera Reyes

Savith-

What was the "internal scheduling error"? What does that mean? I assume that refers to an error at CCDF.

> On Feb 5, 2026, at 9:39 AM, Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov> wrote:
>
> **[EXTERNAL]**
>
> Hi Cody,
>
> Please see the following information, which contains protected health information and is therefore being provided for <u>attorneys' eyes only</u>. The response also contains details about Mr. Viera Reyes's upcoming appointment that cannot be shared with him for security reasons.
>
>> Mr. Viera Reyes was scheduled for a follow-up appointment with his urologist at Kern Medical Center on February 2, 2026, but this visit did not occur due to an internal scheduling error. The appointment was rescheduled for March 3, 2026, and efforts are underway to secure an earlier date if possible. The medical records department has also requested a copy of Mr. Viera Reyes's biopsy results; once received, Dr. Hooper, MD, will meet with Mr. Viera Reyes to review and discuss the findings. Dr. Hooper met with Mr. Viera Reyes on January 31, 2026, and assessed his current weight loss, bowel care, catheter, and bladder care. Medications were also ordered and follow-up care was scheduled at that time. The facility will continue to communicate directly with Mr. Viera Reyes and make efforts to obtain an earlier appointment.
>
> Thanks,
> Savith

Savith Iyengar | Assistant U.S. Attorney
450 Golden Gate Avenue, Ninth Floor
San Francisco, CA 94102
savith.iyengar@usdoj.gov
(415) 436-7018 (office)
(415) 912-6455 (cell)

---

**From:** Iyengar, Savith (USACAN)
**Sent:** Wednesday, February 4, 2026 9:44 AM
**To:** 'Cody S. Harris' <CHarris@keker.com>
**Cc:** Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Steven Ragland <SRagland@keker.com>; Patrick Booth <patrick@prisonlaw.com>; Carmen Iguina Gonzalez <CIguinaGonzalez@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Laura Lind <LLind@keker.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>
**Subject:** RE: Ruiz v. U.S. Immigration & Customs Enforcement - Fernando Viera Reyes

Cody, confirming receipt, and that I'll respond as soon as I have more information.

Thanks,
Savith

Savith Iyengar | Assistant U.S. Attorney
450 Golden Gate Avenue, Ninth Floor
San Francisco, CA 94102
savith.iyengar@usdoj.gov
(415) 436-7018 (office)
(415) 912-6455 (cell)

---

**From:** Cody S. Harris <CHarris@keker.com>
**Sent:** Tuesday, February 3, 2026 6:39 PM
**To:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Cc:** Tess Borden <tess@prisonlaw.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Steven Ragland <SRagland@keker.com>; Patrick Booth <patrick@prisonlaw.com>;

Carmen Iguina Gonzalez <CIguinaGonzalez@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Laura Lind <LLind@keker.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>
**Subject:** [EXTERNAL] Ruiz v. U.S. Immigration & Customs Enforcement - Fernando Viera Reyes

Savith,

I'm writing with concerns regarding your client's compliance with the TRO stipulation and order with respect to Fernando Viera Reyes. As you know, paragraph 4(d) of the order requires that Defendants "ensure timely compliance with all follow-up orders for treatment and medication directed by the urologist, including, if indicated, timely access to an appropriate oncologist and timely compliance with any follow-up orders directed by the oncologist."

On January 7, 2026, Mr. Viera Reyes finally received the biopsy required by paragraph 4(c) of the order at Kern Medical Center's urology practice. The discharge paperwork from that urology appointment states that Mr. Viera Reyes had a scheduled follow-up appointment for February 2, 2026 at 11:30am with the same urologist.

Mr. Viera Reyes was not transported to Kern Medical Center for his follow-up urology appointment yesterday.

We believe that Kern Medical Center has the biopsy results but that California City does not. Mr. Viera Reyes reports having asked California City's medical staff for his results, including most recently at an encounter with Dr. Hooper last weekend. Dr. Hooper confirmed the facility had not yet received the results.

Mr. Viera Reyes's health has drastically deteriorated over the last month. His medical records reflect he has lost 25 pounds since he arrived at California City, including 11 pounds since mid-December. He reported excruciating pain to Dr. Hooper, including extreme bladder/prostate pain. He reports that his catheter site is causing significant pain and his urine color is concerning; he needs to have his catheter changed and urine checked but was told to wait until he goes back to the urologist, the date of which is unknown. He also reported difficulty passing a bowel movement and requested stool softener and pain medication this weekend. As of this morning, he has nothing prescribed to manage his pain, not even Tylenol.

We ask that you look into this immediately and let us know: (1) the

results of his biopsy; (2) why Mr. Viera Reyes did not go to his scheduled urology appointment; and (3) when Mr. Viera Reyes will see the urologist for follow-up care.

Please confirm receipt of this email, and please provide an update by COB tomorrow.

Thank you for your attention to this urgent matter.

Regards,

Cody

**Cody S. Harris**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2294 direct | 415 391 5400 main
charris@keker.com | vcard | keker.com