KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
CARLOS C. MARTINEZ - # 354616
cmartinez@keker.com
LISA C. LU - # 364259
llu@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
PRIYA ARVIND PATEL - # 295602
priya@ccijustice.org
MARIEL VILLARREAL - # 317048
mariel@ccijustice.org
1999 Harrison Street #1800
Oakland, California 94612
Tel: (650) 762-8990

PRISON LAW OFFICE
MARGOT MENDELSON - # 268583
mmendelson@prisonlaw.com
TESS BORDEN - MJP # 805022, *pro hac vice*
tess@prisonlaw.com
PATRICK BOOTH - # 328783
patrick@prisonlaw.com
ALISON HARDY - # 135966
ahardy@prisonlaw.com
RANA ANABTAWI - # 267073
rana@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
KYLE VIRGIEN - # 278747
kvirgien@aclu.org
FELIPE HERNANDEZ - # 338468
npp_fhernandez@aclu.org
MARISOL DOMINGUEZ-RUIZ - # 345416
mdominguez-ruiz@aclu.org
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770

CARMEN IGUINA GONZALEZ - # 277369
ciguinagonzalez@aclu.org
915 15th Street, NW, 7th Floor
Washington, DC 20005
Tel.: (202) 393-4930

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS | Case No. 3:25-cv-09757-MMC<br><br>**DECLARATION OF FERNANDO VIERA REYES IN SUPPORT OF SECOND NOTICE OF NONCOMPLIANCE WITH COURT'S DECEMBER 22, 2025 ORDER RESOLVING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Judge:     Hon. Maxine M. Chesney<br><br>Date Filed: November 12, 2025 |

ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

Defendants.

I, Fernando Viera Reyes, declare as follows:

1. I, Fernando Viera Reyes, am currently detained at the California City Detention Facility. I have been here since late August 2025.

2. When I arrived at California City, I was afraid I had prostate cancer. However, I did not get a biopsy until January 7, 2026 at Kern Medical Center. I was very anxious to receive my results and asked the California City doctor about my results. However, I did not find out the results until February 12, when I saw a urologist at Kern Medical Center. Those five weeks of waiting were very stressful and difficult. I felt very worried and emotionally shut down while I waited for the results.

3. On February 12, the urologist told me the results. The biopsy found that I have prostate cancer, with Gleason scores of 8 - 9. The doctor explained to me that those scores were very bad and meant that the cancer was very aggressive. I understand that I am supposed to get a scan of my body and see an oncologist regarding my treatment. I have not gotten that scan or seen an oncologist. I have no idea when that will happen.

4. I have not received any treatment for prostate cancer. I do not know what kind of treatment I need. I do not know when I will begin to receive treatment.

5. I continue to experience a lot of pain and weakness. My pain is increasing. It's in my rectum, my stomach, my back, and my left leg. I have only been provided with Tylenol to manage the pain but this has not been enough to allow me to manage my pain. I am also getting tired and feeling fatigued more often. In the past two weeks, I have felt a lot more pain when I have tried to pass a bowel movement and it has been very difficult for me to do so. When I do, my bowel movement is hard and yellow, like the color of urine. I am using a catheter and cannot urinate without it. I also have a lot of pain in my left leg, which has made it difficult to put weight on that leg, and in my lower back, which also makes it hard for me to walk.

6. I continue to lose a lot of weight even though I am eating and not trying to lose weight. When I arrived at California City in late August 2025, I weighed around 225 pounds. On February 25, 2026, I was weighed at the facility and I weighed 196 pounds. I am very worried about all of the weight that I am losing. I still have not had much of an appetite but I am forcing

myself to eat so that I can get some nutrition for my body. I submitted a request for liquid nutritional supplements recently, because I have been worried about all of the weight that I have lost, and I talked to Dr. Hooper about my request, but I have not received the supplements yet.

7. I am afraid that I will die at California City if I do not get the medical care that I need urgently. I believe that if it were not for the Court, I wouldn't have even received the biopsy. I am scared that without the Court's help, I won't get any cancer treatment at all.

I, Fernando Viera Reyes, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is telephonically completed and executed on February 26, 2026 at California City, California.

*/s/ Fernando Viera Reyes*
FERNANDO VIERA REYES