1  Dana M. Keene, CA Bar #324993
   Shannon L. Knorr, CA Bar #300399
2  STRUCK LOVE ACEDO, PLC
   3100 West Ray Road, Suite 300
3  Chandler, Arizona  85226
   Tel.:  (480) 420-1600
4  Fax:  (480) 420-1695
   dkeene@strucklove.com
5  sknorr@strucklove.com

6  Nicholas H. Rasmussen, Bar #285736
   McCORMICK, BARSTOW, SHEPPARD,
7  WAYTE & SMITH, LLP
   7647 North Fresno Street
8  Fresno, CA  93720
   Tel:  (559) 433-1300
9  Fax: (559) 433-2300
   nrasmussen@mccormickbarstow.com

Attorneys for Intervenor CoreCivic, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, et al., | Case No. 3:25-cv-09757-MMC |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING CORECIVIC, INC.'S EMERGENCY MOTION TO INTERVENE** |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Defendants, | |
| CORECIVIC, INC., | |
| Intervenor. | |

Upon review of CoreCivic, Inc.'s Emergency Motion to Intervene, and good cause having been shown, the Court finds that CoreCivic may intervene as of right for the limited purposes of appealing the Court's February 10, 2026 Order and moving for an emergency stay pending the appeal.  The Court further finds that CoreCivic, Inc. has an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest.  *See* Fed. R. Civ. P.

24(a).  The Court further finds that the existing parties cannot adequately represent CoreCivic's interests.

Therefore, CoreCivic, Inc.'s Motion is **GRANTED.**

**IT IS SO ORDERED.**

Dated:_____, 2026.

HON. MAXINE M. CHESNEY
United States District Judge