Dana M. Keene, CA Bar #324993
Shannon L. Knorr, CA Bar #300399
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dkeene@strucklove.com
sknorr@strucklove.com

Nicholas H. Rasmussen, Bar #285736
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & SMITH, LLP
7647 North Fresno Street
Fresno, CA  93720
Tel:  (559) 433-1300
Fax: (559) 433-2300
nrasmussen@mccormickbarstow.com

Attorneys for Intervenor CoreCivic, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　　　　　　　　Defendants.<br><br>CORECIVIC, INC.,<br><br>　　　　　　　　　　　Intervenor | Case No. 3:25-cv-09757-MMC<br><br>**INTERVENOR CORECIVIC, INC.'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP** |

　　　　Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date there is no conflict of interest (other than the named parties) to report.

1 | DATED this 3rd day of March, 2026.

STRUCK LOVE ACEDO, PLC

By /s/ Shannon L. Knorr
Dana M. Keene
Shannon L. Knorr

Nicholas H. Rasmussen
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

*Attorneys for Intervenor CoreCivic, Inc.*