Dana M. Keene, CA Bar #324993
Shannon L. Knorr, CA Bar #300399
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dkeene@strucklove.com
sknorr@strucklove.com

Nicholas H. Rasmussen, Bar #285736
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & SMITH, LLP
7647 North Fresno Street
Fresno, CA  93720
Tel:  (559) 433-1300
Fax: (559) 433-2300
nrasmussen@mccormickbarstow.com

Attorneys for Intervenor CoreCivic, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　　　　　　　Defendants.<br><br>CORECIVIC, INC.,<br><br>　　　　　　　　　　Intervenor | Case No. 3:25-cv-09757-MMC<br><br>**INTERVENOR CORECIVIC, INC.'S CORPORATE DISCLOSURE STATEMENT** |

　　　　Intervenor CoreCivic, Inc., by and through undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no public traded company owns 10% or more of its stock.

1 | DATED this 3rd day of March, 2026.

STRUCK LOVE ACEDO, PLC

By /s/ Shannon L. Knorr
　　Dana M. Keene
　　Shannon L. Knorr

　　Nicholas H. Rasmussen
　　MCCORMICK, BARSTOW, SHEPPARD,
　　WAYTE & CARRUTH LLP

*Attorneys for Intervenor CoreCivic, Inc.*