Dana M. Keene, CA Bar #324993
Shannon L. Knorr, CA Bar #300399
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dkeene@strucklove.com
sknorr@strucklove.com

Nicholas H. Rasmussen, Bar #285736
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & SMITH, LLP
7647 North Fresno Street
Fresno, CA  93720
Tel:  (559) 433-1300
Fax: (559) 433-2300
nrasmussen@mccormickbarstow.com

Attorneys for Intervenor CoreCivic, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　　　　　　Defendants,<br><br>CORECIVIC, INC.,<br><br>　　　　　　　　　Intervenor. | Case No. 3:25-cv-09757-MMC<br><br>**[PROPOSED] ORDER GRANTING CORECIVIC, INC.'S EMERGENCY MOTION TO STAY PENDING APPEAL** |

　　　Upon review of CoreCivic, Inc.'s Emergency Motion to Stay Pending Appeal, and good cause having been shown, the Court finds that CoreCivic has demonstrated that the Court's February 10, 2026 Order should be stayed pending appeal.  The Court further finds that CoreCivic has established the likelihood of success on the merits of an appeal, it would be irreparably harmed absent a stay pending appeal, and the balance of equities tip in favor of a stay pending appeal. *See Nken v. Holder*, 556 U.S. 418 (2009).

CoreCivic, Inc.'s Emergency Motion is therefore **GRANTED.**

It is **ORDERED** that only the February 10, 2026 Order is stayed pending final resolution of the appeal, and that the stay does not affect the transfer of this case.

Dated:_____, 2026.

HON. MAXINE M. CHESNEY
United States District Judge