1  Daniel P. Struck, Pro Hac Vice
   AZ Bar #012377
2  Dana M. Keene, CA Bar #324993
   Shannon L. Knorr, CA Bar #300399
3  STRUCK LOVE ACEDO, PLC
   3100 West Ray Road, Suite 300
4  Chandler, Arizona  85226
   Tel.:  (480) 420-1600
5  Fax:  (480) 420-1695
   dkeene@strucklove.com
6  sknorr@strucklove.com

7  Nicholas H. Rasmussen, Bar #285736
   McCORMICK, BARSTOW, SHEPPARD,
8  WAYTE & SMITH, LLP
   7647 North Fresno Street
9  Fresno, CA  93720
   Tel:  (559) 433-1300
10 Fax: (559) 433-2300
   nrasmussen@mccormickbarstow.com
11
   Attorneys for Intervenor CoreCivic, Inc.
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, et al., | Case No. 3:25-cv-09757-MMC |
| Plaintiffs, | **CORECIVIC INC.'S NOTICE OF MOTION AND MOTION FOR AN ORDER SHORTENING TIME RE: CORECIVIC'S EMERGENCY MOTION TO INTERVENE (DKT. 82) AND EMERGENCY MOTION TO STAY PROCEEDINGS PENDING APPEAL (DKT. 86)** |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Defendants, | |
| CORECIVIC, INC., | |
| Intervenor. | |

<u>**NOTICE OF MOTION AND MOTION**</u>

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Civil Local Rules 6-1(b) and 6-3, Intervenor CoreCivic, Inc. ("CoreCivic") requests that the Court (1) expedite the hearing date for CoreCivic's Emergency Motion to Intervene ("Motion to Intervene") (Dkt. 82) and Emergency Motion to Stay

1

1  Proceedings Pending Appeal ("Motion to Stay") (Dkt. 86) (collectively, ("Emergency Motions")
2  currently noticed for April 10, 2026, at 9:00 a.m., filed in conjunction with this Motion for an Order
3  Shortening Time, and (2) shorten the briefing schedule on CoreCivic's Emergency Motions.
4  CoreCivic's Emergency Motions are for the limited purpose of intervening to appeal the Court's
5  February 10, 2026 Order (Dkt. 72) and seeking an emergency stay of the Court's Order pending
6  the appeal.

As set forth below, good cause exists to shorten the briefing schedule and expedite the hearing on the Emergency Motions as soon as they may be heard.

Per Local Rule 7-2(a), the hearing on CoreCivic's Emergency Motions may not be set until April 10, 2026. Responses are currently due March 17, 2026 (*see* LRCiv 7-3(a)) and CoreCivic's Replies are due March 24, 2026 (*see* LRCiv 7-3(c)). These dates will be moot if the Court proceeds with the appointment of an external monitor. Judicial economy supports hearing both Emergency Motions together, including on a shortened schedule. Alternatively, if the Court is not inclined to expedite the hearing and shorten the current briefing schedule on CoreCivic's Emergency Motions, CoreCivic requests the Court continue the March 5, 2026 hearing until CoreCivic's Emergency Motions are fully briefed and heard.

**I.     Expediting the Hearing on CoreCivic's Motions Is Warranted.**

CoreCivic makes this Motion for Order to Shorten Time so that the matter may be heard in advance of the Court selecting and appointing an external monitor. If CoreCivic's Emergency Motions are not heard before then, CoreCivic will continue to suffer irreparable harm, as set forth in its Emergency Motion to Stay Pending Appeal (Dkt. 86), and will suffer additional irreparable harm if the Court accepts Plaintiffs' new proposal (Dkt. 77 at 17–22), which improperly expands the scope of the February 10, 2026 Order (Dkt. 76 at 2). As set forth in CoreCivic's Emergency Motion to Stay Pending Appeal (Dkt. 86), the February 10, 2026 Order violates CoreCivic's right to due process because it fails to conform to the requirements that injunctions "shall be specific in terms, and shall describe in reasonable detail the acts sought to be restrained." Fed. R. Civ. P. 65(d). It also impairs CoreCivic's ability to operate the California City Detention Facility ("Facility") according to the terms and standards under its Agreement with the U.S. Immigrations

and Customs Enforcement ("ICE") and results in irreparable harm to it by requiring CoreCivic to expend significant resources to implement the preliminary injunction. (*See id*; *see also* Dkt. 82-1.)

Additionally, Rule 23(f) requires that any petition for class certification review be filed on or before March 27, 2027, and any direct appeal of the February 10, 2026 Order granting in part a preliminary injunction be filed no later than April 13, 2026. *See* Fed. R. Civ. P. 23(f); FRAP 4(a)(1)(B). Shortening time is necessary to preserve CoreCivic's right to timely appeal the Court's February 10, 2026 Order.

## II.     Effect on the Schedule for This Case.

If granted, an expedited hearing date and shortened briefing schedule would not impact this case. The Court has vacated the Initial Scheduling Conference and associated deadlines pending transfer of this case to the Eastern District of California.

## III.    Efforts to Obtain a Stipulation.

Pursuant to Local Rule 6-1(b), on March 3, 2026, CoreCivic's counsel met and conferred telephonically with Plaintiffs' counsel regarding whether Plaintiffs would agree to an expedited hearing and shortened briefing schedule for CoreCivic's Motions. (Exhibit 1: Decl. of Shannon L. Knorr in Support of CoreCivic' Motion for Order to Shorten Time, ¶ 2.) They did not reach an agreement. (*Id*.) CoreCivic's counsel also spoke with Defendants' counsel, who advised that he was out of the office and unable to respond at this time with respect to his position on this Motion. (*Id*., ¶ 3.)

## IV.    Previous Time Modifications.

This is CoreCivic's first time modification in this case. (*See* LRCiv 6-3(5).) Prior to CoreCivic seeking intervention, the parties stipulated to three modifications of time, which are memorialized in the Court's December 15, 2025, December 22, 2025, and January 12, 2026 Orders (Dkt. 26, 36, 44). (Ex. 1 at ¶ 4.)

## V.     Conclusion.

For these reasons, CoreCivic respectfully requests that this Court grant this Motion, by expediting the hearing date and ordering a shortened briefing schedule on CoreCivic's Emergency Motions. Alternatively, if the Court is not inclined to order an expedited briefing schedule,

CoreCivic respectfully requests that this Court continue the March 5, 2026 hearing and stay the appointment of an external monitor pending briefing on CoreCivic's Emergency Motions.

DATED this 4th day of March, 2026.

                            STRUCK LOVE ACEDO, PLC

                            By /s/ Shannon L. Knorr
                                  Daniel P. Struck
                                  Dana M. Keene
                                  Shannon L. Knorr

                                  Nicholas H. Rasmussen
                                  McCORMICK, BARSTOW, SHEPPARD,
                                  WAYTE & CARRUTH LLP

                            *Attorneys for Intervenor CoreCivic, Inc.*