**EXHIBIT 1**

**EXHIBIT 1**

|   |   |
|---|---|
| 1 | Daniel P. Struck, Pro Hac Vice<br>AZ Bar #012377 |
| 2 | Dana M. Keene, CA Bar #324993 |
| 3 | Shannon L. Knorr, CA Bar #300399<br>STRUCK LOVE ACEDO, PLC |
| 4 | 3100 West Ray Road, Suite 300<br>Chandler, Arizona  85226 |
| 5 | Tel.:  (480) 420-1600<br>Fax:  (480) 420-1695 |
| 6 | dstruck@strucklove.com<br>dkeene@strucklove.com |
| 7 | sknorr@strucklove.com |
| 8 | Nicholas H. Rasmussen, Bar #285736<br>McCORMICK, BARSTOW, SHEPPARD, |
| 9 | WAYTE & SMITH, LLP<br>7647 North Fresno Street |
| 10 | Fresno, CA  93720<br>Tel:  (559) 433-1300 |
| 11 | Fax: (559) 433-2300<br>nrasmussen@mccormickbarstow.com |
| 12 | Attorneys for Intervenor CoreCivic, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants,<br><br>CORECIVIC, INC.,<br><br>Intervenor. | Case No. 3:25-cv-09757-MMC<br><br>**DECLARATION OF SHANNON L. KNORR IN SUPPORT OF CORECIVIC, INC.'S MOTION FOR ORDER SHORTENING TIME RE: CORECIVIC'S EMERGENCY MOTION TO INTERVENE (DKT. 82) AND EMERGENCY MOTION TO STAY PROCEEDINGS PENDING APPEAL (DKT. 86)** |

I, Shannon L. Knorr, state the following based upon my personal knowledge.

1. I am over the age of 18 and am competent to testify to the matters set forth in this Declaration. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could competently testify to these facts.

1

2. Pursuant to Local Rule 6-(b), on March 3, 3026, Daniel P. Struck, Lead National Counsel for CoreCivic, Inc. ("CoreCivic"), and I contacted counsel of record for Plaintiffs, including Steve Ragland, Lisa Lu, and Tess Borden, to meet and confer regarding CoreCivic's forthcoming Motion for an Order Shortening Time Re: CoreCivic's Emergency Motion To Intervene and Emergency Motion To Stay Proceedings Pending Appeal. We did not reach an agreement with Plaintiffs' counsel with respect to stipulating to a shortened briefing schedule and expedited hearing date.

3. This same day, we also spoke to Savith Iyengar, counsel for Defendants, who advised that he was out of the office and was unable to respond at this time with respect to this requested relief.

4. The instant Motion is CoreCivic's first time modification in this case. Based upon counsel's review of this Court's docket, prior to CoreCivic seeking to intervene, the parties stipulated to three modifications of time, which are memorialized in the Court's December 15, 2025, December 22, 2025, and January 12, 2026 Orders (Dkt. 26, 36, 44).

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on March 4, 2026.

_____
Shannon L. Knorr