Daniel P. Struck, Pro Hac Vice
AZ Bar #012377
Dana M. Keene, CA Bar #324993
Shannon L. Knorr, CA Bar #300399
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
dkeene@strucklove.com
sknorr@strucklove.com

Nicholas H. Rasmussen, Bar #285736
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & SMITH, LLP
7647 North Fresno Street
Fresno, CA  93720
Tel:  (559) 433-1300
Fax: (559) 433-2300
nrasmussen@mccormickbarstow.com

Attorneys for Intervenor CoreCivic, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, et al., <br><br>Plaintiffs, <br><br>v. <br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br>Defendants, <br><br>CORECIVIC, INC., <br><br>Intervenor. | Case No. 3:25-cv-09757-MMC <br><br>**[PROPOSED] ORDER GRANTING CORECIVIC, INC.'S MOTION FOR AN ORDER SHORTENING TIME RE: CORECIVIC'S EMERGENCY MOTION TO INTERVENE (DKT. 82) AND EMERGENCY MOTION TO STAY PROCEEDINGS PENDING APPEAL (DKT. 86)** |

Upon review of Intervenor CoreCivic, Inc.'s Motion For an Order Shortening Time Re: CoreCivic's Emergency Motion To Intervene (Dkt. 82) and Emergency Motion To Stay Proceedings Pending Appeal (Dkt. 86) (collectively, "CoreCivic's Emergency Motions"), and good cause having been shown, the Court finds it in the interest of justice to grant the requested relief therein.

1    It is **ORDERED** CoreCivic, Inc.'s Motion is **GRANTED.**

2    It is also **ORDERED** withholding the appointment of a monitor pursuant to the Court's February 10, 2026 Order (Dkt. 72) pending briefing and oral argument on CoreCivic's Emergency Motions.

It is additionally **ORDERED** that CoreCivic's Emergency Motions shall be heard on _____, at _____.

It is further **ORDERED** that Plaintiffs and Defendants may file any Responses to CoreCivic's Emergency Motions within seven days from the date this Order is signed, and CoreCivic may file Replies within three days from service of the Responses.

Dated:_____, 2026.

　　　　　　　　　　　　　　　　　　　　　　HON. MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge