Daniel P. Struck, Pro Hac Vice
AZ Bar #012377
Dana M. Keene, CA Bar #324993
Shannon L. Knorr, CA Bar #300399
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
dkeene@strucklove.com
sknorr@strucklove.com

Nicholas H. Rasmussen, Bar #285736
McCORMICK, BARSTOW, SHEPPARD, WAYTE & SMITH, LLP
7647 North Fresno Street
Fresno, CA  93720
Tel:  (559) 433-1300
Fax:  (559) 433-2300
nrasmussen@mccormickbarstow.com

Attorneys for Intervenor CoreCivic, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Defendants. <br><br> CORECIVIC, INC., <br><br> Intervenor | Case No. 3:25-cv-09757-MMC <br><br> **NOTICE OF APPEAL** |

Pursuant to Federal Rule of Appellate Procedure 3(a), proposed Intervenor CoreCivic, Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit the Court's February 10, 2026 Order granting in part Plaintiffs' Motions for Preliminary Injunction and Class Certification. (Dkt. 72).  *See* 28 U.S.C. § 1292(a)(1); Fed. R. App. P. 4(a)(1)(B); *see also, e.g.*, *Montana Wildlife Fed'n v. Haaland,* 127 F.4th 1, 34 (9th Cir. 2025).

DATED this 4th day of March 2026.

                STRUCK LOVE ACEDO, PLC

By /s/ Daniel P. Struck
   Daniel P. Struck
   Dana M. Keene
   Shannon L. Knorr

   Nicholas H. Rasmussen
   McCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP

*Attorneys for Intervenor CoreCivic, Inc.*

- 2 -

NOTICE OF APPEAL                                                      CASE NO. 3:25-CV-09757-MMC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF Northern District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:25-cv-09757-MMC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 11/12/2025

Date of judgment or order you are appealing: 02/10/2026

Docket entry number of judgment or order you are appealing: 72

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

CoreCivic, Inc.

Is this a cross-appeal?   ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:   State:   Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Daniel P. Struck   **Date** 3/4/2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| |
|---|
| CoreCivic, Inc. |

Name(s) of counsel (if any):
| |
|---|
| Daniel P. Struck |

Address: 3100 W. Ray Road, Suite 300, Chandler, AZ  85226
Telephone number(s): (480) 420-1600
Email(s): dstruck@strucklove.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| |
|---|
| (see attached) |

Name(s) of counsel (if any):
| |
|---|
| (see attached) |

Address:
Telephone number(s):
Email(s):

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**  2  New 12/01/2018

**List of Appellants:**

<u>Intervenor-Appellant</u>
- CoreCivic, Inc.

*Attorneys for Proposed Intervenor-Appellant*:

Daniel P. Struck, Pro Hac Vice
Struck Love Acedo, PLC
3100 W. Ray Rd., Suite 300
Chandler, Arizona 85226
(480) 420-1600
dstruck@strucklove.com

**List of Appellees:**

<u>Plaintiffs-Appellees</u>
- Fernando Gomez Ruiz
- Fernando Viera Reyes
- Jose Ruiz Canizales
- Yuri Alexander Roque Campos
- Sokhean Keo
- Gustavo Guevara Alarcon
- Alejandro Mendiola Escutia

*Attorneys for Plaintiffs and the Provisional Class*:

Steven P. Ragland
Cody S. Harris
Carlos C. Martinez
Lisa C. Lu
Keker, Van Next & Peters, LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400
srangland@keker.com
charris@keker.com
cmarintez@keker.com
llu@keker.com

Priya Arvind Patel
Mariel Villarreal
California Collaborative for Immigrant Justice
1099 Harrison Street #1800
Oakland, CA 94612
(650) 762-8990
priya@ccijustice.org
mariel@ccijustice.org

Margot Mendelson
Tess Borden
Patrick Booth
Alison Hardy
Rana Anabtawi
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710-1916
(510) 280-2621
mmendelson@prisonlaw.com
tess@prisonlaw.com
patrick@prisonlaw.com
ahardy@prisonlaw.com
rana@prisonlaw.com

Kyle Virgien
Felipe Hernandez
Marisol Dominguez-Ruiz
American Civil Liberties Union Foundation
425 California Street, 7th Floor
San Francisco, CA 94104
(415) 343-0770
kvirgien@aclu.org
npp_fhernandez@aclu.org
mdominguez-ruiz@aclu.org

Carmen Iguina Gonzalez
American Civil Liberties Union Foundation
915 15th Street, N.W., 7th Floor
Washington, D.C. 20005
(202) 393-4930
ciguinagonzalez@aclu.org


<u>Defendants-Appellees</u>
- U.S. Immigration and Customs Enforcement
- Todd M. Lyons
- Sergio Albarran
- U.S. Department of Homeland Security
- Kristin Noem

*Attorneys for Defendants:*

Savith Iyengar
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3494
(415) 436-7200
savith.iyengar@usdoj.gov

2