| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>STEVEN P. RAGLAND - # 221076<br>sragland@keker.com<br>CODY S. HARRIS - # 255302<br>charris@keker.com<br>CARLOS C. MARTINEZ - # 354616<br>cmartinez@keker.com<br>LISA C. LU - # 364259<br>llu@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188<br><br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>PRIYA ARVIND PATEL - # 295602<br>priya@ccijustice.org<br>MARIEL VILLARREAL - # 317048<br>mariel@ccijustice.org<br>1999 Harrison Street #1800<br>Oakland, California 94612<br>Tel: (650) 762-8990 | PRISON LAW OFFICE<br>MARGOT MENDELSON - # 268583<br>mmendelson@prisonlaw.com<br>TESS BORDEN - MJP # 805022, *pro hac vice*<br>tess@prisonlaw.com<br>PATRICK BOOTH - # 328783<br>patrick@prisonlaw.com<br>ALISON HARDY - # 135966<br>ahardy@prisonlaw.com<br>RANA ANABTAWI - # 267073<br>rana@prisonlaw.com<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Tel.: (510) 280-2621<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>KYLE VIRGIEN - # 278747<br>kvirgien@aclu.org<br>FELIPE HERNANDEZ - # 338468<br>npp_fhernandez@aclu.org<br>MARISOL DOMINGUEZ-RUIZ - # 345416<br>mdominguez-ruiz@aclu.org<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>Tel.: (415) 343-0770<br><br>CARMEN IGUINA GONZALEZ - # 277369<br>ciguinagonzalez@aclu.org<br>915 15th Street, NW, 7th Floor<br>Washington, DC 20005<br>Tel.: (202) 393-4930 |

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS | Case No. 3:25-cv-09757-MMC<br><br>**PLAINTIFFS' MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON CORECIVIC, INC.'S MOTION TO INTERVENE**<br><br>Judge:      Hon. Maxine M. Chesney<br><br>Date Filed: November 12, 2025 |

| | |
|---|---|
| 1 | ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, |
| | Defendants. |

1    Pursuant to Civil Local Rule 6-3, Plaintiffs respectfully move to shorten the time for
2 briefing and hearing on Prospective Intervenor CoreCivic, Inc.'s Motion to Intervene (ECF No.
3 82). A shortened briefing and hearing schedule is warranted to promote judicial efficiency and
4 prevent unnecessary prejudice to Plaintiffs.
5    Expedited resolution of the Motion to Intervene will conserve judicial and party resources
6 and avoid unnecessary briefing on CoreCivic's separately filed Motion to Stay Pending Appeal
7 ("Motion to Stay") (ECF No. 86). CoreCivic filed its Motion to Stay simultaneously with its
8 Motion to Intervene. If the Court denies intervention, CoreCivic's Motion to Stay will be moot
9 because CoreCivic would not be a party to this action. Resolving the Motion to Intervene first, on
10 shortened time, would therefore streamline the issues before the Court and eliminate potentially
11 unnecessary stay briefing.
12    Plaintiffs accordingly propose the following schedule for the Motion to Intervene:
13 - Plaintiffs' deadline to file their opposition to the Motion to Intervene will be shortened
14   from March 17, 2026 to **March 13, 2026**;
15 - CoreCivic's deadline to file its reply brief in support of the Motion to Intervene will be
16   shortened from March 24, 2026 to **March 20, 2026**;
17 - The hearing on the Motion to Intervene will be advanced from April 10, 2026 to **March
18   27, 2026** or the soonest date thereafter that is convenient for the Court.
19    Alongside this shortened briefing and hearing schedule for the Motion to Intervene,
20 Plaintiffs propose that CoreCivic's Motion to Stay be deemed submitted on the date this Court
21 grants the Motion to Intervene, should such an order be issued, or denied as moot if intervention
22 is denied. Plaintiffs' proposal would not otherwise alter the case schedule.
23    Good cause exists to shorten time. CoreCivic has long been aware of this litigation and the
24 relief sought by Plaintiffs. Indeed, Defendants submitted declarations from CoreCivic employees
25 in litigating the preliminary injunction. *See* ECF No. 38. CoreCivic nevertheless waited three
26 weeks after the Court had entered the preliminary injunction and then filed its motions two days
27 before the Court's conference regarding monitor appointment. Absent expedited resolution of the
28 Motion to Intervene, Plaintiffs will be required to expend resources briefing a stay motion

1

1  brought by a non-party, while simultaneously preparing their opposition to intervention and
2  continuing to advance the monitor selection process and compliance with the Court's prior orders.
3  That potentially unnecessary expenditure of time and resources would result in substantial
4  prejudice to Plaintiffs.

5  Plaintiffs' proposal will in no way prejudice CoreCivic. CoreCivic recently sought to
6  expedite briefing and advance the hearing date on its own motions, indicating that it is prepared to
7  brief and argue these issues on a shortened schedule. ECF No. 88. Plaintiffs' proposed schedule is
8  consistent with that position and would simply prioritize resolution of the Motion to Intervene.

9  Counsel for Plaintiffs contacted counsel for CoreCivic with the above proposal on the
10 evening of March 5, 2026. *See* Decl. of Steven P. Ragland in Support of Pls.' Motion to Shorten
11 Time for Briefing and Hearing on CoreCivic, Inc.'s Motion to Intervene ("Ragland Decl.") ¶ 2.
12 Counsel for CoreCivic did not respond to Plaintiffs' proposal. *Id.*

13 As required by Civil Local Rule 6-3(a)(5), Plaintiffs disclose there have been several
14 previous time modifications for this case. On December 15, 2025, the Court entered the parties'
15 stipulation modifying the briefing and hearing schedule on Plaintiffs' Motion for Preliminary
16 Injunction and Motion for Class Certification. ECF No. 26. On December 22, 2025, the Court
17 entered the parties' stipulation modifying the briefing and hearing schedule on Plaintiffs' Motion
18 for Preliminary Injunction. ECF No. 36. On January 12, 2026, the Court entered the parties'
19 stipulation modifying the briefing and hearing schedule on Plaintiffs' Motion for Class
20 Certification and Defendants' Motion to Transfer. ECF No. 44. On January 27, 2026, the Court
21 entered an order continuing the parties' initial CMC and associated deadlines. ECF No. 57. On
22 February 17, 2026, the Court entered an Order continuing Defendants' responsive pleading
23 deadline. ECF No. 74.

## CONCLUSION

25 For the foregoing reasons, Plaintiffs respectfully request that this Court grant this Motion
26 and adopt the accompanying [Proposed] Order setting expedited briefing and hearing schedule
27 described above.

28

Dated: March 6, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Steven Ragland* | */s/ Margot Mendelson* |
| KEKER, VAN NEST & PETERS LLP | PRISON LAW OFFICE |
| STEVEN P. RAGLAND | MARGOT MENDELSON |
| CODY S. HARRIS | TESS BORDEN |
| CARLOS C. MARTINEZ | PATRICK BOOTH |
| LISA C. LU | ALISON HARDY |
| | RANA ANABTAWI |
| | |
| CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| PRIYA ARVIND PATEL | KYLE VIRGIEN |
| MARIEL VILLARREAL | FELIPE HERNANDEZ |
| | MARISOL DOMINGUEZ-RUIZ |
| | CARMEN IGUINA GONZALEZ |

*Attorneys for Plaintiffs*