KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
CARLOS C. MARTINEZ - # 354616
cmartinez@keker.com
LISA C. LU - # 364259
llu@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
PRIYA ARVIND PATEL - # 295602
priya@ccijustice.org
MARIEL VILLARREAL - # 317048
mariel@ccijustice.org
1999 Harrison Street #1800
Oakland, California 94612
Tel: (650) 762-8990

PRISON LAW OFFICE
MARGOT MENDELSON - # 268583
mmendelson@prisonlaw.com
TESS BORDEN - MJP # 805022, *pro hac vice*
tess@prisonlaw.com
PATRICK BOOTH - # 328783
patrick@prisonlaw.com
ALISON HARDY - # 135966
ahardy@prisonlaw.com
RANA ANABTAWI - # 267073
rana@prisonlaw.com
1917 Fifth Street
Berkeley, California 94710-1916
Tel.: (510) 280-2621

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
KYLE VIRGIEN - # 278747
kvirgien@aclu.org
FELIPE HERNANDEZ - # 338468
npp_fhernandez@aclu.org
MARISOL DOMINGUEZ-RUIZ - # 345416
mdominguez-ruiz@aclu.org
425 California Street, 7th Floor
San Francisco, CA 94104
Tel.: (415) 343-0770

CARMEN IGUINA GONZALEZ - # 277369
ciguinagonzalez@aclu.org
915 15th Street, NW, 7th Floor
Washington, DC 20005
Tel.: (202) 393-4930

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS | Case No. 3:25-cv-09757-MMC<br><br>**DECLARATION OF STEVEN P. RAGLAND IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON CORECIVIC, INC.'S MOTION TO INTERVENE**<br><br>Judge:   Hon. Maxine M. Chesney<br><br>Date Filed:  November 12, 2025 |

ENFORCEMENT; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Director of San Francisco Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,

                Defendants.

I, Steven P. Ragland, declare:

1. I am an attorney licensed to practice in the State of California and am a partner at Keker, Van Nest and Peters, LLP. I represent Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Motion to Shorten Time for Briefing and Hearing on CoreCivic, Inc.'s Motion to Intervene. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto under oath, I could competently do so.

2. On Thursday, March 5, 2026, at 7:06 p.m., I emailed counsel for CoreCivic to ask if CoreCivic would agree to a proposal staggering the briefing and decision on CoreCivic's Motion to Intervene (ECF No. 82) and Motion to Stay (ECF No. 86) and shortening the time for briefing and hearing the Motion to Intervene. In that email, I explained that such a proposal "would conserve party and judicial resources" by avoiding simultaneous briefing. As of 6:00 p.m. on March 6, 2026, I had not received a response.

3. Attached hereto as **Exhibit A** is a true and correct copy of the email chain between me and counsel for CoreCivic concerning Plaintiffs' proposal.

Executed this 6th day of March, 2026, at Philadelphia, Pennsylvania. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
STEVEN P. RAGLAND

# Exhibit A

| | |
|---|---|
| **From:** | Steven Ragland |
| **To:** | Shannon Knorr; Carlos C. Martinez; ciguinagonzalez@aclu.org; Cody S. Harris; NPP_FHernandez@aclu.org; kvirgien@aclu.org; Lisa C. Lu; mmendelson@prisonlaw.com; mdominguez-ruiz@aclu.org; patrick@prisonlaw.com; tess@prisonlaw.com; ahardy@prisonlaw.com; mariel@ccijustice.org; priya@ccijustice.org; rana@prisonlaw.com; savith.iyengar@usdoj.gov; pamela.johann@usdoj.gov |
| **Cc:** | Dan Struck; Brenna Bull; Dana Keene; Elaine Percevecz; Nicholas Rasmussen |
| **Subject:** | RE: Gomez Ruiz v. U.S. Immigration and Customs Enforcement - Motion to Intervene and Motion to Stay |
| **Date:** | Thursday, March 5, 2026 7:06:25 PM |
| **Attachments:** | image001.png |

Counsel:

We believe that it would conserve party and judicial resources to avoid briefing both your motion to intervene and motion to stay at the same time because the stay briefing will only be needed if your motion to intervene is granted. Therefore, we propose staggering the briefing and decision on those two motions. As part of this proposal, we would agree to have your intervention motion briefed and heard on shortened time.

We suggest the following schedule:

Friday, March 13: Opposition to motion to intervene
Friday, March 20: Reply ISO motion to intervene
Friday, March 27 (or as soon thereafter as the Court may set it): Hearing

And then the motion to stay would be deemed submitted as of the date of an order granting intervention, should such order be issued.

Please let us know your position by close of business (5:00 pm Pacific) tomorrow, Friday, March 6.

Thank you for your attention to this matter.

