| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>STEVEN P. RAGLAND - # 221076<br>sragland@keker.com<br>CODY S. HARRIS - # 255302<br>charris@keker.com<br>CARLOS C. MARTINEZ - # 354616<br>cmartinez@keker.com<br>LISA C. LU - # 364259<br>llu@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:   415 397 7188<br><br>CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE<br>PRIYA ARVIND PATEL - # 295602<br>priya@ccijustice.org<br>MARIEL VILLARREAL - # 317048<br>mariel@ccijustice.org<br>1999 Harrison Street #1800<br>Oakland, California 94612<br>Tel: (650) 762-8990 | PRISON LAW OFFICE<br>MARGOT MENDELSON - # 268583<br>mmendelson@prisonlaw.com<br>TESS BORDEN - MJP # 805022, *pro hac vice*<br>tess@prisonlaw.com<br>PATRICK BOOTH - # 328783<br>patrick@prisonlaw.com<br>ALISON HARDY - # 135966<br>ahardy@prisonlaw.com<br>RANA ANABTAWI - # 267073<br>rana@prisonlaw.com<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Tel.: (510) 280-2621<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>KYLE VIRGIEN - # 278747<br>kvirgien@aclu.org<br>FELIPE HERNANDEZ - # 338468<br>npp_fhernandez@aclu.org<br>MARISOL DOMINGUEZ-RUIZ - # 345416<br>mdominguez-ruiz@aclu.org<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>Tel.: (415) 343-0770<br><br>CARMEN IGUINA GONZALEZ - # 277369<br>ciguinagonzalez@aclu.org<br>915 15th Street, NW, 7th Floor<br>Washington, DC 20005<br>Tel.: (202) 393-4930 |

*Attorneys for Plaintiffs Fernando Gomez Ruiz, Fernando Viera Reyes, Jose Ruiz Canizales, Yuri Alexander Roque Campos, Sokhean Keo, Gustavo Guevara Alarcon, Alejandro Mendiola Escutia and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GOMEZ RUIZ; FERNANDO VIERA REYES; JOSE RUIZ CANIZALES; YURI ALEXANDER ROQUE CAMPOS; SOKHEAN KEO; GUSTAVO GUEVARA ALARCON; and ALEJANDRO MENDIOLA ESCUTIA, on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br><br>       v.<br><br>U.S. IMMIGRATION AND CUSTOMS | Case No. 3:25-cv-09757-MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON CORECIVIC, INC.'S MOTION TO INTERVENE**<br><br>Judge:      Hon. Maxine M. Chesney<br><br>Date Filed:  November 12, 2025 |

1  ENFORCEMENT; TODD M. LYONS,
   Acting Director, U.S. Immigration and
2  Customs Enforcement; SERGIO
   ALBARRAN, Acting Director of San
3  Francisco Field Office, Enforcement and
   Removal Operations, U.S. Immigration and
4  Customs Enforcement; U.S. DEPARTMENT
   OF HOMELAND SECURITY; KRISTI
5  NOEM, Secretary, U.S. Department of
   Homeland Security,
6
                    Defendants.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME FOR BRIEFING AND
HEARING ON CORECIVIC, INC.'S MOTION TO INTERVENE
Case No. 3:25-cv-09757-MMC

# [PROPOSED] ORDER

On March 6, 2026, Plaintiffs filed a Motion to Shorten Time ("Plaintiffs' Motion to Shorten Time") for Briefing and Hearing on CoreCivic, Inc.'s Motion to Intervene pursuant to Civil Local Rule 6-3. Having considered the papers filed in support of Plaintiffs' Motion to Shorten Time, and good cause appearing, it is hereby **ORDERED** that:

1. Plaintiffs' Motion to Shorten Time is **GRANTED**.
2. Plaintiffs shall file their opposition to CoreCivic's Motion to Intervene no later than **March 13, 2026**.
3. CoreCivic shall file its reply in support of its Motion to Intervene no later than **March 20, 2026**.
4. The hearing on CoreCivic's Motion to Intervene is advanced to **March 27, 2026** at **9:00 a.m.**
5. CoreCivic's Motion to Stay Pending Appeal shall be deemed submitted on the date the Court grants CoreCivic's Motion to Intervene, should intervention be permitted. If the Motion to Intervene is denied, the Motion to Stay shall be denied as moot.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
HON. MAXINE M. CHESNEY