# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 5, 2026  **Time:** 2 hours, 40 minutes  **Judge:** MAXINE M. CHESNEY
**Case No.**: 25-cv-09757-MMC  **Case Name:** Ruiz et al v. U.S. Immigration & Customs Enforcement et al

**Attorney for Plaintiff:** Margo Mendelson, Steven Ragland
**Attorney for Defendant:** Savith Iyengar

**Deputy Clerk:** Jenny Galang        **Zoom Recorded:** Not reported. 2:01-4:41

## PROCEEDINGS

Status Conference re Appointment of the Monitor - held.

Arguments presented.  Court appointed Dr. Anandkumar.  Parties are ordered to meet and confer with respect to form of appointment order no later than **3/12/2026**.  Revised proposed order due **3/13/2026**, no later than **4:00 p.m.**

**Order to be prepared by:**
(  )    Plaintiff            (  )    Defendant        (**X**)    Court