Daniel P. Struck, Pro Hac Vice
AZ Bar #012377
Dana M. Keene, CA Bar #324993
Shannon L. Knorr, CA Bar #300399
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
dkeene@strucklove.com
sknorr@strucklove.com

Nicholas H. Rasmussen, Bar #285736
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & SMITH, LLP
7647 North Fresno Street
Fresno, CA 93720
Tel: (559) 433-1300
Fax: (559) 433-2300
nrasmussen@mccormickbarstow.com

Attorneys for Proposed Intervenor CoreCivic, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants.<br><br>CORECIVIC, INC.,<br><br>Intervenor. | Case No. 3:25-cv-09757-MMC<br><br>**PROPOSED INTERVENOR CORECIVIC'S RESPONSE TO PLAINTIFFS' MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON CORECIVIC'S MOTION TO INTERVENE** |

Proposed Intervenor CoreCivic responds as follows to Plaintiffs' Motion to Shorten Time for Briefing and Hearing on CoreCivic's Motion to Intervene (Dkt. 95). While CoreCivic disagrees with Plaintiffs' characterization regarding the timeliness of its request to intervene (Dkt. 95 at 3), CoreCivic does not oppose the shortened briefing and hearing schedule proposed by Plaintiffs for CoreCivic's Emergency Motion to Intervene. CoreCivic maintains that both its Emergency Motion

1    to Intervene and its Emergency Motion to Stay should be briefed and heard on an expedited basis.

2        DATED this 10th day of March 2026.

3                                    STRUCK LOVE ACEDO, PLC

4

5                                    By /s/ Daniel P. Struck
                                        Daniel P. Struck
6                                        Dana M. Keene
                                        Shannon L. Knorr
7
                                        Nicholas H. Rasmussen
8                                        McCORMICK, BARSTOW, SHEPPARD,
                                        WAYTE & CARRUTH LLP
9
                                        *Attorneys for Proposed Intervenor CoreCivic,*
10                                       *Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CORECIVIC'S RESP. TO PLS.' MOT. TO SHORTEN TIME                CASE NO. 3:25-CV-09757-MMC