# Exhibit 2

**Iyengar, Savith (USACAN)**

| | |
|---|---|
| **From:** | Margot Mendelson <mmendelson@prisonlaw.com> |
| **Sent:** | Thursday, March 12, 2026 4:55 PM |
| **To:** | Iyengar, Savith (USACAN) |
| **Cc:** | Steven Ragland; Cody S. Harris; Patrick Booth; Lisa C. Lu; Carlos C. Martinez; Carmen Iguina Gonzalez; Priya Patel; Tess Borden |
| **Subject:** | Re: [EXTERNAL] RE: Ruiz v. ICE - appointment of monitor |
| **Attachments:** | 2026.03.12 Proposed Order Appointing Monitor - Plaintiffs tracked changes.docx |

Hi Savith,

Attached is an updated draft that reflects Plaintiffs' acceptance and rejection of Defendants' proposed edits.

Margot

On Thu, Mar 12, 2026 at 12:21 PM Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov> wrote:

Thank you Margot, and confirming that I've followed up internally for more information regarding the network security concerns.


Thanks,
Savith



Savith Iyengar | Assistant U.S. Attorney

450 Golden Gate Avenue, Ninth Floor

San Francisco, CA 94102

savith.iyengar@usdoj.gov

(415) 436-7018 (office)

(415) 912-6455 (cell)



**From:** Margot Mendelson <mmendelson@prisonlaw.com>
**Sent:** Thursday, March 12, 2026 12:16 PM
**To:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>

**Cc:** Steven Ragland <SRagland@keker.com>; Cody S. Harris <CHarris@keker.com>; Patrick Booth <patrick@prisonlaw.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>; Priya Patel <priya@ccijustice.org>; Tess Borden <tess@prisonlaw.com>
**Subject:** Re: [EXTERNAL] RE: Ruiz v. ICE - appointment of monitor

Savith,

We will send you an updated draft by 5 pm today. We have responded in substance below. Defendants took five calendar days to provide a substantive response to our request to meet and confer about the order of appointment, and we require more than 24 hours to provide an updated draft.

Can we expect to receive more information about the nature of Defendants' network security concerns by 5 pm today, or are Defendants declining to provide that information?

Margot

On Thu, Mar 12, 2026 at 11:44 AM Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov> wrote:

Hi Margot,

Can you please circulate an updated draft that reflects plaintiffs' acceptance/rejection of the edits, as conveyed below?

Thank you,

Savith

Savith Iyengar | Assistant U.S. Attorney

450 Golden Gate Avenue, Ninth Floor

San Francisco, CA 94102

savith.iyengar@usdoj.gov

(415) 436-7018 (office)

(415) 912-6455 (cell)

---

**From:** Margot Mendelson <mmendelson@prisonlaw.com>
**Sent:** Thursday, March 12, 2026 11:40 AM
**To:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>
**Cc:** Steven Ragland <SRagland@keker.com>; Cody S. Harris <CHarris@keker.com>; Patrick Booth <patrick@prisonlaw.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>; Priya Patel <priya@ccijustice.org>; Tess Borden <tess@prisonlaw.com>
**Subject:** Re: [EXTERNAL] RE: Ruiz v. ICE - appointment of monitor

Savith,

We understand that you are not permitted to communicate with us by phone or in person, but please let us know if that changes. It is difficult to meet and confer about topics of this nature solely in writing.

We have responded in bold below to each of your proposed revisions. Your email alludes to network security issues that prevent Defendants from granting the monitor remote access to the electronic health record. Can you please describe the nature of those concerns by 5 pm today?

Margot

On Wed, Mar 11, 2026 at 12:02 PM Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov> wrote:

Steven and team:

Please see attached for defendants' tracked changes to plaintiffs' proposed order.

All changes are consistent with our comments during the parties' hearing on Thursday, explained in further detail below.  We're happy to provide further context if necessary.

As you'll see, the changes include the following:

