Daniel P. Struck, Pro Hac Vice
AZ Bar #012377
Dana M. Keene, CA Bar #324993
Shannon L. Knorr, CA Bar #300399
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
dkeene@strucklove.com
sknorr@strucklove.com

Nicholas H. Rasmussen, Bar #285736
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & SMITH, LLP
7647 North Fresno Street
Fresno, CA  93720
Tel: (559) 433-1300
Fax: (559) 433-2300
nrasmussen@mccormickbarstow.com

Attorneys for Intervenor CoreCivic, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, et al., | Case No. 3:25-cv-09757-MMC |
| Plaintiffs, | **PROPOSED INTERVENOR CORECIVIC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Defendants. | |
| CORECIVIC, INC., | |
| Intervenor | |

Pursuant to Civil Local Rules 7-11 and 79-5, Proposed Intervenor CoreCivic moves to file under seal Attachments A, B, and C to the Declaration of Warden Chestnut.

CoreCivic recognizes the strong common law presumption in favor of public access to court records, *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003), and a party seeking to seal a judicial record bears the burden of overcoming this presumption by meeting a

- 1 -

"compelling reason" standard. *Id.*; *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006).

Here, compelling reasons exist to seal the documents because they are medical records pertaining to Plaintiff Viera Reyes and accordingly contain protected health information. Such information is typically protected through sealed filings. *See, e.g.*, *Domingo v. Brennan*, 690 F. App'x 928, 930 (9th Cir. 2017) ("The district court did not abuse its discretion in granting defendant's motion to file documents under seal because the documents contained sensitive medical information."). There is no compelling reason for these records to be publicly available.

A less restrictive alternative to sealing, such as redaction, is not sufficient because the documents would have to be redacted in their entirety to avoid revealing the protected information.

For the foregoing reasons, CoreCivic respectfully requests that the Court permit them to file the records identified in the accompanying proposed order under seal.

DATED this 24th day of March, 2026.

STRUCK LOVE ACEDO, PLC

By /s/ Daniel P. Struck
    Daniel P. Struck
    Dana M. Keene
    Shannon L. Knorr

    Nicholas H. Rasmussen
    McCORMICK, BARSTOW, SHEPPARD,
    WAYTE & CARRUTH LLP

    *Attorneys for Intervenor CoreCivic, Inc.*

CORECIVIC'S ADMIN. MOTION TO FILE UNDER SEAL        CASE NO. 3:25-CV-09757-MMC