Daniel P. Struck, Pro Hac Vice
AZ Bar #012377
Dana M. Keene, CA Bar #324993
Shannon L. Knorr, CA Bar #300399
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
dkeene@strucklove.com
sknorr@strucklove.com

Nicholas H. Rasmussen, Bar #285736
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & SMITH, LLP
7647 North Fresno Street
Fresno, CA  93720
Tel: (559) 433-1300
Fax: (559) 433-2300
nrasmussen@mccormickbarstow.com

Attorneys for Intervenor CoreCivic, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, et al.,<br><br>                              Plaintiffs,<br><br>        v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>                              Defendants.<br><br>CORECIVIC, INC.,<br><br>                              Intervenor | Case No. 3:25-cv-09757-MMC<br><br>**DECLARATION OF DANIEL P. STRUCK IN SUPPORT OF PROPOSED INTERVENOR CORECIVIC'S ADMINISTRATIVE MOTION TO SEAL** |

I, Daniel P. Struck, state the following based upon my personal knowledge.

1.      I am over the age of 18 and am competent to testify to the matters set forth in this Declaration. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could competently testify to these facts.

1

DECLARATION OF DANIEL P. STRUCK                                    3:25-CV-09757-MMC

2.    Given the late hour at which I determined that this motion would be necessary, I was unable to contact Plaintiffs' and Defendants' counsel to determine whether a stipulation could be obtained.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this 24th Day of March, 2026.

_____

Daniel P. Struck

2