Daniel P. Struck, Pro Hac Vice
 AZ Bar #012377
Dana M. Keene, CA Bar #324993
Shannon L. Knorr, CA Bar #300399
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
dkeene@strucklove.com
sknorr@strucklove.com

Nicholas H. Rasmussen, Bar #285736
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & SMITH, LLP
7647 North Fresno Street
Fresno, CA  93720
Tel:  (559) 433-1300
Fax: (559) 433-2300
nrasmussen@mccormickbarstow.com

Attorneys for Intervenor CoreCivic, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, et al., | Case No. 3:25-cv-09757-MMC |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PROPOSED INTERVENOR CORECIVIC'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Defendants, | |
| CORECIVIC, INC., | |
| Intervenor. | |

Pursuant to Civil Local Rules 7-11 and 79-5 and having reviewed Proposed Intervenor CoreCivic's Administrative Motion to Seal and the attached Declaration, the Court finds that CoreCivic has demonstrated compelling reasons for sealing the following Attachments to the Declaration of Warden Chestnut in support of CoreCivic's Reply to Emergency Motion to Stay, as laid out below:

1

| Document | Contents |
| --- | --- |
| **Attach. A to Declaration of Warden Chestnut** | **Urology Clinic Records** |
| **Attach. B to Declaration of Warden Chestnut** | **Urology Clinic Records (Highlighted)** |
| **Attach. C to Declaration of Warden Chestnut** | **Oncology Records** |

Accordingly, it is hereby **ORDERED** that CoreCivic's Administrative Motion to File Under Seal is **GRANTED**.

Dated:_____, 2026.

_____
HON. MAXINE M. CHESNEY
United States District Judge

2
[PROPOSED] ORDER GRANTING PROPOSED INTERVENOR CORECIVIC'S ADMIN. MOTION TO SEAL
3:25-CV-09757-MMC