**EXHIBIT 1**

**EXHIBIT 1**

## DECLARATION OF CHRISTOPHER CHESTNUT

I, Christopher Chestnut, state the following based upon my personal knowledge.

1. I am over the age of 18 and am competent to testify to the matters set forth in this Declaration.

2. I am currently the Warden at CoreCivic's California City Correctional Facility[1] ("Cal City" or "the facility"), located at 22844 Virginia Boulevard, California City, a position I have held since June 2025.

3. I make this Declaration in the matter of *Fernando Gomez Ruiz, et al. v. U.S. Immigration and Customs Enforcement, et al.*, Case No. 3:25-cv-09757-MMC, in the Northern District of California.

4. I am familiar with the efforts made by my staff to ensure that Detainee Viera Reyes has received and continues to receive offsite specialty care for potential diagnosis of and treatment for prostate cancer.

5. Mr. Viera Reyes was scheduled for an appointment with the urologist at Kern Medical Center on February 2, 2026.

6. Due to an internal error, the appointment was not entered correctly into the Facility's internal tracking system, and the transport process for Mr. Viera Reyes was not triggered.

7. Mr. Viera Reyes was initially rescheduled for an appointment with the urologist on March 3, 3026. However, my staff was able to obtain an earlier appointment and transported Mr. Viera Reyes to the urologist at Kern Medical Center on February 12, 2026.

8. Attachment A is a true and correct copy of the paperwork received by CoreCivic on March 4, 2026 from Kern Medical Center's urology clinic regarding Mr. Viera Reyes's encounters on February 12, 2026 and March 3, 2026.

9. Attachment B is a copy of the same paperwork with yellow highlighting added to denote the portions cited.

---

[1] The facility has also been variously referred to as the California City Correctional Center, California City Immigration Processing Center, and California City Detention Facility.

10. During the February 12, 2026 appointment, the urologist discussed the available treatment options for prostate cancer with Mr. Viera Reyes at great length. (Attach. B at 4.)

11. Mr. Viera Reyes told the urologist that *he wanted to wait 4-6 weeks to make a decision* regarding what treatment to pursue. (*Id.*)

12. The urologist ordered a consult with oncology to take place *after* Mr. Viera Reyes made a treatment decision. (*Id.*)

13. The urologist ordered a follow-up appointment for a catheter exchange in three weeks and a follow-up appointment to discuss treatment options *in 4-6 weeks*. (*Id.*)

14. According to the clinic note, the urologist also ordered a PET scan. However, Kern Medical Center's radiology department never contacted the Facility to schedule the appointment for Mr. Viera Reyes.

15. The catheter exchange took place on March 3, 2026 as scheduled. (*Id.* at 9.)

16. During the March 3, 2026 appointment, Mr. Viera Reyes told the urologist that he wished to proceed, and the urologist entered an order for Mr. Viera Reyes to see oncology. The urologist ordered a stat PET scan for Mr. Viera Reyes because the original PET scan had not yet been completed. (*Id.*)

17. Mr. Viera Reyes was scheduled for an oncology consult, which took place on March 10, 2026. Attachment C is a true and correct copy of the records from that consult.

18. The oncologist scheduled Mr. Viera Reyes for a follow-up visit with the week of April 6, 2026, and he also has a scheduled follow-up appointment with the urologist the same week.[2]

19. CoreCivic was told that Kern Medical Center's radiology department would call the Facility to schedule the stat PET scan for Mr. Viera Reyes. My medical staff called the radiology department daily between March 3, 2026 and March 6, 2026 for an update but each time was told that the Facility would receive a call to schedule the appointment.

_____

[2] Due to security concerns, the exact dates of the appointments are not being provided in this public filing.

20.    My staff was informed on March 6, 2026 that Kern Medical Center does not perform PET scans.

21.    Kern Medical Center recommended that the Facility contact RadNet to schedule the stat PET scan for Mr. Viera Reyes.

22.    My staff contacted RadNet on March 6, 2026 to request an appointment for Mr. Viera Reyes "ASAP."

23.    RadNet made multiple requests for additional information on March 6, 2026 and March 9, 2026.

24.    On March 10, 2026, RadNet scheduled Mr. Viera Reyes for a stat PET scan on March 25, 2026.

25.    My staff was told that the PET scan could not initially be scheduled any sooner than that despite being ordered as "stat" because it requires a special isotype that must be authorized and ordered by RadNet. My staff was further told that RadNet would contact them once the isotope was received and that it would likely be possible to move the appointment date up.

26.    Later that same day, when it came to RadNet's attention that Mr. Viera Reyes is an ICE detainee, RadNet cancelled the PET scan appointment, informing my staff that they do not perform PET scans for inmates.

27.    After RadNet cancelled, my staff was able to obtain an appointment for the stat PET scan at a medical center in Los Angeles, but the first available appointment was not until April 17, 2026.

28.    On March 12, 2026, my staff was informed that the appointment for the stat PET scan had been moved up. Mr. Viera Reyes received the stat PET scan today.

29.    Mr. Viera Reyes has been provided the medications ordered by the urologist and oncologist.

30.    Detainee Roque Campos was released from the Facility on February 20, 2026.

31.    Mr. Roque Campos was transported to an outside hospital for hernia surgery in November 2025.

32.     Detainee Gomez Ruiz was released from the Facility on December 4, 2025.

[THE REMAINDER OF THIS PAGE IS LEFT INTENTIONALLY BLANK]

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on March 24, 2026.

Christopher Chestnut

**ATTACHMENT A FILED UNDER SEAL**

# ATTACHMENT B FILED UNDER SEAL

**ATTACHMENT C FILED UNDER SEAL**