CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FERNANDO GOMEZ RUIZ, *et al.*, | Case No. 3:25-cv-09757-MMC |
|     Plaintiffs, | |
|     v. | **PRELIMINARY INJUNCTION APPEAL** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
|     Defendants. | |

PLEASE TAKE NOTICE that defendants United States Immigration and Customs Enforcement ("ICE"); Todd M. Lyons, Acting Director, ICE; Sergio Albarran, San Francisco Field Office Director, ICE; United States Department of Homeland Security; and Markwayne Mullin, United States Secretary of Homeland Security,[1] hereby appeal to the United States Court of Appeals for the Ninth Circuit from the following orders, which are appealable interlocutory orders pursuant to 28 U.S.C. § 1292(a)(1):

1. Order Granting in Part Plaintiffs' Motions for Preliminary Injunction and Class Certification, dated February 10, 2026, ECF No. 72;

2. Memorandum of Decision, dated March 27, 2026, ECF No. 111; and

3. Order Appointing Muthusamy Anandkumar as External Monitor, dated March 30, 2026, ECF No. 112.

---

[1] By operation of Federal Rule of Civil Procedure 25(d), Secretary Mullin is automatically substituted as a defendant for former Secretary Kristi Noem.

PRELIMINARY INJUNCTION APPEAL
3:25-cv-09757-MMC                1

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

Dated: April 13, 2026          By:    */s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** NORTHERN DISTRICT OF CALIFORNIA

**Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court**

U.S. District Court case number: 3:25-cv-09757-MMC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 11/12/2025

Date of judgment or order you are appealing: 2/10/2026; 3/27/2026; 3/30/2026

Docket entry number of judgment or order you are appealing: 72, 111, 112

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

(1) United States Immigration and Customs Enforcement; (2) Todd M. Lyons; (3) Sergio Albarran; (4) United States Department of Homeland Security; (5) Markwayne Mullin

Is this a cross-appeal?  ○ Yes   ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ◉ Yes   ○ No

If yes, what is the prior appeal case number? 26-1294

Your mailing address (if pro se):

City:                 State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Savith Iyengar       **Date** 4/13/2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 1**                                                    *Rev. 06/09/2022*