Regards,
--Steven

---

**From:** Shannon Knorr <sknorr@strucklove.com>
**Sent:** Tuesday, March 3, 2026 12:43 PM
**To:** Steven Ragland <SRagland@keker.com>; Carlos C. Martinez <CMartinez@keker.com>; ciguinagonzalez@aclu.org; Cody S. Harris <CHarris@keker.com>; NPP_FHernandez@aclu.org; kvirgien@aclu.org; Lisa C. Lu <LLu@keker.com>; mmendelson@prisonlaw.com; mdominguez-ruiz@aclu.org; patrick@prisonlaw.com; tess@prisonlaw.com; ahardy@prisonlaw.com; mariel@ccijustice.org; priya@ccijustice.org; rana@prisonlaw.com; savith.iyengar@usdoj.gov; pamela.johann@usdoj.gov

**Cc:** Dan Struck <DStruck@strucklove.com>; Brenna Bull <bbull@strucklove.com>; Dana Keene <dkeene@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Nicholas Rasmussen <nicholas.rasmussen@mccormickbarstow.com>
**Subject:** RE: Gomez Ruiz v. U.S. Immigration and Customs Enforcement - Motion to Intervene and Motion to Stay

**[EXTERNAL]**

Mr. Ragland,

We are available at 2:30 PST. We will circulate a conference call number.

Thank you,

Shannon Knorr

Attorney

**STRUCK LOVE ACEDO, PLC**

3100 West Ray Road | Suite 300 | Chandler AZ 85226

480.420.1622 | sknorr@strucklove.com | STRUCKLOVE.COM

**From:** Steven Ragland <SRagland@keker.com>
**Sent:** Tuesday, March 3, 2026 1:09 PM
**To:** Shannon Knorr <sknorr@strucklove.com>; Carlos C. Martinez <CMartinez@keker.com>; ciguinagonzalez@aclu.org; Cody S. Harris <CHarris@keker.com>; NPP_FHernandez@aclu.org; kvirgien@aclu.org; Lisa C. Lu <LLu@keker.com>; mmendelson@prisonlaw.com; mdominguez-ruiz@aclu.org; patrick@prisonlaw.com; tess@prisonlaw.com; ahardy@prisonlaw.com; mariel@ccijustice.org; priya@ccijustice.org; rana@prisonlaw.com; savith.iyengar@usdoj.gov
**Cc:** Dan Struck <DStruck@strucklove.com>; Brenna Bull <bbull@strucklove.com>; Dana Keene <dkeene@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Nicholas Rasmussen <nicholas.rasmussen@mccormickbarstow.com>
**Subject:** RE: Gomez Ruiz v. U.S. Immigration and Customs Enforcement - Motion to Intervene and Motion to Stay

Thank you for the email. When are you available to meet and confer with regards to this matter? We are available at 1-3 pm or after 4:30 pm Pacific time.

Regards,
--Steven

**From:** Shannon Knorr <sknorr@strucklove.com>

**Sent:** Tuesday, March 3, 2026 11:07 AM

**To:** Carlos C. Martinez <CMartinez@keker.com>; ciguinagonzalez@aclu.org; Cody S. Harris <CHarris@keker.com>; NPP_FHernandez@aclu.org; kvirgien@aclu.org; Lisa C. Lu <LLu@keker.com>; mmendelson@prisonlaw.com; mdominguez-ruiz@aclu.org; patrick@prisonlaw.com; tess@prisonlaw.com; Steven Ragland <SRagland@keker.com>; ahardy@prisonlaw.com; mariel@ccijustice.org; priya@ccijustice.org; rana@prisonlaw.com; savith.iyengar@usdoj.gov

**Cc:** Dan Struck <DStruck@strucklove.com>; Brenna Bull <bbull@strucklove.com>; Dana Keene <dkeene@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Nicholas Rasmussen <nicholas.rasmussen@mccormickbarstow.com>

**Subject:** Gomez Ruiz v. U.S. Immigration and Customs Enforcement - Motion to Intervene and Motion to Stay

[EXTERNAL]

Counsel,

CoreCivic, Inc. will be filing the following today: (1) Emergency Motion to Intervene for the limited purposes of appealing the February 10, 2026 Order and seeking an emergency stay of the Order pending appeal; and (2) Emergency Motion to Stay the February 10, 2026 Order pending appeal.

Shannon Knorr

Attorney

**STRUCK LOVE ACEDO, PLC**

3100 West Ray Road | Suite 300 | Chandler AZ 85226

480.420.1622 | sknorr@strucklove.com | STRUCKLOVE.COM

This electronic mail transmission contains information from the law firm Struck Love Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

This electronic mail transmission contains information from the law firm Struck Love Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.