- Updating the document title to reflect the language used by the Court in the order (ECF No. 72 ["Order"]). **Plaintiffs cannot accept this chanage; the court monitor should be appointed pursuant to FRE 706.**
- Limiting the introductory paragraph to the scope of the appointment order, and updating it (and paragraph 1) to reflect that the Court has already appointed Dr. Anandkumar as external monitor. **Plaintiffs accept Defendants' new language at the end of the introductory paragraph but will retain the original language for the the Court's consideration. Plaintiffs cannot accept the deletion of Paragraph 1.**
- Updating paragraph 3 to provide "on-site" access to Dr. Anandkumar to avoid the concerns noted during the hearing, including network security issues; removing language related to a "team member" since it exceeds the scope of the Order. **Plaintiffs cannot agree to limit Dr. Anandkumar's electronic medical record access to seven days onsite at the facility. Plaintiffs do not agree to remove the language related to a team member.**
- Adding language to paragraph 4 consistent with modifications made during the hearing, which plaintiffs accepted.
    - Revising the documents referenced in paragraphs 4.b and 4.c based on our understanding of what records are relevant and exist, and to specifically identify those records. **Plaintiffs accept these edits except as to the monitor's ongoing need for documentation about people in medical housing/observation and the need for staffing information by position.**
    - Removing paragraph 4.e as redundant with prior paragraphs and patients' medical records. **Plaintifs cannot accept this edit. The provision about speciality care logs is not redundant.**
    - Updating paragraph 4.f consistent with modifications made by plaintiffs during the hearing. **Plaintiffs did not modify this provision at the hearing. The monitor needs access to all sick call requests and responses.**

- Updating paragraph 5 due to operational challenges related to scheduling the in-person inspection on weekends, or with insufficient notice. **Plaintiffs accept this edit.**
    - Making a similar change to staff interviews in paragraph 5.c. **Plaintiffs accept this edit.**
    - Adding a new paragraph 5.b to address a concern plaintiffs' counsel raised during the hearing. **Plaintiffs accept this edit except that the monitor also needs to be able to observe the collection of sick call slips in the housing units.**
    - Updating paragraph 5.d to avoid potential issues with represented individuals and ensure facility involvement in determining safety and security for contact visits. **Plaintiffs accept the edit with respect to safety and security exceptions for contact visits. Plaintiffs to do not agree that the only mechanism for language**

**interpretation when the monitor interviews patients will be Defendants' remote interpretation contractor.**

- o Removing paragraph 5.f, which plaintiffs withdrew during the hearing. **Plaintiffs accept this deletion.**
- o Removing from paragraph 5.g "one cellphone" and adding language permitting photography and video recording subject to safety and security measures. **Plaintiffs accept this revision.**

- Updating paragraphs 6 and 7 consistent with our concerns during the hearing about ensuring the monitor's neutrality, and to reflect language used by the Court. **Plaintiffs do not accept these revisions.**
- Updating paragraph 8 to ensure compliance with federal rules on making payments to third parties. **Plaintiffs accept the deletion of the last clause in paragraph 8.**

Thank you,
Savith

Savith Iyengar | Assistant U.S. Attorney

450 Golden Gate Avenue, Ninth Floor

San Francisco, CA 94102

savith.iyengar@usdoj.gov

(415) 436-7018 (office)

(415) 912-6455 (cell)

**Iyengar, Savith (USACAN)**

| | |
|---|---|
| **From:** | Iyengar, Savith (USACAN) |
| **Sent:** | Wednesday, March 11, 2026 12:02 PM |
| **To:** | 'Steven Ragland'; 'Cody S. Harris' |
| **Cc:** | 'Margot Mendelson'; 'Patrick Booth'; 'Lisa C. Lu'; 'Carlos C. Martinez'; 'Carmen Iguina Gonzalez'; 'Priya Patel'; 'Tess Borden' |
| **Subject:** | RE: [EXTERNAL] RE: Ruiz v. ICE - appointment of monitor |
| **Attachments:** | 2026.03.11 Proposed Order Appointing Monitor Tracked.docx |

Steven and team:

Please see attached for defendants' tracked changes to plaintiffs' proposed order.

All changes are consistent with our comments during the parties' hearing on Thursday, explained in further detail below.  We're happy to provide further context if necessary.

As you'll see, the changes include the following:

- Updating the document title to reflect the language used by the Court in the order (ECF No. 72 ["Order"]).
- Limiting the introductory paragraph to the scope of the appointment order, and updating it (and paragraph 1) to reflect that the Court has already appointed Dr. Anandkumar as external monitor.
- Updating paragraph 3 to provide "on-site" access to Dr. Anandkumar to avoid the concerns noted during the hearing, including network security issues; removing language related to a "team member" since it exceeds the scope of the Order.
- Adding language to paragraph 4 consistent with modifications made during the hearing, which plaintiffs accepted.
  - Revising the documents referenced in paragraphs 4.b and 4.c based on our understanding of what records are relevant and exist, and to specifically identify those records.
  - Removing paragraph 4.e as redundant with prior paragraphs and patients' medical records.
  - Updating paragraph 4.f consistent with modifications made by plaintiffs during the hearing.
- Updating paragraph 5 due to operational challenges related to scheduling the in-person inspection on weekends, or with insufficient notice.
  - Making a similar change to staff interviews in paragraph 5.c.
  - Adding a new paragraph 5.b to address a concern plaintiffs' counsel raised during the hearing.
  - Updating paragraph 5.d to avoid potential issues with represented individuals and ensure facility involvement in determining safety and security for contact visits.
  - Removing paragraph 5.f, which plaintiffs withdrew during the hearing.
  - Removing from paragraph 5.g "one cellphone" and adding language permitting photography and video recording subject to safety and security measures.
- Updating paragraphs 6 and 7 consistent with our concerns during the hearing about ensuring the monitor's neutrality, and to reflect language used by the Court.
- Updating paragraph 8 to ensure compliance with federal rules on making payments to third parties.

1

Thank you,
Savith

Savith Iyengar | Assistant U.S. Attorney
450 Golden Gate Avenue, Ninth Floor
San Francisco, CA 94102
savith.iyengar@usdoj.gov
(415) 436-7018 (office)
(415) 912-6455 (cell)

---

**From:** Iyengar, Savith (USACAN)
**Sent:** Tuesday, March 10, 2026 10:02 PM
**To:** 'Steven Ragland' <SRagland@keker.com>; 'Cody S. Harris' <CHarris@keker.com>
**Cc:** 'Margot Mendelson' <mmendelson@prisonlaw.com>; 'Patrick Booth' <patrick@prisonlaw.com>; 'Lisa C. Lu'
<LLu@keker.com>; 'Carlos C. Martinez' <CMartinez@keker.com>; 'Carmen Iguina Gonzalez'
<ciguinagonzalez@aclu.org>; 'Priya Patel' <priya@ccijustice.org>; 'Tess Borden' <tess@prisonlaw.com>
**Subject:** RE: [EXTERNAL] RE: Ruiz v. ICE - appointment of monitor

Hi all,

We are continuing to work on this and expect to have a draft to you tomorrow morning reflecting our
changes, and explanations of those changes.

Thank you,
Savith

Savith Iyengar | Assistant U.S. Attorney
450 Golden Gate Avenue, Ninth Floor
San Francisco, CA 94102
savith.iyengar@usdoj.gov
(415) 436-7018 (office)
(415) 912-6455 (cell)

---

**From:** Iyengar, Savith (USACAN)
**Sent:** Monday, March 9, 2026 2:13 PM
**To:** 'Steven Ragland' <SRagland@keker.com>; Cody S. Harris <CHarris@keker.com>
**Cc:** Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Lisa C. Lu
<LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>;
Priya Patel <priya@ccijustice.org>; Tess Borden <tess@prisonlaw.com>
**Subject:** RE: [EXTERNAL] RE: Ruiz v. ICE - appointment of monitor

Hi Steven,

Confirming receipt, that we've been working on this, and that we expect to circulate a draft tomorrow reflecting our proposed changes.

Thank you,
Savith

Savith Iyengar | Assistant U.S. Attorney
450 Golden Gate Avenue, Ninth Floor
San Francisco, CA 94102
savith.iyengar@usdoj.gov
(415) 436-7018 (office)
(415) 912-6455 (cell)

---

**From:** Steven Ragland <SRagland@keker.com>
**Sent:** Friday, March 6, 2026 9:50 AM
**To:** Iyengar, Savith (USACAN) <Savith.Iyengar@usdoj.gov>; Cody S. Harris <CHarris@keker.com>
**Cc:** Margot Mendelson <mmendelson@prisonlaw.com>; Patrick Booth <patrick@prisonlaw.com>; Lisa C. Lu <LLu@keker.com>; Carlos C. Martinez <CMartinez@keker.com>; Carmen Iguina Gonzalez <ciguinagonzalez@aclu.org>; Priya Patel <priya@ccijustice.org>; Tess Borden <tess@prisonlaw.com>
**Subject:** RE: [EXTERNAL] RE: Ruiz v. ICE - appointment of monitor

Savith-

We remain available to meet and confer live (telephonically, by zoom, in person) with regard to the order regarding the monitor, so please let us know if you are willing to do so.  If not, please let us know via email no later than close of business Monday, March 9, what, if any, line edits you wish to propose to our form of order and provide an explanation for each.

For ease of review, I have attached a Word version of the proposed order of appointment that is identical to what we previously submitted to the Court, except that Dr. Anandkumar's name and billing rate has been inserted.

Regards,
--Steven

**Steven P. Ragland**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1890
+14157736604 direct | 415 391 5400 main
sragland@keker.com | vcard | keker.com